LAW OFFICES OF

WALKUP, MELODIA, KELLY & SCHOENBERGER

A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Pro Hac Vice Application Pending)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>                     Plaintiffs,<br><br>          v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>                     Defendants. | Case No. 3:24-cv-01562-DMR<br><br>**PLAINTIFF'S APPLICATION FOR AN ORDER GRANTING PERMISSION TO USE THE PSEUDONYM "JOHN ROE" IN PUBLICLY FILED PLEADINGS** |

1

1      Plaintiff submits this application with his Complaint and applies for an order

2  granting him permission is use the pseudonym "JOHN ROE" in all publicly filed

3  pleadings on the ground that this is needed to protect his safety.

4      Plaintiff complains of and seeks redress to stop the gang-related drug dealing

5  and related criminal activities that happen around his home in the Tenderloin

6  district of San Francisco. Public disclosure of his name could expose him to physical

7  retaliation by those involved in the illegal narcotics trade. Plaintiff agrees that his

8  name and relevant information can be disclosed to defendant City and County of San

9  Francisco, subject to an appropriate protective order.

10      A party may preserve his or her anonymity in judicial proceedings in special

11  circumstances when the party's need for anonymity outweighs prejudice to the

12  opposing party and the public's interest in knowing the party's identity. (*Does I thru*

13  *XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).) Federal courts

14  have allowed plaintiffs to use pseudonyms for various reasons, including when

15  "identification creates a risk of retaliatory physical or mental harm." (*Id.*) When a

16  pseudonym is sought to shield a party from retaliation, courts evaluate (1) the

17  severity of the harm, (2) the reasonableness of the anonymous party's fears, and (3)

18  the anonymous party's vulnerability to such retaliation. (*Ibid.*)

19      In this case, plaintiff alleges that his neighborhood has been treated as a

20  "containment zone" for illegal narcotics activities, including drug sales made by gang

21  members who resort to violence, including murder, to protect their markets. He seeks

22  injunctive relief that would curb or stop these illegal activities. Plaintiff must pass by

23  drug dealers, gang members and drug users when coming to or leaving his home.

24  Thus, the public identification of plaintiff, *e.g.*, revealing his name or precise address

25  in court filings, would put him at risk of being hurt or killed in retaliation by persons

26  involved in the illegal narcotics trade in the Tenderloin. Plaintiff's fears in this

27  regard are reasonable. Finally, plaintiff lives in the neighborhood and is thus

28  vulnerable to such retaliation.

PLAINTIFF'S APPLICATION FOR AN ORDER GRANTING PERMISSION TO USE THE
PSEUDONYM "JOHN ROE" IN PUBLICLY FILED PLEADINGS

1     The public's interest in knowing plaintiff's name is low. Any prejudice to

2   defendant City and County of San Francisco is eliminated by an appropriate

3   protective order that will allow the plaintiff to reveal and disclose his true name and

4   other identifying information, facts, and documents.

5     Thus, good cause exists for the Court to grant this application.

6     Respectfully submitted.

7

8   Dated:  March 13, 2024                 WALKUP, MELODIA, KELLY & SCHOENBERGER

9

10

11                                    By:   _____/S/ Matthew D. Davis_____
                                          MICHAEL A. KELLY
12                                        RICHARD H. SCHOENBERGER
                                          MATTHEW D. DAVIS
13                                        ASHCON MINOIEFAR
                                          Attorneys for ALL PLAINTIFFS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S APPLICATION FOR AN ORDER GRANTING PERMISSION TO USE THE
PSEUDONYM "JOHN ROE" IN PUBLICLY FILED PLEADINGS