

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Shanin Specter, Esq.

**DATE OF ADMISSION**

*October 15, 1984*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 8, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk