DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar #231775
THOMAS S. LAKRITZ, State Bar #161234
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (145) 554-4628 (Lakritz)
              (415) 554-4223 (George)
              (415) 554-6762 (Murphy)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              tom.lakritz@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>    Defendant. | Case No. 4:24-cv-01562-DMR<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING**<br><br>Trial Date:      Not set. |

Under Northern District Civil Local Rule No. 6-1, it is hereby stipulated by and between Plaintiffs JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC, and Defendant CITY AND COUNTY OF SAN FRANCISCO through their respective counsel, that the time to file a responsive pleading on behalf of the DEFENDANT CITY AND COUNTY OF SAN FRANCISCO is extended to and including April 26, 2024.  This extension will not alter any event or deadline already fixed by Court order.  Defendant accepted service of Plaintiffs' complaint on March 15, 2024.

Dated:  March 18, 2024

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
THOMAS S. LAKRITZ
JOHN H. GEORGE
KAITLYN M. MURPHY
Deputy City Attorneys


By: _s/John H. George_____
JOHN H. GEORGE

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  March 18, 2024

WALKUP, MELODIA, KELLY & SCHOENBERGER

By: __**s/Matthew D. Davis_____
MATTHEW D. DAVIS

Attorneys for Plaintiffs
JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC

*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

Stip. Extending Time To File Responsive Pleading
CASE NO. 4:24-cv-01562-DMR

1