LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-AMO<br><br>**DECLARATION OF MATTHEW D. DAVIS IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER PLAINTIFFS' DECLARATIONS SHOULD BE FILED UNDER SEAL**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE ARACELI MARTINEZ-OLGUIN, COURTROOM 10**<br><br>Action Filed:  03/14/2024<br>Trial Date:    Unassigned |

1	I, Matthew D. Davis, declare as follows:

2	1.	I am over the age of 18. I am a partner and shareholder in the Walkup,
3	Kelly, Melodia & Schoenberger law firm. I am admitted to practice law in this Court.
4	I have personal knowledge of the facts set forth in this declaration and I could
5	competently testify about them. I write this declaration in support of Plaintiffs'
6	Motion for Administrative Relief to Consider Whether Plaintiffs' Declarations Should
7	be Filed Under Seal.

8	2.	A true and correct copy of Declaration of Jane Roe (A PSEUDONYM) is
9	attached hereto as Exhibit A.

10	3.	A true and correct copy of Declaration of John Roe (A PSEUDONYM) is
11	attached hereto as Exhibit B.

12	4.	A true and correct copy of Declaration of Susan Roe (A PSEUDONYM)
13	is attached hereto as Exhibit C.

14	5.	A true and correct copy of Declaration of Mary Roe (A PSEUDONYM) is
15	attached hereto as Exhibit D.

16	6.	A true and correct copy of Declaration of Barbara Roe (A PSEUDONYM)
17	is attached hereto as Exhibit E.

18	I declare under penalty of perjury under the laws of the State of California
19	that the foregoing is true and correct to the best of my knowledge.

20	Executed on this 21st day of March, 2024, at San Francisco, California.

24	Matthew D. Davis