LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-AMO<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER PLAINTIFFS' DECLARATIONS SHOULD BE FILED UNDER SEAL**<br><br>FILED CONCURRENTLY WITH PLAINTIFFS MOTION FOR ADMINISTRATIVE RELIEF REQUESTING PERMISSION TO USE PSEUDONYM ON PUBLICLY FILED PLEADINGS<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE ARACELI MARTINEZ-OLGUIN, COURTROOM 10**<br><br>Action Filed:   03/14/2024 |

1

Plaintiffs' Motion For Administrative Relief to Consider Whether Plaintiffs' Declarations Should be Filed Under Seal - CASE NO. 4:24-cv-01562-AMO

|   |   |
|---|---|
| 1 | Trial Date:   Unassigned |

2  PLEASE TAKE NOTICE that, pursuant to local Rule 7-11 and Local Rule 79-5, Plaintiffs file this Administrative Motion to Consider Whether Plaintiffs' Declarations Should be Filed under Seal. Pursuant to relief sought in Plaintiffs' concurrently Administrative Motion to Request Permission to Use a Pseudonym on Publicly Filed Pleadings, the materials sought to be sealed by this administrative motion are the true names of five Plaintiffs. Plaintiffs seek an order permitting them to use pseudonyms in any publicly filed documents, including the complaint.

A party seeking to file materials under seal bears the burden to show materials are deserving of confidentiality. (*Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir.2005).) Specifically, a party must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." (*Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir.2006) (internal citations omitted).)

Five of the Plaintiffs in this case concurrently seek an order permitting them to use pseudonyms for fear of retaliatory physical harm. (*See* Plaintiffs Motion for Administrative Relief Requesting Permission to Use Pseudonym on Publicly Filed Pleadings ("Administrative Motion to Use Pseudonym"), generally.) Federal courts have allowed plaintiffs to use pseudonyms for various reasons, including when "identification creates a risk of retaliatory physical or mental harm." (*Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).)

Plaintiffs seek injunctive relief from the City and County of San Francisco's ("City") *de facto* treatment of the Tenderloin as San Francisco's "containment zone" for illegal narcotics activities and the associated crimes and injurious harms. Public disclosure of their names could expose them to physical retaliation by those involved in the illegal narcotics trade. Plaintiffs have a legitimate private interest, namely their safety, in seeking to have their true names filed under seal.

In support of that motion, Plaintiffs submit declarations containing their true

2

Plaintiffs' Motion For Administrative Relief to Consider Whether Plaintiffs' Declarations Should be Filed Under Seal - CASE NO. 4:24-cv-01562-AMO

1  names and describing the conditions that cause them to fear retaliatory physical
2  harm. (Declaration of Jane Roe ("Jane Roe Dec."), ¶¶1-13; Declaration of Susan Roe
3  ("Susan Roe Dec."), ¶¶1-7; Declaration of Mary Roe ("Mary Roe Dec."), ¶¶1-7;
4  Declaration of John Roe ("John Roe Dec"), ¶¶1-7; Declaration of Barbara Roe
5  ("Barbara Roe Dec."), ¶¶1-8.) Each plaintiff has expressed trepidation to move
6  forward with their claims if her or his name is to be publicly revealed. (Jane Roe
7  Dec., ¶¶12-13; John Roe Dec., ¶7; Mary Roe Dec., ¶7; Susan Roe Dec., ¶7; Barbara
8  Roe Dec., ¶8.)

9       Defendant City and County of San Francisco has not agreed to stipulate to the
10 use of pseudonyms and has instead opposed that approach. (See ECF no. 16 and
11 accompanying declaration of Matthew D. Davis.) Thus, Plaintiffs must submit
12 declarations in support of their request to use pseudonyms. (Civil Local Rule 7-11.)
13 Plaintiffs have no less restrictive means to request relief to use pseudonyms, other
14 than by submitting declarations that contain their true names. Redaction and sealing
15 of their true names is the only sufficient means to seek the administrative relief
16 related to their complaint.

