# EXHIBIT C
(CONDITIONALLY FILED <u>REDACTED</u>)

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-AMO<br><br>**DECLARATION OF SUSAN ROE (A PSEUDONYM)**<br><br>**DECLARATION WITH TRUE NAME OF DECLARANT TO BE FILED UNDER SEAL**<br><br>**DECLARATION WITH TRUE NAME OF DECLARANT REDACTED TO BE PUBLICLY FILED**<br><br>Action Filed:  03/14/2024<br>Trial Date:  Unassigned |

1

Declaration of Susan Roe in Support of Plaintiffs' Motion for Administrative Relief to Use a Pseudonym - CASE NO. 4:24-cv-01562-AMO

I, ▮▮▮▮▮▮▮▮, declare as follows:

1. I am a resident of the Tenderloin neighborhood in San Francisco and a plaintiff in the above captioned matter. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I live alone in a residence on Eddy Street, between Jones and Leavenworth, in the Tenderloin. I am elderly. I am disabled. I depend on a walker to ambulate.

3. The sidewalks and public spaces in my neighborhood are impassable and inaccessible to me. Encampments and bulky items, such as duffle bags, shopping carts and disassembled bicycles, obstruct the sidewalks.

4. Large crowds also block the sidewalks around my residence. People in these crowds openly smoke and inject drugs, scream and act erratically. There are frequently groups on street corners near my home selling or buying drugs. They frighten me and make me feel unsafe.

5. I attend community events and receive services at a senior center on Turk Street. These events and services are important to me. However, I dread going to the center because intimidating crowds involved in drug dealing always block a corner where I must cross the street. I must also be on the lookout for and navigate around excrement, used syringes, vomit and garbage on the sidewalk. These obstacles make it impossible me her to use the sidewalk. Instead, I walk in the busy street, which is dangerous.

6. I filed this lawsuit because I want to create change for my neighborhood. I understand that this lawsuit does not seek to recover money damages. I am involved in this lawsuit because I was the City to immediately address the deplorable conditions around my home and throughout my neighborhood. I want clean, safe and accessible sidewalks and public spaces. I want the City to treat me and my neighborhood that same way as it treats the nice neighborhoods in the City.

7. While I want to change the Tenderloin, I am afraid of my name being publicized. People in my building use drugs and I believe they get their drugs from dealers out in the street. This makes me nervous about being publicly identified in the complaint. I am not sure if I would move forward with my this lawsuit if that was conditioned on my name being disclosed publicly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of March, 2024, at San Francisco, California.

