LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a California public entity, <br><br> Defendants. | Case No. 4:24-cv-01562-AMO <br><br> **[PROPOSED] ORDER FOR PLAINTIFFS MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER PLAINTIFFS' DECLARATIONS SHOULD BE FILED UNDER SEAL** <br><br> **ASSIGNED FOR ALL PURPOSES TO THE HONORABLE ARACELI MARTINEZ-OLGUIN, COURTROOM 10** <br><br> Action Filed:  03/14/2024 <br> Trial Date:    Unassigned |

1    Pursuant to Local Rule 79-5, after reviewing the Plaintiffs' Motion For
2 Administrative Relief To Consider Whether Plaintiffs' Declarations Should Be Filed
3 Under Seal and for good cause appearing, the administrative motion is GRANTED.
4    The following portions of documents shall be sealed:

| DOCUMENT | PORTIONS TO BE FILED UNDER SEAL |
|---|---|
| **Exhibit A** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of Jane Roe | Plaintiff Jane Roe's true name on pages 2 and 7. |
| **Exhibit B** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of John Roe | Plaintiff John Roe's true name on pages 2 and 5. |
| **Exhibit C** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of Susan Roe | Plaintiff Susan Roe's true name on pages 2 and 3. |
| **Exhibit D** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of Mary Roe | Plaintiff Mary Roe's true name on pages 2 and 3. |
| **Exhibit E** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of Barbara Roe | Plaintiff Barbara Roe's true name on pages 2 and 5. |

IT IS SO ORDERED

Dated: _____        _____
                                    United States District Judge