LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-AMO<br><br>**[PROPOSED] ORDER TO ALLOW PLAINTIFFS TO USE A PSEUDONYM ON PUBLICLY FILED PLEADINGS**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE ARACELI MARTINEZ-OLGUIN, COURTROOM 10**<br><br>Action Filed: 03/14/2024<br>Trial Date: Unassigned |

1  After reviewing the Motion Seeking Administrative Relief Requesting
2  Permission to Use a Pseudonym in Publicly Filed Pleadings submitted by Plaintiffs
3  Jane Roe, Mary Roe, Susan Roe, John Roe and Barbara Roe and for good cause
4  appearing, the motion is GRANTED.
5  Plaintiff may use the pseudonym "JANE ROE" in all publicly filed pleadings.
6  Plaintiff may use the pseudonym "MARY ROE" in all publicly filed pleadings.
7  Plaintiff may use the pseudonym "SUSAN ROE" in all publicly filed pleadings.
8  Plaintiff may use the pseudonym "JOHN ROE" in all publicly filed pleadings.
9  Plaintiff may use the pseudonym "BARBARA ROE" in all publicly filed
10 pleadings.

12  IT IS SO ORDERED

15  Dated: _____       _____
16                                   United States District Judge