1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   TARA M. STEELEY, State Bar #231775
4  THOMAS S. LAKRITZ, State Bar #161234
   JOHN H. GEORGE, State Bar #292332
5  KAITLYN M. MURPHY, State Bar #293309
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-4655 (Steeley)
8                (145) 554-4628 (Lakritz)
                 (415) 554-4223 (George)
9                (415) 554-6762 (Murphy)
   Facsimile:    (415) 554-4699
10 E-Mail:       tara.steeley@sfcityatty.org
                 tom.lakritz@sfcityatty.org
11               john.george@sfcityatty.org
                 kaitlyn.murphy@sfcityatty.org
12
   Attorneys for Defendant
13 CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS**<br><br>Trial Date:          None set. |

Pursuant to Civil Local Rules 79-5 and 7-11, Defendant City and County of San Francisco ("San Francisco") moves to file under seal the following:

- **Exhibits A, B,** and **C** to the Declaration of John H. George in Support of Defendant City and County of San Francisco's Statement of Non-Opposition to Plaintiffs' Motion for Administrative Relief Requesting Permission to Use a Pseudonym on Publicly Filed Pleadings; and

- **Page 2, lines 10-21** of Defendant City and County of San Francisco's Statement of Non-Opposition to Plaintiffs' Motion for Administrative Relief Requesting Permission to Use a Pseudonym on Publicly Filed Pleadings.

To avoid improper disclosure of potentially confidential information, San Francisco will file the above-referenced materials conditionally under seal pending the Court's ruling on the administrative motion.

San Francisco takes no position regarding the confidentiality of the conditionally sealed information and only requests it be sealed out of an abundance of caution given that the Court has not yet ruled on Plaintiffs' Administrative Motion to use pseudonyms and the documents identify one of the Plaintiffs. Although it is Plaintiffs' burden to show good cause, San Francisco sets forth the provisional basis for a finding of good cause, and respectfully requests the Court grant this motion to file the unredacted filings under seal.

Dated: March 25, 2024

                                      DAVID CHIU
                                      City Attorney
                                      YVONNE R. MERÉ
                                      Chief Deputy City Attorney
                                      WAYNE SNODGRASS
                                      TARA M. STEELEY
                                      THOMAS S. LAKRITZ
                                      JOHN H. GEORGE
                                      KAITLYN M. MURPHY
                                      Deputy City Attorneys

                              By: s/John H. George
                                      JOHN H. GEORGE

                                      Attorneys for Defendant
                                      CITY AND COUNTY OF SAN FRANCISCO