1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   TARA M. STEELEY, State Bar #231775
4  THOMAS S. LAKRITZ, State Bar #161234
   JOHN H. GEORGE, State Bar #292332
5  KAITLYN M. MURPHY, State Bar #293309
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-4655 (Steeley)
8                (145) 554-4628 (Lakritz)
                 (415) 554-4223 (George)
9                (415) 554-6762 (Murphy)
   Facsimile:    (415) 554-4699
10 E-Mail:       tara.steeley@sfcityatty.org
                 tom.lakritz@sfcityatty.org
11               john.george@sfcityatty.org
                 kaitlyn.murphy@sfcityatty.org
12
   Attorneys for Defendant
13 CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**DECLARATION OF JOHN H. GEORGE IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS**<br><br>Trial Date:       None set. |

I, John H. George, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for Defendant City and County of San Francisco in this action. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I submit this Declaration in support of Defendant City and County of San Francisco's Administrative Motion to Seal Documents. San Francisco seeks to seal the unredacted versions of **Exhibits A**, **B**, and **C** submitted with the Declaration of John H. George in Support of Defendant San Francisco's Statement of Non-Opposition to Plaintiffs' Motion for Administrative Relief Requesting Permission to Use a Pseudonym on Publicly Filed Pleadings. San Francisco also seeks to seal **page 2, lines 10-21** of San Francisco's Statement of Non-Opposition to Plaintiffs' Motion for Administrative Relief Requesting Permission to Use a Pseudonym on Publicly Filed Pleadings.

3. San Francisco takes no position regarding the confidentiality of the conditionally sealed information and only requests it be sealed out of an abundance of caution given that the Court has not yet ruled on Plaintiffs' Administrative Motion to use pseudonyms and the documents identify one of the Plaintiffs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed March 25, 2024 in San Francisco, California.

                                          *s/* John H. George
                                          John H. George