1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   TARA M. STEELEY, State Bar #231775
4  THOMAS S. LAKRITZ, State Bar #161234
   JOHN H. GEORGE, State Bar #292332
5  KAITLYN M. MURPHY, State Bar #293309
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-4655 (Steeley)
8                (145) 554-4628 (Lakritz)
                 (415) 554-4223 (George)
9                (415) 554-6762 (Murphy)
   Facsimile:    (415) 554-4699
10 E-Mail:       tara.steeley@sfcityatty.org
                 tom.lakritz@sfcityatty.org
11               john.george@sfcityatty.org
                 kaitlyn.murphy@sfcityatty.org
12
   Attorneys for Defendant
13 CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS**<br><br>Trial Date:       None set. |

1  Having reviewed Defendant City and County of San Francisco's Administrative Motion to Seal Documents, and good cause appearing, the Court grants Defendant's Administrative Motion to Seal Exhibits A, B, and C to the Declaration of John H. George in Support of Defendant City and County of San Francisco's Statement of Non-Opposition to Plaintiffs' Motion for Administrative Relief Requesting Permission to Use a Pseudonym on Publicly Filed Pleadings and page 2, lines 10-21 of Defendant City and County of San Francisco's Statement of Non-Opposition to Plaintiffs' Motion for Administrative Relief Requesting Permission to Use a Pseudonym on Publicly Filed Pleadings

**IT IS SO ORDERED.**

DATE:_____

_____
Honorable Jon S. Tigar
Judge, United States District Court