**REDACTED VERSION**

**EXHIBIT A**

**TO**

**DECLARATION OF JOHN H. GEORGE IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REQUESTING PERMISSION TO USE A PSEUDONYM ON PUBLICLY FILED PLEADINGS**