1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  WAYNE SNODGRASS, State Bar #148137
   TARA M. STEELEY, State Bar #231775
4  THOMAS S. LAKRITZ, State Bar #161234
   JOHN H. GEORGE, State Bar #292332
5  KAITLYN M. MURPHY, State Bar #293309
   Deputy City Attorneys
6  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
7  San Francisco, California 94102-4682
   Telephone:    (415) 554-4655 (Steeley)
8                (145) 554-4628 (Lakritz)
                 (415) 554-4223 (George)
9                (415) 554-6762 (Murphy)
   Facsimile:    (415) 554-4699
10 E-Mail:       tara.steeley@sfcityatty.org
                 tom.lakritz@sfcityatty.org
11               john.george@sfcityatty.org
                 kaitlyn.murphy@sfcityatty.org
12
   Attorneys for Defendant
13 CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**NOTICE OF APPEARANCE OF TARA M. STEELEY FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO**<br><br>Trial Date:       None set. |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Deputy City Attorney TARA M. STEELEY is appearing on behalf of Defendant CITY AND COUNTY OF SAN FRANCISCO in this matter.

The office and email addresses, and the telephone and facsimile numbers for Ms. Steeley are as follows:

>TARA M. STEELEY, State Bar #231775
>Deputy City Attorney
>San Francisco City Attorney's Office
>City Hall, Room 234
>1 Dr. Carlton B. Goodlett Place
>San Francisco, California 94102-4682
>Telephone:  (415) 554-4655
>Facsimile:  (415) 554-4699
>Email: tara.steeley@sfcityatty.org

Please include Ms. Steeley on all proofs of service and communications in this matter.

Dated:  March 26, 2024

>DAVID CHIU
>City Attorney
>YVONNE R. MERÉ
>Chief Deputy City Attorney
>WAYNE SNODGRASS
>TARA M. STEELEY
>THOMAS S. LAKRITZ
>JOHN H. GEORGE
>KAITLYN M. MURPHY
>Deputy City Attorneys
>
>By:  s/Tara M. Steeley
>      TARA M. STEELEY
>
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO