```
DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar 173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar #231775
THOMAS S. LAKRITZ, State Bar #161234
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (145) 554-4628 (Lakritz)
              (415) 554-4223 (George)
              (415) 554-6762 (Murphy)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              tom.lakritz@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a California public entity, <br><br> Defendant. | Case No. 4:24-cv-01562-JST <br><br> **NOTICE OF APPEARANCE OF KAITLYN M. MURPHY FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO** <br><br> Trial Date:        None set. |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Deputy City Attorney KAITLYN M. MURPHY is appearing on behalf of Defendant CITY AND COUNTY OF SAN FRANCISCO in this matter.

The office and email addresses, and the telephone and facsimile numbers for Ms. Murphy are as follows:

KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorney
San Francisco City Attorney's Office
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:  (415) 554-6762
Facsimile:  (415) 554-4699
Email: kaitlyn.murphy@sfcityatty.org

Please include Ms. Murphy on all proofs of service and communications in this matter.

Dated:  March 26, 2024

                                          DAVID CHIU
                                          City Attorney
                                          YVONNE R. MERÉ
                                          Chief Deputy City Attorney
                                          WAYNE SNODGRASS
                                          TARA M. STEELEY
                                          THOMAS S. LAKRITZ
                                          JOHN H. GEORGE
                                          KAITLYN M. MURPHY
                                          Deputy City Attorneys

                              By:  /s/*Kaitlyn M. Murphy*
                                      KAITLYN M. MURPHY

                                          Attorneys for Defendant
                                          CITY AND COUNTY OF SAN FRANCISCO