LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:   (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>**PLAINTIFFS' STATEMENT OF SUPPORT FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:    Unassigned |

1

**STATEMENT OF SUPPORT**

Plaintiffs Jane Roe, Mary Roe, Susan Roe, John Roe, Barbara Roe, Phoenix Hotel SF, LLC, Funky Fun, LLC, and 2930 El Camino, LLC (collectively "Plaintiffs") submit this statement of support for Defendant City and County of San Francisco's Administrative Motion to Seal Documents. (ECF No. 22.)

Plaintiffs support Defendant's motion to seal Exhibits A, B, C and page 2, lines 10-21 of Defendant's Statement of Non-Opposition to Plaintiffs' Motion for Administrative Relief Requesting Permission to Use a Pseudonym on Publicly Filed Pleadings. (ECF No. 23.)

Plaintiffs have from the outset endeavored to keep the true names of the individual plaintiffs out of the public eye. The names were apparently inadvertently disclosed to defendant City and County of San Francisco last week due to an error with respect to how the redacted declarations, filed under seal, were made available on PACERS. Unfortunately, as the attached email exchange shows, counsel for defendant City and County of San Francisco, took advantage of this inadvertent disclosure, despite the fact that plaintiffs' counsel asked that they immediately delete and not forward the unredacted declarations. (*See* Declaration of Matthew D. Davis, ¶2, **Exhibit A**.)

Respectfully submitted,

Dated: March 29, 2024               WALKUP, MELODIA, KELLY & SCHOENBERGER

By:  /s/ Matthew D. Davis
MICHAEL A. KELLY
RICHARD H. SCHOENBERGER
MATTHEW D. DAVIS
ASHCON MINOIEFAR
Attorneys for ALL PLAINTIFFS