LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>                    Defendants. | Case No. 4:24-cv-01562-JST<br><br>**DECLARATION OF MATTHEW D. DAVIS IN SUPPORT OF PLAINTIFFS' STATEMENT OF SUPPORT FOR DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:     Unassigned |

1   I, Matthew D. Davis, declare as follows:

2   1. I am an attorney duly admitted to practice before this Court. I am a
3   partner with Walkup, Melodia, Kelly & Schoenberger, attorney of record for
4   Plaintiffs Jane Roe, Mary Roe, Susan Roe, John Roe, Barbara Roe, Phoenix Hotel SF,
5   LLC, Funky Fun, LLC, and 2930 El Camino, LLC. I have personal knowledge of the
6   facts set forth herein, and if called as a witness, I could and would competently
7   testify thereto. I make this declaration based in support of Plaintiffs' Statement of
8   Support for Defendant's Administrative Motion to Seal Documents.

9   2. Attached hereto as **Exhibit A** is a true and correct copy of an email
10  exchange between myself and counsel for Defendant dated March 26, 2024.

11  I declare under penalty of perjury under the laws of the United States of
12  America that the foregoing is true and correct to the best of my knowledge.

13  Executed on this 29th day of March, 2024, at San Francisco, California.

         /s/ Matthew D. Davis
         ─────────────────────
         MATTHEW D. DAVIS

2
DECLARATION OF MATTHEW D. DAVIS IN SUPPORT OF PLAINTIFFS' STATEMENT OF SUPPORT FOR DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS - CASE NO. 4:24-cv-01562-JST