LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-AMO<br><br>**[PROPOSED] ORDER FOR PLAINTIFFS MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER PLAINTIFFS' DECLARATIONS SHOULD BE FILED UNDER SEAL**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE ARACELI MARTINEZ-OLGUIN, COURTROOM 10**<br><br>Action Filed:  03/14/2024<br>Trial Date:    Unassigned |

Pursuant to Local Rule 79-5, after reviewing the Plaintiffs' Motion For Administrative Relief To Consider Whether Plaintiffs' Declarations Should Be Filed Under Seal and for good cause appearing, the administrative motion is GRANTED.

The following portions of documents shall be sealed:

| DOCUMENT | PORTIONS TO BE FILED UNDER SEAL |
| --- | --- |
| **Exhibit A** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of Jane Roe | Plaintiff Jane Roe's true name on pages 2 and 7. |
| **Exhibit B** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of John Roe | Plaintiff John Roe's true name on pages 2 and 5. |
| **Exhibit C** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of Susan Roe | Plaintiff Susan Roe's true name on pages 2 and 3. |
| **Exhibit D** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of Mary Roe | Plaintiff Mary Roe's true name on pages 2 and 3. |
| **Exhibit E** to the Declaration of Matthew D. Davis in Support of the Motion to File Under Seal, Declaration of Barbara Roe | Plaintiff Barbara Roe's true name on pages 2 and 5. |

IT IS SO ORDERED

Dated:   March 29, 2024

_____
Hon. Jon S. Tigar
United States District Judge