AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,

*Plaintiff(s)*

v.

CITY AND COUNTY OF SAN FRANCISCO, a California public entity,

*Defendant(s)*

Civil Action No.   4:24-cv-01562-JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY AND COUNTY OF SAN FRANCISCO, a California public entity,
San Francisco City Attorney
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MICHAEL A. KELLY (mkelly@walkuplawoffice.com )
RICHARD H. SCHOENBERGER (rschoenberger@walkuplawoffice.com )
MATTHEW D. DAVIS (mdavis@walkuplawoffice.com)
ASHCON MINOIEFAR (aminoiefar@walkuplawoffice.com)
Walkup Melodia Kelly & Schoenberger
650 California St., 26th Fl., San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B.Busby*

Date:   April 16, 2024                                *Kim Means*
                                                     *Signature of Clerk or Deputy Clerk*