MICHAEL A. KELLY, (State Bar No. 71460)
  mkelly@WalkupLawOffice.com
RICHARD H. SCHOENBERGER, (State Bar No. 122190)
  rschoenberger@WalkupLawOffice.com
MATTHEW D. DAVIS, (State Bar No. 141986)
  mdavis@WalkupLawOffice.com
ASHCON MINOIEFAR, (State Bar No. 347583)
  aminoiefar@WalkupLawOffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA  94108
Telephone:  415-889-2919
Facsimile:  415-391-6965

SHANIN SPECTER, (Pennsylvania State Bar No. 40928)
  shanin.specter@klinespecter.com
(Admitted Pro Hac Vice)
ALEX VAN DYKE (CA State Bar No. 340379)
  alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000

Attorneys for All Plaintiffs

JOHN K. DIPAOLO, (State Bar No. 321942)
  dipaolojohn@uchastings.edu
General Counsel
Secretary to the Board of Directors
College of the Law, San Francisco
200 McAllister Street
San Francisco, CA  94102
Telephone:  415-565-4787
Facsimile:  415-565-4825

Attorney for Plaintiff
COLLEGE OF THE LAW, SAN FRANCISCO

1      UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA,

3      SAN FRANCISCO/OAKLAND DIVISION

4   JANE ROE, an individual; MARY ROE,           Case No. 4:24-cv-01562-JST
    an individual; SUSAN ROE, an
5   individual; JOHN ROE, an individual;          **NOTICE OF ATTORNEY**
    BARBARA ROE, an individual;                   **APPEARANCE**
6   PHOENIX HOTEL SF, LLC, a
    California limited liability company;          **ASSIGNED FOR ALL PURPOSES**
7   FUNKY FUN, LLC, a California limited           **TO THE HONORABLE DISTRICT**
    liability company; and 2930 EL                **JUDGE JON S. TIGAR,**
8   CAMINO, LLC, a California limited              **COURTROOM 6**
    liability company,
9                                                  Action Filed:   03/14/2024
                        Plaintiffs,               Trial Date:      Unassigned
10
11          v.

12   CITY AND COUNTY OF SAN
    FRANCISCO, a California public entity,
13
                        Defendants.

14      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

15          Notice is hereby given that Alex Van Dyke, Esq. of Kline & Specter, P.C.,

16   hereby appears as co-counsel for all Plaintiffs in the above-captioned matter. Alex

17   Van Dyke's contact information is below:

18

19          Alex Van Dyke, Esq.
            KLINE & SPECTER, P.C.
20          1525 Locust Street
            Philadelphia, PA 19102
21          Telephone:   (215) 772-1000
            Fax:         (215) 402-2362
22          Email:       alex.vandyke@klinespecter.com

23   Dated:  April 19, 2024            KLINE & SPECTER, P.C.

24

25

26                                     By:  _____

27                                         ALEX VAN DYKE
                                           Attorneys for ALL PLAINTIFFS
28

1

### CERTIFICATE OF SERVICE

2

   I, Alex Van Dyke, Esquire, hereby certify that I electronically filed the following

3

document by using the CM/ECF system on April 19, 2024.

4

Dated:  April 19, 2024                          KLINE & SPECTER, P.C.

5

6

7                                        By:  _____

8                                             ALEX VAN DYKE
                                              Attorneys for ALL PLAINTIFFS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>PROOF OF SERVICE</u>

2

**Jane Roe, et al. v. City and County of San Francisco, et al.**
**USDC-Northern California Case No. 4:24-cv-01562-JST**

3

4
     At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place,  My business address is 1525 Locust Street, Philadelphia, Pennsylvania 19102.

5

6
     On the date set forth below, I caused to be served true copies of the following document(s) described as

7

## NOTICE OF ATTORNEY APPEARANCE

8
     to:

9

10
Shanin Specter, Esq.
(Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)

11
KLINE & SPECTER, P.C.
1525 Locust Street

12
Philadelphia, PA 19102

**Co-Counsel for All Plaintiffs**
(and related case USDC-Northern
CA case #4:24-cv-01562-JST)

Office: (215) 772-1000
Facsimile:  (215) 772-1359
shanin.specter@klinespecter.com

13

14

15
John K. Dipaolo, Esq.
General Counsel
Secretary to the Board of Directors

16
College of the Law, San Francisco
200 McAllister Street

17
San Francisco, CA  94102

**Counsel for Plaintiff**
**College of the Law, San Francisco**

Telephone:  (415) 565-4787
Facsimile:  (415) 565-4825
dipaolojohn@uchastings.edu

18

19
David Chiu, Esq., City Attorney
Yvonne R. Meré, Esq., Chief Deputy City

20
Attorney
Wayne Snodgrass, Esq., Deputy City

21
Attorney
Tara M. Steeley, Esq., Deputy City Attorney

22
Thomas S. Lakritz, Esq., Deputy City
Attorney

23
John H. George, Esq., Deputy City Attorney
Kaitlyn M. Murphy, Esq., Deputy City

24
Attorney
Deputy City Attorneys

25
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place

26
San Francisco, CA  94102-4682

**Counsel for City and County of**
**San Francisco**

Steeley: (415) 554-4655
Lakritz: (145) 554-4628
George:  (415) 554-4223
Murphy:  (415) 554-6762
Facsimile: (415) 554-4699
tara.steeley@sfcityatty.org
tom.lakritz@sfcityatty.org
john.george@sfcityatty.org
kaitlyn.murphy@sfcityatty.org

27

28

| | |
|---|---|
| Lauren Hansen, Esq.<br>Melissa A. Morris, Esq.<br>Public Interest Law Project<br>449 15th Street, Suite 301<br>Oakland, CA  94612-06001 | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools**<br><br>Office:  (510) 891-9794<br>Fax:  (510) 891-9727<br>lhansen@pilpca.org<br>mmorris@pilpca.org |
| Lili V. Graham, Esq.<br>Tiffany L. Nocon, Esq.<br>Disability Rights California<br>350 S. Bixel Street Suite 290<br>Los Angeles, CA  90017-1418 | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools**<br><br>Office:  (213) 213-8000<br>Fax:  (213) 213-8001<br>lili.graham@disabilityrightsca.org<br>tiffany.nocon@disabilityrightsca.org |
| Michael David Keys, Esq.<br>Jessica Berger, Esq.<br>Bay Area Legal Aid<br>1454 43rd Avenue<br>San Francisco, CA  94122 | **Counsel for Proposed Intervenors Hospitality House; coalition on Homelessness; and Faithful Fools**<br><br>Office:  (415) 982-1300<br>Fax: (415) 982-4243<br>mkeys@baylegal.org<br>jberger@baylegal.org |
| William S. Freeman, Esq.<br>John Thomas H. Do, Esq.<br>ACLU Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111 | **Counsel for Amicus Curiae (ACLU Foundation of Northern California)**<br><br>(415) 621-2943<br>wfreeman@aclunc.org<br>jdo@aclune.org |

    **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on April 19, 2024, at Philadelphia, Pennsylvania.

KLINE & SPECTER, P.C.

By: _____
SARAH RICHMOND