DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar #231775
THOMAS S. LAKRITZ, State Bar #161234
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (145) 554-4628 (Lakritz)
              (415) 554-4223 (George)
              (415) 554-6762 (Murphy)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              tom.lakritz@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-DMR<br><br>**SECOND STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING**<br><br>Trial Date:           Not set. |

Under Northern District Civil Local Rule No. 6-1, it is hereby stipulated by and between Plaintiffs JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC, and Defendant CITY AND COUNTY OF SAN FRANCISCO through their respective counsel, that the time to file a responsive pleading on behalf of the DEFENDANT CITY AND COUNTY OF SAN FRANCISCO is extended to and including May 3, 2024.

Counsel understand that the earliest available hearing date on the Court's website is July 18, 2024, and have agreed to that date as the hearing date for the time being. Counsel are continuing to discuss a briefing schedule based on a July 18 hearing date and will submit a stipulation and proposed order with a proposed briefing schedule.

Plaintiffs' counsel believes that time is of the essence given the current conditions in the Tenderloin, and requests that the Court provide an earlier hearing date, if one is available, or schedule a Case Management Conference to discuss permissible discovery and other matters.

This extension will not alter any event or deadline already fixed by Court order.

Dated:  April 26, 2024

                          DAVID CHIU
                          City Attorney
                          YVONNE R. MERÉ
                          Chief Deputy City Attorney
                          WAYNE SNODGRASS
                          TARA M. STEELEY
                          THOMAS S. LAKRITZ
                          JOHN H. GEORGE
                          KAITLYN M. MURPHY
                          Deputy City Attorneys

                          By: s/Thomas S. Lakritz
                                THOMAS S. LAKRITZ

                          Attorneys for Defendant
                          CITY AND COUNTY OF SAN FRANCISCO

Dated: April 26, 2024

WALKUP, MELODIA, KELLY & SCHOENBERGER

By: **s/Matthew D. Davis
MATTHEW D. DAVIS

Attorneys for Plaintiffs
JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC

*\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*