DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar #231775
THOMAS S. LAKRITZ, State Bar #161234
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (145) 554-4628 (Lakritz)
              (415) 554-4223 (George)
              (415) 554-6762 (Murphy)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              tom.lakritz@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>    Defendant. | Case No. 4:24-cv-01562-JST<br><br>**NOTICE OF APPEARANCE OF YVONNE R. MERÉ FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO**<br><br>Trial Date:          None set. |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Chief Deputy City Attorney YVONNE R. MERÉ is appearing on behalf of Defendant CITY AND COUNTY OF SAN FRANCISCO in this matter.

The office and email addresses, and the telephone and facsimile numbers for Ms. Meré are as follows:

>YVONNE R. MERÉ, State Bar #173594
>Chief Deputy City Attorney
>San Francisco City Attorney's Office
>City Hall, Room 234
>1 Dr. Carlton B. Goodlett Place
>San Francisco, California 94102-4682
>Telephone:   (415) 554-4700
>Facsimile:   (415) 554-4757
>Email:  Yvonne.Mere@sfcityatty.org

Please include Ms. Meré on all proofs of service and communications in this matter.

Dated:  April 30, 2024

>DAVID CHIU
>City Attorney
>YVONNE R. MERÉ
>Chief Deputy City Attorney
>WAYNE SNODGRASS
>TARA M. STEELEY
>THOMAS S. LAKRITZ
>JOHN H. GEORGE
>KAITLYN M. MURPHY
>Deputy City Attorneys
>
>By: /s/
>       YVONNE R. MERÉ
>
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO