DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar #231775
THOMAS S. LAKRITZ, State Bar #161234
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (145) 554-4628 (Lakritz)
              (415) 554-4223 (George)
              (415) 554-6762 (Murphy)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              tom.lakritz@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date:    July 18, 2024<br>Time:            2:00 p.m.<br>Place:           Oakland Courthouse, Courtroom 6 – 2nd Floor 1301 Clay Street, Oakland, CA 94612<br><br>Trial Date:      None set |

Having considered all of the papers and argument in this matter, the Court grants Defendant's Motion to Dismiss Plaintiffs' Complaint For Injunctive and Equitable Relief ("Complaint"), ECF No. 1, on the bases set forth in Defendant's Notice of Motion and Motion to Dismiss and Memorandum of Points and Authorities, Defendant's Request for Judicial Notice, Plaintiff's opposition brief and supporting documents, Defendant's reply brief and supporting documents, the file in this case, and the argument of counsel at the hearing.

**IT IS SO ORDERED.**

Dated:

HON. JON S. TIGAR
U.S. DISTRICT JUDGE