LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>                        Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>                        Defendants. | Case No. 4:24-cv-01562-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:      Unassigned |

1    WHEREAS, Defendant and Plaintiffs, through their counsel of record, enter into
2 the following stipulation regarding the briefing schedule for Defendant's Motion to
3 Dismiss (ECF No. 35, "Motion").

**STIPULATION**

5    WHEREAS, on May 3, 2024, Defendant filed the Motion;
6    WHEREAS, on May 6, 2024, the Court set the Motion for hearing on July 18,
7 2024 at 2 p.m., Plaintiffs' opposition briefing filing deadline on May 17, 2024, and
8 Defendant's reply briefing deadline on May 24, 2024;
9    WHEREAS, Plaintiffs seek additional time beyond the 14 days provided in the
10 Court's local rules to respond to the Motion, and the parties have met and conferred
11 on Plaintiffs' request for additional time;
12    THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the
13 Court's approval, that: Plaintiffs' Opposition or Statement of Non-Opposition to the
14 Motion must be filed on or before May 24, 2024; and Defendant's Reply in support of
15 the Motion must be filed on or before May 31, 2024.
16    IT IS SO STIPULATED.

18 Dated:  May 14, 2024           WALKUP, MELODIA, KELLY & SCHOENBERGER
                                  KLINE & SPECTER P.C.

21                                By:     /S/ Ashcon Minoiefar
22                                     MICHAEL A. KELLY
                                       RICHARD H. SCHOENBERGER
23                                     MATTHEW D. DAVIS
                                       ASHCON MINOIEFAR
24                                     SHANIN SPECTER
                                       ALEX VAN DYKE
25                                     Attorneys for ALL PLAINTIFFS

Dated: May 14, 2024	CITY AND COUNTY OF SAN FRANCISCO

By:     /S/ Thomas S. Lakritz
DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
THOMAS S. LAKRITZ
JOHN H. GEORGE
KAITLYN M. MURPHY
Deputy City Attorneys
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Stipulation and Proposed Order is GRANTED as follows:

1. Plaintiffs' Opposition or Statement of Non-Opposition to Defendant's Motion to Dismiss (ECF No. 35) must be filed on or before May 24, 2024; and

2. Defendant's Reply in support of Defendant's Motion must be filed on or before May 31, 2024.

IT IS SO ORDERED.

Date: _____           _____
                                        HONORABLE JON S. TIGAR
                                        United States District Judge

# PROOF OF SERVICE

**Jane Roe, et al. v. City and County of San Francisco, et al.
USDC-Northern California Case No. 4:24-cv-01562-JST**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place,  My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**

to:

| | |
|---|---|
| Shanin Specter, Esq.<br>(Admitted Pro Hac Vice)<br>Alex Van Dyke, Esq.<br>KLINE & SPECTER, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102 | **Co-Counsel for Plaintiffs**<br><br>Telephone: (215) 772-1000<br>shanin.specter@klinespecter.com<br>alex.vandyke@klinespecter.com<br>escalanteyleana@uclawsf.edu |
| David Chiu, Esq., City Attorney<br>Yvonne R. Meré, Esq., Chief Deputy City Attorney<br>Wayne Snodgrass, Esq., Deputy City Attorney<br>Tara M. Steeley, Esq., Deputy City Attorney<br>Thomas S. Lakritz, Esq., Deputy City Attorney<br>John H. George, Esq., Deputy City Attorney<br>Kaitlyn M. Murphy, Esq., Deputy City Attorney<br>Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA  94102-4682 | **Counsel for City and County of San Francisco**<br><br>Steeley Direct: (415) 554-4655<br>Lakritz Direct: (145) 554-4628<br>George Direct:  (415) 554-4223<br>Murphy Direct:  (415) 554-6762<br>Facsimile: (415) 554-4699<br>Mere Direct:  (415) 554-4700<br>Mere Facsimile:  (415) 554-4757<br>Yvonne.Mere@sfcityatty.org<br>tara.steeley@sfcityatty.org<br>tom.lakritz@sfcityatty.org<br>john.george@sfcityatty.org<br>kaitlyn.murphy@sfcityatty.org<br>anita.murdock@sfcityatty.org<br>celena.sepulveda@sfcityatty.org<br>sophia.garcia@sfcityatty.org<br>winnie.fong@sfcityatty.org |

| | | |
|---|---|---|
| 1 | John K. Dipaolo, Esq.<br>General Counsel | **Counsel for Plaintiff College of the Law, San Francisco** |
| 2 | Secretary to the Board of Directors<br>College of the Law, San Francisco | (related case USDC-Northern California case #4:20-cv-03033-JST) |
| 3 | 200 McAllister Street<br>San Francisco, CA 94102 | |
| 4 | | Telephone: (415) 565-4787<br>Facsimile: (415) 565-4825 |
| 5 | | dipaolojohn@uchastings.edu |
| 6 | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq. | **Counsel for Proposed Intervenors Hospitality House; Coalition on** |
| 7 | Public Interest Law Project<br>449 15th Street, Suite 301 | **Homelessness; and Faithful Fools**<br>(related case USDC-Northern California |
| 8 | Oakland, CA 94612-06001 | case #4:20-cv-03033-JST) |
| 9 | | Office: (510) 891-9794<br>Fax: (510) 891-9727 |
| 10 | | lhansen@pilpca.org<br>mmorris@pilpca.org |
| 11 | | |
| 12 | Lili V. Graham, Esq.<br>Tiffany L. Nocon, Esq. | **Counsel for Proposed Intervenors Hospitality House; Coalition on** |
| 13 | Disability Rights California<br>350 S. Bixel Street Suite 290 | **Homelessness; and Faithful Fools**<br>(related case USDC-Northern California |
| 14 | Los Angeles, CA 90017-1418 | case #4:20-cv-03033-JST) |
| 15 | | Office: (213) 213-8000<br>Fax: (213) 213-8001 |
| 16 | | lili.graham@disabilityrightsca.org<br>tiffany.nocon@disabilityrightsca.org |
| 17 | | |
| 18 | Michael David Key, Esq.<br>Jessica Berger, Esq. | **Counsel for Proposed Intervenors Hospitality House; Coalition on** |
| 19 | Bay Area Legal Aid<br>1454 43rd Avenue | **Homelessness; and Faithful Fools**<br>(related case USDC-Northern California |
| 20 | San Francisco, CA 94122 | case #4:20-cv-03033-JST) |
| 21 | | Office: (415) 982-1300<br>Fax: (415) 982-4243 |
| 22 | | mkeys@baylegal.org<br>jberger@baylegal.org |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | William S. Freeman, Esq.<br>John Thomas H. Do, Esq.<br>ACLU Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111 | **Counsel for Amicus Curiae (ACLU Foundation of Northern California)**<br>(related case USDC-Northern California case #4:20-cv-03033-JST)<br><br>Office: (415) 621-2943<br>wfreeman@aclunc.org<br>jdo@aclunc.org |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 14, 2024, at San Francisco, California.

_____
Kirsten Benzien