LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>            Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>            Defendants. | Case No. 4:24-cv-01562-JST<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:     Unassigned |

1  WHEREAS, Defendant and Plaintiffs, through their counsel of record, enter into the following stipulation regarding the briefing schedule for Defendant's Motion to Dismiss (ECF No. 35, "Motion").

**STIPULATION**

WHEREAS, on May 3, 2024, Defendant filed the Motion;

WHEREAS, on May 6, 2024, the Court set the Motion for hearing on July 18, 2024 at 2 p.m., Plaintiffs' opposition briefing filing deadline on May 17, 2024, and Defendant's reply briefing deadline on May 24, 2024;

WHEREAS, Plaintiffs seek additional time beyond the 14 days provided in the Court's local rules to respond to the Motion, and the parties have met and conferred on Plaintiffs' request for additional time;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that: Plaintiffs' Opposition or Statement of Non-Opposition to the Motion must be filed on or before May 24, 2024; and Defendant's Reply in support of the Motion must be filed on or before May 31, 2024.

IT IS SO STIPULATED.

Dated:  May 14, 2024

WALKUP, MELODIA, KELLY & SCHOENBERGER
KLINE & SPECTER P.C.

By:   /S/ Ashcon Minoiefar
MICHAEL A. KELLY
RICHARD H. SCHOENBERGER
MATTHEW D. DAVIS
ASHCON MINOIEFAR
SHANIN SPECTER
ALEX VAN DYKE
Attorneys for ALL PLAINTIFFS

Dated: May 14, 2024                    CITY AND COUNTY OF SAN FRANCISCO

                                       By:      /S/ Thomas S. Lakritz
                                            DAVID CHIU
                                            City Attorney
                                            YVONNE R. MERÉ
                                            Chief Deputy City Attorney
                                            WAYNE SNODGRASS
                                            TARA M. STEELEY
                                            THOMAS S. LAKRITZ
                                            JOHN H. GEORGE
                                            KAITLYN M. MURPHY
                                            Deputy City Attorneys
                                            Attorneys for Defendant
                                            CITY AND COUNTY OF SAN FRANCISCO

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Stipulation and Proposed Order is GRANTED as follows:

1. Plaintiffs' Opposition or Statement of Non-Opposition to Defendant's Motion to Dismiss (ECF No. 35) must be filed on or before May 24, 2024; and

2. Defendant's Reply in support of Defendant's Motion must be filed on or before May 31, 2024.

IT IS SO ORDERED.

Date: May 14, 2024

HONORABLE JON S. TIGAR
United States District Judge