LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR THE DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR INJUNCTIVE AND EQUITABLE RELIEF**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:   03/14/2024<br>Trial Date:      Unassigned |

Counsel for plaintiffs and defendant have met and conferred about their respective schedules, and have stipulated to the following proposed briefing schedule for the pending defendant's Motion to Dismiss the First Amended Complaint:

- The deadline for the filing of plaintiffs' opposition brief be extended from August 23, 2024 to August 30, 2024; and
- The deadline for the filing of defendant's reply brief be extended from August 30, 2024 to September 13, 2024.

The parties agree that the hearing on the motion remain as scheduled for 2:00 p.m. on October 10, 2024.

IT IS SO STIPULATED AND AGREED.

Dated: August 20, 2024         WALKUP, MELODIA, KELLY & SCHOENBERGER

                               By:   /S/ Matthew D. Davis
                                     MICHAEL A. KELLY
                                     RICHARD H. SCHOENBERGER
                                     MATTHEW D. DAVIS
                                     ASHCON MINOIEFAR
                                     Attorneys for ALL PLAINTIFFS

Dated: August 20, 2024         SAN FRANCISCO CITY ATTORNEY'S OFFICE

                               By:   /S/ Thomas D. Lakritz
                                     DAVID CHIU, City Attorney
                                     YVONNE R. MERÉ, Chief Deputy City Attorney
                                     WAYNE SNODGRASS
                                     TARA M. STEELEY
                                     THOMAS S. LAKRITZ
                                     JOHN H. GEORGE
                                     KAITLYN M. MURPHY
                                     Attorneys for Defendant
                                     CITY AND COUNTY OF SAN FRANCISCO

1      For good cause appearing, IT IS SO ORDERED.

DATED: August ___, 2024

                                                    _____
                                                    THE HONORABLE DISTRICT
                                                    JUDGE JON S. TIGAR