LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a California public entity, <br><br> Defendants. | Case No. 4:24-cv-01562-JST <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING BRIEFING SCHEDULE FOR THE DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR INJUNCTIVE AND EQUITABLE RELIEF** <br><br> **ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6** <br><br> Action Filed:  03/14/2024 <br> Trial Date:     Unassigned |

1    Counsel for plaintiffs and defendant have met and conferred about their
2    respective schedules, and have stipulated to the following proposed briefing schedule for
3    the pending defendant's Motion to Dismiss the First Amended Complaint:

4   • The deadline for the filing of plaintiffs' opposition brief be extended from August 23, 2024 to August 30, 2024; and

6   • The deadline for the filing of defendant's reply brief be extended from August 30, 2024 to September 13, 2024.

7    The parties agree that the hearing on the motion remain as scheduled for 2:00
8    p.m. on October 10, 2024.

9    IT IS SO STIPULATED AND AGREED.

10   Dated:  August 20, 2024            WALKUP, MELODIA, KELLY & SCHOENBERGER

12                                      By:   /S/ Matthew D. Davis
                                              MICHAEL A. KELLY
13                                            RICHARD H. SCHOENBERGER
                                              MATTHEW D. DAVIS
14                                            ASHCON MINOIEFAR
15                                            Attorneys for ALL PLAINTIFFS

17   Dated:  August 20, 2024            SAN FRANCISCO CITY ATTORNEY'S OFFICE

19                                      By:   /S/ Thomas D. Lakritz
                                              DAVID CHIU, City Attorney
20                                            YVONNE R. MERÉ, Chief Deputy City
                                              Attorney
21                                            WAYNE SNODGRASS
                                              TARA M. STEELEY
22                                            THOMAS S. LAKRITZ
                                              JOHN H. GEORGE
23                                            KAITLYN M. MURPHY
24                                            Attorneys for Defendant
                                              CITY AND COUNTY OF SAN FRANCISCO

1    For good cause appearing, IT IS SO ORDERED.

DATED: August 23, 2024

_____
THE HONORABLE DISTRICT JUDGE JON S. TIGAR