UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　　Defendant. | Case No. 24-cv-01562-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motion to dismiss, the case management conference scheduled for September 10, 2024 is continued to November 19, 2024 at 2:00 p.m.  An updated joint case management statement is due November 12, 2024.

**IT IS SO ORDERED.**

Dated:  September 4, 2024



_____
JON S. TIGAR
United States District Judge