1  DAVID CHIU, SBN 189542
City Attorney
2  YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
3  TARA M. STEELEY, SBN 231775
THOMAS S. LAKRITZ, SBN 161234
4  JOHN H. GEORGE, SBN 292332
KAITLYN M. MURPHY, SBN 293309
5  Deputy City Attorneys
City Hall, Room 234
6  1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
7  Telephone:    (415) 554-4655 (Steeley)
                (145) 554-4628 (Lakritz)
8                (415) 554-4223 (George)
                (415) 554-6762 (Murphy)
9  Facsimile:    (415) 554-4699
E-Mail:        tara.steeley@sfcityatty.org
10               tom.lakritz@sfcityatty.org
               john.george@sfcityatty.org
11               kaitlyn.murphy@sfcityatty.org

12  Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17  JANE ROE, an individual; MARY ROE, an          Case No. 4:24-cv-01562-JST
    individual; SUSAN ROE, an individual; JOHN
18  ROE, an individual; BARBARA ROE, an
    individual; PHOENIX HOTEL SF, LLC, a
19  California limited liability company; FUNKY      CERTIFICATE OF SERVICE
    FUN, LLC, a California limited liability
20  company; and 2930 EL CAMINO, LLC, a
    California limited liability company,
21
           Plaintiffs,
22                                                   Trial Date:        None set.
           vs.
23
    CITY AND COUNTY OF SAN
24  FRANCISCO, a California public entity,

25         Defendant.

26

27

28

CERTIFICATE OF SERVICE;                                    n:\govlit\li2024\240805\01801006.docx
CASE NO. 4:24-cv-01562-JST

1

**CERTIFICATE OF SERVICE**

2        I, BIANCA E. ROJO, declare as follows:

3        I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza, 1390

4    Market Street, 6th Floor, San Francisco, CA 94102.

5        On November 19, 2024, I served the following document:

6    **DECLARATION OF JOHN H. GEORGE IN SUPPORT OF STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY SENSITIVE CONFIDENTIAL**

7    **INFORMATION**

8    **[PROPOSED] STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY SENSITIVE CONFIDENTIAL INFORMATION**

9

10   on the following persons at the locations specified:

Michael A. Kelly, Esq.                          Shanin Specter, Esq.
11   Richard H. Schoenberger, Esq.                   Alex Van Dyke, Esq.
     Matthew D. Davis, Esq.                          **KLINE & SPECTER, P.C.**
12   Ashcon Minoiefar, Esq.                          1525 Locust Street
     **LAW OFFICES OF WALKUP, MELODIA,**             Philadelphia, PA 19102
13   **KELLY & SCHOENBERGER**                         Emails:   shanin.specter@klinespecter.com
     650 California Street                                    alex.vandyke@klinespecter.com
14   26th Floor San Francisco, CA 94108-2615         Tel: 215-772-1000
     Emails:        mkelly@walkuplawoffice.com       Fax: 215-772-1359
15                  rschoenberger@walkuplawoffice.com
                    mdavis@walkuplawoffice.com        [Attorneys for Plaintiffs JANE ROE,
16                  aminoiefar@walkuplawoffice.com    MARY ROE, SUSAN ROE, JOHN ROE,
     Tel: 415-981-7210 ·                             BARBARA ROE, PHOENIX HOTEL SF,
17   Fax: 415-391-6965                               LLC, FUNKY FUN, LLC, and 2930 EL
                                                     CAMINO, LLC]
18   [Attorneys for Plaintiffs JANE ROE, MARY
     ROE, SUSAN ROE, JOHN ROE, BARBARA
19   ROE, PHOENIX HOTEL SF, LLC, FUNKY
     FUN, LLC, and 2930 EL CAMINO, LLC]

20   in the manner indicated below:

21   ☒        **BY ELECTRONIC MAIL/E-SERVICE:**  Based on a court order or an agreement of the parties to
              accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed
22            above.  Such document was transmitted *via* ECF/CM electronic filing from the electronic address:
              Bianca.rojo@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat document format.
23

24        I declare under penalty of perjury pursuant to the laws of the State of California that the
     foregoing is true and correct.

25        Executed November 19, 2024, at San Francisco, California.

26

27                                        _Bianca E. Rojo_____
                                          BIANCA E. ROJO

28

CERTIFICATE OF SERVICE;                          1                     n:\govlit\li2024\240805\01801006.docx
CASE NO. 4:24-cv-01562-JST