```
 1  DAVID CHIU, SBN 189542
    City Attorney
 2  YVONNE R. MERÉ, SBN 173594
    Chief Deputy City Attorney
 3  TARA M. STEELEY, SBN 231775
    THOMAS S. LAKRITZ, SBN 161234
 4  JOHN H. GEORGE, SBN 292332
    KAITLYN M. MURPHY, SBN 293309
 5  Deputy City Attorneys
    City Hall, Room 234
 6  1 Dr. Carlton B. Goodlett Place
    San Francisco, California 94102-4682
 7  Telephone:    (415) 554-4655 (Steeley)
                  (145) 554-4628 (Lakritz)
 8                (415) 554-4223 (George)
                  (415) 554-6762 (Murphy)
 9  Facsimile:    (415) 554-4699
    E-Mail:       tara.steeley@sfcityatty.org
10                tom.lakritz@sfcityatty.org
                  john.george@sfcityatty.org
11                kaitlyn.murphy@sfcityatty.org

12  Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>  Defendant. | Case No. 4:24-cv-01562-JST<br><br>CERTIFICATE OF SERVICE<br><br>Trial Date:    None set. |

# **CERTIFICATE OF SERVICE**

I, BIANCA E. ROJO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza, 1390 Market Street, 6th Floor, San Francisco, CA 94102.

On December 10, 2024, I served the following document:

## **JOINT CASE MANAGEMENT STATEMENT**

on the following persons at the locations specified:

| | |
|---|---|
| Michael A. Kelly, Esq.<br>Richard H. Schoenberger, Esq.<br>Matthew D. Davis, Esq.<br>Ashcon Minoiefar, Esq.<br>**LAW OFFICES OF WALKUP, MELODIA, KELLY & SCHOENBERGER**<br>650 California Street<br>26th Floor San Francisco, CA 94108-2615<br>Emails:  mkelly@walkuplawoffice.com<br>rschoenberger@walkuplawoffice.com<br>mdavis@walkuplawoffice.com<br>aminoiefar@walkuplawoffice.com<br>Tel: 415-981-7210 ·<br>Fax: 415-391-6965<br><br>[Attorneys for Plaintiffs JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC] | Shanin Specter, Esq.<br>Alex Van Dyke, Esq.<br>**KLINE & SPECTER, P.C.**<br>1525 Locust Street<br>Philadelphia, PA 19102<br>Emails:  shanin.specter@klinespecter.com<br>alex.vandyke@klinespecter.com<br>Tel: 215-772-1000<br>Fax: 215-772-1359<br><br>[Attorneys for Plaintiffs JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC] |

in the manner indicated below:

☒ **BY ELECTRONIC MAIL/E-SERVICE:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed above. Such document was transmitted *via* ECF/CM electronic filing from the electronic address: Bianca.rojo@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat document format.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed December 10, 2024, at San Francisco, California.

*Bianca E. Rojo*
BIANCA E. ROJO