UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 24-cv-01562-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Alex G. Tse for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Tse.

**IT IS SO ORDERED.**

Dated: December 17, 2024

_____
JON S. TIGAR
United States District Judge