LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>**NOTICE OF OBJECTIONS TO SUBPOENAS**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:     Unassigned |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  On January 14, 2025, Plaintiffs Mary Roe, an individual, and Susan Roe, an
3  individual, (hereafter "Plaintiffs") served objections on Defendant City and County of
4  San Francisco and third-party deposition officers at West Coast Legal Services in
5  regard to Subpoenas to Produce Documents, Information, or Objects or to Permit
6  Inspection of Premises in a Civil Action to Curry Senior Center Health Clinic,
7  regarding Plaintiff Susan Roe, and Mercy Doctors Medical Group, UCSF Medical
8  Center, UCSF Medical Center (patient accounts)/Medical Group Business Services
9  and UCSF Medical Center & UCSF Mt. Zion (Radiology Dept), regarding Plaintiff
10 Mary Roe. Plaintiffs objected on the grounds that the subpoenas are overbroad and
11 seek private medical information not at issue.

12 Plaintiffs will meet and confer with counsel to clarify the documents requested
13 and preserve any and all objections to the subpoenas once those issues are clarified.

14

15 Dated: January 15, 2025            WALKUP, MELODIA, KELLY & SCHOENBERGER

16
17                                    By: /s/ Michael A. Kelly
18                                    MICHAEL A. KELLY
                                      RICHARD H. SCHOENBERGER
19                                    MATTHEW D. DAVIS
                                      ASHCON MINOIEFAR
20                                    Attorneys for ALL PLAINTIFFS

# PROOF OF SERVICE

**Jane Roe, et al. v. City and County of San Francisco, et al.
USDC-Northern California Case No. 4:24-cv-01562-JST**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place, My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

## NOTICE OF OBJECTIONS TO SUBPOENA

to:

| | |
|---|---|
| Shanin Specter, Esq. (Admitted Pro Hac Vice) <br> Alex Van Dyke, Esq. <br> KLINE & SPECTER, P.C. <br> 1525 Locust Street <br> Philadelphia, PA 19102 | **Co-Counsel for Plaintiffs** <br><br> Telephone: (215) 772-1000 <br> shanin.specter@klinespecter.com <br> alex.vandyke@klinespecter.com <br> escalanteyleana@uclawsf.edu |
| David Chiu, Esq., City Attorney <br> Yvonne R. Meré, Esq., Chief Deputy City Attorney <br> Wayne Snodgrass, Esq., Deputy City Attorney <br> Tara M. Steeley, Esq., Deputy City Attorney <br> Thomas S. Lakritz, Esq., Deputy City Attorney <br> John H. George, Esq., Deputy City Attorney <br> Kaitlyn M. Murphy, Esq., Deputy City Attorney <br> Deputy City Attorneys <br> City Hall, Room 234 <br> 1 Dr. Carlton B. Goodlett Place <br> San Francisco, CA  94102-4682 | **Counsel for City and County of San Francisco** <br><br> Steeley Direct: (415) 554-4655 <br> Lakritz Direct: (145) 554-4628 <br> George Direct:  (415) 554-4223 <br> Murphy Direct:  (415) 554-6762 <br> Facsimile: (415) 554-4699 <br> Mere Direct:  (415) 554-4700 <br> Mere Facsimile:  (415) 554-4757 <br> Yvonne.Mere@sfcityatty.org <br> tara.steeley@sfcityatty.org <br> tom.lakritz@sfcityatty.org <br> john.george@sfcityatty.org <br> kaitlyn.murphy@sfcityatty.org <br> anita.murdock@sfcityatty.org <br> sophia.garcia@sfcityatty.org <br> winnie.fong@sfcityatty.org <br> holly.chin@sfcityatty.org <br> pamela.cheeseborough@sfcityatty.org |

| | | |
|---|---|---|
| 1 | John K. Dipaolo, Esq.<br>General Counsel | **Counsel for Plaintiff College of the Law, San Francisco** |
| 2 | Secretary to the Board of Directors<br>College of the Law, San Francisco | (related case USDC-Northern California case #4:20-cv-03033-JST) |
| 3 | 200 McAllister Street<br>San Francisco, CA 94102 | |
| 4 | | Telephone: (415) 565-4787<br>Facsimile: (415) 565-4825 |
| 5 | | dipaolojohn@uchastings.edu |
| 6 | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq. | **Counsel for Proposed Intervenors Hospitality House; Coalition on** |
| 7 | Public Interest Law Project<br>449 15th Street, Suite 301 | **Homelessness; and Faithful Fools**<br>(related case USDC-Northern California |
| 8 | Oakland, CA 94612-06001 | case #4:20-cv-03033-JST) |
| 9 | | Office: (510) 891-9794<br>Fax: (510) 891-9727 |
| 10 | | lhansen@pilpca.org<br>mmorris@pilpca.org |
| 11 | | |
| 12 | Lili V. Graham, Esq.<br>Disability Rights California | **Counsel for Proposed Intervenors Hospitality House; Coalition on** |
| 13 | 350 S. Bixel Street Suite 290<br>Los Angeles, CA 90017-1418 | **Homelessness; and Faithful Fools**<br>(related case USDC-Northern California |
| 14 | | case #4:20-cv-03033-JST) |
| 15 | | Office: (213) 213-8000<br>Fax: (213) 213-8001 |
| 16 | | lili.graham@disabilityrightsca.org |
| 17 | | |
| 18 | Michael David Key, Esq.<br>Jessica Berger, Esq. | **Counsel for Proposed Intervenors Hospitality House; Coalition on** |
| 19 | Bay Area Legal Aid<br>1454 43rd Avenue | **Homelessness; and Faithful Fools**<br>(related case USDC-Northern California |
| 20 | San Francisco, CA 94122 | case #4:20-cv-03033-JST) |
| 21 | | Office: (415) 982-1300<br>Fax: (415) 982-4243 |
| 22 | | mkeys@baylegal.org<br>jberger@baylegal.org |

| | | |
|---|---|---|
| 1 | William S. Freeman, Esq.<br>John Thomas H. Do, Esq.<br>ACLU Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111 | **Counsel for Amicus Curiae**<br>**(ACLU Foundation of Northern California)**<br>(related case USDC-Northern California case #4:20-cv-03033-JST)<br><br>Office: (415) 621-2943<br>wfreeman@aclunc.org<br>jdo@aclunc.org |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 15, 2025, at San Francisco, California.

*/s/ Kirsten Benzien*
_____
Kirsten Benzien