UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>          Defendant. | Case No. 24-cv-01562-JST<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE** |

Discovery disputes in this case are referred to a magistrate judge. The magistrate judge to whom the matter is assigned will advise the parties of how that judge intends to proceed. The magistrate judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a magistrate judge has been assigned, all further discovery matters shall be filed pursuant to that judge's procedures.

By February 7, 2025, the parties shall submit a joint letter brief encompassing all disputes between them, excluding disputes with third parties, identified in the case management statement filed January 14, 2025 and still pending as of the filing of the brief. *See* ECF No. 75. The parties' brief shall conform to the requirements of the magistrate judge assigned to this case. Claims as to any dispute identified in the January 14, 2025 statement not addressed in the February 7, 2025 are deemed waived.

**IT IS SO ORDERED**.

Dated: January 22, 2025



JON S. TIGAR
United States District Judge