ELLEN V. LEONIDA (State Bar No. 184194)
E-Mail: *eleonida@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for HealthRIGHT 360

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**STATEMENT OF NON-PARTY HEALTHRIGHT 360**<br><br>Honorable Jon S. Tigar<br><br>Date: January 31, 2025<br>Time: 2:00 p.m.<br><br>Trial Date:   None set |

1  HealthRIGHT 360 submits this statement to correct misrepresentations in the parties' Joint Case Management Statement, submitted on January 14, 2025, regarding the service of deposition subpoenas on HealthRIGHT 360 employees.

HealthRIGHT 360 is a non-profit organization that provides healthcare, substance use disorder treatment, and mental health services to the most vulnerable people in our communities. It was created in 2011, when the Haight Ashbury Medical Clinic (the nation's first free medical clinic) merged with Walden House (a provider of custodial and non-custodial drug and alcohol treatment, mental health services, and vocational and housing services for people transitioning back into their communities in San Francisco and Los Angeles). Since then HealthRIGHT 360 has expanded its services, including the addition of a Los Angeles program, Prototypes, which provides substance abuse disorder treatment, counselling, and vocation and parenting classes to women and children, as well as services to victims of domestic violence. Since the eruption of deadly wildfires in the Los Angeles area, HealthRIGHT 360 has been working around the clock to assist staff and clients affected by the fires.

In December 2024, Plaintiff delivered deposition subpoenas for HealthRIGHT 360 staff members Dr. Vitka Eisen and Mr. Paul Harkin to a mail room employee at a HealthRIGHT 360 facility. Both documents noticed depositions for *January 3, 2024*. (see Ex. 1, attached.) The employee to whom they were delivered is not authorized to accept service for HealthRIGHT 360. Plaintiff's counsel made no effort to contact HealthRIGHT 360, Dr. Eisen, or Mr. Harkin, other than delivery of these notices to appear 11 months in the past.

HealthRIGHT 360 is willing to work with counsel to arrange a mutually convenient date for depositions and has been in contact with Plaintiff's counsel for that purpose. Undersigned counsel will appear at the case management conference to answer further questions the Court may have.

1 DATED: January 24, 2025            Respectfully submitted,

                                     SIDEMAN & BANCROFT LLP

                                     By: _____
                                         Ellen V. Leonida
                                         Attorneys for HealthRIGHT 360