# EXHIBIT 1

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| JANE ROE, an individual; et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:24-cv-01562-JST |
| CITY AND COUNTY OF SAN FRANCISCO, et al. ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Vitka Eisen, CEO, Healthright 360, 1563 Mission Street, San Francisco, CA 94103

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: By Remote Video (Zoom details to be provided) | Date and Time: 01/03/2024 10:00 am |
|---|---|

The deposition will be recorded by this method: videotaped and courtreporter

☑ **Production:** You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
  1. Any and all documents, items and things reviewed in preparation for the deposition.
  Also, see attached Notice of Taking Videotaped Deposition of Non-Party Witness by Subpoena, and Request for Production of Documents.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/10/2024

CLERK OF COURT                          OR      */s/ Matthew D. Davis*

_____              _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs'
Attorney Matthew D. Davis , who issues or requests this subpoena, are:

Walkup Melodia Kelly & Schoenberger, 650 California Street, 26th Floor, San Francisco, CA 94108
(415) 981-7210  mdavis@walkuplawoffice.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| JANE ROE, an individual; et al. *Plaintiff* v. CITY AND COUNTY OF SAN FRANCISCO, et al. *Defendant* | ) ) ) ) ) ) | Civil Action No. 4:24-cv-01562-JST |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Paul Harkin, Director of Harm Reduction, Healthright 360, 1563 Mission Street, San Francisco, CA  94103

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: By Remote Video (Zoom details to be provided) | Date and Time: 01/03/2024 10:00 am |
|---|---|

The deposition will be recorded by this method: videotaped and courtreporter

☑ **Production:** You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
1. Any and all documents, items and things reviewed in preparation for the deposition.
Also, see attached Notice of Taking Videotaped Deposition of Non-Party Witness by Subpoena, and Request for Production of Documents.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/10/2024

CLERK OF COURT                                     OR   _[Attorney signature]_

_Signature of Clerk or Deputy Clerk_                        _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiffs'** Attorney Matthew D. Davis , who issues or requests this subpoena, are:

Walkup Melodia Kelly & Schoenberger, 650 California Street, 26th Floor, San Francisco, CA 94108
(415) 981-7210   mdavis@walkuplawoffice.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).