LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>**JOINT LETTER BRIEF**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:    Unassigned |

1    Pursuant to the Court's January 22, 2025 Order (ECF No. 80), Plaintiffs Jane
2 Roe, et al (hereafter "Plaintiffs") and Defendant City and County of San Francisco
3 (the "City") jointly file this letter brief.

4    **A.    Subpoenas for Mary and Susan Roe's Medical Records**

5    Plaintiffs received notice of two sets of subpoenas for Susan and Mary Roe's
6 medical providers, the Plaintiffs bringing claims under the Americans with Disability
7 Act ("ADA"). The parties reached a stipulated agreement to limit the scope of the
8 subpoena attached as **Exhibit A**. This dispute is fully resolved.

9    **B.    Requests for Productions, Set One**

10   Plaintiffs served their First Set of Requests for Production on Defendant on
11 November 5, 2024 – all of which related to shelters operated by the City (the COVA,
12 Adante, Monarch, and 685 Ellis). The City served its response and objections on
13 December 5, 2024. The parties engaged in meet and confer efforts beginning on
14 December 6 that are currently ongoing.

15   The parties had reached impasses on the following issues: 1) whether Plaintiff
16 is entitled to documents related to affirmative conduct alleged to have occurred at
17 any shelter other than COVA; 2) whether Plaintiffs' discovery requests can extend
18 beyond two years prior to the date the complaint was filed (March 14, 2024).

19   The parties have reached the followings agreements regarding the above two
20 issues: 1) The City is willing to produce any contracts and database reports (such as
21 311, DEM and SFPD databases) regarding the Adante, Monarch, and 685 Ellis; 2)
22 the parties agree to limit custodial searches and non-custodial document searches to
23 three years from the date the complaint was filed; 3) the parties agree to limit
24 searches of database records (such as 311, DEM and SFPD databases) to five years
25 from the date the complaint was filed; 4) any policies or agreements that are in place
26 during the relevant time frame will be produced irrespective of the date the policy or
27 agreement first come into place; 5) in principle, the City agrees to conduct a search
28 for custodial and non-custodial records for documents or conduct in Adante, Monarch,

1  and 685 Ellis pending meet and confer efforts regarding the search terms and
2  parameters of the search.

3      The parties have identified the following departments to which a search for
4  responsive documents will be conducted, specific to certain requests: Department of
5  Public Health, San Francisco Police Department, Department of Emergency
6  Response, and Homelessness and Supportive Housing Services. The parties continue
7  to meet and confer regarding the custodians and search terms that will be utilized in
8  a search.

9      The parties request an Informal Discovery Conference be scheduled three
10 weeks from the date of the filing of this letter brief. So that should the parties
11 develop an impasse regarding the number of custodians, search terms or scope of the
12 search, the Court may address the potential disputes at that time.

13 Dated: February 7, 2025            WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____*\*/s/ Ashcon Minoiefar*_____
MICHAEL A. KELLY
RICHARD H. SCHOENBERGER
MATTHEW D. DAVIS
ASHCON MINOIEFAR
Attorneys for ALL PLAINTIFFS

Dated: February 7, 2025            DEPUTY CITY ATTORNEYS

By: _____*/s/ Kaitlyn Murphy*_____
KAITLYN M. MURPHY
Attorneys for Defendant CITY AND
COUNTY OF SAN FRANCISCO

*\** *Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*