DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
TARA M. STEELEY, SBN 231775
THOMAS S. LAKRITZ, SBN 161234
JOHN H. GEORGE, SBN 292332
KAITLYN M. MURPHY, SBN 293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (145) 554-4628 (Lakritz)
              (415) 554-4223 (George)
              (415) 554-6762 (Murphy)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              tom.lakritz@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>CERTIFICATE OF SERVICE<br><br>Trial Date:    None set. |

# CERTIFICATE OF SERVICE

I, BIANCA E. ROJO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza, 1390 Market Street, 6th Floor, San Francisco, CA 94102.

On April 1, 2025, I served the following document:

## JOINT CASE MANAGEMENT STATEMENT

on the following persons at the locations specified:

Michael A. Kelly, Esq.
Richard H. Schoenberger, Esq.
Matthew D. Davis, Esq.
Ashcon Minoiefar, Esq.
**LAW OFFICES OF WALKUP, MELODIA, KELLY & SCHOENBERGER**
650 California Street
26th Floor San Francisco, CA 94108-2615
Emails:   mkelly@walkuplawoffice.com
          rschoenberger@walkuplawoffice.com
          mdavis@walkuplawoffice.com
          aminoiefar@walkuplawoffice.com
Tel: 415-981-7210
Fax: 415-391-6965

Attorneys for Plaintiffs JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC

Shanin Specter, Esq.
Alex Van Dyke, Esq.
**KLINE & SPECTER, P.C.**
1525 Locust Street
Philadelphia, PA 19102
Emails:   shanin.specter@klinespecter.com
          alex.vandyke@klinespecter.com
Tel: 215-772-1000
Fax: 215-772-1359

Attorneys for Plaintiffs JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC

in the manner indicated below:

☒ **BY ELECTRONIC MAIL/E-SERVICE:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed above. Such document was transmitted *via* ECF/CM electronic filing from the electronic address: Bianca.rojo@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat document format.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 1, 2025, at San Francisco, California.

*Bianca E. Rojo*
BIANCA E. ROJO