UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>             Defendant. | Case No. 24-cv-01562-JST<br><br>**ORDER RE: DOCUMENT DISCOVERY; CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Court and the parties' earlier discussions and the parties' joint case management statement, ECF No. 91, the Court now orders as follows:

1. Defendant will produce any responsive, non-privileged documents within the custody or control of Emily Cohen on or before April 14, 2025;

2. By April 10, 2025 at noon, Defendant will provide Plaintiffs with an update on the volume of custodial files requiring review and propose a completion date for the custodial files;

3. The case management conference currently scheduled for April 8, 2025 is continued to April 11, 2025 at 1:30 p.m. (because more than one conference will be set at that time, the conference may not begin precisely at 1:30 p.m.). An updated joint case management statement is not required.

**IT IS SO ORDERED.**

Dated: April 7, 2025

_____
JON S. TIGAR
United States District Judge