LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>                    Defendants. | Case No. 4:24-cv-01562-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br><br>Action Filed:  03/14/2024<br>Trial Date:    Unassigned |

Pursuant to the Court's April 11, 2025 Minute Entry (ECF No. 93), the parties jointly submit this Joint Case Management Statement focusing on proposed deadlines and discovery.

## I.     SCHEDULING

### A.     Preliminary Injunction

The Court requested a proposed briefing and witness examination schedule from both parties.

The parties believe discovery for the purpose of the preliminary injunction can be completed by August 18, upon completion of all depositions of the Plaintiffs. The parties believe it would be reasonable for the City to receive 30 days to respond to Plaintiffs' motion. Plaintiffs would then file a reply 14 days after that. Plaintiffs anticipate they will call four to five live witnesses and also submit evidence in the form of written submissions, including deposition testimony, documents, photographs, and video recordings. As such, the parties propose a three-day hearing and the following schedule.

| Event | Joint Proposal |
| --- | --- |
| Plaintiffs' Preliminary Injunction Motion Due By | August 25, 2025 |
| Defendant's Opposition Due By | September 22, 2025 |
| Plaintiff's Reply Due By | October 6, 2025 |
| PI Injunction Hearing Day 1 | October 20, 2025 |
| PI Injunction Hearing Day 2 | October 21, 2025 |
| PI Injunction Hearing Day 3 | October 22, 2025 |
| PI Injunction Hearing Day 4 (if necessary) | October 23, 2025 |

### B. Case Schedule and Trial

<u>Plaintiffs' Statement</u>

Plaintiffs propose the following case schedule:

| Event | Plaintiffs' Proposal |
|---|---|
| Fact Discovery Cut-Off | January 5, 2026 |
| Opening Expert Report Deadline | January 19, 2026 (2 weeks after close of fact discovery) |
| Rebuttal Expert Report Deadline | February 14, 2026 (4 weeks from initial disclosure) |
| Expert Discovery Cut-Off | March 2, 2026 (2 weeks from rebuttal disclosure) |
| Last Day to File Dispositive Motions | March 30, 2026 (28 days after expert discovery cut-off) |
| Last Day to Hear Dispositive Motions (Monday, 2PM) | May 4, 2026 (35 days after motion deadline) |
| Pretrial Conference (Monday, 2PM) | June 15, 2026 |
| Trial (M-Th, 8AM) | June 22, 2026 (7 Court Days) |

<u>Defendants' Statement</u>

Defendants accept Plaintiffs' proposed trial schedule.

Defendant believes that the case could bifurcated to address the disability access and nuisance claims in separate motions for summary judgment.

Defendant shares the goal of efficiently trying this case before the Court, but cannot determine at this time the form of presentation of trial testimony. San Francisco requests 10 days for trial, inclusive of all parties' cases.

| | | |
|---|---|---|
| 1 | Dated: May 13, 2025 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

By:   /s/*Ashcon Minoiefar*
       MICHAEL A. KELLY
       RICHARD H. SCHOENBERGER
       MATTHEW D. DAVIS
       ASHCON MINOIEFAR
       Attorneys for ALL PLAINTIFFS

Dated: May 13, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
TARA M. STEELEY
THOMAS S. LAKRITZ
JOHN H. GEORGE
KAITLYN M. MURPHY
Deputy City Attorneys

By:   /s/*Thomas Lakritz*
       THOMAS LAKRITZ

       Attorneys for Defendant
       CITY AND COUNTY OF SAN FRANCISCO

## CIVIL L.R. 5-1(h)(3) ATTESTATION

I, THOMAS S. LAKRITZ, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signatures on the document.

Dated: May 13, 2025

By:    /s/ *Thomas Lakritz*

THOMAS S. LAKRITZ
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO