LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR ORAL ARGUMENT AND EVIDENTIARY HEARING**<br><br>**Date:   October 27, 2025**<br>**Time:   8:30 a.m.**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:    Unassigned |

**TO DEFENDANT CITY AND COUNTY OF SAN FRANCISCO AND ITS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT at 8:30 a.m. on October 27, 2025, or soon thereafter as counsel may be heard, in the courtroom of the Honorable Jon S. Tigar, **Department 6**, located at **1301 Clay Street, 2nd Floor, Oakland, California**, Plaintiffs will move the Court for an order granting a preliminary injunction pursuant to Fed. R. Civ. P. 65, as follows:

1) restraining and enjoining the CITY AND COUNTY OF SAN FRANCISCO, its directors, agents, servants, employees and attorneys, and all those in active concert or participation with the CITY AND COUNTY OF SAN FRANCISCO from directly or indirectly supplying fentanyl or methamphetamine-related drug paraphernalia to any individuals, groups, organizations, or entities within the Tenderloin neighborhood, and

2) restraining and enjoining the CITY AND COUNTY OF SAN FRANCISCO, its directors, agents, servants, employees and attorneys, and all those in active concert or participation with the CITY AND COUNTY OF SAN FRANCISCO from allowing City-funded contractors from directly or indirectly furnishing fentanyl or methamphetamine-related drug paraphernalia to any individuals, groups, organizations, or entities within the Tenderloin neighborhood.

This motion will be made on the ground that immediate and irreparable injury will result to Plaintiff unless the activities described above are enjoined pending trial of this action, and will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the declarations of Ashcon Minoiefar, Omar Ward, Randy Shaw, Jane Roe, Mary Roe, Susan Roe, John Roe, Barbara Roe, Isabel Manchester, Sam Patel, attached hereto, and any testimony and/or evidence introduced at an evidentiary hearing.

**Moving Parties are requesting that the Court allow oral argument and an evidentiary hearing, as proposed in the Joint Case Management**

**Conference Statement dated May 13, 2025**. (ECF No. 96.) The Court has set a Case Management Conference on September 29, 2025, to determine how to conduct the requested Preliminary Injunction Hearing.

Dated:  August 25, 2025                WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
MICHAEL A. KELLY
RICHARD H. SCHOENBERGER
MATTHEW D. DAVIS
ASHCON MINOIEFAR
Attorneys for ALL PLAINTIFFS

## PROOF OF SERVICE

**Jane Roe, et al. v. City and County of San Francisco, et al.
USDC-Northern California Case No. 4:24-cv-01562-JST**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place,  My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

- **NOTICE OF MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR ORAL ARGUMENT AND EVIDENTIARY HEARING**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS" MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF OMAR WARD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF RANDY SHAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF JANE ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF MARY ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF SUSAN ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF JOHN ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF BARBARA ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF ISABEL MANCHESTER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF SAM PATEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF ASHCON MINOIEFAR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

- **[PROPOSED] PRELIMINARY INJUNCTION**

to:

| | | |
|---|---|---|
| 1 | Shanin Specter, Esq.<br>(Admitted Pro Hac Vice) | **Co-Counsel for Plaintiffs** |
| 2 | Alex Van Dyke, Esq.<br>KLINE & SPECTER, P.C. | Telephone: (215) 772-1000<br>shanin.specter@klinespecter.com |
| 3 | 1525 Locust Street<br>Philadelphia, PA 19102 | alex.vandyke@klinespecter.com<br>escalanteyleana@uclawsf.edu |
| 4 | | |
| 5 | David Chiu, Esq., City Attorney<br>Yvonne R. Meré, Esq., Chief Deputy | **Counsel for City and County of San Francisco** |
| 6 | City Attorney<br>Wayne Snodgrass, Esq., Deputy City | Steeley Direct: (415) 554-4655 |
| 7 | Attorney<br>Tara M. Steeley, Esq., Deputy City | Lakritz Direct: (145) 554-4628<br>George Direct:  (415) 554-4223 |
| 8 | Attorney<br>Thomas S. Lakritz, Esq., Deputy City | Murphy Direct:  (415) 554-6762<br>Facsimile: (415) 554-4699 |
| 9 | Attorney<br>John H. George, Esq., Deputy City | Mere Direct:  (415) 554-4700<br>Mere Facsimile:  (415) 554-4757 |
| 10 | Attorney<br>Kaitlyn M. Murphy, Esq., Deputy | Yvonne.Mere@sfcityatty.org<br>tara.steeley@sfcityatty.org |
| 11 | City Attorney<br>Deputy City Attorneys | tom.lakritz@sfcityatty.org<br>john.george@sfcityatty.org |
| 12 | City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place | kaitlyn.murphy@sfcityatty.org<br>anita.murdock@sfcityatty.org |
| 13 | San Francisco, CA  94102-4682 | sophia.garcia@sfcityatty.org<br>winnie.fong@sfcityatty.org |
| 14 | | holly.chin@sfcityatty.org<br>pamela.cheeseborough@sfcityatty.org |
| 15 | | |
| 16 | John K. Dipaolo, Esq.<br>General Counsel | **Counsel for Plaintiff College of the Law, San Francisco** |
| 17 | Secretary to the Board of Directors<br>College of the Law, San Francisco | (related case USDC-Northern California case #4:20-cv-03033-JST) |
| 18 | 200 McAllister Street<br>San Francisco, CA 94102 | |
| 19 | | Telephone: (415) 565-4787<br>Facsimile: (415) 565-4825<br>dipaolojohn@uchastings.edu |
| 20 | | |
| 21 | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq. | **Counsel for Proposed Intervenors Hospitality House; Coalition on** |
| 22 | Public Interest Law Project<br>449 15th Street, Suite 301 | **Homelessness; and Faithful Fools**<br>(related case USDC-Northern California |
| 23 | Oakland, CA 94612-06001 | case #4:20-cv-03033-JST) |
| 24 | | Office: (510) 891-9794<br>Fax: (510) 891-9727 |
| 25 | | lhansen@pilpca.org<br>mmorris@pilpca.org |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Lili V. Graham, Esq.<br>Disability Rights California<br>350 S. Bixel Street Suite 290<br>Los Angeles, CA 90017-1418 | **Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools**<br>(related case USDC-Northern California case #4:20-cv-03033-JST) |
| 2 | | |
| 3 | | |
| 4 | | Office: (213) 213-8000<br>Fax: (213) 213-8001<br>lili.graham@disabilityrightsca.org |
| 5 | | |
| 6 | | |
| 7 | Michael David Key, Esq.<br>Jessica Berger, Esq.<br>Bay Area Legal Aid<br>1454 43rd Avenue<br>San Francisco, CA 94122 | **Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools**<br>(related case USDC-Northern California case #4:20-cv-03033-JST) |
| 8 | | |
| 9 | | |
| 10 | | Office: (415) 982-1300<br>Fax: (415) 982-4243<br>mkeys@baylegal.org<br>jberger@baylegal.org |
| 11 | | |
| 12 | | |
| 13 | William S. Freeman, Esq.<br>John Thomas H. Do, Esq.<br>ACLU Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111 | **Counsel for Amicus Curiae (ACLU Foundation of Northern California)**<br>(related case USDC-Northern California case #4:20-cv-03033-JST) |
| 14 | | |
| 15 | | |
| 16 | | Office: (415) 621-2943<br>wfreeman@aclunc.org<br>jdo@aclunc.org |
| 17 | | |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 25, 2025, at San Francisco, California.

_____
Kirsten Benzien