LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND
DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company, | Case No. 4:24-cv-01562-JST **DECLARATION OF RANDY SHAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** **ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6** |
| Plaintiffs, | Action Filed: 03/14/2024 Trial Date: Unassigned |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, a California public entity, | |
| Defendants. | |

1

I, Randy Shaw, declare as follows:

1.    I am over the age of 18 and have personal knowledge of the facts stated herein, except for facts that are stated on information, belief, or understanding. As to the latter, I have a good faith basis for believing them to be true. If called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiffs' Motion For Preliminary Injunction.

2.    I have been the Director of San Francisco's Tenderloin Housing Clinic since 1982, and I spend a significant portion of my time in the Tenderloin neighborhood. The Tenderloin Housing Clinic operates a website: *BeyondChron.org*. I am the Editor and the main writer for that website. The articles I write describe current events in the Tenderloin. I have also published the leading historical account of the Tenderloin, which is titled *The Tenderloin: Sex, Crime, and Resistance in the Heart of San Francisco*. I am also the founder of the Tenderloin Museum.

3.    I am personally involved in community affairs in the Tenderloin neighborhood. I communicate regularly with residents and business owners in the Tenderloin neighborhood about conditions in the Tenderloin. I also correspond with representatives of the City and County of San Fransisco ("the City") about issues affecting the Tenderloin, and I attend community meetings. The most frequent topic of discussion, by far, is the condition of the streets and sidewalks of the Tenderloin.

4.    The City purchased a former youth hostel at 685 Ellis Street, in the Tenderloin, for the express purpose of providing permanent supportive housing for the homeless population. However, the City has instead operated 685 Ellis Street as a homeless shelter. The property is managed by Five Keys Housing under a contract with the City.

////

////

////

////

DECLARATION OF RANDY SHAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - CASE NO. 4:24-cv-01562-JST

5.      The City had also taken over three (3) former tourist hotels and is currently operating two (2) of them as homeless shelters in the Tenderloin neighborhood. They are the Adante Hotel at 610 Geary Street and the Monarch Hotel, located at 1015 Geary Street. The City ceased operating the third facility, the COVA, located at 655 Ellis Street, in February 2025.

6.      During the daytime, many shelter residents at 685 Ellis Street and the Monarch Hotel congregate outside those properties and the surrounding streets of the Tenderloin neighborhood. The sidewalks around those properties become blocked by drug users. I have often witnessed illegal drug activities among the groups of people loitering in front of those shelters. I also observe garbage, including discarded drug paraphernalia.

7.      The residents of 685 Ellis Street are free to spend their days outside of the shelter. The operators of that shelter have not effectively dispersed sidewalk drug users. My staff at Tenderloin Housing Clinic have spoken with the people loitering in front of 685 Ellis Street and confirmed from them that they include residents of 685 Ellis Street.

8.      I understand that the City recently instituted a policy regarding the distribution of drug paraphernalia, and in particular smoking materials, on public streets. I am informed the policy does not allow the distribution of smoking supplies on public streets, but does allow it instead inside and with offers of counseling. I am informed and believe that the Glide Memorial parking lot at 332 Ellis Street is a distribution site for drug paraphernalia.

9.      I am a co-founder of the Tenderloin Business Coalition. We requested that the City assign "ambassadors" to each of its converted tourist hotels that are now operated as shelters, in order to ensure that they did not give rise to nuisance conditions in the vicinity of those shelters. The City has not provided consistent ambassadors to monitor those properties in order to prevent nuisances.

DECLARATION OF RANDY SHAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - CASE NO. 4:24-cv-01562-JST

10.     Attached here as **Exhibit A** is photograph of people using illicit drugs in public in the immediate vicinity of the 685 Ellis Street homeless shelter. The photograph was published on *BeyondChron.org* on August 4, 2025, a few days after it was taken by staff of the Tenderloin Housing Clinic.

11.     Attached hereto as **Exhibit B** is a true and correct copy of a photograph of people using illicit drugs in public in the immediate vicinity of the Monarch Hotel, a former tourist hotel that the City converted to a shelter. The photograph published on *BeyondChron.org* on February 24, 2025, within a few days of the date it was taken by staff of the Tenderloin Housing Clinic.

12.     Over the past several years, I have witnessed the effects of the above-described conditions on the businesses in the Tenderloin. The effects have been devastating on businesses in the "Little Saigon" area of the Tenderloin.

13.     The Little Saigon area of the Tenderloin is located on Larkin Street between Eddy Street and Geary Street. The former COVA hotel-turned-shelter borders Little Saigon. It is less than a block from the current 685 Ellis Street homeless shelter and approximately two (2) blocks from the Monarch Hotel Homeless shelter.

14.     As a result of Little Saigon's proximity to the tourist hotels that the City has converted to homeless shelters, it has been devastated by the conditions described above. Foot traffic has dramatically decreased because people actively avoid that section of the Tenderloin. I have observed nearly twenty businesses closed in that area, leaving approximately 18 vacant retail spaces on one block of Little Saigon between Ellis Street and O'Farrell Street. This has decimated what was long the most thriving economic area in the Tenderloin neighborhood.

15.     After significant community pressure, the COVA hotel ceased operating as a homeless shelter in February 2025. But by that time, business in the Little Saigon area was ruined. Drug activities outside the 685 Ellis Street shelter continue to deter new businesses from opening in the area and affect the nearby residents.

1        I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct to the best of my knowledge.

3        Executed on this 22nd day of August, 2025, at San Francisco, California.

4

5                                                 _____

6                                            Randy Shaw

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

DECLARATION OF RANDY SHAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION - CASE NO. 4:24-cv-01562-JST

# EXHIBIT A



# EXHIBIT B

