LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>**DECLARATION OF SUSAN ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:    Unassigned |

1

DECLARATION OF SUSAN ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - CASE NO. 4:24-cv-01562-JST

I, Susan Roe, declare as follows:

1. I am over the age of 65 and am one of the plaintiffs in the above-captioned action. I am appearing in this action under the fictitious name of "SUSAN ROE," in order to preserve my anonymity. I have personal knowledge of the facts stated herein, except for facts that are stated on information, belief, or understanding. As to the latter, I have a good faith basis for believing them to be true. If called as a witness, I could and would competently testify thereto.

2. I have lived in the Tenderloin neighborhood of San Francisco since 2018. I currently live on the 300 block of Eddy Street. I live within two blocks of the GLIDE memorial church parking lot and within two blocks of the COVA hotel and 685 Ellis Street, which I understand to have been operated as homeless shelters by the City of San Francisco.

3. I am disabled as a result of a chronic and degenerative spinal condition, and for approximately the past seven years, I have had to use a walker to ambulate outside the home and around my home as needed.

4. Every other week, I go to the Curry Senior Center at the corner of Turk Street and Leavenworth Street to access medical care and other services. On the way to access these services, I frequently encounter the conditions and hazards described in this declaration. On occasion, I have been unable to use the public sidewalk when accessing these services. At other times, I have been unable to access the services at the Curry Senior Center due to these conditions. I used to go to the Curry Senior Center most days to visit people, but I only go as needed now because of the conditions on the sidewalks.

5. The sidewalks on and near my block are frequently blocked by encampments that have been erected by homeless people. The sidewalks are also frequently blocked by loitering groups of people who appear to be homeless drug users. On Eddy and Leavenworth right outside my home, I frequently see people

gathered on the corner appearing to be selling and smoking illegal drugs. I often see people sitting, standing or lying down outside my front door smoking or injecting what appears to be illegal drugs on the sidewalk. Often times, I find these groups to be intimidating, scary and unpredictable. There is often debris, garbage, and human excrement outside the front door to my building and on the sidewalk on my block. At times, I have seen homeless individuals burning wood and other materials on the sidewalk. I often encounter offensive smells from smoke, human waste, and debris. At night, I am too scared to leave my apartment building because of these conditions. For example, I do not smoke my evening cigarette outside my home as I would prefer to because of my fear of the people loitering out front.

6. When leaving my home, I always check both ways down the sidewalk for these hazards. If I see the sidewalk is blocked, I will j-walk across the street to get to the other side. Sometimes, the conditions are so frustrating and difficult that I will simply go turn around and go back inside my home. Because of these conditions on my block and the adjoining sidewalks, I must take extra care for my safety when entering or leaving my home.

7. When I walk down the sidewalk with my walker, I frequently have to walk into the street to avoid people, debris and encampments that are blocking the sidewalk. I estimate that happens about 50% of the time I try to walk down Leavenworth between Ellis and Turk Street. I have to be alert for human excrement in order to avoid contaminating my shoes and my walker. I also have to navigate around debris, including discarded needles and pipes. There are times when the wheels of my walker become clogged with substances that appear to be human excrement. It is both difficult and scary to step off the sidewalk and into the street because I have to navigate moving and parked vehicles with my walker to either get back onto the sidewalk or across the street.

8. While these conditions and hazards outside my home and on the way to the Curry Senior Center will improve at times, they have been largely consistent and

have had a substantial impact on my ability to enjoy the use of my home and access to public services. I continue to take extra care for my safety when I leave my building and walk on the sidewalks when accessing services in the Tenderloin.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

    Executed on this 20th day of August, 2025, at San Francisco, California.

*Susan Roe*
Susan Roe

---

3

DECLARATION OF SUSAN ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - CASE NO. 4:24-cv-01562-JST