LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>　　　　　　　Defendants. | Case No. 4:24-cv-01562-JST<br><br>**DECLARATION OF JOHN ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:    Unassigned |

1    I, John Roe, declare as follows:

2    1.    I am over the age of 18 and am one of the plaintiffs in the above-captioned action. In order to preserve my anonymity, my appearance in this action is made using the fictitious name of "JOHN ROE." I have personal knowledge of the facts stated herein, except for facts that are stated on information, belief, or understanding. As to the latter, I have a good faith basis for believing them to be true. If called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2.    For approximately four years, I have lived on Dodge Place, in the Tenderloin neighborhood of San Francisco in the vicinity of Turk Street. My husband and I rent our home. I am a behavioral health clinician and have a private practice. My home is within three blocks of 685 Ellis Street, which I understand to be a shelter run by the City and County of San Francisco, as well as the COVA hotel, which I understand to be a former shelter run by the City and County of San Francisco. I also live within six blocks of GLIDE memorial church at 330 Ellis Street.

3.    The sidewalks in my neighborhood are frequently blocked by groups of people who appear to be homeless drug users. I see people who appear to be under the influence of drugs standing, sitting, or lying down unconscious on the sidewalks. I frequently witness these groups of people smoking, inhaling or injecting what I believe to be narcotics. I also see lots of discarded items, such as garbage, syringes, needles, aluminum foil, and what appear to be pipes for smoking drugs. I also frequently see human feces and bodily fluids such as urine and vomit.

4.    On my street of Dodge Place, starting in around 2023, a member of Urban Alchemy began to supervise the entrance of Dodge Place. I believe this was in response to videos I had been posting on my X (formerly Twitter) account about the terrible conditions that my street was facing. During the day, the conditions I describe are lessened. At night, there has been a noticeable increase in hazardous conditions that affects the use and enjoyment of my property when Urban Alchemy is

1  not supervising Dodge Place. It is my opinion that the conditions during the day have
2  lessened due to recent increased response, but I am not confident that response will
3  remain consistent over time. I would like to purchase my home in the Tenderloin, but
4  will not because I do not have confidence that the conditions will remain under
5  control during the day in the long term.
6      5.     On many occasions, I have found people who were unconscious, lying in
7  the entrance area of my home, blocking it. I very frequently see people injecting or
8  smoking drugs, having sex or masturbating in the open, defecating and urinating in
9  the open, including in front of my home. I encountered a man who was defecating in
10 the doorway of my home. When I asked him to leave, he threatened me. While inside
11 my home, there have been many occasions where I can smell burning cigarettes,
12 marijuana, and what I think are other drugs being smoked near my home. There
13 have been occasions when I smelled fires, and then I would see what appear to be
14 homeless people burning materials on the public street on Dodge Place. I often hear
15 yelling and fighting outside my home late into the night. I frequently find discarded
16 tin foil, syringes, pipes, and straws on my street of Dodge Place and outside my
17 home.
18     6.     When I walk on the sidewalk, I must be careful to avoid stepping in/on
19 human feces and other bodily fluids, needles, syringes, and drug pipes. When a
20 sidewalk is blocked by people or debris, I am forced to walk in the street to go around
21 the blocked sidewalk. I often walk my dogs and will have to be careful that they do
22 not eat or ingest biohazard materials, like human waste or drug paraphernalia.
23
24 / / / /
25 / / / /
26 / / / /
27 / / / /
28 / / / /

3
DECLARATION OF JOHN ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION - CASE NO. 4:24-cv-01562-JST

7. While these conditions and hazards outside my home will improve at times, they have been largely consistent and have had a substantial impact on my ability to enjoy the use of my home. I continue to take extra care for my safety when I leave my building and walk on the sidewalks in the Tenderloin. I continue to see feces, garbage, syringes, needles, aluminum foil, and pipes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 22.00h day of August, 2025, at San Francisco, California.

Signed by:

*John Roe*
B2D2C3B74B7D4C4...

John Roe