LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>                              Plaintiffs,<br><br>        v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>                              Defendants. | Case No. 4:24-cv-01562-JST<br><br>**DECLARATION OF BARBARA ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:   03/14/2024<br>Trial Date:     Unassigned |

1

1    I, Barbara Roe, declare as follows:

2    1.    I am over the age of 18 and am one of the plaintiffs in the above-

3    captioned action. I am appearing in this action under the fictitious name of

4    "BARBARA ROE," in order to preserve my anonymity. I have personal knowledge of

5    the facts stated herein, except for facts that are stated on information, belief, or

6    understanding. As to the latter, I have a good faith basis for believing them to be

7    true. If called as a witness, I could and would competently testify thereto. I make this

8    declaration in support of Plaintiffs' Motion for Preliminary Injunction.

9    2.    I have lived in the Tenderloin neighborhood of San Francisco since 2020.

10    I currently live on the corner of Leavenworth and McAllister. My home is located

11    approximately on the same block as the former site of the Tenderloin Linkage

12    Center, which was located at 1172 Market Street. Before the Tenderloin Linkage

13    Center closed in December 2022, the sidewalks right outside my building were

14    frequently crowded with homeless people who appeared to be using or selling illegal

15    drugs. The area around the Tenderloin Linkage Center was constantly suffering from

16    drug use, sales and dangerous criminal activity. After the closure of the Tenderloin

17    Linkage Center, these activities sometimes increased and sometimes decreased.

18    3.    Recently, crowds of homeless and apparent drug dealers have been

19    regularly loitering outside the Proper Hotel across the street from my building. I see

20    many vendors trying to sell me something, which, at times, I think are illegal

21    narcotics. Occasionally, I see someone in these crowds with a knife, bat, or chain.

22    Many of these people appear to be illegal drug users. I know this because I can see

23    them injecting drugs, smoking, and acting extremely intoxicated. There is also

24    widespread activity that appears to be illegal drug sales. When I try to walk down

25    the sidewalk, I frequently have to step into the street to go around this group of

26    people, debris, and drug paraphernalia that are blocking the sidewalks near my

27    home.

28    4.    I used to frequent a Whole Foods at 1185 Market Street that has since

2

DECLARATION OF BARBARA ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION - CASE NO. 4:24-cv-01562-JST

1  closed. My understanding is that it was closed in response to concerns for the safety

2  of the employees because of similar conditions I experience around my home.

3      5.    Another problem on the sidewalks outside my home is the presence of

4  discarded drug paraphernalia and human excrement on the sidewalks. I regularly

5  encounter paraphernalia and other biohazardous substances like urine and feces on

6  the sidewalk in front of my residence. Because of these conditions on my block and

7  the adjoining sidewalks, I must take extra care for my safety when entering or

8  leaving my home. Particularly at night, I must carry a taser with me to feel

9  comfortable leaving and returning to my home.

10      6.    In approximately March 2024, a fence was erected around our home by

11  the Home Owners Association for my building. I was personally leading the effort to

12  erect this fence in direct response to the fears for safety expressed by residents of the

13  building. The door to our building was frequently blocked by crowds of seemingly

14  intoxicated and dangerous individuals, and residents, including myself, had to

15  navigate these crowds to enter or leave the building. Illegal fires were set outside our

16  building and the smoke would frequently set off the fire alarms. After the fence was

17  erected, homeless individuals still at times crowd right outside of the fence, appear to

18  be intoxicated, and buy or sell narcotics.

19      7.    While these conditions and hazards outside my home will improve at

20  times, they have been largely consistent and have had a substantial impact on my

21  ability to enjoy the use of my home. I continue to take extra care for my safety when I

22  leave my building and walk on the sidewalks in the Tenderloin.

23      I declare under penalty of perjury under the laws of the United States of

24  America that the foregoing is true and correct to the best of my knowledge.

25      Executed on this 21th day of August, 2025, at San Francisco, California.

26

27  

28  Barbara Roe

DECLARATION OF BARBARA ROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION - CASE NO. 4:24-cv-01562-JST