LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1359

ATTORNEYS FOR ALL PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>**DECLARATION OF SAM PATEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6<br><br>Action Filed: 03/14/2024<br>Trial Date: Unassigned |

1

DECLARATION OF SAM PATEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - CASE NO. 4:24-cv-01562-JST

I, Sam Patel, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts stated herein, except for facts that are stated on information, belief, or understanding. As to the latter, I have a good faith basis for believing them to be true. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. I am a member of 2930 El Camino, LLC, and oversee the day-to-day operations of the Best Western Red Coach Inn at 700 Eddy Street, in the Tenderloin district of San Francisco.

3. The Best Western is located within two blocks of 685 Ellis Street and the COVA Hotel. I understand those locations have been operated as homeless shelters by the City of San Francisco. The hotel is also located less than a block from a former paraphernalia distribution site on Willow Street and a current paraphernalia distribution site at the Glide Memorial Church parking lot.

4. The sidewalks on the block outside the hotel, and on Willow Street behind the hotel, are frequently occupied by groups of people who appear to be homeless drug users consuming narcotics. I see people who appear to be under the influence of drugs standing, sitting, or lying down on the sidewalks. My employees report to me that drug use occurs regularly around the hotel. Some of the homeless people erect makeshift shelters on the sidewalk or Willow Street behind the hotel. I also see lots of discarded items, such as garbage, syringes, needles, pipes, and aluminum foil. My employees consistently try to clean up these hazards as quickly as possible to keep hotel guests safe and maintain our hotel's reputation. However, these conditions will be reported by guests in reviews, which I believe causes prospective guests to avoid booking with us. There is noise from arguments and yelling. There are offensive smells caused by smoke and human waste. These activities and conditions disrupt the hotel's operations, my employees' work, and the guests' use and enjoyment of the property.

5. Because of the conditions on the sidewalks and Willow Street adjacent to the hotel, I must take extra care for my safety when entering or leaving the hotel premises. Guests and employees have reported that the conditions around the hotel raise concerns about their safety when coming to and from the property. We have had guests who book out early because of these conditions. I believe some prospective guests do not book with us because of the conditions around the hotel.

6. While these conditions and hazards around the hotel will improve at times, they have been largely consistent and have a substantial impact on the operation of the hotel. I continue to see feces, garbage, syringes, needles, aluminum foil, and pipes along the sidewalk and on or around hotel property. It costs us time and money to clean the hotel grounds or remove drug users. These conditions negatively impact my business's ability to attract guests and maintain a good reputation as a pleasant place to stay in San Francisco.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 15th day of August, 2025, at San Francisco, California.

_____
Sam Patel