LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>**[PROPOSED] PRELIMINARY INJUNCTION**<br><br>**Date: October 27, 2025**<br>**Time: 8:30 a.m.**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:    Unassigned |

1    Plaintiffs' motion for preliminary injunction against defendant CITY AND
2 COUNTY OF SAN FRANCISCO ("the CITY") was heard on October 27, 2025.
3    After full consideration of Plaintiffs' Motion for Preliminary Injunction, and all
4 papers filed in support thereof, and good cause appearing, the motion for preliminary
5 injunction is hereby GRANTED.
6    IT IS HEREBY ORDERED that the Defendant CITY IS HEREBY ENJOINED
7 from directly, or indirectly through the use of contractors, supplying or distributing
8 fentanyl and/or methamphetamine smoking paraphernalia to any individuals, groups,
9 organizations, or entities within the Tenderloin neighborhood.
10    This Order shall remain in effect until such time as it is modified or until there
11 is a final judgment in this case.
12    Dated: _____                    _____
13                            John S. Tigar
                             United States District Judge