DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (415) 554-4223 (George)
              (415) 554-6762 (Murphy)
              (415) 554-3901 (Wald)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a California public entity, <br><br> Defendant. | Case No. 4:24-cv-01562-JST <br><br> **DECLARATION OF KAITLYN M. MURPHY IS SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION FOR AN ORDER ALLOWING DEFENDANT TO EXCEED THE 25 PAGE LIMIT FOR THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Trial Date:    August 10, 2026 |

I, KAITLYN MURPHY, declare as follows:

1. I am a Deputy City Attorney for Defendant City of San Francisco. I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. Plaintiffs' filed and served their Motion for a Preliminary Injunction on August 25, 2025. Defense counsel began working on a response to Plaintiffs' Motion with the expectation that the page limit for the opposition brief would be 25 pages under the Northern District's Local Rules.

3. Defense counsel made a good faith effort to limit the length of the opposition brief to 25 pages, but have determined the City cannot adequately brief the Court on the issues raised within the 25-page limit.

4. The City wrote to Plaintiffs' counsel on September 3, 2025, asking if Plaintiffs would stipulate to a page extension that would permit the City seven additional pages for its opposition and Plaintiffs five additional pages for their reply. Plaintiffs declined to stipulate and did not offer a counter proposal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed September 9, 2025, at San Francisco, California.

*/s/Kaitlyn M. Murphy*
KAITLYN M. MURPHY