DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (415) 554-4223 (George)
              (415) 554-6762 (Murphy)
              (415) 554-3901 (Wald)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO EXCEED THE PAGE LIMIT IN RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Trial Date:    August 10, 2026 |

Pursuant to Civil Local Rule 7-11, Defendant City and County of San Francisco, submitted an Administrative Motion for Order Allowing Defendant to Exceed Page Limit in its Memorandum of Points and Authorities in Support of Opposition to Plaintiffs' Motion for a Preliminary Injunction.

Having considered Defendant's submissions, the Court hereby GRANTS Defendant's motion and allows Defendant to file a brief of up to 32 pages, exclusive of declarations and exhibits.

IT IS SO ORDERED

DATE: September 16, 2025

Honorable Jon S. Tigar