DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (415) 554-4223 (George)
              (415) 554-6762 (Murphy)
              (415) 554-3901 (Wald)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Trial Date:    August 10, 2026 |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant City and County of San Francisco submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed regarding certain documents submitted in connection with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction. Specifically, the documents subject to this Administrative Motion are:

| Document | Portions of Documents to be Sealed | Party Claiming Confidentiality |
| --- | --- | --- |
| Exhibit 1 to the Declaration of Abigail Wald in Support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction ("Wald Decl.) | Entire document | Plaintiffs |
| Exhibit 2 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 3 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 4 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 5 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 6 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 7 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 8 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 9 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 10 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 11 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 12 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 14 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 15 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 16 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 17 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 18 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 19 to the Wald Decl. | Entire document | Plaintiffs |

| Document | Portions of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Exhibit 22 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 23 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 24 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 25 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 26 to the Wald Decl. | Entire document | Plaintiffs |

On April 15, 2024, the Court issued an Order Granting Leave for Plaintiffs to Proceed Using Pseudonyms. ECF No. 30. The above referenced documents and deposition transcript excerpts contain information regarding the Plaintiffs' addresses and for which the time for Plaintiffs to finalize their confidentiality designations have not expired under the terms of the Stipulated Protective Order (ECF No. 68). Defendants file the aforementioned documents provisionally under seal in order to comply with the Civil Local Rules, Court's Standing Order, and the Stipulated Protective Order.

Along with this Administrative Motion, Defendant submits the Declaration of John George in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, unredacted copies of the documents referenced above, and a proposed order.

Dated: September 22, 2025

>                          DAVID CHIU
>                          City Attorney
>                          YVONNE R. MERÉ
>                          Chief Deputy City Attorney
>                          TARA M. STEELEY
>                          JOHN H. GEORGE
>                          KAITLYN M. MURPHY
>                          ABIGAIL H. WALD
>                          Deputy City Attorneys
>
>
>                    By:      **/s/*John S. George*
>                          JOHN H. GEORGE
>
>                          Attorneys for Defendant
>                          CITY AND COUNTY OF SAN FRANCISCO
>
>                          **Pursuant to Civil L.R. 5-1(i)(3), the electronic
>                          signatory has obtained approval from this signatory.*