| | |
|---|---|
| 1 | DAVID CHIU, State Bar #189542 |
| | City Attorney |
| 2 | YVONNE R. MERÉ, State Bar #173594 |
| | Chief Deputy City Attorney |
| 3 | TARA M. STEELEY, State Bar #231775 |
| | JOHN H. GEORGE, State Bar #292332 |
| 4 | KAITLYN M. MURPHY, State Bar #293309 |
| | ABIGAIL H. WALD, State Bar #309110 |
| 5 | Deputy City Attorneys |
| | City Hall, Room 234 |
| 6 | 1 Dr. Carlton B. Goodlett Place |
| | San Francisco, California 94102-4682 |
| 7 | Telephone: (415) 554-4655 (Steeley) |
| | (415) 554-4223 (George) |
| 8 | (415) 554-6762 (Murphy) |
| | (415) 554-3901 (Wald) |
| 9 | Facsimile: (415) 554-4699 |
| | E-Mail: tara.steeley@sfcityatty.org |
| 10 | john.george@sfcityatty.org |
| | kaitlyn.murphy@sfcityatty.org |
| 11 | abigail.wald@sfcityatty.org |

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**DECLARATION OF JOHN GEORGE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Trial Date: August 10, 2026 |

George Decl. ISO Admin Mtn to Consider Sealing
CASE NO. 4:24-cv-01562-JST

n:\govlit\li2024\240805\01867896.docx

I, JOHN H. GEORGE, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for Defendant City and County of San Francisco. I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. Defendant's Opposition to Plaintiffs' Motion for a Preliminary Injunction cites to several documents and deposition excerpts that contain information regarding Plaintiffs' addresses and for which the time for Plaintiffs to finalize their confidentiality designations have not expired under the terms of the Stipulated Protective Order (ECF No. 68):

| Document | Portions of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Exhibit 1 to the Declaration of Abigail Wald in Support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction ("Wald Decl.) | Entire document | Plaintiffs |
| Exhibit 2 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 3 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 4 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 5 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 6 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 7 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 8 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 9 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 10 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 11 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 12 to the Wald Decl. | Entire document | Plaintiffs |

| Document | Portions of Documents to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Exhibit 14 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 15 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 16 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 17 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 18 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 19 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 22 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 23 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 24 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 25 to the Wald Decl. | Entire document | Plaintiffs |
| Exhibit 26 to the Wald Decl. | Entire document | Plaintiffs |

3. The City files the above-reference documents provisionally under seal in order to comply with the Civil Local Rules, Court's Standing Order, and the Stipulated Protective Order.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed September 22, 2025, at San Francisco, California.

***s/ John H. George*
JOHN H. GEORGE

***Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*