DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (415) 554-4223 (George)
              (415) 554-6762 (Murphy)
              (415) 554-3901 (Wald)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Trial Date:    August 10, 2026 |

[Proposed] Order re: Admin Mtn to Consider Sealing
CASE NO. 4:24-cv-01562-JST

# [PROPOSED] ORDER

The Court, having fully considered the papers and arguments presented by the parties, hereby grants the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Defendant City and County of San Francisco. The following documents will remain sealed, as follows:

| Document | Evidence of Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 1 to the Declaration of Abigail Wald in Support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction ("Wald Decl.) | | |
| Exhibit 2 to the Wald Decl. | | |
| Exhibit 3 to the Wald Decl. | | |
| Exhibit 4 to the Wald Decl. | | |
| Exhibit 5 to the Wald Decl. | | |
| Exhibit 6 to the Wald Decl. | | |
| Exhibit 7 to the Wald Decl. | | |
| Exhibit 8 to the Wald Decl. | | |
| Exhibit 9 to the Wald Decl. | | |
| Exhibit 10 to the Wald Decl. | | |
| Exhibit 11 to the Wald Decl. | | |
| Exhibit 12 to the Wald Decl. | | |
| Exhibit 14 to the Wald Decl. | | |
| Exhibit 15 to the Wald Decl. | | |
| Exhibit 16 to the Wald Decl. | | |
| Exhibit 17 to the Wald Decl. | | |
| Exhibit 18 to the Wald Decl. | | |
| Exhibit 19 to the Wald Decl. | | |

| Document | Evidence of Offered in Support of Sealing | Order |
|---|---|---|
| Exhibit 22 to the Wald Decl. | | |
| Exhibit 23 to the Wald Decl. | | |
| Exhibit 24 to the Wald Decl. | | |
| Exhibit 25 to the Wald Decl. | | |
| Exhibit 26 to the Wald Decl. | | |

IT IS SO ORDERED.

DATE:_____ _____

The Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT