**PROVISIONALLY FILED UNDER SEAL
PURSUANT TO ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED**

# EXHIBIT 26
# to

**DECLARATION OF ABIGAIL WALD IN SUPPORT
OF DEFENDANT CITY AND COUNTY OF SAN
FRANCISCO'S OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**