# EXHIBIT 27
# to

**DECLARATION OF ABIGAIL WALD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1   THIS IS AN UNCERTIFIED ROUGH DRAFT
2   TRANSCRIPT AND CANNOT BE QUOTED IN ANY PLEADINGS OR
3   FOR ANY OTHER PURPOSE AND MAY NOT BE FILED WITH ANY
4   COURT.  PAGE AND LINE NUMBERS WILL CHANGE.  ANY
5   PUNCTUATION ERRORS OR OMISSIONS, UNTRANSLATED
6   SHORTHAND SYMBOLS, OR REPORTER'S NOTES WILL BE
7   CORRECTED IN THE FINAL CERTIFIED TRANSCRIPT.
8
9       THE VIDEOGRAPHER:  Good morning.  Here
10  begins media number one in the deposition of Isabel
11  Manchester, the person most knowledgeable for
12  Phoenix Hotel San Francisco, LLC and Funky Fun LLC,
13  in the matter of Jane Roe, Mary Roe, Susan Roe, et
14  al, vs. The City and County of San Francisco, being
15  heard in the United States District Court, the
16  Northern District of California, Case No. 424CV01562
17  JST.
18       Today's date is Wednesday, September 17,
19  2025.  The time on the video monitor is
20  approximately 10:06 a.m. Pacific time.  The video
21  operator today is Steve Patapoff, contracted by
22  Behmke Reporting & Video Services, Incorporated.
23  This video deposition is taking place at 1390 Market
24  Street, 7th Floor, San Francisco, California 94102,
25  and was noticed by John George, Deputy City Attorney

1   Q. In the last six months, has an -- have the
2   conditions improved around the Phoenix such that
3   there's less fear of physical harm?
4   A. Around the Phoenix, yes.
5   Q. And does that cone sewed with the sort of
6   six-month period that we've been talking about where
7   things have improved?
8   A. Yes.
9   Q. Moving on to the next one, so open drug use,
10  when was the first time that you noticed open drug
11  use as a nuisance in that vicinity Larkin Street and
12  Eddy Street around the Phoenix?
13  A. I would say around the same time, when I
14  recognized it as a nuisance.
15  Q. And what -- what made it a nuisance from
16  its. Was there open drug use prior to 2020 in that
17  -- those immediate streets of Eddy and Larkin around
18  the Phoenix?
19  A. I don't know for a fact, but I'm not going
20  do say there wasn't. But I know that after 2021 or
21  the period of time 2020 that I'm talking about, it
22  was obvious -- like before maybe someone was doing a
23  drug they would try to hide it a little bit you
24  know, you kind of couldn't really tell they were
25  doing a drug. But after that it was so prevalent

1    A. On this document?

2    Q. Yeah?

3    A. Yes.

4    Q. And it says this is unacceptable and can no

5  longer be tolerated.  Did you follow up after this

6  particular date on September 2nd with any city

7  officials or any city employees about the problem?

8    A. Yes.

9    Q. And how did they respond?

10    A. I have written many emails to city officials

11  along the time, and they would respond with all

12  kinds of answers, like we understand, you know --

13  what you would expect them to say, we understand, we

14  agree this is unacceptable, we just want to you know

15  we are working on solutions, et cetera.

16    Q. And did those solutions come?

17    A. So that's a difficult question to answer.

18  Did the solutions come?  I'm sitting here now six

19  months of what I feel like is a better place.  So

20  solutions have come.  Did the solutions come then,

21  no, they didn't.  This process and this fight was

22  years, years of -- again the other thing I think is

23  important I'm not a city official and I do not know

24  what happens behind the scenes.  I don't know what

25  the mayor is telling people to do.  I didn't even

1  really know much about politics before all of this
2  started.  So I don't know what people were trying to
3  do to help.  All I know is a person running and
4  operating a business it didn't feel like we were
5  getting any hope.
6     Q.  Do you feel like you're actually now getting
7  results of the city trying to assist and clean up
8  the streets immediately around the Phoenix?
9     A.  I am seeing that the neighborhood, so right
10 around the Phoenix has seen improvement.  But I also
11 know that that -- that my problem has moved
12 elsewhere, in the Tenderloin my problem has just
13 moved elsewhere.  I know we're talking about the
14 Phoenix and the Larkin street, but my problem is
15 also very much further up on Larkin where the cove a
16 hotel was.  So when we talk about the issues I know
17 I'm a representative of the Phoenix and the Funky
18 Fun, but our issues are bigger than just my -- like
19 the little corner wall of where my business is
20 because my guests have to come to the Tenderloin and
21 the problems are still exist.  They just moved
22 somewhere else.
23    Q.  So the -- any nuisance anywhere in the
24 Tenderloin is -- in your position, interferes with
25 the -- with the operations at the Phoenix or

1  car parked there.  Is that the entry point for

2  trespassers that set fires that we were talking

3  about earlier?

