# EXHIBIT 32
# to

**DECLARATION OF ABIGAIL WALD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

 716 Polk St



San Francisco, California

Google Street View

Jan 2025    See latest date



Image capture: Jan 2025     © 2025 Google

