# EXHIBIT 34
# to

**DECLARATION OF ABIGAIL WALD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Google Maps

718 Polk St

San Francisco, California

Google Street View

Dec 2024    See latest date



Image capture: Dec 2024     © 2025 Google

