# EXHIBIT 36
# to

**DECLARATION OF ABIGAIL WALD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Case 4:24-cv-01562-JST    Document 105-36    Filed 09/22/25    Page 2 of 4

 120 Willow St



San Francisco, California

Google Street View

Jan 2025    See latest date



Image capture: Jan 2025    © 2025 Google

