# EXHIBIT 39
# to

**DECLARATION OF ABIGAIL WALD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

FIND NALOXONE   FIND SYRINGES   DONATE

THE MOVEMENT   WHO WE ARE   WHAT WE DO   RESOURCE CENTER   TAKE ACTION

What We Do > Work In Action > CHRI

California Harm Reduction Initiative (CHRI)

# GRANTMAKING AND CAPACITY-BUILDING FOR CALIFORNIA SYRINGE SERVICE PROGRAMS

In collaboration with California Department of Public Health and the Drug Policy Alliance

The California Harm Reduction Initiative, or CHRI, was established by the California Budget Act of 2019, which included $15.2 million to strengthen substance use disorder response by supporting syringe services programs (SSPs). This program represents the single largest government investment in harm reduction in the history of California.

Credit: Taeko Frost

> "CHRI is a critical investment in harm reduction services that we haven't seen for more than a decade in California. Ending HIV, hepatitis, and overdoses among people who use drugs won't happen without sustainable funding. In one of the defining crises of our time, public officials in other states must demonstrate the same commitment for expanding harm reduction programs because lives depend on it."
>
> **Monique Tula (she/her)**
> Former Executive Director

Expand            Establish            Ensure



## Community Collaboration Leads to Funding

In 2017, volunteers and staff at SSPs in California identified a problem. Programs had enough funding to cover supplies, but lacked the resources to employ staff to hand out those supplies. They were unable to effectively reach people who were not in treatment or connect people to syringe access, overdose prevention, drug treatment, and healthcare services.

The Harm Reduction community rallied. Co-led by the Drug Policy Alliance and National Harm Reduction Coalition, we came together around a budget request called Community Opioid Response Resources & Education (CORRE). It was a call for dedicated state funding to support staff in SSPs.

After two years of active community advocacy, the CORRE budget request was approved by Governor Newsom, in the California Budget Act of 2019.

## Grantmaking for SSPs in California

National Harm Reduction Coalition will be funding up to $12.6 million in grants over three years. The aim is to:

• **Expand** harm reduction approaches throughout the state of California
• **Increase** capacity to connect individuals to a variety of services
• **Reduce** the impact of drug-related harms

### We're thrilled to announce our grant recipients. We can't wait to see the impact of these partnerships.

- Access Support Network
- Any Positive Change Inc.
- Asian American Drug Abuse Program, Inc. (AADAP, Inc.)
- Bienestar Human Services
- County of Santa Cruz Syringe Services Program
- Face to Face/Sonoma County AIDS Network
- Family Health Centers of San Diego, Inc.
- Fresno Needle Exchange -Fresno Free Medical Clinic
- Gender Health Center
- GLIDE
- Harm Reduction Coalition of San Diego County (HRCSD) On Point
- Harm Reduction Coalition of Santa Cruz County
- Harm Reduction Services
- HIV Education and Prevention Project of Alameda County (HEPPAC)
- Homeless Health Care Los Angeles
- Homeless Youth Alliance
- HRI of AAIMM
- Humboldt Area Center for Harm Reduction (HACHR)
- Humboldt County Public Health
- Inland Empire Harm Reduction
- Los Angeles Community Health Project
- MCAVHN Care and Prevention Network
- Needle Exchange Emergency Distribution (NEED)
- Northern Inyo Healthcare District
- Northern Valley Harm Reduction Coalition (NVHRC)
- Plumas County Public Health Agency
- Punks with Lunch, a project of NASEN
- San Francisco AIDS Foundation
- San Francisco Drug Users' Union
- SANE
- Sierra Harm Reduction Coalition
- Siskiyou County Health and Human Services- Public Health Division
- SLO Bangers Syringe Exchange and Overdose Prevention Program
- Stockton Harm Reduction Program
- The Sidewalk Project
- The Spahr Center
- Venice Family Clinic

