# EXHIBIT 40
# to

**DECLARATION OF ABIGAIL WALD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

9/18/25, 3:15 PM
Mayor Lurie Signs Fentanyl State of Emergency Ordinance, Announces Plan for 24/7 Police Friendly Stabilization Center | SF.gov

Case 4:24-cv-01562-JST    Document 105-40    Filed 09/22/25    Page 2 of 5



SF.gov   Services   Departments   Jobs   English   Search

**NEWS**

# Mayor Lurie Signs Fentanyl State of Emergency Ordinance, Announces Plan for 24/7 Police Friendly Stabilization Center

Office of the Mayor

**Board of Supervisors Overwhelmingly Supported Mayor Lurie's First Legislation, Plan for Urgent Response to Drug Crisis; Project at 822 Geary Will Deliver on Mayor Lurie's Commitment to Open 24/7 Site Where Police Can Drop People Off for Medical Attention, Get Back on Streets; Thanks to Mayor Lurie's Fentanyl State of Emergency Ordinance, New Site Will Open on Expedited Timeline**

**February 12, 2025**

**SAN FRANCISCO** – Flanked by members of the Board of Supervisors, members of the recovery community, public safety advocates, and representatives from organized labor, Mayor Daniel Lurie today signed his Fentanyl State of Emergency Ordinance into law. Passed Tuesday in a near-unanimous 10-1 vote, the new ordinance is a critical step in Mayor Lurie's work to address the fentanyl crisis, giving the city the ability to act quickly and avoid bureaucratic delays.

Moving immediately to utilize the emergency powers when they take effect, Mayor Lurie also announced plans to deliver on a campaign commitment to open a 24/7 police-friendly stabilization center at 822 Geary Street. When the site opens this spring, police officers will be able to drop off people who are suffering to receive medical care – keeping people out of jails and emergency rooms while keeping the city's limited law enforcement resources on the street. With the powers granted by Fentanyl State of Emergency Ordinance, the city will lease out the space more quickly, expediting the opening of the center so it can serve those most in need of help.

"Thanks to the overwhelming support of the Board of Supervisors and the Fentanyl State of Emergency Ordinance, we now have the power to cut red tape and move swiftly to save lives,"

9/18/25, 3:15 PM  Mayor Lurie Signs Fentanyl State of Emergency Ordinance, Announces Plan for 24/7 Police Friendly Stabilization Center | SF.gov

Case 4:24-cv-01562-JST    Document 105-40    Filed 09/22/25    Page 3 of 5

said **Mayor Lurie**. "The 24/7 police-friendly stabilization center will be a critical resource, providing immediate medical and psychiatric care to those in crisis and easing the pressure on our hospital emergency departments and first responders."

The 24/7 police-friendly stabilization center, opening in April, will provide medical care for people with urgent mental health and substance use needs. Staffed by medical professionals, it will accept individuals dropped off by police, paramedics, and crisis teams, diverting them from emergency rooms and freeing up resources for other urgent medical situations. The center will offer 16 beds, serving approximately 25 people per day, with care coordination for their next steps upon discharge.

The stabilization center represents an important new component of Mayor Lurie's broader strategy to tackle the fentanyl crisis, move people indoors and connect them to treatment, and make San Francisco's streets safer and cleaner. The administration is currently piloting a triage center on Sixth Street with city departments focused on social services, public health, and public safety to connect people coming off the street to shelter, Journey Home, or a variety of treatment options. And last week, Mayor Lurie launched the San Francisco Police Department (SFPD) Hospitality Zone Task Force, breaking down siloes within law enforcement to provide a more welcoming environment for residents, visitors, and merchants around the Moscone Convention Center, Yerba Buena Gardens, and Union Square.

These measures, combined with additional steps the administration will take thanks to the Fentanyl State of Emergency Ordinance, will allow the city to add more treatment beds, hire more public safety and public health workers, and raise private funds to tackle this crisis head-on during a budget crisis. With Mayor Lurie's signature, most provisions of the ordinance will take effect in 30 days. The waiver allowing select Mayor's Office staff to solicit private funds takes effect immediately.

Mayor Lurie's Fentanyl State of Emergency Ordinance seeks to swiftly unlock resources and tools the city needs to get drugs off the street and keep San Franciscans safe. It delivers on his commitment to treat the fentanyl crisis as the emergency it is, accelerating the implementation of several initiatives necessary to get fentanyl off the streets. Specifically, it will unlock funding and expedite hiring and contracting – allowing for expanded treatment and shelter capacity, new behavioral and mental health initiatives, and accelerated hiring of key public safety and behavioral health staff.

"This center will be a tremendous help to our officers who are working hard to enforce the law and improve street conditions in San Francisco," said **SFPD Chief Bill Scott**. "I want to thank Mayor Daniel Lurie for moving swiftly to address this crisis and empowering our entire city in the effort. The SFPD will continue to enforce the law and work collaboratively with our city partners."

"With more than 135 behavioral health beds in the pipeline this year, we welcome the opportunity to speed up the contracting process that will provide the needed resources to get people into care," said **San Francisco Department of Public Health Dr. Naveena Bobba**. "The stabilization

9/18/25, 3:15 PM	Mayor Lurie Signs Fentanyl State of Emergency Ordinance, Announces Plan for 24/7 Police Friendly Stabilization Center | SF.gov

Case 4:24-cv-01562-JST    Document 105-40    Filed 09/22/25    Page 4 of 5

center at 822 Geary will help those in crisis on our streets get treated by medical team more quickly, and we thank Mayor Lurie and his team for making this project a top priority."

"I'm grateful to Mayor Lurie for prioritizing a demand-side drug strategy that will help stabilize those struggling with deadly addictions while also protecting neighbors from drug-related street disorder," said **District 6 Supervisor Matt Dorsey**. "Mayor Lurie's vision for a police-friendly stabilization center will offer 24/7 access to treatment and recovery for those who need it—yet do so in a way that recognizes neighbors' right not to be a magnet for drug-driven lawlessness. It's a smart approach that will help save lives and win community support to bring real solutions to our fentanyl and synthetic drug crisis."

"The new stabilization center at 822 Geary will provide a critical space for our health professionals to treat those suffering on our streets," said **District 3 Supervisor Danny Sauter**. "This marks another step towards our shared commitment to better street conditions, especially for our Lower Nob Hill neighborhood."

"Mayor Lurie continues to demonstrate his willingness to tackle the biggest problems in our city, starting with the fentanyl crisis we see on our streets every single day," said **Sam Gebler, vice president of San Francisco Fire Fighters Local 798**. "San Francisco firefighters support this legislation and applaud the mayor for acting with a sense of urgency that's been lacking in our city for far too long."

# Partner agencies

[Office of the Mayor](#)

Was this page helpful?   Share your feedback

9/18/25, 3:15 PM Mayor Lurie Signs Fentanyl State of Emergency Ordinance, Announces Plan for 24/7 Police Friendly Stabilization Center | SF.gov

Case 4:24-cv-01562-JST    Document 105-40    Filed 09/22/25    Page 5 of 5

