# EXHIBIT 41
# to

**DECLARATION OF ABIGAIL WALD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

9/18/25, 7:07 PM
Mayor Lurie Delivers on Key Commitment, Opening 24/7 Police-Friendly Stabilization Center to Provide Urgent Care for People in …
Case 4:24-cv-01562-JST    Document 105-41    Filed 09/22/25    Page 2 of 5


SF.gov  Services  Departments  Jobs  English  Search

**NEWS**

# Mayor Lurie Delivers on Key Commitment, Opening 24/7 Police-Friendly Stabilization Center to Provide Urgent Care for People in Crisis

Office of the Mayor

**New Stabilization Unit at 822 Geary Was a Key Part of Mayor Lurie's "Breaking the Cycle" Plan and Enabled by the Fentanyl State of Emergency Ordinance; Will Provide Rapid Access to Lifesaving Care, Alleviate Suffering on Streets, and Support Capacity at Local Hospitals by Providing Alternative for First Responders Bringing People in Crisis for Emergency Behavioral Health Care**

**April 24, 2025**

**SAN FRANCISCO** – Mayor Daniel Lurie today delivered on a key component of his "Breaking the Cycle" plan to tackle San Francisco's homelessness and behavioral health crisis, opening the 24/7 police-friendly stabilization center at 822 Geary Street. Enabled by Mayor Lurie's Fentanyl State of Emergency Ordinance, passed 10-1 by the Board of Supervisors in February, the new facility will provide rapid behavioral health care for people experiencing urgent mental health crises.

Run by the San Francisco Department of Public Health (SFDPH), the dedicated behavioral health facility will provide a safe and effective alternative to hospital emergency departments for first responders, street teams, and members of law enforcement connecting people in crisis to urgent care, while allowing those frontline workers to get back on the streets more quickly. It also adds critical capacity to the city's fully saturated interim housing network, representing progress towards Mayor Lurie's commitment to add 1,500 interim housing beds to offer people on the street a better option.

Building on the Fentanyl State of Emergency Ordinance, Mayor Lurie's "Breaking the Cycle" plan is fundamentally transforming the city's health and homelessness response to get people off the

9/18/25, 7:07 PM                   Mayor Lurie Delivers on Key Commitment, Opening 24/7 Police-Friendly Stabilization Center to Provide Urgent Care for People in …

Case 4:24-cv-01562-JST    Document 105-41    Filed 09/22/25    Page 3 of 5

streets and connected to services that will help them achieve stability, while keeping public spaces safe and clean and responsibly managing taxpayer dollars. Since the plan was unveiled just last month, the mayor launched a [new, integrated model for the city's street outreach teams](#), unifying nine previously siloed teams and coordinating across seven departments under a single neighborhood-based model to ensure individuals facing high-acuity behavioral health challenges or chronic homelessness get on path toward long-term stability. Mayor Lurie also took bold steps earlier this month to [end the distribution of fentanyl smoking supplies](#) without counseling and treatment. In March, the number of homeless tents and structures in the city reached its [lowest point since counting began](#) in 2019.

"When we talk to people on the streets, and ask them to come inside, we need to bring them somewhere with the professionals and the resources to get them the help they need. That's exactly what this 24/7 police-friendly stabilization center will be, and I am proud to be opening it," said **Mayor Lurie**. "The city's approach to this crisis has not been working. We are charting a new path, and this 24/7 police-friendly stabilization center marks another critical step forward."

The stabilization unit, staffed by nurses, doctors, and behavioral health specialists, will begin accepting clients on April 28. Teams will provide rapid access to care, stabilize clients in a safe environment, and then support their next steps through dedicated care coordination, including connections and transportation to treatment, behavioral health services, and shelter.

The facility will serve people experiencing a behavioral health crisis such as severe anxiety and panic attacks, depression and thoughts of suicide or self-harm, acute mental health emergencies including agitation and restlessness, as well as health crises resulting from substance use or drug reactions. Many of the people who will now be treated at the stabilization unit have often ended up in local emergency rooms that must maintain capacity to respond to medical emergencies.

