# EXHIBIT 42
# to

**DECLARATION OF ABIGAIL WALD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

9/18/25, 7:06 PM					Mayor Lurie Opens 279 New Recovery And Treatment Beds, Delivering Significant Progress On His "Breaking The Cycle" Vision F…

Case 4:24-cv-01562-JST    Document 105-42    Filed 09/22/25    Page 2 of 5

**NEWS**

# Mayor Lurie Opens 279 New Recovery And Treatment Beds, Delivering Significant Progress On His "Breaking The Cycle" Vision For Tackling Homelessness And Behavioral Health Crisis

Office of the Mayor, Department of Public Health, Homelessness and Supportive Housing

## New Recovery Beds and Expanded Treatment Beds Across Five Sites Will Offer Targeted Wraparound Services on Path to Long-Term Stability

**April 30, 2025**

**SAN FRANCISCO –** Mayor Daniel Lurie today announced the opening of 279 new interim housing beds, including 21 new residential treatment beds, for people at different stages of their journey from homelessness and addiction to long-term stability. These new sites mark a significant milestone in Mayor Lurie's "Breaking the Cycle" plan to transform the city's health and homelessness response—providing interim housing, services targeted at the right level of care, and much-needed safety and stability for people exiting homelessness and beginning a healthier life.

Under Mayor Lurie's Fentanyl State of Emergency Ordinance, passed 10-1 by the Board of Supervisors in February, the San Francisco Department of Public Health (SFDPH) and Department of Homelessness and Supportive Housing (HSH) were able to expedite openings of four recovery housing programs at the Kean (76 beds), the Marina Inn (68 beds), the Sharon Hotel (60 beds), and James Baldwin Place (54 beds) as well as 21-bed expansion of treatment beds at Harbor Light. Each new program reflects a thoughtful and data-driven approach to filling gaps in the city's system of care with services that best meet the needs and acuity levels of people on the streets.

"People struggling on our streets deserve a chance to get better. To give them that chance, we must be able to bring them indoors and provide the services they need, and these five interim

9/18/25, 7:06 PM  Mayor Lurie Opens 279 New Recovery And Treatment Beds, Delivering Significant Progress On His "Breaking The Cycle" Vision F…

Case 4:24-cv-01562-JST    Document 105-42    Filed 09/22/25    Page 3 of 5

housing sites will help us do that," said **Mayor Lurie.** "Under our Breaking the Cycle plan, we are following the data to provide services that meet the needs of those on our streets, while reclaiming our public spaces and using government resources in ways that deliver results. Together, we can fill gaps in our system and get people the help they need."

"Every bed we open is more than just a space — it's a pathway to stability, health, and hope," said **Department of Public Health Director Daniel Tsai.** "Through these new programs, we are delivering on our promise to create additional recovery pathways for people struggling with homelessness, addiction, and mental health challenges. By expanding access to withdrawal management, residential treatment, and recovery housing, we are building a system where every individual has a real chance at a healthier, more stable future."

"This collective effort reflects our commitment to providing stabilizing supportive services bundled with the treatments that are crucial to keeping people successfully housed," **said HSH Executive Director Shireen McSpadden.** "Working in partnership, we will help people not only stabilize but also rebuild their lives for a more hopeful future."

SFDPH and HSH are partnering with providers with proven track records to open the new recovery housing sites. Westside Community Services will operate the Kean and James Baldwin Place, while the Salvation Army will operate the Sharon and the Marina Inn. Westside Community Services and the Salvation Army are leaders in designing and managing behavioral health services and recovery housing to unhoused and formerly unhoused adults who struggle with addiction and mental health challenges. For all new and expanded interim housing programs, SFDPH, HSH, and partners will work with neighbors and community groups to ensure the new sites positively contribute to neighborhoods. All service partners are required to implement and follow the HSH and SFDPH Good Neighbor policies.

"These new recovery and treatment beds are exactly the type of bold, thoughtful investments our neighborhoods need," said **District 6 Supervisor Matt Dorsey.** "They not only create real opportunities for people to break free from the cycle of homelessness and addiction but also reflect our commitment to improving neighborhood quality of life. I'm grateful to Mayor Lurie, SFDPH, HSH, and our community partners for delivering solutions that balance compassion and accountability, bringing greater stability and hope to District 6."