17      Plaintiffs request that should this Court deny this administrative motion to
18 seal Plaintiffs' declarations, then Plaintiffs be given the opportunity to withdraw the
19 declarations that are being provisionally filed under seal. As is set forth in the
20 declarations, some of the individual plaintiffs may decide not to remain involved in
21 this litigation if the Court decides that their true names should be revealed in
22 publicly filed documents. (Jane Roe Dec., ¶¶12-13; John Roe Dec., ¶7; Mary Roe Dec.,
23 ¶7; Susan Roe Dec., ¶7; Barbara Roe Dec., ¶8.)

24      The portions of the documents sought to be sealed are:

| DOCUMENT | PORTIONS TO BE FILED UNDER SEAL |
|---|---|
| **Exhibit A** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, | Plaintiff Jane Roe's true name on pages 2 and 7. |

| | |
|---|---|
| Declaration of Jane Roe | |
| **Exhibit B** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of John Roe | Plaintiff John Roe's true name on pages 2 and 5. |
| **Exhibit C** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of Susan Roe | Plaintiff Susan Roe's true name on pages 2 and 3. |
| **Exhibit D** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of Mary Roe | Plaintiff Mary Roe's true name on pages 2 and 3. |
| **Exhibit E** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of Barbara Roe | Plaintiff Barbara Roe's true name on pages 2 and 5. |

Respectfully submitted.

Dated:  March 21, 2024                    WALKUP, MELODIA, KELLY & SCHOENBERGER


By:      /S/ Matthew D. Davis
       MICHAEL A. KELLY
       RICHARD H. SCHOENBERGER
       MATTHEW D. DAVIS
       ASHCON MINOIEFAR
       Attorneys for ALL PLAINTIFFS

# PROOF OF SERVICE

**Jane Roe, et al. v. City and County of San Francisco, et al.**
**Case No. 4:24-cv-01562-AMO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place,  My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

- PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER PLAINTIFFS' DECLARATIONS SHOULD BE FILED UNDER SEAL

- DECLARATION OF MATTHEW D. DAVIS IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER PLAINTIFFS' DECLARATIONS SHOULD BE FILED UNDER SEAL

- [PROPOSED] ORDER FOR PLAINTIFFS MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER PLAINTIFFS' DECLARATIONS SHOULD BE FILED UNDER SEAL

to:

| | |
|---|---|
| Shanin Specter, Esq.<br>(Admitted Pro Hac Vice)<br>Alex Van Dyke, Esq.<br>KLINE & SPECTER, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102 | **Co-Counsel for Plaintiffs**<br><br>Telephone: (215) 772-1000<br>shanin.specter@klinespecter.com<br>alex.vandyke@klinespecter.com<br>escalanteyleana@uclawsf.edu |
| David Chiu, Esq., City Attorney<br>Yvonne R. Meré, Esq., Chief Deputy City Attorney<br>Wayne Snodgrass, Esq., Deputy City Attorney<br>Tara M. Steeley, Esq., Deputy City Attorney<br>Thomas S. Lakritz, Esq., Deputy City Attorney<br>John H. George, Esq., Deputy City Attorney<br>Kaitlyn M. Murphy, Esq., Deputy City Attorney<br>Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA  94102-4682 | **Counsel for City and County of San Francisco**<br><br>Steeley: (415) 554-4655<br>Lakritz: (145) 554-4628<br>George:  (415) 554-4223<br>Murphy:  (415) 554-6762<br>Facsimile: (415) 554-4699<br>tara.steeley@sfcityatty.org<br>tom.lakritz@sfcityatty.org<br>john.george@sfcityatty.org<br>kaitlyn.murphy@sfcityatty.org |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

1

Plaintiffs' Motion For Administrative Relief to Consider Whether Plaintiffs' Declarations Should be Filed Under Seal - CASE NO. 4:24-cv-01562-AMO

1  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

2

3        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

4

5        Executed on March 21, 2024, at San Francisco, California.

6

7  _____
   Kirsten Benzien

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28