4     A.  Yes.

5     Q.  Okay.  All right thanks.  You can set that

6  off to the side.  I'm going to introduce exhibit

7  number 12?

8        (Whereupon Exhibit # was marked for

9        identification.)

10  BY MR. GEORGE:

11     Q.  Exhibit number 12 is a Google street view

12  photo that was printed off of Google and it's from

13  six '04 Eddy Street and in the top left corner of

14  the page with the photograph on it it says

15  December 2024.  Do you recognize the location her

16  this photo was taken?

17     A.  Yes.

18     Q.  And do you see the Chambers and the Phoenix

19  there?

20     A.  Yes.

21     Q.  And is that the -- sorry.  I didn't mean to

22  cut you off.  Yes?

23     A.  Yes.

24     Q.  Okay.  Thanks.  Do you see the entrance to

25  Chambers on the right-hand side of this photo?

1    A.  Yes.

2    Q.  And do you see any of the nuisances that

3  we've talked about today in this photo?

4    A.  No.

5    Q.  There's a gate in front of the door,

6  correct, over at Chambers?

7    A.  Yes.

8    Q.  Who installed that gate?

9    A.  It's not a gate.  It's a -- what do you call

10  those things when you're having an event.  It's just

11  blocking, you put them up.  Anybody?  They're like

12  -- it's not a gate but whatever.

13    Q.  It's a metal barrier?

14    A.  Barrier, thank you.  We put it there.

15    Q.  Okay.  And was that to help cut down on

16  people using that entryway to do the various things

17  they were doing?

18    A.  Yes.

19    Q.  Okay.  And is the -- I think I asked.  But

20  is there any of the problems that we've talked about

21  the street conditions that were problematic and a

22  nuisance pictured in this photo?

23    A.  No.

24    Q.  Okay.  Do you have any reason to doubt this

25  this accurately portrays the sidewalk when it was

1  taken in December 2024?

2     A.  No.

3     Q.  Do you specifically recall any of the

4  problems that we were talking about earlier

5  occurring in December of 2024 on the -- this stretch

6  of Eddy Street that's pictured in the photo?

7     A.  Not particularly, but I think that I -- I

8  think that it was November that I felt that things

9  got better.  So that sort of transaction

10  potentially.

11    Q.  Okay?

12    A.  With the fact that it looks better.

13        THE VIDEOGRAPHER:  Sorry.  I'm getting a lot

14  of noise from the air.  Thank you.

15        MR. GEORGE:  Sensitive.

16        THE VIDEOGRAPHER:  Scraping, brushing.

17  BY MR. GEORGE:

18    Q.  I'm going to introduce exhibit number 13?

19        (Whereupon Exhibit # was marked for

20        identification.)

21  BY MR. GEORGE:

22    Q.  Exhibit 13 is another Google street view

23  photo on -- from November of 2021 at six '04 Eddy

24  Street and do you recognize the scene that's in this

25  photograph?

1  picture in April of 2019 accurately reflects how the

2  street looked at this time that the photo was taken?

3      MR. MINOIEFAR:  Object to form.

4      THE WITNESS:  No, I don't.  I believe -- I'm

5  trusting that Google view does that.  But this is

6  not my experience and I know that you're not here

7  asking me if the streets were clean because you I

8  know you're not trying to be offensive.  So this is

9  not my experience of 2021.

10 BY MR. GEORGE:

11     Q.  This photo that's dated April 2019, is that

12 your experience in April of 2019?

13     A.  Yes.  It is.  And this is not my experience

14 in 2021.  So I appreciate this and I am getting

15 emotional and I know I shouldn't that we can pull

16 out a bunch of Google pictures at certain times that

17 look great.  That's awesome.  But that is not my

18 experience.

19     Q.  I'm going to introduce exhibit number --

20 what am I on?  I'm on 16.

21     (Whereupon Exhibit # was marked for

22     identification.)

23 BY MR. GEORGE:

24     Q.  And exhibit number 16 is another Google

25 image from 614 Eddy Street.  This one is dated

1  December 2024.  Do you recognize the scene that's in

2  the photo?

3      A.  I do.

4      Q.  And this is -- it's primarily the parking

5  lot and the entrance to the Phoenix hotel.  Is that

6  correct?

7      A.  Yes.  It is.

8      Q.  And do you see any of the nuisances that

9  we've been talking about today in this photo?

10     A.  No, I don't.

11     Q.

12     A.  But this is not December of 2024.

13     Q.  Sorry?

14     A.  This -- let me see something.  Okay.  Go

15  ahead.

16     Q.  Do you have a reason to doubt that this

17  photo was taken in December of 2024?