SFDPH and city partners have worked closely and extensively with neighbors and community groups to ensure the stabilization unit positively affects the immediate neighborhood. The facility will have daily ambassadors within a four-block radius between 7:30 AM and 9:00 PM and overnight security from 9:00 PM to 7:30 AM. Staff onsite will also coordinate closely with the San Francisco Police Department for additional police presence, as needed. Programming and staffing have been designed specifically to minimize impacts on the street, including by primarily transporting patients directly to the unit.

"With the opening of the 822 Geary Stabilization Unit, San Francisco is taking a bold step forward in our commitment to providing immediate, compassionate care to those experiencing mental health and substance use crises," said **Department of Public Health Director Dan Tsai**. "This facility is not just a place for stabilization, but a critical part of our broader strategy to ensure that every individual in need can access the right care at the right time. By offering 24/7 emergency support, we are strengthening our city's capacity to respond to crises and help people on the path to recovery."

9/18/25, 7:07 PM		Mayor Lurie Delivers on Key Commitment, Opening 24/7 Police-Friendly Stabilization Center to Provide Urgent Care for People in …

Case 4:24-cv-01562-JST     Document 105-41     Filed 09/22/25     Page 4 of 5

The Stabilization Unit will be operated by Crestwood Behavioral Health, Inc, which is a California-based mental health care provider with more than 29 campuses statewide. Crestwood promotes wellness, resiliency, and recovery by providing innovative and cost-effective programs. Crestwood also operates the San Francisco Healing Center, a Mental Health Rehabilitation Center located on the University of California San Francisco St. Mary's Hospital campus.

"Crestwood Behavioral Health, Inc. has spent more than 50 years supporting neighborhoods and communities in providing mental health stabilization services and treatment that is welcoming, trauma-informed, and person-centered, while enabling a sense of belonging from our team of well-trained, experienced clinicians, physicians, and staff," said **Patricia Blum, PhD, CPRP, Chief Operation Officer of Crestwood Behavioral Health, Inc.** "We are proud to offer an environment at the new Geary Stabilization Unit that is inviting and open to allow space for connection, treatment, peer support and contemplation. Crestwood has partnered with San Francisco to provide services since the 1970s and have been a part of the community at Stanyon Street with our Crestwood San Francisco Healing Center since 2018. We are excited to now be a part of the Geary Street community, providing mental health support and offering a safe place for those in need."

"The new Stabilization Unit provides real-time help for people living on the streets who are in a behavioral health crisis, offering them treatment and support in a safe environment," said **Department of Public Works Director Carla Short**, whose team provided design, construction and project management, surveying, contracting and permit facilitation services for the project. "It takes a coordinated effort—from political leadership and community partnerships to thoughtful program design and project delivery—to advance meaningful initiatives like this model of care."

The site at 822 Geary Street was purchased in 2021 with the approval of the Board of Supervisors. In February 2024, the board accepted approximately $6.7 million in state funding via a grant from the Behavioral Health Continuum Infrastructure Program to support construction costs. Construction began at the end of February 2024 and was completed in April 2025.

"Mayor Lurie is delivering on his promise to tackle the biggest problems facing San Francisco, including the mental health and substance use crisis that's contributing to so much suffering on our streets," said **District 4 Supervisor Joel Engardio**. "The new stabilization center opening at 822 Geary will help connect those in need directly with the right medical care professionals, which will help save lives and help save city resources."

"The opening of the stabilization unit at 822 Geary Street means San Francisco now has more options for first responders to connect those in crisis with care," said **District 3 Supervisor Danny Sauter**. "The site's robust 'Good Neighbor' policy will ensure that the new behavioral health care unit will contribute to the health and vitality of the Lower Nob Hill and Tenderloin neighborhoods."

"San Francisco has long needed a faster, smarter way to get people in crisis off the streets and into care," said **District 2 Supervisor Stephen Sherrill**. "The 822 Geary stabilization center is a big step forward. It's a practical solution that helps first responders, eases pressure on our

hospitals, and most importantly, gives people in crisis a real path to recovery. I'm proud to support Mayor Lurie's 'Breaking the Cycle' plan and this important milestone in delivering on it."

## Partner agencies

[Office of the Mayor](#)

Was this page helpful? Share your feedback



**Our City**

Services

Departments

Jobs

Contact us

**Languages**

English

Español

繁體中文

Filipino

Tiếng Việt

**Policy**

Privacy policy

Disclaimer

City and County of SAN FRANCISCO