"As a leading provider of recovery services in San Francisco, the Salvation Army has helped hundreds of people recover from drug addiction and build new lives for themselves," said **Steve Adami, Executive Director of the Salvation Army's homeless initiative, The Way Out.** "We are excited to expand our drug-free housing, which blend opportunity and accountability, offer onsite recovery supportive services, and help break the cruel cycle of homelessness and drug addiction."

"We applaud the addition of more sober living environments where people recovering from drug addiction and transitioning out of homelessness can receive support in a structure conducive to reaching their recovery goals," said **Cedric Akbar, Co-Founder of Positive Directions Equals Change and Director of Forensic Services at Westside Community Services.** "These new

9/18/25, 7:06 PM    Mayor Lurie Opens 279 New Recovery And Treatment Beds, Delivering Significant Progress On His "Breaking The Cycle" Vision F…

Case 4:24-cv-01562-JST    Document 105-42    Filed 09/22/25    Page 4 of 5

beds, including one that will be operated by Westside, represent new hope and opportunity for people who have been suffering on our streets."

**The Sharon:** Opening 60 beds of sober transitional housing for adults experiencing homelessness

HSH in partnership with the Salvation Army is opening a recovery-focused shelter program for adults in recovery who are experiencing homelessness at 226 Sixth Street. Onsite services include case management, treatment, housing placement assistance, and support groups. The program model will help participants maintain stability and sobriety as they move forward in their recovery pathway and out of homelessness.

**James Baldwin Place:** Opening 54 beds of sober living transitional housing for program adults experiencing homelessness

HSH in partnership with Westside Community Services and the Salvation Army is opening a new sober living transitional housing program called the James Baldwin Place to be operated at the Civic Center Motor Inn at 364 Ninth Street. James Baldwin Place will provide a safe and supportive environment for individuals exiting homelessness who are stable in their recovery from substance use disorder and looking to live in a sober environment. Onsite services include case management, recovery and behavioral health support, life skills development, peer support, conflict resolution, de-escalation, mindfulness, and assistance finding permanent housing.

**The Kean:** Opening 76 health respite beds for adults experiencing homelessness as the first step out of homelessness

SFDPH in partnership with Westside Community Services is opening a new health respite program at 1018 Mission Street to provide rapid connections to care for people exiting homelessness and beginning their recovery journey. The short-term (30-60-day) health respite beds will provide individuals with immediate support, including access to urgent health care, behavioral health support, peer support, and treatment for mental health and substance use. Once they are stabilized, case managers will help people take the next steps in their recovery journey, whether that is connecting to longer-term treatment, community living, or supportive housing.

**The Marina Inn:** Opening 68 beds of post-treatment recovery housing to foster connection, accountability, and independence

SFDPH in partnership with the Salvation Army is opening a new, transformative two-year recovery housing facility at 3110 Octavia Street to support long-term health, stability, and independence for people in recovery. The program offers 24 months of drug-free, post-treatment recovery housing for adults who have completed residential substance use disorder treatment. The program goals are to empower participants to achieve lasting recovery by providing a supportive environment that prioritizes stability, financial independence, and personal growth. Onsite supportive services

9/18/25, 7:06 PM  Mayor Lurie Opens 279 New Recovery And Treatment Beds, Delivering Significant Progress On His "Breaking The Cycle" Vision F…

Case 4:24-cv-01562-JST    Document 105-42    Filed 09/22/25    Page 5 of 5

will include case management, permeant housing assistance, family reunification, career and workforce development, life skills, and financial education.

**Harbor Light:** Adding 21 new treatment beds, including 10 for withdrawal management and 11 for residential treatment

SFDPH is expanding the successful programming at Harbor Lights and adding 21 new treatment beds. Ten of the new beds will be for withdrawal management, which provide people with immediate support as they stop using substances and prepare for the next step in their recovery journey. The additional 11 new beds will be for a six-month program for people who need structured treatment and support to meet their recovery goals, utilizing a client-centered model that emphasizes accountability, mutual self-help, and the development of positive coping behaviors and social support systems. A primary focus of the residential treatment program is ensuring a seamless transition out of residential treatment by connecting people to ongoing community-based resources for stabilization and recovery including transitional housing, jobs training, and ongoing recovery supports.

# Partner agencies

Office of the Mayor

Department of Public Health

Homelessness and Supportive Housing

Was this page helpful?    Share your feedback



City and County of **SAN FRANCISCO**

**Our City**

Services

Departments

Jobs

Contact us

**Languages**

English

Español

繁體中文

Filipino

Tiếng Việt

**Policy**

Privacy policy

Disclaimer