18     A.  No.

19     Q.  And does this -- is this photo here

20  consistent with your experience of the street

21  conditions in what's pictured in the photo in

22  December of 2024?

23     A.  Yes.

24     Q.  And this is after things started to improve

25  in November of 2024.  Is that correct?

187

1   A. Yes.

2   Q. Okay. I'm going do introduce another one.

3   This is going to be -- this is going to be

4   Exhibit 17.

5       (Whereupon Exhibit # was marked for

6       identification.)

7   BY MR. GEORGE:

8   Q. And this is a similar view as the previous

9   exhibit. This is a Google street view photo from

10  six '04 Eddy Street and it's dated March of 2022.

11  Do you recognize the scene that's in this photo?

12  A. Yes. I recognize where it is.

13  Q. And it's in front of the Phoenix parking lot

14  and pictures the corner. Is that correct?

15  A. Yes.

16  Q. And do you see any of the nuisances that

17  we've been talking about to the in this photograph?

18  A. No.

19  Q. And do you -- do you have any thought about

20  why that might be?

21  A. I'm assuming because you're doing massive

22  construction.

23  Q. This photo shows a -- looks like a lot of

24  roadwork is being done by people in yellow vests and

25  cutting up a part of the street. Is that correct?

1  action that have caused the nuisances.  Is that

2  correct?

3     A.  Yes.

4     Q.  How have you determined the -- let me

5  withdraw that.  How has the Phoenix and Chambers

6  determined that these four items listed in exhibit

7  number four are the cause of the nuisance?

8        MR. MINOIEFAR:  Object to form.

9        THE WITNESS:  So how have we determined that

10  they are the cause?

11  BY MR. GEORGE:

12     Q.  Correct.

13     A.  Well, you know -- let's see.  It's very

14  obvious that the city was allowing unlawful activity

15  to happen.  You know, it's illegal as far as you I

16  know to sell drugs and to do drugs in public.  I

17  don't think it's even legal to live on the street.

18  I think that urinating is legal.  But that was

19  allowed to happen.  No problems.  No laws in the

20  Tenderloin.  So that's one reason.  Yeah, they --

21  the shelters in place, the co hoe hotel for example

22  was very detrimental for the neighborhood.  Even the

23  linked -- there was no trying to remove people from

24  the street helping you on the street, helping you to

25  stay on the street, giving you safe injection sites

193

1  that help enable the problem.  That's what I feel
2  the city did.  They enabled the problem, they didn't
3  help fix the problem.
4     Q.  When did the Cova hotel close?
5        MR. MINOIEFAR:  Object to form.
6        THE WITNESS:  I don't know exactly.  And in
7  which iteration?  When did it close as a hotel?
8  BY MR. GEORGE:
9     Q.  Sorry.  Yeah.  Let me reask that the
10 question.  That was a terrible question.
11       It was being used as a homeless shelter,
12 right?
13    A.  Yes.
14    Q.  When did it cease being used as a homeless
15 shelter?
16       MR. MINOIEFAR:  Object to form.
17       THE WITNESS:  I think just very recently.
18 BY MR. GEORGE:
19    Q.  Beginning of this year.  Is that around the
20 time?
21    A.  Yes.
22    Q.  And have there been any improvements on the
23 streets since the Cova hotel closed?
24    A.  Yes.
25    Q.  And do you have any -- any understanding

1   Q. And so it's the pail you're to do that
2   something else that is the reason why the person is
3   not getting off of the drug. Is that correct?
4           MR. MINOIEFAR: Object to form.
5           THE WITNESS: You could look at it a
6   different way. Somebody's old pipe might eventually
7   get so old that they can't smoke out of it. So now
8   we are giving them a new pipe.
9   BY MR. GEORGE:
10  Q. Have you -- are you familiar with the --
11  with the corner stores and the various markets that
12  are in the Tenderloin?
13  A. Yes.
14  Q. And are you -- do you understand them to
15  sell pipes and other smoking supplies?
16  A. Yes.
17  Q. And do you understand that especially peel
18  steal from those stores to take those supplies?
19          MR. MINOIEFAR: Object to form.
20          THE WITNESS: I imagine that they do. I'm
21  not surprised to hear that.
22  BY MR. GEORGE:
23  Q. Going back to the earlier question about a
24  new pipe versus the old pipe, if a person is
25  addicted to a drug and they can no longer use their

205

1    Q.  And why not?

2    A.  Why would it not surprise me?

3    Q.  Yeah?

4    A.  Because I think that we are a liberal city
5  that has always been about that kind of sort of
6  thought process and what happened after COVID is
7  that thought process got out of control, got out of
8  hand.

9    Q.  And so is the -- did the distribution of
10  needles from the 1990s all through the early two
11  thousands, did that cause any of the nuisance that
12  you are specifically pin pitting starting after
13  COVID?

14   A.  No.  I don't think so.

15   Q.  How close is the Phoenix to glide.  It's?

16   A.  It's fairly close but I don't know exactly
17  on a map where it is.

18   Q.  Does -- do you know if glide distributes
19  smoking supplies?

20   A.  My understanding is it does.

21   Q.  What's that understanding based on?

22   A.  People telling me, telling us.

23   Q.  Does the distribution of smoking supplies at
24  glide affect the Phoenix or Chambers in a negative
25  way?

225

1    MR. MINOIEFAR:  Object to form.

2    THE WITNESS:  Yes.

3  BY MR. GEORGE:

4    Q.  How so?

5    A.  I think that it's -- you know, there's a lot

6  of people that are talking about congregation of

7  activities in front of glide as being also very

8  negative right now.

9    Q.  Do people who get drug supplies from Glide

10  do those drugs in front of the Phoenix or Chambers?

11    A.  I have no idea.

12    Q.  Have you ever talked to anybody who was

13  doing drugs in front of the Phoenix or in front of

14  Chambers and they told you specifically that they

15  got supplies from Glide?

16    A.  No.

17    Q.  Do you have any understanding of where those

18  people got their drug supplies who were doing drugs

19  in front of Phoenix or Chambers?

20    A.  No.

21    Q.  Can you identify a gang member by -- just by

22  looking at them?

23    A.  No, not generically, no.

24    Q.  Okay.  I think we can take a break now and

25  then I will go through my stuff, and hopefully we

226

1 like you have a problem and we fixed it and
2 everybody come back. There's just this sentiment.
3 Unfortunately, that is everywhere, and you can't --
4 even events, still now, that I tell you it looks
5 great, six months looks great. But if I'm trying to
6 book holiday parties, you still have all of the C --
7 the CEOs that know nothing about our block and our
8 oasis, they say oh, the Tenderloin, I can't bring my
9 people to the Tenderloin. So that's going to take a
10 long time to recover from.
11 BY MR. GEORGE:
12   Q. Do you think that their perception of how it
13 is matches the reality that you see today?
14       MR. MINOIEFAR: Object to form.
15       THE WITNESS: My little teeny block, my
16 corners look good, better than they ever have
17 before, and I tell clients that, like no just come,
18 come through, park in the thing, it's great. I
19 think that the Tenderloin still -- and I still see
20 reviews regularly that talk about the rest of the
21 Tenderloin. Sometimes it surprises me when I read
22 those reviews because I'm thinking things look great
23 and they -- it's a very similar review. So --
24 BY MR. GEORGE:
25   Q. If the city and the city-supported

259

1 non-profits, like glide or SF AIDS foundation,, if

2 they stopped distributing the smoking supplies and

3 needles, would you continue the lease or attempt to

4 continue the lease?

5    MR. MINOIEFAR: Object to form.

6    THE WITNESS: I feel like if I felt that the

7 city were going to dedicate effort and energy into

8 making sure that the Tenderloin had the same -- were

9 treated the same as other neighborhoods in the city

10 and could be maintained in the cleanliness and we

11 could change this perception that people have of the

12 Tenderloin, I would love to raise money and stay on,

13 yes.

14 BY MR. GEORGE:

15    Q. If the only thing that changed was that no

16 more drug smoking supplies or drug injecting

17 supplies were handed out, would you feel the same

18 way? Would you try to continue and continue the

19 business?

20    MR. MINOIEFAR: Object to form.

21    THE WITNESS: I don't know about that. I

22 don't know that that would just alone do it.

23 BY MR. GEORGE:

24    Q. Do you think it would? Do you think if

25 tomorrow the city said okay, we're done doing any

1  distribution of any smoking supplies or needles,

2  would you then try to get back into negotiations to

3  extend the lease?

4        MR. MINOIEFAR:  Object to form, asked and

5  answered.

6        THE WITNESS:  He said asked and answered.

7  BY MR. GEORGE:

8     Q.  You can still answer?

9     A.  Oh.

10       MR. MINOIEFAR:  You can still answer the

11  question Ms. Manchester.

12       THE WITNESS:  You know, I don't know.  I

13  think it would have to be in tandem with other

14  things.  It would have to be in tandem with

15  maintaining the street that way and continuing to

16  clean the rest of the Tenderloin.  If I reopen, I'm

17  going to invest money I have no more money . So I'm

18  going to reinvest in a place I felt has not invested

19  in me.  So --

20  BY MR. GEORGE:

21     Q.  What relief is the Phoenix and Chambers

22  trying to get from this lawsuit?

23       MR. MINOIEFAR:  Object to form.

24       THE WITNESS:  Well, you know, this lawsuit

25  -- waits only started a year ago?  Was it only