# EXHIBIT A
# to

**DECLARATION OF RICKY BLUTHENTHAL, PHD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# CURRICULUM VITAE
## RICKY N. BLUTHENTHAL
### SEPTEMBER 2025

## PERSONAL INFORMATION:

**Work**

Soto Street Building, SSB 330A
1845 N. Soto Street, MC 9239
Los Angeles, CA 90033
Work Phone: 323-442-8236
Fax: 323-442-8201
Work Email: ricky.bluthenthal@med.usc.edu

**Home**

2293 Panorama Terrace
Los Angeles, California 90039

Citizenship:  USA

## EDUCATION AND PROFESSIONAL APPOINTMENTS

### EDUCATION:

| | |
|---|---|
| 1998 | PhD, Sociology, University of California Berkeley, Berkeley, California |
| 1990 | MA., Sociology, University of California Berkeley, Berkeley, California |
| 1986 | BA., History and Sociology, University of California Santa Cruz, Santa Cruz, California |
| 1982 | Bishop Amat Memorial High School, La Puente, California |

### ACADEMIC APPOINTMENTS:

| | | |
|---|---|---|
| 2024- | Distinguished Professor (with tenure) | Department of Population and Public Health Sciences (DPPHS, formerly Preventive Medicine), Keck School of Medicine (KSOM), University of Southern California (USC), Los Angeles, California, USA |
| 2019-2024 | Professor (with Tenure) | DPPHS, KSOM, USC |
| 2012-2019 | Professor (Clinical Scholar) | Preventive Medicine (PM), KSOM, USC, Los Angeles, California, USA |
| 2010-2012, 2019 | Visiting Professor | PM, KSOM, USC, Los Angeles, California, USA |
| 2006-2010 | Professor (with tenure) | Sociology, California State University Dominguez Hills, Carson, CA, USA |
| 2005-2010 | Senior Social Scientist | Health Program, RAND Corporation, Santa Monica, CA, USA |
| 2002-2004 | Full Scientist | Health Program, RAND Corporation, Santa Monica, CA, USA |
| 1998-2005 | Assistant Professor | Psychiatry and Human Behavior, Charles R. Drew University of Medicine and Science, Los Angeles, CA, USA |
| 1998-2001 | Associate Scientist | Health Program, RAND Corporation, Santa Monica, CA, USA |
| 1996-1998 | Associate Specialist | Family and Community Medicine, University of California, San Francisco, CA, USA |

### ADMINISTRATIVE APPOINTMENTS:

| | | |
|---|---|---|
| 2024 - | Chair | Department of Population and Public Health Sciences (DPPHS), Keck School of Medicine (KSOM), University of Southern Califorina, Los Angeles, CA, USA. (Interim for April 2024 to June 2025) |
| 2021-2024 | Vice Chair for Diversity, Equity, and Inclusion | DPPHS, KSOM, USC |
| 2021-2023 | Associate Director, Community Engagement and Health Equity | Institute for Addiction Science, USC |

| 2019-2025 | Associate Dean for Social Justice | KSOM, USC, Los Angeles, CA, USA |
|---|---|---|
| 2009-2010 | Dean (Interim) | Graduate Studies and Research, California State University Dominguez Hills, Carson, CA, USA |
| 2006-2010 | Director | Urban Community Research Center, California State University Dominguez Hills, Carson, CA, USA |
| 2002-2007 | Core Director | Drew/UCLA Project Export Center |
| 2000-2005 | Core Director | Drew Center for AIDS Research, Education, and Services |
| 1998-2000 | Associate Core Director | Center for HIV Prevention, Treatment, and Services |

## OTHER APPOINTMENTS:

2020-    FACULTY AFFILIATE, USC EQUITY RESEARCH INSTITUTE, DORNSIFE COLLEGE OF LETTERS, ARTS AND SCIENCE

2019-    FACULTY MEMBER, PHD IN POPULATION, HEALTH AND PLACE, USC DORNSIFE SPATIAL SCIENCES INSTITUTE

2019-    FACULTY MEMBER &STEERING COMMITTEE MEMBER, INSTITUTE FOR ADDICTION SCIENCE, USC KECK SCHOOL OF MEDICINE

2017-    FACULTY MENTOR, INTERDISCIPLINARY RESEARCH TRAINING INSTITUTE, USC SUZANNE DWORAK-PECK SCHOOL OF SOCIAL WORK

2016 -    FACULTY MENTOR, CENTER FOR HEALTH EQUITY IN THE AMERICAS, USC KECK SCHOOL OF MEDICINE

2016 -    FACULTY MEMBER, COMMUNITY HEALTH EQUITY SOLUTIONS, KECK SCHOOL OF MEDICINE

2012 -    FACULTY ASSOCIATE, USC EDWARD R. ROYBAL INSTITUTE ON AGING

# HONORS, AWARDS:

| 2024 | Distinguished Professor of Population and Public Health Sciences | University of Southern California |
|---|---|---|
| 2023 | Inspiring Teacher & Mentor Faculty Award | Division of Health Behavior Research, Department of Population and Public Health Sciences, Keck School of Medicine, University of Southern California |
| 2022 | John P. McGovern Award for Excellence in Medical Education | AMERSA (The Association for Multidisciplinary Education & Research in Substance Use & Addiction), Boston, MA |
| 2022 | William Foote Whyte Distinguished Career Award | Sociological Practice & Public Sociology (SPPS) section, American Sociological Association, Washington, D.C. |
| 2022 | Social Science Distinguished Alumni Award | Social Science Division, University of California Santa Cruz, Santa Cruz, CA |
| 2022 | USC Mentoring Award for Faculty Mentoring Graduate Students | Office of the Provost, University of Southern California, Los Angeles, CA |
| 2020 | Senior Scholar Award | Alcohol, Drugs, and Tobacco Section (now the Drugs & Society Section), American Sociological Association, Washington D.C. |
| 2019 | Pioneer Award | Center for Health Justice, Los Angeles, CA. |
| 2018 | Imani Woods Harm Reduction Visionary Award | Harm Reduction Coalition, New York, New York. |
| 2018 | Distinguished Scientific Contributions to Public Interest | Society of Addiction Psychology (Division 50), American Psychological Association. Washington D.C. |
| 2017 | Excellence in Abstract Submission among All Presenters Award | HIV/AIDS Section, American Public Health Association Annual meeting. Atlanta, GA. |
| 2015 | Outstanding Reviewer | Top 10%, American Journal of Preventive Medicine. |
| 2014 | Outstanding Reviewer | Top 10%, International Journal of Drug Policy. |
| 2014 | An Outstanding Reviewer | Top 5%, Drug and Alcohol Dependence, 2010. |

| 2012 | Founders Award | | HIV Education and Prevention Project of Alameda County, Oakland, CA. |
| 2007 | Top Ten Cited Article | | International Journal of Drug Policy. |
| 2005 | Article of the Month | | International Harm Reduction Association. London, UK. |
| 2004 | Junior Scholar Award | | Drinking and Drug Division, Society for the Study of Social Problems, Knoxville, TE. |
| 2004 | President's Award | | RAND Corporation, Santa Monica, CA. |
| 1994-1995 | A&PS Outstanding Performance Award | | School of Medicine, UC San Francisco, San Francisco, CA. |
| 1990-1995 | Louise Patterson Academic Achievement Award | | UC Berkely, Berkeley, CA. |
| 1989-1992 | Fellow | | Ford Foundation Predoctoral Fellowship, Washington, D.C. |
| 1989 | Honorable Mention | | NSF Minority Graduate Fellowship Program, Washington, D.C. |
| 1988 | Graduate Research Trainee | | Institute for the Study of Social Change, UC Berkeley, Berkely, CA. |
| 1986 | Alternate | | State Senate Fellow Program, California Legislature, Sacramento,CA |
| 1986 | Honors | | Sociology Department, UC Santa Cruz, Santa Cruz, CA. |
| 1986 | College Service Award | | Merrill College, UC Santa Cruz, Santa Cruz, CA |
| 1985 | Fellow | | Sloan Foundation Minority Public Policy Program, UC Berkeley, Berkeley, CA. |
| 1982 | Christian Service Leadership Award | | Bishop Amat High School, La Puente, CA. |

# TEACHING

## DIDACTIC TEACHING:

*University of Southern California*

| 2011-22 | Health Promotion 200: Introduction to Health Promotion and Disease Prevention | 4 | Instructor |
| 2013-21, odd yrs | Preventive Medicine 587: Qualitative Research Methods in Public Health | 4 | Instructor |
| 2013-2018, 2020-22 | Preventive Medicine 536: Program Evaluation and Research | 4 | Instructor |
| 2012-2013, 2015 | INTD 500: Responsible Conduct of Research | 1 | Faculty Mentor |
| 2013, 2015, 2019 | Short course – Research in Diverse Urban Populations, Southern California-Clinical and Translational Science Institute (SC-CTSI), USC | NA | Panelist/Facilitator |
| 2021-22 | Health Justice and Systems of Care Medical School Track | NA | Session Facilitator |

*California State University Dominguez Hills*

| 2006-2009 | Sociology 302/502: Workshop in Social Research | 4 | Instructor |
| 2006-2008 | Sociology 305: Sociological Research Methods | 4 | Instructor |

*Pardee RAND Graduate School*

| | | | |
|---|---|---|---|
| *2002, 2005* | *Sociology and Policy Research* | *4* | *Co-Instructor* |

## UNDERGRADUATE, GRADUATE, AND MEDICAL STUDENT (OR OTHER) MENTORSHIP:

| | | | |
|---|---|---|---|
| *2019-2020* | *Katherine Bayard* | *Medical Doctor* | "Factors associated with changes in food insecurity among people who inject drugs in Los Angeles and San Francisco, California, 2017-18." |
| *2018-2019* | *Stephanie Navarro* | *MD/PhD* | "Factors associated with frequency of initiating others into injection drug use among people who inject drugs." |
| *2017-2020* | *Johnthan Zhao* | *Medical Doctor* | "Correlates of non-medical use of methadone among people who inject drugs." |
| *2015-2019* | *Shona Lamb* | *Medical Doctor* | "Correlates of providing assisted injections among people who inject drugs." |
| *2011-2013* | *Luis Maldonado* | *Undergraduate* | McNair Scholar and Provost's Research Fellowship recipient, USC |
| *2013* | *Daniel Werb* | *Doctoral* | "Injection career trajectories among illicit drug users in Vancouver, Canada." |
| *2012* | *Rebecca Simon-Freeman* | *Medical Doctor* | "Law enforcement as a force of public health: A mixed method analysis of the association between law enforcement encounters and syringe sharing among IDUs on Skid Row." |

## GRADUATE STUDENT THESIS, EXAM, AND DISSERTATION COMMITTEES:

| | | | |
|---|---|---|---|
| *2024-* | Moranda Tate | *Chair* | *Health Behavior Research (HBR), Department of Population and Public Health Sciences (DPPHS), Keck School of Medicine (KSOM), University of Southern California (USC).* |
| *2023-* | Rebecca Smeltzer | *Chair* | *HBR, DPPHS, KSOM, USC* |
| *2021-* | Gilbert del Portillo | *Chair* | *HBR, DPPHS, KSOM, USC* |
| *2020-2025* | Siddhi S. Ganesh | *Chair* | *HBR, DPPHS, KSOM, USC* |
| *2024-2025* | Tiffany Abramson | *Member -Masters Thesis* | *Clinical, Biomedical, and Translational Investigations, DPPHS, KSOM, USC* |
| *2024-* | Maya McKeever | *Member* | *American Studies and Ethnicity Department, Dornsife College of Letters, Arts, and Sciences, USC* |
| *2024* | Zoe Joan Duncan | *External Reviewer* | *Faculty of Medicine, Nursing, & Health Sciences, School of Rural Health, Monash University, Australia* |
| *2022-23* | Cynthia Ramirez | *Member* | *Health Behavior Research (HBR), DPPHS, KSOM, USC* |
| *2023* | Thomas Brothers | *External Reviewer* | *Epidemiology and Public Health, University College London* |
| *2019-2024* | Esthelle Ewusi Boisvert | *Member* | *Psychology Department, Dornsife College of Letters, Arts, and Sciences, USC* |
| *2020-2024* | Sara Van Norden | *Member* | *Population, Health, and Place Doctoral Program, Spatial Sciences Institute, USC* |
| *2018-2023* | Jesse L. Goldshear | *Chair* | *HBR, DPPHS, KSOM, USC* |
| *2019-2023* | Elizabeth Burner, MD | *Member* | *HBR, DPPHS, KSOM, USC* |
| *2017-2022* | Kelsey Simpson | *Chair* | *HBR, DPPHS, KSOM, USC* |
| *2017-2022* | Maria Bolshakova | *Member* | *HBR, DPPHS, KSOM, USC* |
| *2018-2021* | Daniel Chu | *Chair* | *HBR, DPPHS, KSOM, USC* |
| *2016-2024* | Anthony Dimario | *Member* | *Sociology Department, Dornsife College of Letters, Arts, and Sciences, USC* |
| *2016-18* | Christian Cerrado | *Member* | *HBR, DPPHS, KSOM, USC* |
| *2016-2021* | Tasha Perdue | *Member* | *School of Social Work, USC* |
| *2015-2019* | Jaih Craddock | *Member* | *School of Social Work, USC* |
| *2013-2016* | Stephanie Raye Dyal | *Member* | *HBR, DPPHS, KSOM, USC* |
| *2013-2017* | Derek Dangerfield | *Chair* | *HBR, DPPHS, KSOM, USC* |
| *2013-2017* | Michael Li, MPH | *Chair* | *HBR, DPPHS, KSOM, USC* |
| *2015* | Eleanor Shonkoff (formerlyTate) | *Member* | *HBR, DPPHS, KSOM, USC* |
| *2013* | Daniel Werb | *External Reviewer* | *Population and Public Health Graduate Program, The University of British Columbia* |
| 2012 | Casey Durand | Member | *HBR, DPPHS, KSOM, USC* |
| 2010 | William Small | External Reviewer | *Interdisciplinary Studies Graduate Program, The University of British Columbia* |
| 2006 | Angela Hawken | Member | *Pardee RAND Graduate School, RAND Corporation* |
| 2005 | Alexis Martinez | Member | *Sociology Department, UC San Francisco* |
| 2004 | Jerry O. Jacobson | Member | *Pardee RAND Graduate School, RAND Corporation* |

**Postgraduate Mentorship:**

| 2019-2021 | Rachel Ceasar, Ph.D. | Assistant Professor (clinical), Department of Population and Public Health Sciences. Keck School of Medicine, University of Southern California (USC) |
| 2018-2021 | Suzan Walters, Ph.D. | Assistant Professor, New York University Grossman School of Medicine. |
| 2014-2017 | Leah Stein Duker, Ph.D. | Assistant Professor of Research, USC Chand Divison of Occupational Science and Occupational Therapy, USC |
| 2011-14 | James Thing, Ph.D. | Lecturer, Various Colleges |
| 2011 | Jessica Fehringer, Ph.D. | Carolina Population Center |
| 2009-10 | Karla Wagner, Ph.D. | Associate Professor, School of Community Health Sciences, University of Nevada, Reno |
| 2003-05 | Keith Heinzerling, MD | Associate Professor in Residence, Family Medicine, UCLA Medical Center. |
| 2003-05 | Keisha Paxton, Ph.D. | Professor, Psychology Department, California State University Dominguez Hills (CSUDH) |

## MENTORSHIP OF FACULTY:

| 2021-24 | Rachel Ceasar, Ph.D. | Population and Public Health Sciences (PPHS), Keck School of Medicine, University of Southern California (USC) |
| 2021-24 | Suzan Walters, Ph.D. | Assistant Professor, New York University Grossman School of Medicine. |
| 2019-24 | Jimi Huh, Ph.D. | PPHS, Keck School of Medicine, USC |
| 2019-23 | Jon-Patrick Allem, Ph.D. | PPHS, Keck School of Medicine, USC |
| 2018-21 | Sabrina Smiley, Ph.D. | PPHS, Keck School of Medicine, USC |
| 2017-24 | Tyler Mason, Ph.D. | PPHS, Keck School of Medicine, USC |
| 2017-24 | Jill Johnston, Ph.D. | PPHS, Keck School of Medicine, USC |
| 2015-24 | Matthew Kirkpatrick, Ph.D. | PPHS, Keck School of Medicine, USC |
| 2015-22 | Annie Nguyen, Ph.D. | Family Medicine, Keck School of Medicine, USC |
| 2014-19 | Joel Milam, Ph.D. | PPHS, Keck School of Medicine, USC |
| 2014-24 | Mellissa Withers, Ph.D. | PPHS, Keck School of Medicine, USC |
| 2012-17 | Olga Solomon, Ph.D. | Occupational Science and Occupational Therapy, USC |
| 2009-13 | Nina Harawa, Ph.D. | Charles R. Drew University of Medicine and Science |
| 2008-10 | Carl Sneed, Ph.D | Psychology, California State University Dominguez Hills, Carson, CA. |
| 2008-2012 | Maxwell Davis, Ph.D. | California State University East Bay |
| 2001-02 | Didra Brown-Taylor, Ph.D. | Private practice |

# SERVICE

## DEPARTMENT/SCHOOL/COLLEGE SERVICE:

| 2021-23 | Member, HBR Doctoral Admissions Committee | Department of Population and Public Health Sciences (DPPHS), Keck School of Medicine (KSOM) |
| 2022-2023 | Member, Advisory Search Committee for Chair of the Department of Ophthalmology | KSOM |
| 2020-2025 | Chair, Justice through Equity, Diversity, Inclusion, Wellness, and Social Transformation (JEDI-WeST) | KSOM |
| 2020-21 | Member, KSOM Strategic Plan Leadership | KSOM |
| 2020- | Member, Center for Gender Equity in Medicine and Science | KSOM |

| 2019-20 | Member, Inclusion, Diversity, Equity and Access (IDEA) Task Force | KSOM |
| 2019-2020 | Chair, Preventive Medicine Chair Search Committee | KSOM |
| 2018 | Member, IRB chair search committee | KSOM |
| 2017-2018 | Reviewer, Dean's Pilot Funding Research Program | KSOM |
| 2017-2024 | Member, Appointment and Promotion Committee | Department of Preventive Medicine, KSOM, USC |
| 2017-2019 | Pilot Funding Executive Advisory Committee Member | Southern California CTSI, USC |
| 2015-2017 | Member, Research in Diverse Populations (RDP) Working Group (WG | California CTSA Education Consortium, USC |
| 2015-2019 | Voting Member, Institutional Review Board #2 Alternate member (2010-2014) | KSOM, USC |
| 2015 | Reviewer, Baxter Foundation Faculty Fellows Program | KSOM, USC |
| 2014-2016 | Member, Clinical Research Faculty Advisory Committee | KSOM, USC |
| 2012-2014, 2016-17 | Chair/Co-Chair, Community and Patient Outcomes Combined Review of Pilot Proposals | Southern California-Clinical and Translational Science Institute (SC-CTSI), USC |
| 2008-2009 | Member, Tenure and Promotion Committee | Sociology Department, CSUDH |
| 2007-2008 | Member, Post-Promotion Review Committee | Sociology Department, CSUDH |
| 2006-2009 | Member, Program Assessment Committee | Sociology Department, CSUDH |
| 2006-2007 | Member, Research and Grants Committee | Sociology Department, CSUDH |

## UNIVERSITY SERVICE:

| 2024-25 | Chair, Dean for Social Work Search Committee | Provost's Office, University of Southern California (USC) |
| 2023-2025 | Diversity and Inclusion Council | President's Office, USC |
| 2023 | Reviewer, President's Fellowships for Sustainability Solutions | Provost's Office, USC |
| 2022-23 | Member, University Committee of Academic Review | Provost's Office, USC |
| 2020-22 | Member, President's working group on Sustainability and Diversity, equity and inclusion | President's Office, USC |
| 2020-21 | Member, Racial equity, diversity, and inclusion task force. University-wide committee | President's Office, USC |
| 2020-21 | Member, Project Restart: Public Health Working Group | Provost's Office, USC |
| 2019-2021 | Member, Vice President for Research Search Committee | Provost's Office, USC |
| 2018-19 | Member, Task Force on Interdisciplinary Communities | Academic Senate, USC |
| 2017-2018 | Chair of University Research Committee | USC Academic Senate |
| 2016-2018 | University Research Committee | USC Academic Senate |
| 2015 | Reviewer, External Proposal Review Clinics | The Graduate School, USC |
| 2007-2010 | Member, Social Science Research and Instructional Center Committee | California State University Dominguez Hills (CSUDH) |
| 2009-2010 | Ex-Officio Member, University Curriculum Committee | CSUDH |

| 2009-2010 | Ex-Officio Member, Program Review Panel | CSUDH |
|---|---|---|
| 2009-2010 | Ex-Officio Member, Graduate Council | CSUDH |
| 2009-2010 | Ex-Officio Member, Academic Senate | CSUDH |
| 2009-2010 | Member, Academic Affairs Council | CSUDH |
| 2009-2010 | Member, African American and Latino Males Success Taskforce | CSUDH |
| 2008-2009 | Member, Post-Promotion Review Appeals Committee | CSUDH |
| 2007-2008 | Member, Provost Search Committee | CSUDH |
| 2007-2009 | Member, College of Natural and Behavioral Sciences Advisory Council | CSUDH |
| 2006-2007 | Member, Tenure and Promotion Committee | College of Natural and Behavioral Sciences, CSUDH |

## PROFESSIONAL SERVICE:

| 2024- | External Advisory Board | Center for Anti-racism, social justice, and Public Health, NYU School of Global Public Health, NYU |
|---|---|---|
| 2024- | Internal Advisory Committee | CARE2, Florida A& M, University of Florida, & University of Southern California |
| 2023- | Scientific Committee | The International Society for the Study of Drug Policy |
| 2023-25 | Annual meeting program committee | American Society of Addiction Medicine |
| 2023-25 | Council Member, Drug and Society Section | American Sociological Association |
| 2022 | SAMHSA Harm Reduction Framework Review Group | Substance Abuse and Mental Health Services Administration |
| 2020-2022 | Racial Justice Committee | American Society of Addiction Medicine |
| 2019- | Community Advisory Board, Community-Partnered Policy and Action Stream | Pardee RAND Graduate School |
| 2017-2023 | Faculty Mentor/ Faculty in Residence | Center for Health Equity Research Institute, California State University Long Beach |
| 2016-2021 | Member, Scientific Advisory Board, Health Disparities Research Core | Center for AIDS Research, UCLA |
| 2015-2019 | Member, Scientific Advisory Board | Tobacco-Related Disease Research Program, University of California, Office of the President |
| 2011 | The Marcy Speer Outstanding CSR Reviewer Award | Center for Scientific Review (CSR), NIH |
| 2010-2012 | Member, Distinguished Career for the Practice of Sociology Award Selection Committee | American Sociological Association |
| 2010- | Member, Scientific Advisory Board | Los Angeles Community Health Outreach Project (formerly Clean Needles Now), Los Angeles, CA |
| 2009 | Member, Program Committee | Pacific Sociological Association Annual Meeting |
| 2008-2010 | Member, Science Committee | National Harm Reduction Conference |
| 2005-2008 | Member, International Programme Advisory Group | International Conference on the Reduction of Drug Related Harm |
| 2007-2008 | Member, Scientific Advisory Board | California HIV/AIDS Research Program Advisory Council (formerly Universitywide AIDS Research Program). University of California Office of the President |

| | | |
|---|---|---|
| 2004 | Member, Goldhamer Award Committee (outstanding doctoral recipient) | Pardee RAND Graduate School, RAND Corporation |
| 2004 | Member, Admission Committee | Pardee RAND Graduate School, RAND Corporation |
| 2001-2010 | Regular Member, Human Subjects Protection Committee | RAND Corporation |
| 2001 | Member, Minority Scholarship Award Committee | Society for the Study of Social Problems |

## CONSULTANTSHIPS AND ADVISORY BOARDS:

| | | |
|---|---|---|
| 2023 | Member, RFA DA-23-011 "Registry of Medical Cannabis Use and Health Outcomes" Study Section | National Institute on Drug Abuse (NIDA),  National Institutes of Health |
| 2023 | Reviewer | National Science Foundation |
| 2022 | Chair,  ZDA1 SXC-G (07). Mechanism for Time-Sensitive Drug Abuse Research | NIDA, NIH |
| 2022- | Member, Advisory Board Member, Learning for Early Careers in Addiction & Diversity (LEAD) | Department of Psychiatry and Behavioral Science, University of California San Francisco |
| 2020 | Member, PS21-001 Special Emphasis Panel, ZPS1 GCA(48)R | Centers for Disease Control and Prevention (CDC) |
| 2019 | Ad hoc member, Population and Public Health Approaches to HIV/AIDS Study Section | Center for Scientific Review (CSR), NIH |
| 2018 | Chair, Evaluation of Healthcare Delivery and Patient Outcomes Scientific Review Group | CSR, NIH |
| 2018- | Faculty Mentor, Center for Health Equity Research | California State University Long Beach |
| 2016-18 | Standing Member, Behavioral and Social Science Approaches to Preventing HIV/AIDS Study Section | CSR, NIH |
| 2015 | Member. National Center for HIV, STD, and TB Prevention Special Emphasis Panel – ZPS1 GCA(21)R | CDC |
| 2015 | Ad hoc Member. AIDS and AIDS Related Research – ZRG1 AARR-F | NIH |
| 2014 | Member. NIDA Avant-Garde Award Program for HIV/AIDS Research – ZDA1 GXM-A(63) – Phase 1 | NIH |
| 2012 | Member. State and Local Epidemiology Planning and Information Development, N01DA-12—5570 | NIH/NIDA |
| 2012 | Chair, Phased Services Research Studies of Drug Use Prevention, Addiction, Treatment, and HIV | NIH/NIDA |
| 2011-2014 | Chair, Health Disparities and Equity Promotion Study Section | NIH |
| 2011 | Member. HIV/AIDS Implementation Science Targeting Drug Using Populations: PEPFAR (R01) | NIH/NIDA |
| 2011 | Member. Dissemination and Implementation Research Health: Overflow Applications, ZRG DIRH-J | NIH |
| 2010 | Ad hoc member, Community Influences on Health Behavior Study Section | CSR, NIH |
| 2010 | Ad hoc member. Community Networks Program (U54) Review | Division of Extramural Activities, National Cancer Institute |
| 2010 | Member. Substance Use and Abuse among U.S. Military Personnel, Veterans, and their Families | NIH/NIDA/NIAAA/Veterans Administration |

| 2009 | Member. Disease, Disability, and Injury Prevention an Control Special Emphasis Panel (R36 – Public Health Dissertation Research Par | CDC |
| 2009 | Member. Behavioral and Social Science Approaches t Preventing HIV/AIDS – Competitive Supplement Revie | CSR, NIH |
| 2009 | Member. Special Emphasis Panel – Unintentional Poisoning From Prescription Drug Overdoses in Adults | National Center on Injury Prevention and Control, CDC |
| 2009 | Member. Avant Garde Awards | NIDA, NIH |
| 2007-2008 | Member, Subpart A Subcommittee, Secretary's Advisory Committee on Human Research Protections (SACHRP | Department of Health and Human Services |
| 2001-2006 | Standing Member. Community Influences on Health Behavior (formerly Community-Level Health Promotio Study Section | CSR, NIH |
| 2005 | Member. Rapid Assessment Post Impact of Disaster | National Institute on Mental Health |
| 2000 | Ad hoc Member. Special Emphasis Panel (AIDS): AARR-7 01 S | CSR, NIH |

## PROFESSIONAL SOCIETY MEMBERSHIPS:

| 1997- | American Public Health Association |
| 1993- | American Sociological Association |
| 2013- | College on Problems of Drug Dependence |
| 2018- | American Psychological Association Division 50, Society on Addiction Psychology |
| 2007-2010 | Pacific Sociological Association |
| 1999-2010 | Research Society on Alcoholism |
| 1998-2010 | Society for the Study of Social Problems |
| 2018- | American Society of Addiction Medicine |

## COMMUNITY SERVICE:

| 2024- | Board Member | Wellness Equity Alliance, Scotts Valley, CA. |
| 2022- | Board Member | Dignity and Power, Los Angeles, CA. |
| 2021-2024 | Board Member | Council on Black Health, Philadelphia, PA. |
| 2019- | Board Member | Unity Recovery, Philadelphia, PA. |
| 2012-17 | Trustee | UC Santa Cruz Foundation Board, Santa Cruz, CA |
| 2012-17 | Scientific Advisory Board Member | Bienestar Human Services, Los Angeles, CA |
| 2010-2022 | Advisory Board Member | Los Angeles Community Health Outreach Project, Los Angeles, CA |
| 2000-2010 | Advisory Board Member | North American Syringe Exchange Network. Tacoma, WA |
| 2000-2002 | Member | Los Angeles County HIV Prevention Planning Committee, Office on AIDS Program and Policy. Los Angeles Health Department. Los Angeles, CA |
| 2000-2001 | Member | Los Angeles County Needle Exchange Implementation Work Group. Los Angeles County Health Department. Los Angeles, CA |
| 1999-2000 | Member | Evaluation Sub-committee, Los Angeles County HIV Prevention Planning Committee. Office on AIDS Program and Policy. Los Angeles Health Department Los Angeles, CA |
| 1999-2000 | Board of Directors | Common Ground (formerly Santa Monica AIDS Project), Santa Monica, CA |
| 1998-1999 | Member | Los Angeles County Second District HIV Community Coalition, Los Angeles County Supervisors. Los Angeles, CA |

| 1997-1998 | Member | National Coalition to Save Lives! Harm Reduction Coalition & Latino Commission on AIDS, New York, NY |
| 1996-1997 | Member | San Francisco Harm Reduction Council. Convener: San Francisco District Attorney Terrance Hallinan, San Francisco, CA |
| 1995-1997 | Member | HIV Prevention Planning Council of Alameda County, Alameda County Health Department, CA |
| 1994-2004 | Founding member, Board of Directors | Harm Reduction Coalition, Oakland, CA |
| 1994-1998 | Treasurer | Harm Reduction Coalition, Oakland, CA |
| 1994-1998 | Founding Member Board of Directors, | HIV Prevention and Education Project of Alameda County, CA |
| 1994-1998 | President of the Board | HIV Prevention and Education Project of Alameda County, CA |
| 1992-1998 | Member | Alameda County Exchange, Oakland, CA |

## MAJOR LEADERSHIP POSITIONS: (E.G., DEAN, CHAIR, INSTITUTE DIRECTOR, HOSPITAL ADMINISTRATION, ETC.)

| 2024- | Interim Chair | Department of Population and Public Health Sciences |
| 2021-2024 | Vice Chair | Diversity, Equity and Inclusion, Department of Population and Public Health Sciences |
| 2019- | Associate Dean | Social Justice Initiative, Keck School of Medicine, University of Southern California |
| 2009-10 | Dean (Interim) | Graduate Studies and Research, California State University Dominguez Hills, Carson, CA |
| 2009 | Chair (Interim) | Sociology Department, California State University Dominguez Hills, Carson, CA |
| 2006-2010 | Director | Urban Community Research Center, California State University Dominguez Hills, Carson, CA |
| 2002-2007 | Core Director | Drew/UCLA Project Export Center. (PI: Keith Norris, NCMHD) |
| 2000-2005 | Core Director | Drew Center for AIDS Research, Education, and Services. (PI: Eric Bing, UARP/CHRP) |
| 1998-2000 | Associate Core Director | Center for HIV Prevention, Treatment, and Services. (PI: Mary Jane Rotheram, NIMH) |

# RESEARCH AND SCHOLARSHIP

## EDITORSHIPS AND EDITORIAL BOARDS:

| 2023-25 | Academic Editor | PLOS One |
| 2021-23 | Associate Editor, Addiction Section | Annals of Medicine |
| 2017- | Editorial Board | Drug and Alcohol Dependence |
| 2012- | Editorial Board | International Journal of Drug Policy |

## MANUSCRIPT REVIEW:

| 2002, 2005-09, 2011-2015,17, 20-23 | Addiction |
| 2005, 15, 21 | Addiction Research and Theory |
| 2024 | Addiction Science & Clinical Practice |
| 2021 | Addictive Behaviors |
| 2005 | AIDS Care |
| 2001 | AIDScience.com |
| 2000, 06-07, 09, 11-14,16 | AIDS and Behavior |
| 2005 | AIDS Care Journal |
| 2009 | AIDS Education and Prevention |

| | |
|---|---|
| 2008-09 | *Alcoholism: Clinical and Experimental Research* |
| 2010 | *American Journal of Drug and Alcohol Abuse* |
| 2015 | *American Journal of Epidemiology* |
| 1999-03, 05-12,16, 18, 20, 22 | *Americal Journal of Public Health* |
| 2002, 07,14-15 | *American Journal of Preventive Medicine* |
| 2004, 20 | *Annals of Epidemiology* |
| 2007 | *Archives of General Psychiatry* |
| 2007-09, 14-15 | *BioMed Central (BMC) Public Health* |
| 2003-04, 06, 10 | *Canadian Medical Association Journal* |
| 2006 | *Chronic Illness* |
| 2010-11 | *Cultural Diversity and Ethnic Minority Psychology* |
| 1998-99, 01-03, 05-08, 10-23 | *Drug and Alcohol Dependence* |
| 2014-16, 20 | *Drug and Alcohol Review* |
| 2014 | *Drugs: Education, Prevention, and Policy* |
| 2016 | *Ethnicity and Disease* |
| 2015 | *Evaluation & the Health Professions* |
| 2008 | *Evaluation and Program Planning* |
| 2003 | *Expert Review of Anti-infective Therapy* |
| 2020, 22 | *Frontiers in Psychiatry* |
| 2006,08-09, 13-17, 19-21 | *Harm Reduction Journal* |
| 2023 | *Health Education & Behavior* |
| 2014 | *Health Policy* |
| 2003 | *Health Services Research Journal* |
| 2011 | *Health & Place* |
| 2003, 06 | *Human Organization* |
| 2011 | *International AIDS Society Journal* |
| 2004-05, 07-24 | *International Journal of Drug Policy* |
| 1999, 00, 02-03, 05-06, 08-09, 17-18, 24 | *Journal of Acquired Immune Deficiency Syndromes* |
| 2021 | *Journal of Addiction Medicine* |
| 2008 | *Journal of Adolescent Health* |
| 2008, 10, 15, 20 | *Journal of Behavioral Medicine* |
| 2000, 20 | *Journal of Drug Issues* |
| 2010, 12, 15 | *Journal of Health Care for the Poor and Undeserved* |
| 2002 | *Journal of Health Politics, Policy and Law* |
| 2011 | *Journal of Infectious Diseases* |
| 2017-20, 22 | *Journal of Psychoactive Drugs* |
| 2017 | *Journal of Public Health* |
| 2016 | *Journal of Religion and Health* |
| 2009 | *Journal of Studies on Alcohol and Drugs* |
| 1999, 02-05, 07, 10 | *Journal of the American Medical Association* |
| 2009-11, 17, 19-20 | *Journal of the American Pharmacists Association* |
| 2009, 16 | *Journal of the International AIDS Society* |
| 2000-03, 05-10, 15-19 | *Journal of Urban Health* |
| 2004, 17, 20, 22 | *Journal on Substance Abuse Treatment* |
| 2023 | *Journal of Substance Use* |
| 2005 | *Justice Research and Policy* |
| 2023 | *Lancet Global Health* |
| 2015 | *Lancet HIV* |
| 2012 | *Lancet Infectious Diseases* |
| 2024 | *Lancet Psychiatry* |

| | |
|---|---|
| *1997* | *Medical Anthropology* |
| *2018-24* | *PLOS ONE* |
| *2007, 16, 18* | *Progress in Community Health Partnership: Research, Education, and Action* |
| *2020* | *Public Health Nursing* |
| *2010-11* | *Qualitative Health Research* |
| *2017* | *Sexually Transmitted Diseases* |
| *1999, 02* | *Social Problems* |
| *2008-09, 11-13, 15-16, 18, 20,22* | *Social Science and Medicine* |
| *2010* | *Sociological Quarterly* |
| *2020, 22* | *Stigma and Health* |
| *2006, 08, 15, 17* | *Substance Abuse Treatment, Prevention, and Policy* |
| *2009, 15-16, 19, 21, 23-24* | *Substance Use & Misuse* |
| *2015, 21* | *The American Journal on Addictions* |
| *2024* | *Therapeutic Advances in Infectious Disease* |
| *2014-15* | *Urban Geography* |

## GRANT REVIEWS (NON-FEDERAL):

| | | |
|---|---|---|
| *2001-2010* | *Annual Funding Cycle* | *North American Syringe Exchange Network, Tacoma, WA, USA* |
| *2007* | *Syringe Access Fund* | *Tides Foundation, San Francisco, CA, USA* |
| *2005, 2008* | *Behavioral Science Seed Grant Applications* | *UCLA AIDS Institute, Los Angeles, CA, USA* |
| *2002-2003* | *Fund for Drug Policy reform's 2002 Target Area Subcommittee* | *Tides Foundation, San Francisco, CA, USA* |
| *2000* | *HIV prevention proposals* | *LA County Office of AIDS Program and Policy, Los Angeles, CA, USA* |
| *2000* | *Adolescent Drug Treatment (Non-residential)* | *LA County Alcohol and Drug Program, Los Angeles, CA, USA* |
| *1998-2002* | *Substance Abuse Policy Research Program* | *Robert Wood Johnson Foundation, Princeton, NJ, USA* |
| *1998* | *Soros Harm Reduction Fellowship* | *The Lindesmith Center* |
| *1997-1998* | *George Williams Needle Exchange Fund* | *Tides Foundation, San Francisco, CA, USA* |

## MAJOR AREAS OF RESEARCH INTEREST

*Research Areas*
1. HIV epidemiology and prevention for injection drug users and gay men
2. Community influences on health behaviors and risk
3. Drug use epidemiology
4. Health disparities
5. Community-based participatory research methods
6. Qualitative and mixed method research designs

**GRANT SUPPORT – PENDING/PROPOSED:**

TBD. (PI: Brian Finch at USC). 7/1/24 to 6/30/29. Price of prejudice and dying of whiteness.

TBD. (PI: Walters at NYU). 4/1/24 to 3/31/29. Social network intervention to increase PrEP and harm reduction engagement among people who inject drugs.

**GRANT SUPPORT - CURRENT:**

UG1DA049425-06 (MPI: Mooney [contact]/Hser)         *3/1/2025 to 2/29/2032*
*National Institute on Drug Abuse*                                 *3%*
*Greater Southern California Node of the Clinical Trials network*
*The overarching goal of the Greater Southern California Node (GSCN) of the National Drug Abuse Clinical Trials Network (CTN) is to expand access to and improve treatments for substance use disorders (SUD) by developing and testing effective and sustainable interventions for SUDs and co-occurring mental health disorders (MHDs) that can be delivered in a variety of healthcare settings.*
*Role: Co-investigator*
*Total award amount: $4,682,310*

UG1DA049467-06 (Karnik)                                     *3/1/2025 to 2/29/2032*
*National Institute on Drug Abuse*                                 *5%*
*Great Lakes & Mid-Atlantic Node (GLMN) of the Clinical Trials Network*
*Great Lakes Node will be an integral component of the National Drug Abuse Treatment Clinical Trials Network (CTN), focusing on innovative research and clinical trials to address substance use disorders (SUD) within the regions of Greater Chicago, Milwaukee, the rural Midwest, the Mid-Atlantic coast, and the District of Columbia.*
*Role: Co-investigator*
*Total award amount (USC subaward): $173,152*

RO1AG077280 (Kapteyn)                                       *8/15/2023 to 9/1/28*
*National Institute on Aging*                                       *10%*
*A next generation data infrastructure to understand disparities across the life course.*
*This grant aims to: (1) use state-of-the-art technology and methods to enhance an existing social science infrastructure and provide the research community with a new advanced tool for the collection, dissemination, and analysis of uniquely comprehensive, valid population data; (2) optimize the infrastructure for addressing scientific challenges related to disparities in health, income, and wealth.*
*Role: Co-investigator*
*Total direct cost: $5,272,708*

RO1AA031037  (Davis[contact]/Pedersen)               *9/1/23 to 6/30/28*
*National Institute on Alcohol Abuse and Alcoholism*         *10%*

*Multimethod examination of individual and environmental factors associated with behavioral health care disparities among racial/ethnic minority and women veterans.*
*This multi-method project aims to better understand behavioral project health disparities among racial/ethnic minority and women post-9/11 veterans, who make up a growing proportion of the veteran population but for which few theoretically informed, longitudinal studies exist.  Using qualitative interviews, repeated longitudinal assessments, and innovative machine learning methods, we will test a comprehensive model of individual and environmental factors contributing to disparities in alcohol use, attitudes towards care, and actual care receipt among a large and diverse sample of post-9/11 veterans recruited outside of VA settings.*
*Role: Co-investigator*
*Total direct cost: $597,704*

RO1DA055839 (PI: Huh)                                       *4/15/2023 to 1/31/2028*
*National Institute on Drug Abuse*                                 *5%*
*"The role of perceived discrimination and cultural resilience in poly-substance use among young adults from communities of color."*

*Using daily questionnaires via a smartphone application, we will study in real-time the specific factors that influence substance use by adults to cope with discrimination-related stress.*
*Role: Co-investigator*
*Total direct cost: $462,577*

*P50DA046351 PI: Stein at RAND Corporation)          8/15/23 to 6/30/28*
*National Institute on Drug Abuse                    10%*
*Center to Advance Research Excellence (OPTIC).*
*To identify common themes in policymakers' decision-making processes that may influence opioid policy adoption decisions.*
*Role: Co-investigator*
*Total direct cost: $1,840,874*

*R01 DA057672. (MPI: Knight/McNeil [contract].       9/1/2022 to 8/30/2027*
*National Institute on Drug Abuse                    8%*
*A longitudinal qualitative study of fentanyl-stimulant polysubstance use among people experiencing homelessness.*
*The overall goal of this longitudinal qualitative study is to characterize fentanyl-stimulant polysubstance use among people experiencing homelessness in New York, NY and San Francisco, CA.*
*Role: Co-investigator*
*Total Direct Cost of subcontract: $196,004*

*R01DA055673 (PI: Davidson)                          6/1/2022 to 4/30/2027*
*National Institute on Drug Abuse                    5%*
*Evaluating naloxone-on-release from incarceration as overdose prevention*
*The overarching goal of this study is to evaluate a high-volume, low-threshold, naloxone-on-release program serving individuals being released from the Los Angeles County Jail system.*
*Role: Co-investigator*
*Total Direct Cost of subcontract: $140,967*

## GRANT SUPPORT - PAST:

*79471  (Bluthenthal/Hughes-Halbert)                March 2022 to March 2025*
*Robert Wood Johnson Foundation                     no cost*
*Collaborating with RWJF's Transforming Academia for Equity initiative as a partner academic institution – University of Southern California*
*To promote an inclusive academic environment in the Department of Population and Public Health Sciences in the Keck School of Medicine at the University of Southern California, the institutional team will use resources made available through Transforming Academia for Equity to support junior underrepresented faculty and students to participate in the initiative and promote the department's ongoing equity, diversity and inclusion efforts.*
*Role: Principal Investigator*
*Total Direct Costs: $444,151*

*U2CDA050098- (Schneider)                            June 2019 to May 2024*
*NIDA                                                10%*
*Methodology and Advanced Analytics Resource Center (MAARC)*
*The major goal of this project is to propose advanced bi-directional data sharing, analytics and modeling capacities to provide new scientific insights into interventions and the intersection of opioid use and justice contexts that will ultimately lead to reductions in opioid overdose*
*Role: Co-investigator*
*Total Direct Costs: $185,715*

*R01DA046049 (Bluthenthal[contact]/Corsi)           February 2019 to November 2024*
*National Institutes of Health (NIH)/ National Institute on Drug    20%*
*Abuse (NIDA)*
*Cannabis use and health outcomes among opioid-using people who inject drugs in the context of cannabis legalization*

The overall goal of this study is to determine if increasing cannabis use among people who inject drugs results in declines in opioid use frequency and opioid-related health outcomes such as nonfatal overdoses, hospitalization, and abscesses.
Role: PI

Total Direct Costs: $2,382,135

RO1DA055673-01 (Davidson) 6/15/22 to 4/30/27
Subcontract with UC San Diego                                    10%
Evaluating naloxone-on-release from incarceration as community overdose prevention.
The overall goal of this project is to evaluate a high-volume, low-threshold, naloxone-on-release program serving individuals being released from the Los Angeles County Jail system.
Role: Co-investigator
Total Direct Costs:$2,570,125

KO1DA053159  (Walters) 5/15/21 to 4/30/26
Subcontract with NYU                                    5%
Intersectional Stigma Experiences, Pre-exposure Prophylaxis (PrEP), and Other Service Use Among People Who Inject Drugs.
The overall goal of this project is to describe facilitators and barriers to PrEP uptake among people who inject drugs in Los Angeles, CA and Denver, CO.
Role: Co-investigator
Total Direct Costs: $501,000

No grant number                                    January 2020 to December 2023
Los Angeles County/Department of Justice          10%
Law Enforcement Assisted Diversion Hollywood Program (LEAD)
The Major goal of this project is to improve public safety and improve the health and well-being of people engaged in the LEAD program
Role: Subcontract PI
Total Direct Cost: $135,000

COVID-2020C2-10933 (Henwood)                      October 2020 to September 2021
Patient Centered Outcomes Research Institute       5%
Comparative effectiveness of single-site and scattered-site permanent supportive housing on patient centered and COVID-19 related outcomes for people experiencing homelessness.
The goal of this project is compare health and substance use outcomes among people housed in different models of permanent housing.
Role: Co-investigator
Total Direct Costs: $2,580,000

R01DA038965 (Bluthenthal [contract]/Kral)         August 2015 to June 2020
National Institute on Drug Abuse (NIDA)            30%
Preventing injection initiation: The Change the Cycle randomized controlled trial
The primary goal of this study is to determine the efficacy of the CTC intervention on injection initiation and request to initiate non-injectors among active PWID in California.
Role: PI
Total Direct Costs: $2,965,014

RO1DA040648 (Davidson)                            August 2016 to July 2020
NIDA                                              10%
Impact of a novel law-enforcement delivered intervention on drug user health
The chief aim of this study is to document the impact of law enforcement delivered overdose prevention on drug user mortality and subsequent engagement in substance use treatment in the San Diego area.
Role: Co-investigator
Total Direct Costs: $1,067,483

R21DA046703 (Lambdin)                             August 2018 to July 2020

*NIDA*                                                           *3%*
*Optimizing overdose education and naloxone distribution delivery in the United States*
*Using a systems analysis and improvement approach, we aim to improve adoption of evidenced-based overdose education and naloxone distribution among syringe service programs in the United States.*
*Role: Consultant*
*Total Direct Cost: $242,707*

*RO1DA0399934-04S1 (Schnieder [contact], Harawa)*          *August 2018 to July 2020*
*NIDA*                                                           *3%*
*HIV intervention models for criminal justice involved substance-using Black men who have sex with men*
*The goal of this supplement is to describe history and impact of opioid use among Black men who have sex with men and have been invovled in the criminal justice system.*
*Role: Consultant*
*Total Direct Costs: $342,359*

*R21DA039782 (Davidson)*                                    *August 2015 to July 2016*
*NIDA*                                                           *10%*

*Ethical issues in collaborations between researchers and community organizations*
*The primary goal of this project was to document the unintended consequence of research participation for community-based organizations in the areas of HIV and substance use.*
*Role: Co-Investigator*
*Total Direct Costs: $275,00*

*1R24MD007978 (Bluthenthal[contact] /Baezconde-*            *August 2013 to March 2018*
*Garbanati/Galvan)*
*National Institute on Minority Health and Health Disparities*   *20%*
*(NIMHD)*
*Partners for Strong, Healthy Families (PSHF)*
*This community-based participatory research (CBPR) between the University of Southern California (USC), Bienestar Human Services (BHS), and Legacy LA that addressed multiple risk behaviors among vulnerable Latino youth (12-18 years of age) and their parents through a multi-session mindfulness intervention.*
*Role: PI*
*Total Direct Costs: $1,315,557*

*1R01DA027689 (Bluthenthal [contact]/Kral)*                 *September 2010 to August 2015*
*National Institute on Drug Abuse (NIDA)*                       *20%*

*Exploratory research on late initiates to injection drug use*
*This study explores the experiences of individuals who initiate drug injection at the age of 30 or older using quantitative and qualitative methods.  Our approach is informed by Zinberg's Drug, Set, and Setting and the life course perspective.*
*Role: PI*
*Total Direct Costs: $1,706,200*

*1R24MD007978 (Subcontract PI: Bluthenthal; PI: James M.*    *January 2010 to May 2012*
*Anderson, RAND Corporation)*
*Robert Wood Johnson Foundation, Public Health Law*            *10%*
*Research Program*
*Understanding the effects of land-use regulation on the built environment and crime*
*The goal of this study was to examine the association between land use regulations and Los Angeles City and County crime data using secondary data analysis approaches.*
*Role: Subcontract PI*
*Total Direct Costs: $386,349*

*R21DA024966 (Subcontract PI: Bluthenthal; PI: Alex H. Kral,*  *January 2009 to December 2011*
*RTI)*

*National Institute on Drug Abuse (NIDA)*                     *15%*
*International feasibility study of pharmacy-based HIV prevention: San Francisco*
*The mixed method study examined the feasibility of pharmacies as locales for HIV prevention services such as syringe exchange programs and HIV testing.*
*Role: Subcontract PI*
*Total Direct Costs: $275,000*

*1R24MD007978 (PI: Bluthenthal)*                     *September 2008 to September 2013*

*Centers for Disease Control and Prevention (CDC)*                     *20%*

*The HJ MILE HIV Prevention Intervention for Post-Incarcerated Bisexual African American Men*
*Revise the Men of African American Legacy Empowering Self (MAALES) Intervention for recently incarcerated African American MSMW.  Implement at randomly controlled test of this revised intervention and measure, psychosocial, behavioral, and physiological outcomes.*
*Role: PI*

*Total Direct Costs: $1,326,000*

*No Grant no. (Subcontract PI: Bluthenthal; PI: Kathryn Icehower)*                     *July 2007 to June 2010*

*SAMHSA, Shields for Families*                     *15%*

*Tamar House Residential Treatment Evaluation*
*The goal of this study was to determine the impact of family-inclusive substance use disorder treatment on female patients and their families.*
*Role:Subcontract PI*
*Total Direct Costs: $300,000*

*1U49CE000773 (MacDonald [contact]/Bluthenthal)*                     *October 2005 to September 2010*

*Centers for Disease Control and Prevention (CDC)*                     *15%*

*The Impact of Business Improvement Districts (BIDs) on Youth Violence*
*This multi-method study examined the influence of business improvement districts on trends of crime and risk behaviors among people who reside and did not reside in the catchment areas of BIDs*
*Role: PI*

*Total Direct Costs: $2,280,461*

*No grant no. (Bluthenthal)*                     *2007-2009*
*Los Angeles County Department of Public Health*                     *15%*

*Syringe exchange program evaluation*
*This study collected information on all syringe exchange encounters and clients in Los Angeles City and County.*
*Role: PI*
*Total Direct Costs: $21,622*

06-55589 (Bluthenthal)                                      2006-2009

California State Department of Public Health                20%

The influence of pharmacy-based syringe disposal on unsafe syringe discard among injection drug users in California
This study evaluated the impact of SB1159 – the law that permitted over-the-counter non-prescription sales of syringes to adults in participating California counties.
Role: PI
Total Direct Costs: $450,000


No grant no. (Bluthenthal)                                 2006-2009
Harm Reduction Coalition/ California Department of Public   5%
Health)
Evaluation of Harm Reduction Coalition Technical Assistance to Syringe Exchange Programs
We conducted a multi-year needs assessment of syringe exchange programs in California.
Role: PI
Total Direct Costs: $55,000


No grant no. (Bluthenthal)                                 2006-2009

Drug Policy Alliance                                       5%

Evaluation of SB1159 implementation in Los Angeles County
The study examined the uptake of pharmacy enrollment in over-the-counter non-prescription syringe sales in Los Angeles County.
Role: PI
Total Direct Costs: $39,000


R21 AA013813 (Co-Investigator/PI: Bluthenthal)             2003-2006
National Institute on Alcohol Abuse and Alcoholism (NIAAA) 25%

Understanding outcome disparities in alcohol treatment
Using administrative data on publically funded alcohol treatment, we examined factors with alcohol treatment location, modality, and completion in Los Angeles County.
Role: Co-Investigator/PI
Total Direct Costs: $429,000


R01AA013749 (Subcontract PI: Bluthenthal; PI: Cohen at the  2003-2006
RAND Corporation)
National Institute on Alcohol Abuse and Alcoholism (NIAAA)   15%
GIS, Alcohol Marketing, and Alcohol-Related Outcomes
Using mixed methods, this study examined the association between community characteristics, outlet attributes, and outlet density on alcohol consumption and consequences among a randomly selected sample of drinkers in Los Angeles and New Orleans.
Role: Subcontract PI
Total Direct Costs: $339,117


R01 DA014210 (Bluthenthal)                                 September 2002 to August 2007
National Institute on Drug Abuse (NIDA)                    50%
Community context, SEP operations, & HIV risk among IDUs
The overall aim of this project is to determine how differences in SEPs on program characteristics, HIV risk among clients, and economic cost for 24 California SEPs.
Role: PI
Total Direct Costs: $3,347,421

No grant no. (Subcontract PI: Bluthenthal)                    September 2002 to August 2007
Shields for Families/SAMHSA                                   15%
Targeted HIV prevention and expansion
The major goal of this project was to determine the impact of HIV prevention messages and servces on risk behaviors among treatment patients.
Role: Subcontract PI
Total Direct Costs: $375,000

R21 AA013534 (Bluthenthal)                                    2001-2004
National Institute on Alcohol Abuse and Alcoholism (NIAAA)    20%
Malt beverage use & outcomes in a minority community
The major goal of this study was to examine alcohol frequency and consequences among a community recruited sample of drinkers in Los Angeles.
Role: PI
Total Direct Costs: $286,000

R06/CCR918667 (Bluthenthal)                                   2000-2004
Centers for Disease Control and Prevention (CDC)              20%
HIV impacts of local legislation of SEPs in California
The goal of this study is to determine the HIV-related impacts of AB 136 on SEPs and their clients in California.
Role: PI
Total Direct Costs: $750,000

No grant no. (Co-PI: Bluthenthal)                             1998-2001
RWJF                                                          15%
The impact of treatment on demand on injection drug users in the San Francisco Bay Area
Using data from community-recruited people who inject drugs, we examined trends in entering drug treatment among this high-need population.
Role: Co-PI
Total Direct Costs: $400,000

1PO1MH056826 (Subcontract PI: Bluthenthal)                    1997-1999
Yale University/National Institute on Mental Health           15%
Diffusion of benefit through syringe exchange programs
This multi-site study (Chicago, Oakland,and New Haven) examined
Role: Subcontract PI
Not available

R01DA009532 (Bluthenthal)                                     1998
National Institute on Drug Abuse (NIDA)                       35%
Syringe Exchange and HIV Risks in Natural Settings
The major goal of the study was to examine the impact of syringe exchange program utilization in samples of people who inject drugs who do and do not use such programs.
Role: PI
Total Direct Costs: $550,452

No grant no. (Co-PI: Bluthenthal)                             1997-1999
RWJF                                                          15%
The social impact of withdrawal of disability benefits for drug and alcohol addiction

*The goal of this study was to examine the impact of removing people who inject drugs from eligibility for disability payments as mandated by the Personal Responsibility and Work Opportunity Reconciliation Act (PRWORA) in 1996.*
*Role: Co-PI*
*Total Direct Costs: $400,000*

## INVITED LECTURES, SYMPOSIA, KEYNOTE ADDRESSES

| 2026 | | *Yale Addiction Medicine Grand Rounds, Feb. 10, 2026* |
|------|---|---|
| 2025 | | *HIV on the Frontlines, UC Irvine, Oct. 23, 2025* |
| 2025 | | *Health System Node of NIDA Clinical Trials Network, Institute for Health Research Kaiser Permanente & University of Colorado School of Medicine, Oct 2, 2025* |
| 2025 | *No place to go: Displacement and HIV among people who use drugs* | *24-Hours to Save AIDS Research Global Livestream Marathon, Sept. 16-17, 2025* |
| 2025 | *Vicious cycles of immiseration: The impact of displacement on help seeking, risk behaviors, and health among people who are unhoused and use drugs* | *Grand Rounds, USC Department of Psychiatry, Keck School of Medicine, University of Southern California, Los Angeles, Sept. 2, 2025* |
| 2025 | *Harm reduction origins and emerging challenges for promoting well-being among people who use drugs* | *Wisconsin Harm Reduction Conference, Wisconsin Dells, July 16, 2025* |
| 2025 | *Structural vulnerability, drug use risk and harm reduction responses: Caring approaches to enduring problems* | *6th Annual Adverse Childhood Experiences and Trauma Awareness Symposium. Glenn Family Foundation. Madison, Mississippi, April 17, 2025.* |
| 2025 | *Methamphetamine and opioid use in the context of social immiseration: Reflections and recommendations* | *United for Solutions Conference on the Opioid and Methamphetamine Crisis. Wall Las Memorias: United for Solutions, Conference on the Opioid and Methamphetamine Crisis. Los Angeles, CA, March 26, 2025* |
| 2024-2025 | *Harm reduction and the challenge of supporting well-being for people who use drugs* | *DHCS Summit on Harm Reduction in SUD Treatment, California Department of Health Care Services. Redding (2024), Burlingame (2024), Fresno (2024), Long Beach (2025), Ontario (2025), San Diego 2024), Ukiah (2025), CA* |
| 2024 | *Nowhere to go: The impact of involuntary movement on people experiencing homelessness* | *6th Annual California Street Medicine Symposium, Department of Family Medicine, Keck School of Medicine, University of Southern California* |
| 2024 | *Political and Social determinants of HIV among people who use drugs* | *NIDA HIV Seminar Series, Webinar.* *https://www.youtube.com/watch?v=lBtvWBeBevE* |
| 2024 | *Health equity, structural violence and challenges for translational social sciences* | *UCLA CTSI Distinguished Speaker Series, 2023-24, David Geffen School of Medicine, UCLA.* *https://www.youtube.com/watch?v=3Jo6Cv74_7w* |
| 2024 | *Broadening Perspectives to Narrow the Treatment Gap* | *Opening General Session, ASAM Annual Conference: Innovations in Addiction Medicine and Science* |
| 2024 | *HIV Risk and Social Determinants of Health* | *2024 HIV Workforce Summit, Investing in ourselves: Development. Engagement. Empowerment. County of Los Angeles Public Health, Division of HIV and STD Programs.* |
| 2024 | *Abolition and Harm Reduction: Connecting the Dots* | *Transitions Clinic Network Annual Conference* |
| 2024 | *Addressing racial inequalities in the effectiveness of harm reduction services* | *National Academy of Medicine – Harm Reduction Services for People Who Use Drugs: Exploring Data Collection, Evidence Gaps, and Research Needs – A Workshop* |
| 2024 | *Measure 110 Overview* | *Oregon Measure 110 Research Symposium* |

| 2023 | Policy & Science General Session – Perspectives on Harm Reduction: The present ad the Potential | American Society on Addiction Medicine, 54th Annual Conference |
|---|---|---|
| 2023 | Structural racism and violence and the health of people who use drugs | NYU Center for Opioid Epidemiology and Policy, NYU Langone Health, Department of Population Health |
| 2023 | Social immiseration, changing drug use patterns, and HIV risk among community-recruited people who inject drugs in Denver, Colorado and Los Angeles, CA, 2021-22 | HIV Grand Rounds, UCLA School of Medicine. https://www.youtube.com/watch?v=H8w0ys416s8 |
| 2022 | Centering the disadvantaged: Reflections on community partnership and solidarity in research praxis | UC Global Health Day 2022, UC Global Health Institute. https://www.youtube.com/watch?v=gLggQZfkLHc |
| 2022 | Structural violence and racism as determinants of epidemics among people who inject drugs: A review and reflection | 4th Annual Substance Use Research Event, University of Kentucky |
| 2021 | Cannabis legalization possibilities and special populations: The case of people who inject drugs | Richard H. Merkin, MD Distinguished Speaker Series, Price School of Public Policy, University of Southern California |
| 2021 | Thoughts on building a knowledge base that improves well-being among people who inject drugs | Addictophobia in HIV/AIDS Clinical Research, The Legacy Project of the Office of HIV/AIDS Network Coordination |
| 2021 | Ending the HIV Epidemic and Achieving Health Equity in the COVID-19 Era | Pacific AIDS Education Training Center, University of Southern California |
| 2021 | From Criminalization to Care, Best Practices in Rural and Urban Communities: Building Equity in Criminal Justice | Opioid Summit II: Addressing legal barriers to addiction care and treatment. American Bar Association |
| 2021 | Injury risk and prevention among people who inject drugs | Columbia University Mailman School of Public Health |
| 2020 | Strategies for overdose prevention | EHE Regional Meeting: Taking strategic action to address substance use in California. CHIPTS/ CHRP |
| 2020 | CDUHR Symposium Snowbling: What are We Missing About Stimulants? NYU | Stimulant use among people who inject drugs in Los Angeles and San Francisco: Epidemics, responses, and missed opportunities |
| 2020 | CATO Institute Policy Forum | Needle Exchange Programs: Benefits and challenges. https://www.cato.org/multimedia/events/needle-exchange-programs-benefits-challenges |
| 2019 | 2019 Cannabis Science Symposium, BCCSU | Cannabis legalization and opioid use and health risk among people who inject drugs. https://www.youtube.com/watch?v=l3-A5UNiTuU |
| 2019 | SAFE MED LA Conference | The opioid crisis and changing drug use patterns and health risk among people who inject drugs in Los Angeles |
| 2019 | Dr. M. Alfred Haynes Lecture, Charles R. Drew University | Combatting health disparities through community partnerships: Case studies and recommendations |
| 2019 | HIV/AIDS on the Frontline Conference | Combatting HIV among people who inject drugs in the opioid crisis era: new threats and old challenges |
| 2019 | CROI 2019 | Chasing the Dragon: Opiates and HIV |
| 2019 | CHIPTS – HIV research the next generation | Lessons learned from 25 years of combatting HIV among people who inject drugs |
| 2019 | AMA State Advocacy Summit | Opioids and correctional settings |
| 2018 | Biomedical HIV Prevention Summit | Improving access for those in need: Drug use and biomedical prevention |
| 2018 | American Public Health Association, Invited Presidential Session | Health equity and the overdose crisis: A strengths-based approach. |

| | | |
|---|---|---|
| 2018 | Department of Community and Behavioral Health, Colorado School of Public Health | The emerging injection drug use crisis in the United States: Trends, consequences, and prevention options. |
| 2018- | Community Medicine Fellowship Program | Working with community partners for public health change, Kaiser Permanente, Southern California |
| 2018 | 2018 USC Summit: Ending Homelessness in Los Angeles | Homelessness among people who inject drugs, USC Suzanne Dworak-Peck School of Social Work, Los Angeles, CA |
| 2018 | Behavioral and Social Science Department, School of Public Health | The emerging injection drug use crisis: Consequences and prevention options, Brown University, Providence, RI |
| 2018 | 36Th Annual Client Workshop. SIT Investment Associates | The opioid addiction crisis: Increasing treatment and de-regulating alternatives, Dana Point, CA |
| 2017 | Population Health Spotlight | The impact of the opioid epidemic on drug injection: Evidence and public health implications, Dornsife School of Public Health, Drexel University, Philadelphia, PA. https://www.youtube.com/watch?v=EpkcEib7I0o |
| 2017 | Stimulant Use: Harm reduction, treatment, and Future Directions | Use of stimulants among people who inject drugs: Profile from Los Angeles and San Francisco, Drug Policy Alliance, Los Angeles, CA |
| 2017 | 12th Drug Abuse Research Symposium, | Opioid crisis and changing dynamics in routes of drug administration, Charles R. Drew University of Medicine and Science, Los Angeles, CA |
| 2017 | Student Choice Speaker. Extreme Affordability Conference | Improving the health of people who inject drugs: Harm reduction approaches, School of Medicine, University of Utah |
| 2015 | CHIPTS cross-core meeting | Trends in injection drug use, injection initiation, and options for preventing injection initiation, UCLA, Los Angeles, CA |
| 2014 | Hepatitis Advisory Committee | HCV testing and treatment access among people who inject drugs in Los Angeles, 2011-13, Los Angeles County Department of Public Health, Los Angeles, CA |
| 2014 | High Utilizers and the ACA: New Models for Working with Drug Users | All policy implementation is local: The need for outreach and case management to make the promise of ACA real, LA Community Health Project. Los Angeles, CA |
| 2013 | Centers for AIDS Research (CFAR), Social and Behavioral Sciences Research Network (SBSRN) | Gangs and generations: Dynamic factors associated with HIV risk among injection drug users, 7th National Scientific Meeting. "Social, Behavioral, and Policy Perspectives on HIV/AIDS: The District of Columbia and Beyond." Washington, D.C. |
| 2012 | Department of Infectious Diseases | Harm reduction approaches to infectious diseases among injection drug users, Keck School of Medicine, University of Southern California, Rand/Schrader 5P21 Clinic. Los Angeles, CA |
| 2012 | Keynote Address | "Social Works Matters," All School Day at School of Social Work University of Nevada, Reno |
| 2011 | Commencement Address | Merrill College Graduation Ceremony, University of California, Santa Cruz |
| 2010 | 2010 HIV Data Summit | Injection-related HIV risk among injection drug users in Los Angeles, 2001 to 2009, Los Angeles County Office on AIDS Programs and Policy, California Endowment |
| 2009 | U.S.-Russia Workshop on HIV Prevention Science, EECAAC 2009 Meeting | A strengths-based approach to HIV prevention for injection drug users: Evidence from programs to expand access to sterile syringes, Moscow, Russia |

| | | |
|---|---|---|
| 2009 | The Los Angeles HIV Research & Community Colloquia | Harm reduction and syringe access programs in the City and County of Los Angeles, CA |
| 2009 | Center Point Conference II | Overview of SEPs in California. Office of AIDS, California Department of Public Health. Sacramento, CA |
| 2009 | Congressional Briefing, Rayburn Office Building | Research and science supporting effectiveness of syringe exchange programs: Ending the ban on federal funding of syringe exchange preventing HIV and Hepatitis C in our communities, Washington, D.C. |
| 2009 | Congressional Briefing. "Reducing Violent Crime at Places: The Research Evidence. Center for Evidence-based Crime Policy | Effect of Business Improvement Districts (BIDs) on Violent Crime in Los Angeles with John MacDonald. Senate Russell Building, SR385. Washington, D.C. |
| 2008 | California State University Board of Trustees Meeting | Faculty-Student Research and Mentorship Special Focus: McNair Scholars Program in the California State University Long Beach, California |
| 2008 | Health Justice Action Conference 2008 | Policy Implications of Research on Prisoner Health and Risk Behavior – What's Going on Inside and Can Research Change Policy? |
| 2008 | Establishing Evidence for Social & Behavioral HIV Prevention | An HIV prevention policy research agenda for injection drug users with Alex H. Kral. California HIV/AIDS Research Program, California State Office of AIDS, & San Francisco AIDS Foundation. San Francisco, CA |
| 2007 | Los Angeles County Bar Association Bioethics Committee | Harm reduction and syringe exchange programs: A review of the evidence. Los Angeles, California |
| 2006 | Summer Institute on Longitudinal Research | Longitudinal studies on HIV risk among injection drug users: The case of syringe exchange programs, UCLA Center for Advancing Longitudinal Drug Abuse Research and UCLA Integrated Substance Abuse Program. Los Angeles, California |
| 2006 | Symposium on Substance Use, HIV and Public Health in California | HIV risk among syringe exchange program participants: Results from the California Syringe Exchange Program Study (CalSEP), California DHS Office of AIDS, Sacramento, CA |
| 2005 | Bridging Science and Culture to Improve Drug Abuse Research in Minority Communities | HIV risk among minority injection drug users, NIDA sponsored conference. Atlanta, Georgia |
| 2004 | The Central Point Conference: Improving Health and HIV Prevention among Substance Using Populations | California Syringe Exchange Programs in California: Update from the CALSEP Study, Office of AIDS, California Department of Public Health. Sacramento, California |
| 2003 | Public Health, Research, and Law Enforcement: The Case of HIV/AIDS | Impact of Police Practices on the Health of IDUs in the San Francisco Bay Area with Alex Kral, Yale School of Public Health. New Haven, Connecticut |
| 2003 | RAND Health Board of Advisors | Legalizing syringe exchange programs to improve public health, RAND Corporation. Washington, D.C |
| 2003 | North-Central California Center for AIDS Research | The impact of legal status on syringe exchange program operations and outcomes in California, UC Davis, Sacramento, CA |
| 2003 | Office of AIDS, Department of Health Services, State of California | Syringe Exchange Program Diversity and Correlates of HIV risk and Health Outcomes: Preliminary results from the California Syringe Exchange Program Study, Sacramento, CA |
| 2002 | Can We Curb the spread of HIV/AIDS and Hepatitis among those who inject drugs?: A Public Policy and Science Forum | Scientific research establishing the relationship between needle laws and the rates of HIV/AIDS, California State Capital, Sacramento, CA |
| 2002 | 5th Annual Conference on AIDS and Violence | Harm Reduction Overview, Students Organized for Medical AIDS Awareness & The USC Violence Intervention Program. Keck School of Medicine. University of Southern California. Los Angeles, CA |

| | | |
|---|---|---|
| 2001 | *Bridging the Power of Science and Culture to Improve Drug Abuse Research in Minority Communities* | *Social and racial disparities in HIV infection among injection drug users, National Institute on Drug Abuse. Philadelphia, PA* |
| 2001 | *The Los Angeles HIV Research & Community Colloquia* | *Syringe access, syringe replacement, syringe possession: Ongoing challenges to combating HIV among injection drug users, Office on AIDS Policy and Planning, Los Angeles County. Pasadena, California* |
| 2000 | *Yale AIDS Colloquium Series* | *Risk Environments, Community Context and Racial Disparities in HIV Infection among Injection Drug Users, New Haven, CT* |
| 2000 | *Sociology Colloquium* | *Understanding Racial Disparities in HIV Infections among Injection Drug Users: The Role of Neighborhood Context, UCLA. Los Angeles, California* |
| 2000 | *Third Annual Conference on AIDS Research in California & Seventeenth Annual Universitywide AIDS Research Program Meeting* | *Rapporteur: Social/Behavioral Sciences, South San Francisco, California* |
| 1999 | *Speaking Truth To Power, UCLA School of Law, Los Angeles, California* | *Rethinking the War on Drugs: Grassroots and Policy Strategies, Los Angeles, CA* |
| 1999 | *Drug Policy Research Center, RAND* | *Syringe Exchange Programs and HIV Prevention. Advisory Board Briefing, Santa Monica, California* |
| 1999 | *Department of Community Health, Portland State University* | *Race, Poverty, and Disease: HIV/AIDS among African American Injection Drug Users, Portland, Oregon* |
| | *Los Angeles Citizens' Fact-Finding Commission on the War on Drugs* | *Public Health vs. Criminalization Policies: Harm Reduction or Zero-Tolerance, Institute for Policy Studies, Los Angeles, California* |
| 1999 | *California Assembly Health Committee* | *Research on Syringe Exchange Programs in California Summary remarks made to the California Assembly Health Committee, Sacramento, CA* |
| 1999 | *The Los Angeles HIV Research & Community Colloquia* | *Syringe Exchange Programs, Harm Reduction, and HIV Prevention: Accomplishments, Limitations, and Future Prospects, Office on AIDS Policy and Planning, Los Angeles County Pasadena, California* |
| 1999 | *Joint Informational Hearing of the Senate Committee on Public Safety, the Senate Committee on Health and Human Services, and the Assembly Committee on Public Safety* | *Methadone Maintenance, Needle Exchange and Medical Marijuana, Sacramento, California* |
| 1998 | *Robert Wood Johnson Foundation Substance Abuse Policy Research Program* | *Withdrawing SSI Benefits for Drug and Alcohol Addiction: Preliminary Analyses of Economic Effects. with James G. Kahn, Alex H. Kral, and Jennifer Lorvick, Charleston, South Carolina* |
| 1998 | *Treatment on Demand in San Francisco: Goals, Progress, and Evaluation* | *The Impact of Treatment on Demand for Active Injection Drug Users. with Brian R. Edlin, San Francisco Department of Public Health and the San Francisco Foundation. San Francisco, California* |
| 1997 | *Robert Wood Johnson Foundation Substance Abuse Policy Research Program* | *The Social Impact of Withdrawal of SSI Benefits for Drug and Alcohol Addiction: Six-Month Follow-up, San Antonio, Texas* |
| 1997 | *HIV Prevention Project, San Francisco AIDS Foundation* | *Why Needle Exchange is Effective, San Francisco, California* |
| 1997 | *Seventh North American Syringe Exchange Conference* | *Does Arresting Syringe Exchange Operators Stop Programs from Being Successful? with Alex H. Kral, San Diego, California* |

| 1997 | Research on Approaches to Reducing the Consequences of Drug Use | Research on Needle Exchange Programs, San Francisco Treatment Research Center, UCSF. San Francisco, California |
| 1996 | First Western Regional HIV/AIDS Conference - AIDS is no Laughing Matter: The African American Family Faces the Challenge of HIV/AIDS | Harm Reduction and Drug Treatment: Contradictory or Complimentary?  Oakland, California |
| 1996 | First National Harm Reduction Conference | Suppression and Harm Reduction: SEPs in California, Oakland, California |
| 1996 | Southeastern Harm Reduction Conference | Harm Reduction in the Black Community: Key Challenges and Effective Techniques, San Francisco, California |
| 1995 | BAART's Multicultural Advisory Board | Needle Exchange Programs in the Bay Area, San Francisco, California |
| 1995 | Northeast Harm Reduction Conference | Harm Reduction Research and Activism, New York, New York |
| 1995 | Fifth North American Syringe Exchange Conference | Surviving Your Needle Exchange Arrest and Trial, San Juan, Puerto Rico |

## INVITED GRAND ROUNDS, CME LECTURES

| 2023 | HIV Grand Rounds | UCLA School of Medicine |
| 2021 | Grand Rounds | Population Health, Cornell University |
| 2020 | Grand Rounds | Family Medicine, Keck School of Medicine |
| 2020 | Grand Rounds | Department of Psychiatry, Keck School of Medicine |
| 2019 | CROI | Chasing the Dragon: Opiates and HIV |
| 2015 | Grand Rounds | We can prevent HIV among people who inject drugs (PWID), but will we? Implementation barriers to evidenced-based prevention for PWID, UCLA AIDS Institute/Center for AIDS Research, UCLA, Los Angeles, CA |

## THESIS:

| 1998 | Ph.D. | Sociology Department, UC Berkeley | Race, Poverty, and Disease: HIV/AIDS among African American Injection Drug Users in the San Francisco Bay Area |

## PUBLICATIONS:

### REFEREED JOURNAL ARTICLES:

* Trainee; ** Senior Author

1. Heimer R, **Bluthenthal RN**, Singer M, Khoshnood K. Structural impediments to operational syringe-exchange programs. *AIDS & Public Policy Journal.* 1996;11(4):169-184.
   *Personal contribution: Collected local data, analyzed local data, wrote sections of manuscript, revised article for intellectual content.*
2. **Bluthenthal RN**, Kral AH, Lorvick J, Watters JK. Impact of law enforcement on syringe exchange programs: A look at Oakland and San Francisco. *Medical Anthropology.* 1997;18(1):61-83.
   *Personal contribution: Designed study, oversaw data collection, data analysis and wrote manuscript.*
3. Kral AH, Lorvick J, **Bluthenthal RN**, Watters JK. HIV risk profile of drug-using women who have sex with women in 19 US cities. *Journal of Acquired Immune Deficiency Syndromes.* 1997;16(3):211-217.
   *Personal contribution: Collected local data, revised manuscript for intellectual content.*
4. **Bluthenthal RN**, Kral AH, Erringer EA, Edlin BR. Use of an illegal syringe exchange use and injection-related risk behaviors among street-recruited injection drug users in Oakland, California,

1992-1995. *Journal of Acquired Immune Deficiency Syndromes.* 1998;18(5):505-511.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

5. **Bluthenthal RN**. Syringe exchange as a social movement: A case study of harm reduction in Oakland, California. *Substance Use & Misuse.* 1998;33(5):1146-1171.
*Personal contribution: Designed study, collected data, analyzed data, and wrote manuscript.*

6. Kral AH, **Bluthenthal RN**, Booth RE, Watters JK, and the NIDA Cooperative Agreement Steering Committee. HIV seroprevalence among street-recruited injecting drug and crack cocaine users in 16 U.S. municipalities. *American Journal of Public Health.* 1998;88(1):108-112. PMCID:PMC1508387.
*Personal contribution: Revised manuscript for intellectual content.*

7. Needle RH, Coyle S, Cesari H, Trotter R, Clatts M, Koester S, Price L, McLellan E, Finlinson A, **Bluthenthal RN**, Pierce T, Johnson J, Jones TS, Williams M. HIV risk behaviors associated with the injection process: Multiperson use of drug injection equipment and paraphernalia in injection drug user networks. *Substance Use & Misuse.* 1998;33(12):2403-2423.
*Personal contribution: Collected local data and revised manuscript for intellectual content.*

8. **Bluthenthal RN**, Kral AH, Erringer EA, Edlin BR. Drug paraphernalia laws and injection-related infectious disease risk among drug injectors. *Journal of Drug Issues.* 1999;29(1):1-16.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

9. **Bluthenthal RN**, Lorvick J, Kral AH, Erringer EA, Kahn JG. Collateral damage in the War on Drugs: HIV risk behaviors among injection drug users. *The International Journal of Drug Policy.* 1999;10:25-38.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

10. Kral AH, **Bluthenthal RN**, Erringer EA, Lorvick J, Edlin BR. Risk Factors among IDUs who give injections to or receive injections from other drug users. *Addiction.* 1999;94(5):675-683.
*Personal contribution: Oversaw local data collection and revised manuscript for intellectual content.*

11. **Bluthenthal RN**, Kral AH, Gee L, Erringer EA, Edlin BR. The effect of syringe exchange use on high-risk injection drug users: A cohort study. *AIDS.* 2000;14(5):605-611.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

12. Binswanger IA\*, Kral AH, **Bluthenthal RN**, Rybold D, Edlin BR. Abscesses and cellulitis among injection drug users in San Francisco. *Clinical Infectious Diseases.* 2000;30(3):579-581.
*Personal contribution: Revised manuscript for intellectual content.*

13. Galvan FH, Bing EG, **Bluthenthal RN**. Accessing HIV testing and care. *Journal of Acquired Immune Deficiency Syndromes.* 2000; 25:S151-S156.
*Personal contribution: Revised manuscript for intellectual content.*

14. Longshore D, **Bluthenthal RN**, Stein M. Needle exchange program attendance and HIV risk avoidance among injection drug users in Providence, Rhode Island. *AIDS Education and Prevention.* 2001;13(1):78-90.
*Personal contribution: Revised manuscript for intellectual content.*

15. **Bluthenthal RN**, Gogineni A, Longshore D, Stein M. Factors associated with readiness to change drug use among needle exchange users. *Drug and Alcohol Dependence.* 2001;62(3):225-230.
*Personal contribution: Wrote first draft of manuscript.*

16. Seal KH, Kral AH, Gee L, Moore L, **Bluthenthal RN**, Lorvick J, Edlin BR. Predictors and prevention of non-fatal overdose among street-recruited injection drug users in the San Francisco Bay Area, 1998-1999. *American Journal of Public Health.* 2001;91(11):1842-1846. PMCID:PMC1446888.
*Personal contribution: Revised manuscript for intellectual content.*

17. Kral AH, **Bluthenthal RN**, Lorvick J, Gee L, Bacchetti P, Edlin BR. Sexual transmission of HIV-1 among injection drug users in San Francisco, USA: Risk-factor analysis. *The Lancet.*

2001;357:1397-1401.
*Personal contribution: Revised manuscript for intellectual content.*

18. **Bluthenthal RN**, Kral AH, Gee L, Lorvick J, Moore L, Seal K, Edlin BR. Trends in HIV seroprevalence and risk among gay and bisexual men who inject drugs in San Francisco, 1988 to 2000. *Journal of Acquired Immune Deficiency Syndromes.* 2001;28:264-269.
*Personal contribution: Oversaw data collection, data analysis, and wrote manuscript.*

19. Heimer R, Clair S, Grau L, **Bluthenthal RN**, Marshall PA, Singer M. Hepatitis-associated knowledge is low and risks are high in a cohort of HIV-savvy injection drug users. *Addiction.* 2002;97(10):1277-1288.
*Personal contribution: Revised manuscript for intellectual content.*

20. Anderson RL, Clancey L, Flynn NM, Kral AH, **Bluthenthal RN\*\***. Delivering syringe exchange services through "Satellite Exchangers": Sacramento Area Needle Exchange. *International Journal of Drug Policy.* 2003;14(5/6):461-63.
*Personal contribution: Oversaw data collection and data analysis, and revised manuscript for intellectual content.*

21. Riehman KS, **Bluthenthal RN**, Juvonen J, Morral A. Adolescent social relationships and the treatment process: Findings from quantitative and qualitative analyses. *Journal of Drug Issues.* 2003;33(4):865-896.
*Personal contribution: Oversaw qualitative data collection, data analysis, and revised manuscript for intellectual content.*

22. Riehman KS, Kral AH, Anderson R, Flynn N, **Bluthenthal RN\*\***. Sexual relationships, secondary syringe exchange, and gender differences in HIV risk among drug injectors. *Journal of Urban Health.* 2004;81(2):249-59.
*Personal contribution: Oversaw data collection, data analysis, and revised manuscript for intellectual content.*

23. **Bluthenthal RN**, Malik MR\*, Grau L, Singer M, Marshall P, Heimer R. Sterile syringe access conditions and variations in HIV risk among drug injectors in three cities. *Addiction.* 2004;99(9):1136-46.
*Personal contribution: Oversaw local data collection, data analysis, and wrote manuscript.*

24. Kral AH, Anderson R, Flynn N, **Bluthenthal RN\*\***. Injection risk behaviors among clients of syringe exchange programs with different syringe dispensation policies. *Journal of Acquired Immune Deficiency Syndromes.* 2004;37(2):1307-1312.
*Personal contribution: Designed study, oversaw data collection, data analysis, and revised manuscript for intellectual content.*

25. Bogart L, Kral AH, Scott A, Anderson R, Flynn NM, Gilbert ML, **Bluthenthal RN\*\***. Sexual risk among injection drug users recruited from syringe exchange programs. *Sexually Transmitted Diseases.* 2005;32(1);27-34.
*Personal contribution: Designed study, oversaw local data collection, and revised manuscript for intellectual content.*

26. **Bluthenthal RN**, BrownTaylor D, Guzman-Becerra N, Robinson P. Characteristics of malt liquor beer drinkers in a low-income racial minority community. *Alcoholism: Clinical and Experimental Research.* 2005;29(3):402-09.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

27. Kanouse DE, **Bluthenthal RN**, Bogart L, Iguchi MY, Perry S, Sand K, Shoptaw S. Recruiting drug-using men who have sex with men into behavioral interventions: A two-stage approach. *Journal of Urban Health.* 2005;82(1 suppl 1):109-19.
*Personal contribution: Revised manuscript for intellectual content.*

28. Bogart L, Kral AH, Anderson R, Flynn NM, **Bluthenthal RN\*\***. Condom attitudes among injection drug users participating in California syringe exchange programs. *AIDS and Behavior.* 2005;9(4):423-32. *Personal contribution: Designed study, oversaw local data collection, and revised manuscript for intellectual content.*

29. Grau L, **Bluthenthal RN**, Marshall P, Singer M, Heimer R. Psychosocial and behavioral

differences among drug injectors who use and do not use syringe exchange programs. *AIDS and Behavior*. 2005;9(4):495-504.
*Personal contribution: Oversaw local data collection, wrote first draft, and revised manuscript for intellectual content.*

30. Cohen DA, Kanouse D, Iguchi MY, **Bluthenthal RN**, Galvan FR, Bing EG. Screening for STDs in non-traditional settings: Policy recommendations. *International Journal of STDs and AIDS*. 2005; 16(8):521-27.
    *Personal contribution: Revised manuscript for intellectual content.*

31. Heinzerling KG*, Kral AH, Flynn NM, Anderson R, Scott A, Gilbert ML, Asch SM, **Bluthenthal RN\*\***. Unmet need for recommended preventive health services among clients of California Syringe Exchange Programs: Implications for quality improvement. *Drug and Alcohol Dependence*. 2006;81(2):167-78.
    *Personal contribution: Designed study, oversaw local data collection, and revised manuscript for intellectual content.*

32. Wells KB, Staunton A, Norris KC, **Bluthenthal RN**, Chung B, Gelberg L, Jones L, Kataoka S, Koegel P, Miranda J, Mangione CM, Patel K, Rodriguez M, Shapiro M, Wong M. Building an academic-community partnered network for clinical services research: The Community Health Improvement Collaborative (CHIC). *Ethnicity & Disease*. 2006;16(1 Supplement 1):S3-S17.
    *Personal contribution: Revised manuscript for intellectual content.*

33. **Bluthenthal RN**, Jones L, Fackler-Lowrie N, Ellison M, Booker T, Jones F, McDaniel S, Moini M, Williams K, Klapp R, Koegel P, Wells KB. Witness for Wellness: Preliminary findings from a community-academic participatory research mental health initiative. *Ethnicity & Disease*. 2006;16(1 Supplement 1):S18-S34.
    *Personal contribution: Oversaw data collection, data analysis, and wrote manuscript.*

34. Punzalan C*, Paxton KC*, Guentzel H, **Bluthenthal RN**, Staunton AD, Mejia G, Morales L, Miranda J. Seeking community input to improve implementation of a lifestyle modification program. *Ethnicity & Disease*. 2006;16(1 Supplement 1):S79-S88.
    *Personal contribution: Revised manuscript for intellectual content.*

35. French MT, BrownTaylor D, **Bluthenthal RN\*\***. Price elasticity of demand for malt liquor beer: Findings from a pilot study. *Social Science and Medicine*. 2006;62(9):2101-11.
    *Personal contribution: Designed study, oversaw data collection and data analysis, and revised manuscript for intellectual content.*

36. Lorvick J, **Bluthenthal RN\*\***, Scott A, Gilbert ML, Riehman KS, Anderson R, Flynn NM, Kral AH. Secondary syringe exchange among users of 23 California syringe exchange programs. *Substance Use & Misuse*. 2006;41(6/7):865-82.
    *Personal contribution: Designed study, oversaw data collection and data analysis, and revised manuscript for intellectual content.*

37. Heinzerling KG*, Etzioni DA, Hurley B, Holtom P, **Bluthenthal RN**, Asch SM. Hospital utilization for injection drug use-related soft tissue infections in urban versus rural counties in California. *Journal of Urban Health*. 2006; 83(2):176-181. PMCID:PMC2527156.
    *Personal contribution: Revised manuscript for intellectual content.*

38. Cohen DA, Ghosh-Dastidar B, Scribner R, Miu A, Scott M, Robinson P, Farley TA, **Bluthenthal RN**, BrownTaylor D. Alcohol outlets, gonorrhea, and the Los Angeles civil unrest: A longitudinal analysis. *Social Science and Medicine*. 2006;62(9):2101-11. PMCID:PMC2040035.
    *Personal contribution: Revised manuscript for intellectual content.*

39. Galvan FH, **Bluthenthal RN**, Ani C, Bing EG. Increasing HIV testing among Latinos by bundling HIV testing with other test. *Journal of Urban Health*. 2006;83(5):849-59. PMCID:PMC2438590.
    *Personal contribution: Revised manuscript for intellectual content.*

40. **Bluthenthal RN**, Riehman KS, Jaycox L, Morral AR. Perspectives on therapeutic treatment from adolescent probationers. *Journal of Psychoactive Drugs*. 2006; 38(4):461-71.
    *Personal contribution: Oversaw qualitative data collection, data analysis, and wrote manuscript.*

41. Jacobson JO*, Robinson P, **Bluthenthal RN\*\***. A multilevel decomposition approach to estimate the role of program location and neighborhood disadvantage in racial disparities in alcohol

treatment completion. *Social Science and Medicine.* 2007;64(2):462-76.
*Personal contribution: Designed study and revised manuscript for intellectual content.*

42. Jacobson JO\*, Robinson P, **Bluthenthal RN\*\***. Understanding racial disparities in alcohol treatment outcomes: Addiction severity, demographics, and economic factors do not fully explain differences in retention. *Health Services Research.* 2007; 42(2):773-94. PMCID:PMC1955365
*Personal contribution: Designed study and revised manuscript for intellectual content.*

43. **Bluthenthal RN**, Ridgeway G, Schell T, Flynn NM, Anderson R, Kral AH. Examination of the association between syringe exchange program (SEP) dispensation policy and SEP client-level syringe coverage among injection drug users. *Addiction.* 2007; 102(4):638-46.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

44. Martinez AN\*, **Bluthenthal RN\*\***, Lorvick J, Anderson R, Flynn NM, Kral AH. The impact of legalizing syringe exchange programs on arrest among injection drug users in California. *Journal of Urban Health.* 2007; 84 (3):423-35. PMCID:PMC2231826.
*Personal contribution: Designed study, oversaw data collection and data analysis, and revised manuscript for intellectual content.*

45. Stopka TJ\*, Marshall C, **Bluthenthal RN**, Webb DS, Truax SR. HCV and HIV counseling and testing integration in California: An innovative approach to increase HIV counseling and testing rates. *Public Health Reports.* 2007; 122 (Supplement 2):68-73. PMCID:PMC1831799.
*Personal contribution: Revised manuscript for intellectual content.*

46. **Bluthenthal RN**, Jacobson JO\*, Robinson PL. Are racial disparities in alcohol treatment completion associated with treatment modality entry? Comparison of outpatient and residential treatment in Los Angeles County, 1998 to 2000. *Alcoholism: Clinical and Experimental Research.* 2007; 31 (11):1920-26.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

47. Heinzerling KG\*, Kral AH, Scott A, Gilbert ML, Anderson R, Flynn NM, **Bluthenthal RN\*\***. Human immunodeficiency virus and hepatitis C virus testing at syringe exchange programs: Availability and outcomes. *Journal of Substance Abuse Treatment.* 2007; 32(4):423-9.
*Personal contribution: Designed study, oversaw data collection and data analysis, and revised manuscript for intellectual content.*

48. **Bluthenthal RN**, Anderson R, Flynn NM, Kral AH. Higher syringe coverage is associated with lower odds of HIV risk and does not increase unsafe syringe disposal among syringe exchange program clients. *Drug and Alcohol Dependence.* 2007; 89(2-3):214-22. PMCID:PMC2562866.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

49. **Bluthenthal RN**, Do P\*, Finch B, Martinez A\*, Edlin BR, Kral AH. Community characteristics associated with HIV risk among injection drug users: A multi-level analysis. *Journal of Urban Health.* 2007; 84(5):653-66. PMCID:PMC1988782.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

50. Cohen D, Schoeff D, Farley TA, **Bluthenthal RN**, Scribner R, Overton A. Reliability of a store observation tool in measuring availability of alcohol and selected foods. *Journal of Urban Health.* 2007; 84(6):807-13. PMCID:PMC2232033.
*Personal contribution: Revised manuscript for intellectual content.*

51. **Bluthenthal RN**, Heinzerling KG\*, Flynn NM, Anderson R, Kral AH. Approval of syringe exchange programs in California: Mixed results from a local approach to HIV prevention. *American Journal of Public Health.* 2008; 98(2):278-83.  PMCID:PMC2376876.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

52. **Bluthenthal RN**, Cohen DA, Farley TA, Scribner R, Beighley C, Schonlau M, Robinson PL. Alcohol availability and neighborhood characteristics in Los Angeles, California and Southern Louisiana.  *Journal of Urban Health.* 2008; 85(2):191-205. PMCID:PMC2430119.

*Personal contribution: Oversaw local data collection, data analysis, and wrote manuscript.*

53. Scott MM, Cohen DA, Schonlau M, Farley TA, **Bluthenthal RN**. Alcohol and tobacco marketing: Evaluating compliance with outdoor advertising guidelines. *American Journal of Preventive Medicine.* 2008:35(3):203-9. PMCID:PMC2920147.
    *Personal contribution: Oversaw local data collection and revised manuscript for intellectual content.*

54. Schonlau M, Scribner R, Farley TA, Theall KP, **Bluthenthal RN**, Scott M, Cohen DA. Alcohol outlet density and alcohol consumption in Los Angeles and Southern Louisiana. *Geospatial Health.* 2008; 3(1):91-101.
    *Personal contribution: Oversaw local data collection and revised manuscript for intellectual content.*

55. Theall KP, Scribner R, Cohen D, **Bluthenthal RN**, Schonlau M, Farley TA. Social capital and the neighborhood alcohol environment. *Health and Place.* 2009; 15:323-32. PMCID:PMC2613262.
    *Personal contribution: Oversaw local data collection and revised manuscript for intellectual content.*

56. Vilamovska AM*, BrownTaylor D, **Bluthenthal RN**\*\*. Adverse drinking-related consequences among malt liquor beer drinkers in a low-income, ethnic minority community sample. *Alcoholism: Clinical and Experimental Research.* 2009; 33(4):645-53.
    *Personal contribution: Designed study, oversaw data collection, data analysis, and revised manuscript for intellectual content.*

57. Robinson PL, Boscardin WJ, George SM, Teklehaimanot S, Heslin KC, **Bluthenthal RN**. The effect of urban street gang densities on small area homicide incidence in a large metropolitan county, 1994-2002. *Journal of Urban Health.* 2009; 86(4):511-23. PMCID:PMC2729874. *Personal contribution: Revised manuscript for intellectual content.*

58. Farley TA, Rice J, Bodor JN, Cohen DA, **Bluthenthal RN**, Rose D. Measuring the food environment: Shelf space of fruits, vegetables, and snack foods in stores. *Journal of Urban Health.* 2009; 86(5):672-82. PMCID:PMC2729874.
    *Personal contribution: Oversaw local data collection and revised manuscript for intellectual content.*

59. Theall KP, Scribner R, Cohen D, **Bluthenthal RN**, Schonlau M, Lynch S, Farley TA. The neighborhood alcohol environment and alcohol-related morbidity. *Alcohol and Alcoholism.* 2009; 44(5):491-99. PMCID:PMC2800249.
    *Personal contribution: Oversaw local data collection and revised manuscript for intellectual content.*

60. Grau LE, Green TC*, Singer M, **Bluthenthal RN**, Marshall PA, Heimer R. Getting the message straight: Effects of a brief hepatitis prevention intervention among injection drug users. *Harm Reduction Journal.* 2009; 6:36 (15 December 2009). PMCID:PMC2804675.
    *Personal contribution: Revised manuscript for intellectual content.*

61. Cohen DA, Sturm R, Scott M, Farley TA, **Bluthenthal RN**. Not enough fruit and vegetables or too many cookies, candies, salty snacks, and soft drinks? *Public Health Reports.* 2010; 125(1):88-95. PMCID:PMC2789820.
    *Personal contribution: Revised manuscript for intellectual content.*

62. MacDonald JM, Stokes R, **Bluthenthal RN**. The role of community context in business district revitalization strategies: Business improvement districts in Los Angeles. *Public Performance and Management Review.* 2010:33(3):436-458.
    *Personal contribution: Revised manuscript for intellectual content.*

63. Riley ED, Kral A, Stopka TJ*, Garfein RS, Reuckhaus P, **Bluthenthal RN**\*\*. Access to sterile syringes through pharmacies and the association with HIV risk behaviors among injection drug users: California's SB1159 experience. *Journal of Urban Health.* 2010:87(4):534-42. PMCID:PMC2900569.
    *Personal contribution: Designed study, oversaw data collection, and revised manuscript for intellectual content.*

64. Garfein RS, Stopka TJ*, Pavlinac PB, Ross A, Haye K, Riley ED, **Bluthenthal RN**\*\*. Three years

after legalization of non-prescription syringe sales in California (SB1159). Where are we now? *Journal of Urban Health.* 2010; 87(4):576-85. PMCID:PMC2900579.
*Personal contribution: Designed study, oversaw data collection and data analysis, and revised manuscript for intellectual content.*

65. Cooper E*, Dodson C*, Stopka TJ*, Riley ED, Garfein RS, **Bluthenthal RN\*\***. Pharmacy participation in nonprescription syringe sales in Los Angeles and San Francisco Counties, 2007. *Journal of Urban Health.* 2010; 87(4):543-52. PMCID:PMC2900565.
*Personal contribution: Designed study, oversaw data collection, data analysis, and revised manuscript for intellectual content.*

66. Green TC*, **Bluthenthal RN**, Singer M, Beletsky L*, Grau LE, Marshall P, Heimer R. Prevalence and predictors of transitions to and away from syringe exchange use over time in 3 U.S. cities with varied syringe dispensing policies. *Drug and Alcohol Dependence.* 2010;111(1-2):74-81. PMCID:PMC2976613.
*Personal contribution: Oversaw local data collection and revised manuscript for intellectual content.*

67. DeRose KP, Mendel PJ, Kanouse DE, **Bluthenthal RN,** Castaneda LW, Hawes-Dawson J, Mata M, Oden CW. Learning about urban congregations & HIV/AIDS: Community-based foundations for developing congregational health interventions. *Journal of Urban Health.* 2010; 87(4):617-30. PMCID:PMC2900568.
*Personal contribution: Revised manuscript for intellectual content.*

68. Wagner KD*, Unger JB, **Bluthenthal RN**, Andreeva VA, Pentz MA. Cognitive behavioral theories used to explain injection risk behavior among injection drug users:  A review and suggestions for the integration of cognitive and environmental models. *Health Education and Behavior.* 2010; 37(4): 504-32. PMCID:PMC3084153.
*Personal contribution: Revised manuscript for intellectual content.*

69. MacDonald J, Golinelli D, Stokes RJ, **Bluthenthal RN**. The effect of business improvement districts on the incidence of violent crimes. *Injury Prevention.* 2010; 16(5):327-32. PMCID:PMC2976613.
*Personal contribution: Revised manuscript for intellectual content.*

70. Martinez AN*, **Bluthenthal RN\*\***, Flynn NM, Anderson R, Kral AH. HIV risk and seroprevalence among Mexican American injection drug users in California. *AIDS and Behavior.* 2011; 15(1):95-102. PMCID:PMC3023026.
*Personal contribution: Designed study, oversaw data collection, and revised manuscript for intellectual content.*

71. Kral AH, Lorvick J, Martinez A, Lewis MA, Orr A, Anderson R, Flynn NM, **Bluthenthal RN\*\***. HIV prevalence and risk among heterosexual methamphetamine injectors in California. *Substance Use and Misuse.* 2011; 46(9):1081-9. PMCID:PMC3813018.
*Personal contribution: Designed study, oversaw data collection and revised manuscript for intellectual content.*

72. DeRose KP, Mendel PJ, Palar K*, Kanouse D, **Bluthenthal RN,** Castaneda LW, Corbin D, Dominguez B, Hawes-Dawson J, Mata M, Oden CW. Religious congregations' involvement in HIV: A case study approach. *AIDS and Behavior.* 2011; 15(6):1220-32. PMCID:PMC3087861.
*Personal contribution: Revised manuscript for intellectual content.*

73. Sussman S, Leventhal A, **Bluthenthal RN**, Freimuth M, Forster M*, Ames SL. A framework for specificity of the addictions. *International Journal of Environmental Research and Public Health.* 2011; 8(8):3399-415. PMCID:PMC3166750.
*Personal contribution: Revised manuscript for intellectual content.*

74. Martinez A*, **Bluthenthal RN\*\***, Neilands T, Flynn NM, Anderson RL, Kral AH. Assessing geographic and individual level factors associated with arrests among injection drug users in California. *Health & Place.* 2011; 17(6):1258-65.
*Personal contribution: Designed study, oversaw data collection, and revised manuscript for intellectual content.*

75. **Bluthenthal RN**, Palar K*, Corbin D, Castaneda LW, Mendel P, Kanouse D, Derose KP. Attitudes,

beliefs and behaviors related to HIV/AIDS in urban religious congregations: Barriers and opportunities for HIV-related interventions. *Social Science and Medicine.* 2012; 74:1520-27. PMCID:PMC3519280.
*Personal contribution: Conducted data analysis and wrote manuscript.*

76. Martinez A*, D'Amico EJ, Kral AH, **Bluthenthal RN**\*\*. Non-medical prescription drug use among injection drug users. *Journal Drug Issues.* 2012; 42(3):216-225.
*Personal contribution: Designed study, oversaw data collection, data analysis, and revised manuscript for intellectual content.*

77. Anderson JM, MacDonald J, **Bluthenthal RN**, Ashwood JS. Reducing crime by shaping the built environment with zoning: An empirical study of Los Angeles. *University of Pennsylvania Law Review.* 2013;161:699-757.
*Personal contribution: Revised manuscript for intellectual content.*

78. Lutnick A*, Cooper E*, Dodson C*, **Bluthenthal RN**, Kral AH. Pharmacy syringe purchase test of non-prescription syringe sales in San Francisco and Los Angeles, 2010. *Journal of Urban Health.* 2013;90(2):276-83. PMCID:PMC3675724.
*Personal contribution: Revised manuscript for intellectual content.*

79. Fink DS*, Lindsay SP, Slymen DJ, Kral AH, **Bluthenthal RN**\*\*. Abscesses and self-treatment among injection drug users at four California syringe exchanges and their surrounding communities. *Substance Use & Misuse.* 2013;48(7):523-31.
*Personal contribution: Designed study, oversaw data collection and data analysis, and revised manuscript for intellectual content.*

80. MacDonald J, Stokes RJ, Grunwald B, **Bluthenthal RN.** The privatization of public safety in urban neighborhoods: Do business improvement districts reduce violent crime among adolescents? *Law and Society Review.* 2013;47(3):621-652.
*Personal contribution: Revised manuscript for intellectual content.*

81. Wagner KD*, Simon-Freeman R*, **Bluthenthal RN**. Law enforcement as a force of public health: A mixed method analysis of the association between law enforcement encounters and syringe sharing among IDUs on Skid Row. *AIDS and Behavior.* 2013;17(8):2637-43. PMCID:PMC3788094.
*Personal contribution: Revised manuscript for intellectual content.*

82. Arreola S, **Bluthenthal RN**\*\*, Wenger L, Chu D*, Thing J*, Kral AH. Characteristics of people who initiate injection drug use later in life. *Drug and Alcohol Dependence.* 2014; 138:244-50. PMCID:PMC4035351.
*Personal contribution: Designed study, oversaw data collection, data analysis, and revised manuscript for intellectual content.*

83. Quinn B, Chu D*, Wenger L, **Bluthenthal RN**\*\*, Kral AH. Syringe disposal among people who inject drugs in Los Angeles. *International Journal of Drug Policy,* 2014; 25:905-10.
*Personal contribution: Oversaw data collection and data analysis, and revised manuscript for intellectual content.*

84. **Bluthenthal RN**, Wenger L, Chu D*, Quinn B, Thing J*. Kral AH. Factors associated with initiating someone into illicit drug injection. *Drug and Alcohol Dependence,* 2014; 144:186-92. PMCID:PMC4276720.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

85. Roth AM*, Armenta RA, Wagner KD*, Roesch SC, **Bluthenthal RN**, Cuevas-Mota J, Garfein RS. Patterns of drug use, risky behaviors, and health status among persons who injected drugs in San Diego, California: A latent class analysis. *Substance Use & Misuse,* 2015; 50(2):205-14.
*Personal contribution: Revised manuscript for intellectual content.*

86. Davidson PJ, Martinez A, Lutnick A, Kral AH, **Bluthenthal RN.** Drug-related deaths and sales of needles through pharmacies. *Drug and Alcohol Dependence,* 2015;147:229-34.
*Personal contribution: Revised manuscript for intellectual content.*

87. **Bluthenthal RN**, Wenger L, Chu D*, Lorvick J, Quinn B, Thing JP, Kral AH. Factors associated with being asked to initiate someone into injection drug use. *Drug and Alcohol Dependence,*

2015;149:252-58. PMID:25735468.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

88. Kral AH, Wenger L, Novak S, Chu D*, Corsi KF, Coffa D, Shapiro B, **Bluthenthal RN\*\***. Is marijuana use associated with less opioid use among people who inject opioids? *Drug and Alcohol Dependence*, 2015, 153:235-41. PMCID:PMC4509857.
*Personal contribution: Designed study, conducted data analysis, and revised manuscript for intellectual content.*

89. Dyal SR*, Kral AH, Dominguez Gonzalez K*, Wenger L, **Bluthenthal RN\*\*.** Consistency of self-reported drug use events in a mixed method study of people who inject drugs. *American Journal of Drug and Alcohol Abuse.* 2015, 41(4):332-38.PMCID: PMC4593486.
*Personal contribution: Study design, oversaw data collection, and revised manuscript for intellectual content.*

90. Novak S, **Bluthenthal RN\*\*,** Wenger L, Chu D*, Kral AH. Initiation of heroin and prescription opioid pain relievers by birth cohort. *American Journal of Public Health.* 2016, 106(2):298-300.
*Personal contribution: Designed study, oversaw data collection, conducted data analysis, and revised manuscript for intellectual content.*

91. Aguirre CG*, Bello MS*, Pang RD, Andrabi N*, Hendricks PS, **Bluthenthal RN**, Leventhal AM. Gender, ethnicity, and their intersectionality in the prediction of smoking outcome expectancies. *Behavior Modification.* 2016, 40(1-2):281-302.
*Personal contribution: Revised manuscript for intellectual content.*

92. Schmitz J, Kral AH, Thing J, Wenger L, Chu D*, **Bluthenthal RN\*\***. Food insecurity among street recruited people who inject drugs in Los Angeles and San Francisco. *Public Health Nutrition.* 2016; 19(12):2204-12.
*Personal contribution: Designed study, oversaw data collection, data analysis, and revised manuscript for intellectual content.*

93. Wenger L, Lopez A, Kral AH, **Bluthenthal RN\*\***. Moral ambivalence and the decision to initiate others into injection drug use: A qualitative study in two California cities. *The International Journal of Drug Policy.* 2016; 37:42-51.
*Personal contribution: Designed study, oversaw data collection, and revised manuscript for intellectual content.*

94. Tsai J*, **Bluthenthal RN**, Allem J.-P*, Garcia R*, Garcia J, Unger JB, Baezconde-Garbanati L, Sussman S. Vape shop retailers' perceptions of their products, customers, and services: A qualitative study. *Tobacco Prevention & Cessation.* 2016; 2(Supplement):3.
*Personal contribution: Revised manuscript for intellectual content.*

95. Li MJ*, Thing J*, Galvan F, Dominguez-Gonzalez K*, **Bluthenthal RN\*\***. Contextualizing family microaggression and strategies of resilience among young gay and bisexual men of Latino heritage. *Culture, Health, and Sexuality.* 2017; 19:107-120.
*Personal contribution: Designed study, oversaw data collection, data analysis, and revised manuscript for intellectual content.*

96. Irwin A, Jozagi E, **Bluthenthal RN**, Kral AH. A cost-benefit analysis of a potential supervised injection facility in San Francisco, California, USA. *Journal of Drug Issues.* 2017; 47(2):164-84.
*Personal contribution: Provided local data and revised manuscript for intellectual content.*

97. **Bluthenthal RN**, Wenger L, Chu D*, Bourgois P, Kral AH. Drug use generations and patterns of injection drug use: Birth cohort differences among people who inject drugs in Los Angeles and San Francisco, California. *Drug and Alcohol Dependence.* 2017; 175:210-18.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

98. Dangerfield DT II*, Smith L, Williams J,* Unger J, **Bluthenthal RN\*\***. Sexual positioning among men who have sex with men: A narrative review. *Archives of Sexual Behavior.* 2017; 46(4):869-84.
*Personal contribution: Revised manuscript for intellectual content.*

99. Duker LS*, Henwood BF, **Bluthenthal RN**, Juhlin E, Polido JC, Cermak SA. Parents' perceptions of dental care challenges in male children with autism spectrum disorder: An initial qualitative exploration. *Research in Autism Spectrum Disorders.* 2017; 39:63-72.
*Personal contribution: Revised manuscript for intellectual content.*

100. Shonkoff ET*, Dutton GF, Chou C-P, Leventhal A, **Bluthenthal RN**, Pentz M. Direct and indirect effects of parent stress on child obesity risk and added sugar intake in a sample of Southern California adolescents. *Public Health Nutrition.* 2017; 20(18):3285-94.
*Personal contribution: Revised manuscript for intellectual content.*

101. Li MJ*, Guentzel-Frank H*, Harawa N, Williams JK, Chou C-P, **Bluthenthal RN\*\***. Racial pride and condom use in post-incarcerated African American men who have sex with men and women: Test of a conceptual model for the Men in Life Environments intervention. *Archives of Sexual Behavior.* 2018; 47(1):169-181.
*Personal contribution: Designed study, oversaw data collection and data analysis, and revised manuscript for intellectual content.*

102. Joseph HA, Pan Y, Mendoza M, Harawa NT, Lauby J, Hosek SG, **Bluthenthal RN**, Milnamow M, Fernandez MI, Jeffries IV WL, Belcher L, Millett GA. HIV acquisition and transmission potential among African-American men who have sex with men and women in three U.S. cities. *Archives of Sexual Behavior.* 2018; 47(1):183-194.
*Personal contribution: Designed local study, oversaw local data collection, and revised manuscript for intellectual content.*

103. **Bluthenthal RN,** Chu D*, Wenger L, Bourgois P, Valente T, Kral AH. Differences in time to injection onset by drug in California: Implications for the emerging heroin epidemic. *Drug and Alcohol Dependence.* 2018; 185:253-59.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

104. Harawa N, Guentzel-Frank H*, McCuller J, Williams JK, Millett G, Belcher L, Joseph H, **Bluthenthal RN\*\***. Examining the efficacy of a small-group intervention for post-incarcerated Black men who have sex with men and women. *Journal of Urban Health.* 2018; 95(2):159-170.
*Personal contribution: Designed study, oversaw data collection, and revised manuscript for intellectual content.*

105. Dangerfield DT II*, Smith L, Anderson J, Bruce O, Farley J, **Bluthenthal RN\*\***. Sexual positioning practices and sexual risk among Black men who have sex with men (MSM): A life course perspective. *AIDS and Behavior.* 2018; 22(6):1919-1931.
*Personal contribution: Revised manuscript for intellectual content.*

106. Smiley S*, Blackman KCA, **Bluthenthal RN**, Rodriquez Y, Barahaona R, Sussman S, Pentz MA, Samet J, Baezconde-Garbanati L. "Who's really regulating? Who's benefitting?": Exploring Black stakeholder's awareness and trust in the Food and Drug Administration's role as a regulator. *Tobacco Regulatory Science.* 2018; 4(4):41-49.
*Personal contribution: Revised manuscript for intellectual content.*

107. Dangerfield DT II*, Harawa NT, Smith LR, Jeffries W IV, Baezconde-Garbanati L, **Bluthenthal RN\*\***. Latent classes of sexual risk among Black men who have sex with men and women in Los Angeles, Philadelphia, and Chicago. *Archives of Sexual Behavior.* 2018; 47(7):2071-80.
*Personal contribution: Designed local study, oversaw local data collection, and revised manuscript for intellectual content.*

108. Reuter K, Angyan P, Lee NQ, MacLennan A, Cole S, **Bluthenthal RN**, Lane CJ, El-Khoueiry A, Buchanan TA. Monitoring twitter conversations for targeted recruitment in cancer trials in LA County: Protocol for a mixed-methods pilot study. *JMIR Research Protocols.* 2018; 7(9):e177.
*Personal contribution: Revised manuscript for intellectual content.*

109. Dangerfield DT II*, Harawa NT, Fernandez MI, Hosek S, Lauby J, Joseph H, Guentzel-Frank H*, **Bluthenthal RN\*\***. Age cohort differences in sexual behavior among Black men who have sex with men and women in Los Angeles, Philadelphia, Chicago. *Journal of Sex Research.* 2018; 55(8): 1012-21.
*Personal contribution: Designed local study, oversaw local data collection and data analysis, and*

*revised manuscript for intellectual content.*

110. Dangerfield DT II*, Ober A, Smith LR, Shoptaw S, **Bluthenthal RN\*\*.** Exploring and adapting a conceptual model of sexual positioning practices and sexual risk among HIV-negative Black men who have sex with men. *Journal of Sex Research.* 2018; 55(8):1022-32.
*Personal contribution: Revised manuscript for intellectual content.*

111. Lamb S*, Kral AH, Dominguez Gonzalez K, Wenger L, **Bluthenthal RN\*\*.** Peer-to-peer injection: Demographic, drug use, and injection-related risk factors. *International Journal of Drug Policy.* 2018; 61:44-51.
*Personal contribution: Designed study, oversaw data collection, data analysis, and revised manuscript for intellectual content.*

112. Saloner B, McGinty EE, Beletsky L, **Bluthenthal RN**, Beyrer C, Botticelli M, Sherman SG. A public health strategy for the opioid crisis. *Public Health Reports.* 2018; 133(1 suppl):24S-34S.
*Personal contribution: Revised manuscript for intellectual content.*

113. Dangerfield II DT*, Harawa NT, Hilliard C, McWells C, **Bluthenthal RN\*\*.** Exploring the preferences of a culturally congruent, peer-based HIV prevention intervention for Black men who have sex with men. *Sexual Health.* 2018; 15(5):424-430.
*Personal contribution: Contributed to study design, assisted with data collection, and revised manuscript for intellectual content.*

114. Blackman KCA, Smiley SL*, Kintz N, Rodriguez Y, **Bluthenthal RN**, Chou C-P, Cruz T, Barahona R, Pentz MA, Samet J, Baezconde-Garbanati L. Retailers' Perceptions of Tobacco Regulatory Authority in Predominantly African American and non-African American Neighborhoods in Los Angeles County. *Tobacco Regulatory Science.* 2019;5(3):291-300.
*Personal contribution: Assisted with data collection and revised manuscript for intellectual content.*

115. Williams JE*, Dangerfield DT II*, Wenger L, Kral AH, **Bluthenthal RN\*\*.** Sexual coercion among people who inject drugs (PWID) in Los Angeles and San Francisco, CA. *Journal of Urban Health.* 2019;96(3):469-76.
*Personal contribution: Designed study, oversaw data collection, data analysis, and revised manuscript for intellectual content.*

116. Navarro S*, Kral A, Strike CS, Simpson K*, Wenger L, **Bluthenthal RN\*\*.** Factors associated with frequency of initiating others into injection drug use among people who inject drugs. *Substance Use & Misuse.* 2019;54(10):1715-24.
*Personal contribution: Designed study, overview data collection, conducted data analysis, and revised manuscript for intellectual content.*

117. Hidalgo BE, DeRose KP, Kanouse DE, **Bluthenthal RN**, Oden CW. Religious congregations' responses to community substance abuse: An exploratory study of four cases. *Journal of Religion and Health.* 2019;58(4)1340-55.
*Personal contribution: Contributed to study design, assisted with data collection, and revised manuscript for intellectual content.*

118. Bolshakova M*, **Bluthenthal RN**, Sussman S. Opioid use and misuse: Health impact, prevalence, correlates and interventions. *Psychology & Health (GSPH).* 2019;34(9):1105-39.
*Personal contribution: Contributed to intellectual content.*

119. O'Keefe D, **Bluthenthal RN**, Kral AH, Aitken C, McCormack A, Dietze P. Measures of harm reduction service provision for people who inject drugs. *Bulletin of the World Health Organization.* 2019;97(9):605-11.
*Personal contribution: Revised manuscript for intellectual content.*

120. Steinberg J, Kral AH, Sumstine S, Wenger L, D'Anna L, **Bluthenthal RN\*\*.** Impact of gang involvement on drug use trajectories among a sample of California drug injectors. *Journal of Drug Issues.* 2019; 49(4):593-606.
*Personal contribution: Designed study, oversaw data collection, conducted data analysis and revised manuscript for intellectual content.*

121. Dangerfield DT II, Williams JE, Bass AS, Wynter T, **Bluthenthal RN**. Exploring religiosity and spirituality in the sexual decision-making of Black gay and bisexual men. *Journal of Religion and Health.* 2019; 58(5):1792-1802.

*Personal contribution: Revised manuscript for intellectual content.*

122. Escobedo P\*, Dominguez Gonzalez K\*, Kuhlberg J, Calanche ML, Baezconde-Garbanati L, Contreras R, **Bluthenthal RN\*\***. Community needs assessment among Latino Families in an Urban Public Housing Development. *Hispanic Journal of Behavioral Sciences.* 2019;41(3):344-362.
*Personal contribution: Designed study, oversaw data collection, analysis, and revised for intellectual content.*

123. Collins AB\*, Boyd J, Mayer S, Fowler S, Kennedy MC, **Bluthenthal RN**, Kerr T, McNeil R. Policing space in the overdose crisis: A rapid ethnographic study of the impact of law enforcement practices on the effectiveness of overdose prevention sites. *International Journal of Drug Policy.* 2019;73:199-207.
*Personal contribution: Revised manuscript for intellectual content.*

124. Lambdin BH, **Bluthenthal RN\*\***, Zibbell JE, Wenger L, Simpson K,\* Kral AH. Association between illicit fentanyl use and infectious disease risk among people who inject drugs. *International Journal of Drug Policy.* 2019;74:299-304.
*Personal contribution: Designed study, overview data collection, conducted data analysis, and revised manuscript for intellectual content.*

125. Li MJ\*, Distefano AS, Thing J, Black DS, Simpson K, Unger JB, Milam J, Contreras R, **Bluthenthal RN\*\***. Seeking refuge in the present moment: A qualitatively refined model of dispositional mindfulness and minority stress among Latino/a sexual minorities and their families. *Psychology of Sexual Orientation and Gender Diversity.* 2019;6(4):408-19.
*Personal contribution: Contributed to study design and revised manuscript for intellectual content.*

126. White RH, O'Rouke A, **Bluthenthal RN**, Kral AH, Kilkenny ME, Hazelett TD, Sherman SG, Allen ST. Initiating persons into injection drug use in rural West Virginia, USA. *Substance Use & Misuse.* 2020;55(2):337-344.
*Personal contribution: Revised for intellectual content.*

127. Zhao J\*, Kral AH, Wenger L, **Bluthenthal RN\*\***. Correlates of non-medical use of methadone among people who inject drugs in California. *Substance Use & Misuse.* 2020;55(3)377-386.
*Personal contribution: Designed study, oversaw data collection, conducted data analysis, and revised manuscript for intellectual content.*

128. Mendel P, Green HD, Palar K, Kanouse DE, **Bluthenthal RN**, Mata MA, Oden CW, Derose KP. Congregational Involvement in HIV: A qualitative comparative analysis of factors influencing HIV activity among diverse urban congregations. *Social Science & Medicine.* 2020;246:112718.
*Personal contribution: Contributed to data collection, data analysis and revised manuscript for intellectual content.*

129. Simpson KA\*, Kral AH, Goldshear JL\*, Wenger L, Strike CS, **Bluthenthal RN\*\***. Reasons for assisting with injection initiation: Results from a large survey of people who inject drugs in Los Angeles and San Francisco, CA. *Drug and Alcohol Dependence.* 2020;209:107885.
*Personal contribution: Designed study, oversaw data collection, conducted data analysis, and revised manuscript for intellectual content.*

130. **Bluthenthal RN**, Simpson KA\*, Ceasar RC\*, Zhao J\*, Wenger L, Kral AH. Opioid withdrawal symptoms, frequency, and pain as correlates of health risk among people who inject drugs. *Drug and Alcohol Dependence.* 2020;211:107932.
*Personal contribution: Designed study, oversaw data collection, data analysis, and wrote manuscript.*

131. Valleriani J, Haines-Saah R, Capler R, **Bluthenthal RN**, Socias ME, Milloy MJ, Kerr T, McNeil R. The emergence of innovative cannabis distribution projects in the Downtown Eastside of Vancouver, Canada. *International Journal of Drug Policy.* 2020;79:102737.
*Personal contribution: Revised manuscript for intellectual content.*

132. Harawa N, Schrode KM, McWells C, Weiss RE, Hilliard CL, **Bluthenthal RN**. Small randomized controlled trial of the New Passport to Wellness HIV prevention intervention for Black men who have sex with men (BMSM). *AIDS Education and Prevention.* 2020; 32(4):311-24.
*Personal contribution: Contributed to study design, interpretation of data, and revised manuscript*

*for intellectual content.*

133. Lambdin BH, **Bluthenthal RN**, Wenger LD, Wheeler E, Garner B, Lakosky P, Kral AH. Overdose education and naloxone distribution within syringe service programs – United States, 2018. *Morbidity and Mortality Weekly (MMWR).* 2020;69(33):1117-1121.
*Personal contribution: Contributed to study design, interpretation of data, and revised manuscript for intellectual content.*

134. Walters SM*, Wenger L, Simpson KA, Kral AH, **Bluthenthal RN****. HIV pre-exposure prophylaxis prevention awareness, willingness, and barriers among people who inject drugs in Los Angeles and San Francisco, CA, 2016-2018. *Substance Use & Misuse.* 2020;55(14):2409-19.
*Personal contribution: Designed study, oversaw data collection, conducted data analysis, and revised manuscript for intellectual content.*

135. Shonkoff E*, Folta SC, Fitopoulos T, Ramirez CN, **Bluthenthal RN**, Pentz MA, Chou CP, Dunton GF. A positive deviance-based qualitative study of stress, coping, and feeding practices among low-income, Hispanic mothers whose children do and do not meet guidelines for fruit and vegetable intake. *Health Education Research.* 2020;35(6):584-604.
*Personal contribution: Contributed to study design, interpretation of study results, and revised manuscript for intellectual content.*

136. Ceasar RC*, Kral AH, Simpson KA*, Goldshear JL*, Wenger L, **Bluthenthal RN****. Factors associated with health-related cannabis use intentions among a community sample of people who inject drugs in Los Angeles and San Francisco, CA 2016 to 2018. *Drug and Alcohol Dependence.* 2021;219:108421.
*Personal contribution: Designed the study, interpreted data results, and revised manuscript for intellectual content.*

137. Bloom BE, Jain S, Sun X, Garfein RS, Strathdee SA, Milloy M-J, Hayashi K, DeBeck K, **Bluthenthal RN**, Werb D, Rafful C. Self-perception of assisting with future injection drug initiation: The influence of relationships in the process of drug injecting initiation. *Drug and Alcohol Review.* 2021;40(1):311-24.
*Personal contribution: Revised manuscript for intellectual content.*

138. Walters SM*, Kral AH, Lamb S*, Goldshear JL*, Wenger L, **Bluthenthal RN****. Correlates of transactional sex and violent victimization among men who inject drugs in Los Angeles and San Francisco, California. *Journal of Urban Health.* 2021;98(1):70-82.
*Personal contribution: Designed the study, conducted data analysis, interpreted data results, and revised manuscript for intellectual content.*

139. Tobin J*, Hardy J, Calanche ML, Dominguez Gonzalez K, Baezconde-Garbanati, Contreras R, **Bluthenthal RN****. A mindfulness-based intervention among Latino adolescents and their parents: A qualitative feasibility and acceptability study. *Journal of Immigrant and Minority Health.* 2021;23:344-52.
*Personal contribution: Designed study, oversaw data collection, and revised manuscript for intellectual content.*

140. Zhao J*, Kral AH, Simpson K*, Ceasar RC*, Wenger LD, Kirkpatrick M, **Bluthenthal RN****. Factors associated with methamphetamine withdrawal symptoms among people who inject drugs. *Drug and Alcohol Dependence.* 2021;223:108702.
*Personal contribution: Designed study, conducted data analysis, interpreted data results, and revised manuscript for intellectual content.*

141. Goldshear JL*, Simpson K*, Kral AH, Wenger L, **Bluthenthal RN****. Novel routes of potential Hepatitis C Virus transmission among people who inject drugs: Secondary blood exposures related to injection drug use. *Substance Use and Misuse.* 2021;56(6):751-57.
*Personal contribution: Designed study, interpreted data results, and revised manuscript for intellectual content.*

142. Simpson KA,* Kechter A,* Schiff SJ, Braymiller JL, Yamaguchi N, Ceasar RC,* **Bluthenthal RN,** Barrington-Trimis JL. Characterizing symptoms of e-cigarette dependence among young adults: A qualitative study of young adults. *BMC Public Health.* 2021;21(1):959.

*Personal contribution: Revised manuscript for intellectual content.*

143. Kinnard E,* **Bluthenthal RN\*\***, Kral AH, Wenger L, Lambdin B. The naloxone delivery cascade: Identifying disparities in access to naloxone among people who inject drugs in Los Angeles and San Francisco, CA. *Drug and Alcohol Dependence.* 2021;225:108759.
*Personal contribution: Designed study, interpreted data results, and revised manuscript for intellectual content.*

144. Ceasar RC*, Goldshear J*, Simpson KA*, Brothers S*, Wenger L, Kral AH, **Bluthenthal RN\*\*.** Factors associated with injuries and infectious disease risk when providing injection assistance to people who inject drugs. *International Journal of Drug Policy.* 2021;97:103297
*Personal contribution: Designed study, conducted data analysis, interpreted data results, and revised manuscript for intellectual content.*

145. Brothers S*, Kral AH, Wenger L, Simpson K*, **Bluthenthal RN\*\***. Assisted injection provider characteristics and motivations in Los Angeles and San Francisco, California, 2016-18. *International Journal of Drug Policy.* 2021;92:103052.
*Personal contribution: Designed the study, conducted data analysis, interpreted data results, and revised manuscript for intellectual content.*

146. Simpson K*, Gevorgian H,* Kral AH, Wenger L, Bourgois P, **Bluthenthal RN**\*\*. Prevalence and predictors of recent temporary psychiatric hold among a cohort of people who inject drugs in Los Angeles and San Francisco, California. *Drug and Alcohol Dependence.* 2021;227:108916.
*Personal contribution: Designed study, interpreted data results, and revised manuscript for intellectual content.*

147. Wenger LD, Kral AH, **Bluthenthal RN**, Morris T, Ongais L, Lambdin BH. Ingenuity and Resiliency of syringe service programs on the front lines of the opioid overdose and COVID-19 crises. *Translation Research.* 2021;234:159-173.
*Personal contribution: Contributed to study design, interpreted study results, and revised manuscript for intellectual content.*

148. Li MJ*, Hardy J, Black D, Calanche ML, Unger JB, Gonzalez KD*, Chou C-P, DiStefano A, Baezconde-Garbanati L, Contreras R, **Bluthenthal RN\*\***. Initial efficacy of a community-derived mindfulness intervention for Latino parents and their children in Los Angeles, CA. *Journal of Immigrant and Minority Health.* 2021;23(5):993-1000.
*Personal contribution: Designed study, oversaw data collection, and revised manuscript for intellectual content.*

149. Kral AH, Lambdin BH, Browne EN, Wenger LD, **Bluthenthal** RN, Zibbell JE, Davidson PJ. Transition from injecting opioids to smoking fentanyl in San Francisco, California. *Drug and Alcohol Dependence.* 2021;227:109003.
*Personal contribution: Revised manuscript for intellectual content.*

150. Friedman J, Hansen H, **Bluthenthal RN**, Harawa N, Jordan A, Beletsky L. Growing racial/ethnic disparities in overdose mortality before and during the COVID-19 pandemic in California. *Preventive Medicine.* 2021;153:106845
*Personal contribution: Revised manuscript for intellectual content.*

151. Dangerfield DT, Ober AJ, Li MJ, Allen S, Gorbach P, **Bluthenthal RN**. HIV treatment adherence strategies among virally suppressed Black sexual minority men in Baltimore, Maryland, and Los Angeles, California: A theory-based qualitative study. *Journal of the Association of Nurses in AIDS Care.* 2022;33(1):54-62.
*Personal contribution: Revised manuscript for intellectual content.*

152. Dangerfield DT II, Ober AJ, Anderson JN, Gorbach P, **Bluthenthal RN**. Observational "go alongs" of follow-up HIV care visits of two virally suppressed Black sexual minority men. *Public Health Nursing.* 2022;39:153-160.
*Personal contribution: Revised manuscript for intellectual content.*

153. Allen ST, Schneider KR, Mazhnaya A, White RH, O'Rouke A, Kral AH, **Bluthenthal RN**, Kilkenny ME, Sherman SG. Factors associated with likelihood of initiating others into injection drug use among people who inject drugs in West Virginia. *AIDS and Behavior.* 2022;26(1):47-56
*Personal contribution: Revised manuscript for intellectual content.*

154. Yamaguchi N,* Kechter A,* Schiff SJ, Braymiller JL, Ceasar RC,* Simpson KA,* **Bluthenthal RN**, Barrington-Trimis JL. Critical challenges and creative solutions for quantifying nicotine vaping: qualitative reports from young adults. *Nicotine and Tobacco Research.* 2022; 24(3):416-20.
*Personal contribution: Revised manuscript for intellectual content*

155. Netherland J, Kral A, Ompad DC, Davis CS, **Bluthenthal RN**, Dasgupta N, Gilbert M, Wheelock H. Principles and metrics for evaluating Oregon's innovative drug decriminalization measure. *Journal of Urban Health.* 2022; 99(2):328-31.
*Personal contribution: Revised manuscript for intellectual content.*

156. Chiang JCY*, **Bluthenthal RN**\**, Wenger L, Auersweld CL, Henwood BF, Kral AH. Health risk associated with residential relocation among people who inject drugs in Los Angeles and San Francisco, CA: A cross-sectional study. *BMC Public Health.* 2022; 22(1):823.
*Personal contribution: Designed study, interpreted data results, and revised manuscript for intellectual content.*

157. Bolshakova M*, Kral AH, Wenger LD, Simpson K*, Goldshear J*, Sussman S, **Bluthenthal RN.** Predictors of protein intake among people who inject drugs in Los Angeles and San Francisco, CA. *The American Journal on Addictions.* 2022;31(3):228-35.
*Personal contribution: Designed study, interpreted data results, and revised manuscript for intellectual content.*

158. Lambdin BH, **Bluthenthal RN,** Tookes HE, Wenger L, Morris T, LaKosky P, Kral AH. Buprenorphine implementation at syringe service programs following waiver of the Ryan Haight Act in the United States. *Drug and Alcohol Dependence.* 2022; 237:109504.
*Personal contribution: Revised manuscript for intellectual content.*

159. Wenger LD, Doe-Simkins M, Wheeler E, Ongais L, Morris T, **Bluthenthal RN**, Kral AH, Lambdin BH. Best practices for community based overdose education and naloxone distribution programs: Results from using the Delphi Approach. *Harm Reduction Journal. Harm Reduction Journal.* 2022; 19:55.
*Personal contribution: Revised manuscript for intellectual content.*

160. Kechter A*, Simpson KA*, Ceasar RC, Schiff SJ, Yamaguchi N*, **Bluthenthal RN**, Smiley SL, Barrington-Trimis JL. Trajectories of Nicotine Use Leading to Dual and Cyclical Use: Young Adult Narratives. *Nicotine & Tobacco Research.* 2022;24(7):986-93.
*Personal contribution: Revised manuscript for intellectual content.*

161. Kechter A*, Ceasar RC, Simpson KA*, Schiff SJ, Dunton G, **Bluthenthal RN**, Barrington-Trimis JL. A chocolate cake or a chocolate vape? Young adult vapers describe their relationship with food and weight in the context of nicotine vaping. *Appetite.* 2022;175:106075.
*Personal contribution: Revised manuscript for intellectual content.*

162. Dangerfield DTII, Anderson JN, Wylie C, Arrington-Sanders R, **Bluthenthal RN**, Beyer C, Farley JE. Refining a multicomponent intervention to increase perceived HIV risk and PrEP initiation: Focus group study among Black sexual minority men. *JMIR Formative Research.* 2022;6(8):e34181.
*Personal contribution: Revised manuscript for intellectual content.*

163. Johnson E, Bolshakova M*, Vosooghi A, Lam CN, Trotzky-Sirr R, **Bluthenthal RN**, Schneberk T. Effect of didactic training on barriers and biases to treatment of opioid use disorder: Meeting the ongoing needs of patients with opioid use disorder in the emergency department during the COVID-19 pandemic. *Healthcare.* 2022;10(12):2393.
*Personal contribution: Revised manuscript for intellectual content.*

164. Aronowitz SV, Carroll JJ, Hansen H, Jauffret-Roustide M, Parker CM, Suhail-Sindhu S, Albizu-Garcia C, Alegria M, Arrendondo J, Baldacchino A, **Bluthenthal R,** Bourgois P, Burraway J, Chen J-s, Ekhtiari H, Elkhoy H, Farhoudian A, Friedman J, Jordan A, Kato L, Knight K, Martinez C, McNeil R, Murray H, Namirembe S, Radfar R, Roe L, Sarang A, Scherz C, Tay Wee Teck J, Textor L*, Thi Hai Oanh K, 2023. Substance use policy and practice in the COVID-19 pandemic: Learning from early pandemic responses through internationally comparative field data. *Global Public Health.* 2022; 17(12):3654-69.

*Personal contribution: Revised manuscript for intellectual content.*

165. Lambdin BH, Wenger L, **Bluthenthal** RN, Bartholomew TS, Tookes HE, LaKosky, O'Neill S, Kral AH. How do contextual factors influence naloxone distribution from syringe service programs in the United States: a cross-sectional study. *Harm Reduction Journal.* 2023;20(1):26.
*Personal contribution: Revised manuscript for intellectual content.*

166. Walters SM*, Liu W, Lamuda P, Huh J, Brewer R, Johnson O, **Bluthenthal RN**, Taylor B, Schneider JA. A national portrait of public attitudes toward opioid use in the US: A latent class analysis. *International Journal of Environmental Research and Public Health.* 2023;20(5):4455. https://doi.org/103390/ijerph20054455.
*Personal contribution: Revised manuscript for intellectual content.*

167. Johnson E, Axeen S, Vosooghi A, Lam CH, **Bluthenthal RN**, Schneberk T. Interrupted time series analysis: Patient characteristics and rates of opioid use disorder-related emergency department visits in Los Angeles County public hospital system during COVID-19. *Healthcare.* 2023;11(7):979.
*Personal contribution: Revised manuscript for intellectual content.*

168. Henwood BF, Kahn R, Padwa H, Ijadi-Maghsoodi R, Corletto G, Lawton A, Chien J, **Bluthenthal RN**, Cousineau M, Chinchilla M, Smith BK, Vickery KD, Darby A, Harris T, Patanwala M, Akabike WN, Gelberg L. Investigating the comparative effectiveness of place-based and scatter-site permanent supportive housing for people experiencing homelessness during the COVID-19 pandemic: Protocols for a mixed methods, prospective longitudinal study. *JMIR Research Protocol.* 2023 Apr 2023;12:e46782.
*Personal contribution: Revised report for intellectual content.*

169. Barocas JA, Sills SK, Axelrath S, Pladsen C, Boyer A, Kral AH, Meehan AA, Savinkina A, Peery D, Bien M, Agnew-Brune C, Goldshear J*, Chiang J*, Linas BP, Gonsalves G, **Bluthenthal RN**, Mosites E. Population-level health impacts of involuntary displacement of people experiencing unsheltered homelessness who inject drugs in 23 U.S. Cities: A modelling study. *JAMA.* 2023;329(17):1478-86.
*Personal contribution: Contributed unpublished data analysis and revised manuscript for intellectual content.*

170. Ezell J, Pho M, Ajayi BP, Gosnell N, Ray E, Eaton E, **Bluthenthal RN**. A systematic literature review of strengths-based approaches to drug use management and treatment. *Clinical Social Work Journal.* 2023;51(3):294-305.
*Personal contribution: Revised manuscript for intellectual content.*

171. Padwa H, Henwood BF, Ijadi-Maghsoodi R, Tran-Smith B, Darby A, **Bluthenthal RN**, Chinchilla M, Diaz Vickery K, Kuhn R, Lawton A, Fenderson E, Galarza E, Haynes A, King D, Martiniuk E, Marshall P, Mendoza S, Patton T, Shaw S, Stevens R, Gelberg L. Bringing lived experience to research on health and homelessness: The experience of the Patient-Centered Housing Options, Services, & Environment (PCHOOSE) study. *Community Mental Health Journal.* 2023;59(7):1325-42.
*Personal contribution: Revised manuscript for intellectual content.*

172. Bartholomew TS, Tookes HE, Chueng TA, Kral AH, **Bluthenthal RN**, Wenger LD, Lambdin BH. Availability of telehealth-based services at syringe services programs under the COVID-19 public health emergency. *Harm Reduction Journal.* 2023;20(1):122.
*Personal contribution: Revised manuscript for intellectual content.*

173. Goldshear JL*, Kitonga N, Angelo N, Cowan A, Henwood BF, **Bluthenthal RN.** "Notice of major cleaning": A qualitative study of the negative impact of encampment sweeps on the ontological security of unhoused people who use drugs. *Social Science and Medicine.*2023; 339:116408.
*Personal contribution: Revised manuscript for intellectual content.*

174. Perdue T*, Carlson R, Daniulaityte R, Silverstein SM, **Bluthenthal RN**, Valdez A, Cepeda A. Characterizing prescription opioid, heroin, and fentanyl initiation trajectories: A qualitative study. *Social Science and Medicine.* 2024; 340;116441.
*Personal contribution: Revised manuscript for intellectual content.*

175.  Tookes HE, Bartholomew TS, Sugar SES, Plesons MD, **Bluthenthal RN**, Wenger LD, Kral AH, Lambdin BH. Updates on syringe coverage and service uptake among needle and syringe programs in the United States, 2019-2020. *International Journal of Drug Policy.* 2024; 123:104289.
*Personal contribution: Revised manuscript for intellectual content.*

176.  Bolshakova M\*, Gonzalez JL, Thompson T, Schneberk T, Sussman S, Unger J, **Bluthenthal RN**. A qualitative analysis of internal medicine residents' experience with substance use disorder training and education. *Journal of Addictive Diseases.* 2024;42(1):63-70. DOIi: 10.1080/10550887.2022.2139580.
*Personal contribution: Revised manuscript for intellectual content.*

177.  Lambdin BH, **Bluthenthal RN**, Garner BR, Wenger LD, Browne EN, Morris T, Ongais L, Megerian CE, Kral AH. Organize and mobilize for implementation effectiveness to improve implementation of overdose education and naloxone distribution from syringe service programs: A randomized controlled trial. *Implementation Science.* 2024;19(1):22.
*Personal contribution: Revised manuscript for intellectual content.*

178.  Facente SE, Humphrey J, Akiba C, Patel SV, Wenger LD, Tookes H, **Bluthenthal RN**, LaKosky P, Prohaska S, Morris T, Kral AH, Lambdin BH. Funding for syringe service programs in the United States: Predictors of budget size and associations with service delivery. *American Journal of Public Health.* 2024; 114(4):435-43.
*Personal contribution: Revised manuscript for intellectual content.*

179.  Akiba CF, Smith J, Wenger LD, Morris T, Patel S, **Bluthenthal RN**, Tookes HE, LaKosky P, Kral AH, Lambdin BH. Financial barriers, facilitators, and strategies among syringe service programs in the US, and their impact on implementation and health outcomes. *SSM-Qualitative Research in Health.* 2024 (5):100421.
*Personal contribution: Revised manuscript for intellectual content.*

180.  Simpson KA\*, Bolshakova M\*, Kirkpatrick MG, Davis JP, Cho J, Barrington-Trimis J, Kral AH, **Bluthenthal RN**. Characterizing opioid withdrawal experiences among a community sample of people who inject drugs. *Substance Use & Misuse.* 2024; 59(6):886-94.
*Personal contribution: Contributed to study design and revised manuscript for intellectual content.*

181.  Hallowell R, Saluja S, Lewis L, Novak D, **Bluthenthal RN**, Cousineau M, Ben-Ari R. Advocacy for health justice: An innovative pilot course for MD and Master of Public Policy students. *Teaching and Learning in Medicine.* 2024;36(2):198-210.
*Personal contribution: Revised manuscript for intellectual content.*

182.  Ray B, Humphrey JL, Patel S, Akiba C, **Bluthenthal RN**, Tookes h, LaKosky P, Wenger L, Kral AH, Lambdin BH. Comparing harm reduction and overdose response services between community-based and public health syringe service programs using a national cross-sectional survey. *The Lancet Regional Health - Americas.* 2024:34(June):100757.
*Personal contribution: Revised manuscript for intellectual content.*

183.  Dangerfield D II, Anderson JN, Wylie C, **Bluthenthal RN**, Beyer C, Farley JE. Feasibility and preliminary effectiveness of POSSIBLE: A multicomponent intervention to improve perceived risk for HIV among Black sexual minority men. *JMIR: Human Factors.* 2024;11e54739.
*Personal contribution: Revised manuscript for intellectual content.*

184.  Salisbury-Afshar E, Livingston CJ, **Bluthenthal RN**. How should harm reduction be included in the care continua for patients with opioid use disorder. *AMA Journal of Ethics.* 2024; 26(7):E562-71.
*Personal contribution: Wrote part of the manuscript and revised the rest for intellectual content.*

185. Ezell J, Pho M, Ajayi BP, Simek E, Shetty N, Gooddard-Eckrich DA, **Bluthenthal RN.** Opioid use, prescribing and fatal overdose patterns among racial/ethnic minorities in the United States: A scoping review and conceptual risk environment. *Drug and Alcohol Review.* 2024; 43(5):1143-59.
*Personal contribution: Revised manuscript for intellectual content.*

186.  Ganesh SS\*, Joyner K, Samra S, **Bluthenthal RN**, Schneberk TW. "*Even though the system had failed him his entire life, we were failing him yet again*": How Penal, Welfare, and Clinical

Medicine Interact to Drive Health Inequities and Moral Injury.  Medical moral injury: Connecting structural factors that impact physician burnout. *Healthcare.* 2024: 12;1354.
*Personal contribution: Revised manuscript for intellectual content.*

187.  Ganesh SS*, Gould EE, Conner B, Huh J, Ceasar RC, **Bluthenthal RN**. "Smoking weed it gets you over the hump": Cannabis co-use as a facilitator of decreased opioid use among people who inject drugs in Los Angeles, CA. *Drug and Alcohol Dependence Reports.* 2024, September, 100257.
*Personal contribution: Designed study, interpreted data results, and revised manuscript for intellectual content.*

188.  Bolshakova M*, Simpson KA*, Ganesh SS*, Goldshear J*, Page C*, **Bluthenthal RN.** "The fentanyl made me feel like I needed more methadone": Changes in the role and use of medication for opioid use disorder (MOUD) due to fentanyl. *Harm Reduction Journal.* 2024; 21: 156.
*Personal contribution: Contributed to study design, data collection methodology, and revised paper for intellectual content.*

189.  **Bluthenthal RN**, Humphrey JL, Strack CN, Wenger L, LaKosky P, Patel S, Kral AH, Lambdin B. Racialized environments and syringe service program implementation in the United States: County-level factors. *Drug and Alcohol Dependence.* 2024; 263:112430.
*Personal contribution: Contributed to study design, interpretation of study findings, and wrote the manuscript.*

190.  Henwood BF, Kuhn R, Gonzalez AL, Chien J, Tu Y, **Bluthenthal RN**, Cousineau M, Padwa H, Ijadi-Maghsoodi R, Chinchilla M, Smith BT, Gelberg L. Placement into scattered-site or place-based permanent supportive housing in Los Angeles County, CA during the COVID-19 pandemic.  *Administration and Policy in Mental Health and Mental Health Services Research.* 2024;51(5):805-817.
*Personal contribution: Revised paper for intellectual content.*

191.  Ruth A*, Ganesh SS*, Shah P, Gould EE, Ninh K, Ceasar RC, Duncan DT, **Bluthenthal RN**. Sleep health among community-recruited opioid-using people who inject drugs in Los Angeles, CA and Denver, CO. *Journal of Urban Health.* 2024;101(5):1058-67.
*Personal contribution: Designed study, conducted data analysis, interpreted data results, and revised manuscript for intellectual content.*

192.  Ezell J, Simek E, Shetty N, Pho M, **Bluthenthal RN**, Goddard-Eckrich D, Choi S. A scoping review of utilization of opioid use treatment, harm reduction, and culturally tailored interventions for racial/ethnic minorities in the United States. *International Journal of Mental Health and Addiction.* 2024, https://doi.org/10.1007/s11469-024-01373-2.
*Personal contribution: Revised paper for intellectual content.*

193.  Chung EO, Patel SV, Wenger LD, Humphrey Jl, **Bluthenthal RN**, Tookes HE, Des Jarlais DC, Glick SN, LaKosky PA, Prohaska S, Guzman L, Kral AH, Lambdin BH. Association of safer smoking supply distribution with participant encounters and naloxone distribution from syringe service programs: Findings from the National Survey Services Programs. *Drug and Alcohol Dependence Report.* 2025:14:100317.
*Personal contribution: Revised manuscript for intellectual content.*

194.  Ceasar RC, Goldshear *J, Simpson KA*, Corsi K, Wilkins P, Kovalsky E, **Bluthenthal RN.** Trends in COVID-19 testing, infection, vaccination, and housing assistance among people who inject drugs in Los Angeles and Denver. *Journal of Substance Use.* 2025;30(1):110-116.
*Personal contribution: Designed study, interpreted data results, and revised manuscript for intellectual content.*

195. Ganesh SS*, Goldshear JL*, Wilkins P, Kovalsky E, Simpson KA*, Page C*, Corsi KF, Ceasar RC, Barocas JA, **Bluthenthal RN.** Risk factors for infective endocarditis and bacterial infections among people who inject drugs (PWID) in Los Angeles, CA and Denver, CO. *Drug and Alcohol Dependence.* 2025; 269:112588.
*Personal contribution: Designed study, conducted data analysis, interpreted data results, and revised manuscript for intellectual content.*

196. Goldshear JL*, Ganesh SS*, Borquez A, Gelberg L, **Bluthenthal RN**. Material hardship among unhoused people who use drugs in Los Angeles, CA and Denver, CO: A latent class analysis. *BMC Public Health.* 2025; 25(1):591.
*Personal contribution: Designed study and revised manuscript for intellectual content.*

197. Gould EE, Ganesh SS*, DiMario AJ*, Huh J, **Bluthenthal RN**, Ceasar RC. "You take care of people, people will take care of you": Moral economies and an unpredictable drug market. *PLoS ONE.* 2025; 20(4): e0320423.
*Personal contribution: Revised manuscript for intellectual content.*

198. Ganesh SS*, Gould EE, Smeltzer RP*, Goldshear JL*, Huh J, Ceasar RC, **Bluthenthal RN**. "You don't have the right resources to let it hurt": How structural vulnerabilities shape opioid withdrawal experiences among a community sample of people who inject drugs in Los Angeles, California. *Harm Reduction Journal.* 2025; 22(1):82.
*Personal contribution: Designed study, interpreted data results, and revised manuscript for intellectual content.*

199. Ganesh SS, Smeltzer RP, Goldshear JL, Shah P, Corsi KF, Huh J, **Bluthenthal RN.** Heroin injection to fentanyl smoking: Examining temporal trends in substance type and route of administration among people who inject drugs in Los Angeles, CA and Denver, CO between 2021-2022. *International Journal of Drug Policy.* 2025;143:104964.
*Personal contribution: Designed study, oversaw data collection, conducted data analysis, and contributed to manuscript writing.*

200. Ganesh SS*, Orto Portillo G*, Gonzalez KD, Wilkins P, Kovalsky E, Corsi K, Barocas J, **Bluthenthal RN.** Risk Factors for multiple skin and soft tissue abscesses among community-recruited people who inject drugs in Los Angeles, CA and Denver, CO 2021/22.*Therapeutic Advances in Infectious Disease.* 2025; 12: 20499361251344.
*Personal contribution: Designed study, oversaw data collection, conducted data analysis, and contributed to manuscript writing.*

201. Bolshakova M, Simpson KA, Ganesh SS, Sussman S, **Bluthenthal RN**. Perspectives on medication for opioid use disorder (MOUD) access and service delivery among a community sample of people who use opioids in Los Angeles. *Journal of Substance Use, Addiction and Treatment.* 2025; 176:209742.
*Personal contribution: Revised manuscript for intellectual content.*

202. Vu TT, **Bluthenthal RN**, Huh J, Corsi KF, Ganesh SS*, Walters SM. Psychiatric medication treatment, concurrent substance use, and subsistence difficulty among people who inject drugs with diagnosed mental health disorders in Los Angeles and Denver. *Substance Use and Misuse.* 2025;60(10):1556-64.
*Personal contribution: Designed study and revised manuscript for intellectual content.*

203. Humphrey JL, Strack CN, Patel SV, Saunders ME, Wenger LD, **Bluthenthal RN**, Lakosky P, Proshaska S, Kral AH, Lambdin BH. Implementation Gaps in US syringe service programs, 2022. *JAMA Network Open.* 2025; 8(7):e2522764.
*Personal contribution: Revised manuscript for intellectual content.*

204. Pacula RL, Griffin BA, Schuler MS, Smart R, Grant S, Powell D, Axeen S, Pessar S, Davis CS, Stuart EA, Sheng F, Kase C, Patrick SW, **Bluthenthal R**, Stein BD. Improving policy evaluations of the opioid crisis. *Health Affairs (Millwood).* 2025; 44(9):1042-49.
*Personal contribution: Revised manuscript for intellectual content.*

**REFEREED JOURNAL ARTICLES IN PRESS:**

205. Ceasar RC, Kechter A, Simpson KA*, Schiff SJ, **Bluthenthal RN**, Barrington-Trimis JL. Perceiving E-Cigarettes as safe and safer alternative to cigarettes among young adults. *Substance Abuse.*
*Personal contribution: Revised manuscript for intellectual content.*

206. Ford A, Ganesh SS, Ninh K, Gould EE, Page CJ, Dominguez Gonzalez K, Ceasar RC, Corsi K. **Bluthenthal RN**. "It's not just one decision, it's a whole lifestyle change": Mixed methods analysis of factors associated with readiness to change substance use patterns among community

recruited people who inject drugs. *Substance Use and Misuse.*
  *Personal Contribution: Designed study and revised manuscript for intellectual content.*

## REFERRED JOURNAL ARTICLES UNDER REVIEW:

207. Bolshakova M*, Simpson K*, Goldshear J*, Page C*, **Bluthenthal RN**. A mixed-methods brief report on fentanyl availability, impact on withdrawal symptoms, and on used of medications for opioid use disorder in a community sample of persons who use drugs in Los Angeles, CA. *Journal of Addiction Medicine.* (Invited to revise and resubmit).
  *Personal contribution: Revised manuscript for intellectual content.*

208. Goldshear JL*, Dimario A*, Henwood BF, Unger J, Miller K, Kirkpatrick M, Gonzalez KD*, Corsi K, **Bluthenthal RN**. Validation of a five-item scale to assess immiseration and its relationship to residential relocation among unhoused people who use drugs in Los Angeles, California and Denver, Colorado.
  *Personal contribution: Designed study, interpreted data results, and revised manuscript for intellectual content.*

209. Perdue T*, Silverstein SM, Daniulaity R, Carlson R, **Bluthenthal RN**, Valdez A, Cepeda A. "You can't do less; you can always do more:" Understanding overdose prevention and overdose response strategies in a street fentanyl-dominated drug market.
  *Personal contribution: Revised manuscript for intellectual content.*

210. Tookes HE, Sugar SES, Plesons MD, **Bluthenthal RN**, Wenger LD, Patel S, Kral AH, Lambdin BH. Impact of COVID-19 on Syringe Distribution among Syringe Services Programs in the United States, 2019-2020.
  *Personal contribution: Revised manuscript for intellectual content.*

211. Patel SV, Wenger LD, Pinkyck T, Adams M, Browne E, Humphrey JL, Saunders M, Smith J, Christensen A, Drab R, Brocker R, Ertyl A, Erickson E, Riderle A, Rodrgiquez Borja I, Prohaska A, Lakosky P, **Bluthenthal RN**, Des Jarlais D, Glick S, Tookes H, Kral AH, Lambdin BH. Program and operational characteristics of syringe services programs – Survey data covering the United States, its Territories, and Tribal Nations, 2022.
  *Personal contribution: Contributed to study design, interpretation of study findings, and wrote the manuscript.*

212. Davis J, Livingston W, Canning L, Saba S, Pedersen ER, Castro C, **Bluthenthal RN.** Childhood trauma and everyday discrimination: Associations with psychological and physiological health.
  *Personal contribution: Revised manuscript for intellectual content.*

213. Goldshear JL*, DiMario A *, Kitonga N, Henwood BF, **Bluthenthal RN**. "Stuck in this Loop": A qualitative study examining the differing impacts of housing services bureaucracy and mutual aid collectives on the ontological security of unhoused people who use drugs.
  *Personal contribution: Revised manuscript for intellectual content.*

214. Ganesh SS *, Gould EE, DiMario A*, Cowan A, Huh J, **Bluthenthal RN**, Ceasar RC. "I'm scared to death of that fentanyl": Disruption of the illicit opioid supply as a driver of structural disempowerment.
  *Personal contribution: Revised manuscript for intellectual content.*

215. Harawa NT, Schrode K, Hilliard CL, McWells C, Dang E, Mcculler J, **Bluthenthal RN**. Peer mentors share strategies for intervening to address risks for HIV and other STIs in Black sexual minority men.
  *Personal contribution: Revised manuscript for intellectual content.*

216. Ganesh SS*, Gould EE, Goldshear JL*, Smeltzer RP*, Huh J, **Bluthenthal RN,** Ceasar RC. "By the time I get dope sick, I'm in panic mode": Opioid withdrawal as a disruptor of daily routine and self-identify among people who inject drugs.
  *Personal contribution: Designed study and revised manuscript for intellectual content.*

217. Sami M, Le J, Oh H, Blevins B, **Bluthenthal RN**, Unger JB, Arpawong TE, Lee R, Huh J. Gendered discrimination and substance use among Asian, Black, and Latina/x women.
  *Personal contribution: Designed study and revised manuscript for intellectual content.*

218. Goldshear JL*, Ganesh SS*, Borquez A, Gelberg L, Corsi, KF, **Bluthenthal RN**. Material hardship, forced displacement, and negative health outcomes among unhoused people who use drugs in Los Angeles, CA and Denver, CO: A latent class analysis.
*Personal contribution: Designed study, contributed to data analysis, interpretation, and revision of the manuscript for intellectual content.*

219. Blevins B, Ganesh SS, Wong K, Mojgan S, Oh H, Walters SM, **Bluthenthal RN**, Unger JB, Huh J. "Everyone doesn't have the same access": Exploring barriers to mental healthcare and stress-related substance use among Black Americans.
*Personal contribution: Revised manuscript for intellectual content.*

220. Smeltzer RP*, Orto Portillo GA*, Ganesh SS*, Koerber J, Gould EE, Bolanos R, Gorbach P, **Bluthenthal RN**. "The first one I use, I put fentanyl.  The second one I put crystal meth:" Injection drug use and polysubstance use among sexual and gender minority persons (SGMP) in Los Angeles, California.
*Personal contribution: Designed study, oversaw data collection, data analysis, and revised manuscript for intellectual content.*

221. Gould EE, Ganesh SS, Trigo D, Becerra L, Cowan A, **Bluthenthal RN**, Ceasar RC. "We weren't taught how to cope with tragedy": Early traumatic exposure, resource deprivation, and substance use patterns among people who inject drugs in Los Angeles, CA.
*Personal contribution: Revised manuscript for intellectual content.*

222. Walters SM, Hyungrok D, Jaiswal J, Khezri M, Friedman SR, Ompad DC, El Shahawy O, Lim S, Schneider JA, Bouris A, **Bluthenthal RN**, Earnshaw VA, Huh J. HIV stigma as a barrier to early PrEP care continuum engagement among people who inject drugs (PWID).
*Personal contribution: Contributed to study design and implementation; revised manuscript for intellectual content.*

223. Ivasiy R, Earnshaw VA, Huh J, Cleland CM, Friedman SR, Schneider JA, Ompad D, **Bluthenthal RN**, Walters SM. Development and validation of the anticipated stigma from care providers scale: A multidimensional tool for measuring intersectional stigma among people who inject drugs.
*Personal contribution: Contributed to study design and implementation; revised manuscript for intellectual content.*

224. Beshirs P, Ganesh SS, **Bluthenthal RN**, Conner BT, Herrera A. "I would protest if they ever stopped coming out here": How street medicine services support ontological security by building trust among a community sample of unsheltered patients in Bakersfield, California.
*Personal contribution: Revised manuscript for intellectual content.*

225. Trigo DR, Ganesh SS, Sannareddy S, Conner BT, **Bluthenthal RN.** Material hardship as a moderator of cannabis co-use to reduce opioid withdrawal pain and frequency among community recruited people who inject drugs in Los Angeles, CA and Denver, CO.
*Personal contribution: Designed study and revised manuscript for intellectual content.*

226. Reddon H, Walsh Z, Sayre EC, Jutras-Aswad D, **Bluthenthal RN**, Socias E, Lake S, DeBeck K, Hayashi K, Milloy M-J. Cannabis use and risk factors for fatal overdose among people who use drugs: A longitudinal study over 18 years in Vancouver, Canada.
*Personal contribution: Designed study and revised manuscript for intellectual content.*

227. Leonard SI, Renson A, **Bluthenthal RN**, Friedman SR, Earnshaw VA, Ivasiy R, Ompad DC, Schneider JA, Huh J, Walters SM. Prevalence of dignity denial among people who inject drugs in Los Angeles, California and Denver, Colorado.
*Personal contribution: Oversaw study design and revised manuscript for intellectual content.*

228. Lee R, Unger JB, Arpawong TE, Oh H, **Bluthenthal RN**, Sami M, Pagador A, Blevins B, Huh J. Profiles of stress and their associations with substance use among adults of color.
*Personal contribution: Revised manuscript for intellectual content.*

229. Tsai J, Haber AL, Cantor JH, **Bluthenthal RN**, Shoptaw S, Davis CS, Samuels EA. Redlined care: HOLC neighborhood grades and opioid treatment program locations.
*Personal contribution: Revised manuscript for intellectual content*

REFEREED REVIEWS, CHAPTERS, AND EDITORIALS:

230. Skolnick J, **Bluthenthal RN**, Correl T*. Gang Organization and Migration. Pp. 193-217 in <u>GANGS: The Origins and Impact of Contemporary Youth Gangs in the United States</u>. Eds. D. Monti and S. Cummings. New York: SUNY Press, 1993.
   *Personal contribution: Collected data, analyzed data, and wrote first draft of manuscript.*

231. **Bluthenthal RN**, Watters JK. Multimethod Research: From Targeted Sampling to HIV Risk Environments. Pp. 212-230, in <u>Qualitative Methods in the Prevention of Drug Abuse and HIV Research</u>, NIDA Research Monograph 157. Eds. E.Y. Lambert, R.S. Ashery, and R.H. Needle. Rockville, MD: National Institute on Drug Abuse, 1995.
   *Personal contribution: Oversaw data collection, data analysis and wrote manuscript.*

232. Moss NE, Lemp G, **Bluthenthal RN**, Goldsmith M, Haubrich R, Kahn JO. From the Cell to the Community: AIDS Research in California. *Western Journal of Medicine.* 2000; 173(2):119-124. PMCID:PMC1071020
   *Personal contribution: Wrote section of manuscript and revised for intellectual content.*

233. Kral AH, **Bluthenthal RN**\**. What is it about needle and syringe exchange programs that make them effective for preventing HIV transmission? *International Journal of Drug Policy.* 2003;14(5/6):361-63.
   *Personal contribution: Revised for intellectual content.*

234. **Bluthenthal RN**, Heinzerling K*, Martinez A*, Kral, AH. Police crackdowns, societal cost, and the need for alternative approaches. *International Journal of Drug Policy.* 2005; 16:137-38.
   *Personal contribution: Wrote manuscript.*

235. Sharma M, Burrow D, **Bluthenthal RN**\**. Coverage of HIV prevention programmes for injection drug users: Confusions, aspirations, definitions and ways forward. *International Journal of Drug Policy.* 2007; 18:92-98. PMCID:PMC1945164
   *Personal contribution: Revised for intellectual content.*

236. Sharma M, Burrow D, **Bluthenthal RN**\**. Improving coverage and scale-up of HIV prevention, treatment and care for injecting drug users: Moving the agenda forward. *International Journal of Drug Policy.* 2008; 19(Suppl 1):S1-S4.
   *Personal contribution: Revised for intellectual content.*

237. **Bluthenthal RN**. Needle exchange programs. Pp. 629-32. In <u>Encyclopedia of Substance Abuse Prevention, Treatment, and Recovery</u>. Edited by Fisher GL, Roget NA. Thousand Oaks, CA: Sage Publications, 2008.
   *Personal contribution: Wrote chapter.*

238. **Bluthenthal RN**, Kral AH. Commentary on Palmateer et al.: Next steps in the global research agenda on syringe access for injection drug users. *Addiction.* 2010; 105:860-61.  PMID 20402974
   *Personal contribution: Wrote manuscript.*

239. **Bluthenthal RN**, Fehringer JA*. Commentary on Li et al.: A call for comprehensive approaches to sex-related HIV risk among drug users. *Addiction.* 2011; 106(10):1788-9. PMCID:PMC3813297
   *Personal contribution: Wrote manuscript.*

240. **Bluthenthal RN**, Kral AH. Next steps in research on injection initiation incidence and prevention. *Addiction.* 2015; 110, 1258-59.
   *Personal contribution: Wrote manuscript.*

241. Tsai J*, Becker D, Sussman S, **Bluthenthal RN**, Unger J, Schwartz S. Acculturation and risky sexual behavior in adolescents and emerging adults from immigrant families. In <u>Oxford Handbook of Acculturation and Health.</u> Edited by Schwartz S & Unger J. New York, NY: Oxford University Press, 2016, DOI: 10.1093/oxfordhb/9780190215217.013.21.
   *Personal contribution: Revised for intellectual content.*

242. Werb D, **Bluthenthal RN**, Kolla G, Strike C, Kral AH, Uuskula A, Des Jarlais DC. Preventing injection drug use initiation: State of the evidence and opportunities for the future. *Journal of Urban Health.* 2018; 95:91-98.
   *Personal contribution: Revised for intellectual content.*

243. Collins AB, **Bluthenthal RN**, Boyd J, McNeil R. Harnessing the language of overdose prevention to advance evidence-based responses to the opioid crisis. *International Journal of Drug Policy.*

2018;55:77-79.
*Personal contribution: Revised for intellectual content.*

244. **Bluthenthal RN.** Needle exchange effectiveness in the midst of multiple injection-related epidemics: Commentary. *Infectious Diseases.* 2020:5:347-49.
*Personal contributions: Conceived and wrote commentary.*

245. Simpson KA*, **Bluthenthal RN**\**. Qualitative approaches to the study of substance and behavioral addictions. In The Cambridge Handbook of Substance and Behavioral Addictions. Edited by Sussman S. Cambridge, United Kingdom: Cambridge University Press, 2020, DOI: 10.1017/9781108632591.
*Personal contribution: Contribute to writing of chapter and revised for intellectual content.*

246. **Bluthenthal RN.** Structural racism and violence as social determinants of health: Conceptual, methodological and intervention challenges. *Drug and Alcohol Dependence.* 2021;222:108681.
*Personal contribution: Conceived and wrote commentary.*

247. Lambdin BH, **Bluthenthal RN,** Humphrey JL, LaKosky, Prohaska S, Kral AH. Challenging the evidence for syringe service programs; A call for rigor and skepticism. *International Journal of Drug Policy.* 2023;121:104107.
*Personal contribution: Revised for intellectual content.*

248. Levenson J*, Textor L*, **Bluthenthal RN**, Darby A, Wahbi R, Clayton-Johnson M-A. Abolition and harm reduction in the struggle for "Care, Not Cages." *International Journal of Drug Policy.* 2023;121:104163.
*Personal contribution: Contributed to writing components of paper and revised the manuscript for intellectual content.*

249. Oh H, Mojgan S, **Bluthenthal RN**, Huh J. Racial discrimination and substance use among people of color. *Psychology of Addictive Behaviors.* 2024;38(4):405-08.
*Personal contribution: Revised for intellectual content.*

250. **Bluthenthal RN**, Ganesh SS, Goldshear JL. Health and Economic Cost of Homelessness. *JAMA Open Network.* 2025; 8(6):e2517111.
*Personal contribution: Wrote the manuscript.*

251. Goldshear JL, Reuter TK, **Bluthenthal RN**, Borquez A. Displacement, health outcomes, and the human rights of people experiencing homelessness in the United States. *The Lancet Public Health.* (in press).
*Personal contribution: Revised for intellectual content.*

**NON-REFEREED JOURNAL ARTICLES, REVIEWS, OR OTHER COMMUNICATIONS:**

252. **Bluthenthal RN**. The Social Impact of Drugs & The War on Drugs: Public Health vs. Criminalization Policies. The War On Drugs: Addicted To Failure, Recommendations of the Citizens' Commission on U.S. Drug Policy. Edited by Benson R., Honey M, Tree S. Washington, D.C.: Institute for Policy Studies, 2000.
*Personal contribution: Wrote report.*

253. MacDonald J, **Bluthenthal RN**, Golinelli D, Kofner A, Stokes R, Sehgal A, Fain T. *Neighborhood Effects on Crime and Youth: The role of Business Improvement Districts in Los Angeles.* RAND Corporation Technical Report (TR-622-CDC): Santa Monica, 2009.
*Personal contribution: Revised report for intellectual content.*

254. Stopka TJ, Garfein R, Riley E, Rose V, Kral A, Ross A, **Bluthenthal RN**\**. *SB1159 Report: An Evaluation of Over-the-Counter Sale of Sterile Syringes in California.* California Department of Public Health, Center for Infectious Diseases, Office of AIDS. July 2010.
*Personal contribution: Designed study, oversaw data collection, data analysis, and co-wrote report.*

255. Strum R, Cohen DA, Andreyeva T, Ringel JS, **Bluthenthal RN**, et al. *Preventing Obesity and Its Consequences: Highlights of RAND Health Research.* Santa Monica, CA: RAND Corporation, 2011. https://www.rand.org/pubs/research_briefs/RB9508.html.
*Personal contribution: Revised report for intellectual content.*

256. Derose KP, Kanouse DE, Bogart LM, Mendel P, Mata M, Oden CW, **Bluthenthal RN**, et al. *The

*Role of Urban Congregations in Addressing HIV.* Santa Monica, CA: RAND Corporation, 2017. https://www.rand.org/pubs/research_briefs/RB9941.html.
*Personal contribution: Revised report for intellectual content.*

257. Lambdin BH, Kral AH, Wenger L, Patel SV, Humphrey JL, Facente SN, Tooks H, **Bluthenthal RN**, LaKosky P, Prohaska S. Impact of the California Harm Reduction Initiative. *Insights.* RTI International.   https://www.rti.org/insights/impact-of-california-harm-reduction-initiative   January 30, 2023.
*Personal contribution: Revised report for intellectual content.*

258. Beletsky L, McCreedy K, Kilmer B, **Bluthenthal RN**, Pacula RL, Smart R. Martin Iguchi (1955-2021). *American Psychologist.* 2023;78(5):721.
*Personal contribution: Revised manuscript for intellectual content.*

259. Sinkman DH, **Bluthenthal RN**. Opinion: Orange County doesn't want a needle exchange program. But it needs one. *Los Angeles Times.* 2023, July 31.
https://www.latimes.com/opinion/story/2023-07-31/orange-county-needle-exchange-program-overdose-hiv

260. Allen JA, Benowitz N, **Bluthenthal RN**, Carlini BH, Cooper Z, Fong T, Halpern-Felsher B, Johnson RM, Ling PM, Pacula R, Piomelli D, Silver LD, Young-Wolff K. (2024). *REPORT AND RECOMMENDATIONS OF THE HIGH POTENCY CANNABIS THINK TANK TO THE STATE OF CALIFORNIA.* California Department of Public Health.

## BOOKS, MONOGRAPHS, AND TEXT BOOKS:

261. **Bluthenthal RN**. *Race, Poverty, and Disease: HIV/AIDS among African American Injection Drug Users in the San Francisco Bay Area.* Dissertation, Sociology Department, UC Berkeley. December 1998.

262. Bikson TK, **Bluthenthal RN**, Eden R, Gunn PP, Editors. *Ethical Principles in Social-Behavioral Research on Terrorism: Probing the Parameters.* RAND Corporation Working Papers: Santa Monica, CA. September 2007.

263. Sharma M, Burrow D, **Bluthenthal RN,** Editors. Coverage of programs addressing HIV/AIDS among injecting drug users – Special Issue of *International Journal of Drug Policy.* 2008; 19 (Supplement 1).

## LETTERS TO THE EDITOR:

264. Watters JK, **Bluthenthal RN**, Kral AH. High HIV Seroprevalence among Injecting Drug Users in Small Cities in the San Francisco Bay Area [letter]. *Journal of the American Medical Association.* 1995;273(15):1178.
*Personal contribution: Revised for intellectual content.*

265. **Bluthenthal RN**, Kral AH, Lorvick J, Erringer EA, Edlin BR. Harm Reduction and Needle Exchange Programmes [letter]. *Lancet.* 1998;351(9118):1819-1820.
*Personal contribution: Wrote manuscript.*

## ABSTRACTS AND PRESENTATIONS:

1. Watters JK, Cheng Y-T, **Bluthenthal RN**, Lorvick J, and Carlson JR. "Drug Injectors and HIV-1 Infection in the San Francisco Bay Area." 8th International Conference on AIDS. Amsterdam, the Netherlands, July 19-24, 1992.

2. **Bluthenthal RN**, Estilo MJ, Seeberg DM, Watters JK. "HIV-1 Infection and Drug Injectors in Oakland/ Richmond, California." 9th International Conference on AIDS. Berlin, Germany, June 6-11, 1993.

3. Needle R, Cesari H, Koester S, Clatts M, Price L, Finlinson A, **Bluthenthal RN**, Pierce T, Johnson J, Jones TS, Williams M. "Multiperson Use of Drug Injection Equipment: HIV Transmission Risks Associated with Drug Preparation and Injection Practices." 10th International Conference on AIDS. Yokohama, Japan, August 5-10, 1994.

4. **Bluthenthal RN**, Kral AH, Lorvick J. "Risk Behaviors among Clients of Tolerated and

Underground Syringe Exchange Programs in the San Francisco Bay Area." 11th International Conference on AIDS. Vancouver, Canada, July 7-12, 1996.

5. Kral AH, Lorvick J, **Bluthenthal RN**, Watters JK. "HIV Risk Profile of Drug Using Women Who Have Sex With Women in 19 U.S. Cities." 11th International Conference on AIDS. Vancouver, Canada, July 7-12, 1996.

6. Needle RH, Trotter R, McLellan E, Cesari H, Koester S, Clatts M, Price L, Finlinson A, **Bluthenthal RN**, Pierce T, Johnson J, Jones TS. "Injection Drug Users' Networks, the Injection Process, and Multiperson Use of Drug Injection Equipment and Paraphernalia." 11th International Conference on AIDS. Vancouver, Canada, July 7-12, 1996.

7. **Bluthenthal RN**, Kral AH, Erringer EA, Edlin BR. "Syringe Exchange Use and Changes in HIV Risk Behaviors among a Cohort of Street-Recruited Injection Drug Users (IDUs) in Oakland, California, 1992-1996." 125th American Public Health Association Meeting. Indianapolis, Indiana, November 9-13, 1997.

8. Kral AH, **Bluthenthal RN**. "HIV Risk Behaviors among Injection Drug Users (IDUs) Who are Indirect Syringe Exchangers in Oakland and Richmond, California, 1996." 125th American Public Health Association Meeting. Indianapolis, Indiana, November 9-13, 1997.

9. Erringer EA, Kral AH, **Bluthenthal RN**. "Drug Paraphernalia Arrest and Syringe Sharing among Injection Drug Users (IDUs) in Oakland and Richmond, California, 1996." 125th American Public Health Association Meeting. Indianapolis, Indiana, November 9-13, 1997.

10. Kral AH, **Bluthenthal RN**, Lorvick J, Erringer EA, Gann, D, Edlin BR. " 'Doctors' and 'Patients' - Risk Behaviors among IDUs Who Give Injections to or Receive Injections from Other Drug Users." 12th World AIDS Conference. Geneva, Switzerland, June 28-July 3, 1998.

11. Edlin BR, Erringer EA, Lorvick J, Kral AH, Ray MR, **Bluthenthal RN**. "Use of Protease Inhibitor-containing Antiretroviral Therapy among Street-recruited Injecting Drug Users in San Francisco Bay Area." 12th World AIDS Conference. Geneva, Switzerland, June 28-July 3, 1998.

12. Binswanger IA, Kral AH, **Bluthenthal RN**, Rybold DJ, Edlin BR. "High Prevalence of Skin and Soft Tissue Infections among Injection Drug Users in San Francisco." 36th Annual Meeting of the Infectious Diseases Society of America. Denver, CO, November 12-13, 1998.

13. **Bluthenthal RN**, Erringer EA, Kral AH, Edlin BR. "Factors Associated with Syringe Sharing among Injection Drug Users (IDUs) Following the Implementation of a Medium-Sized Syringe Exchange Program (SEP)." 126th American Public Health Association Meeting. Washington, D.C., November 15-19, 1998.

14. Kral AH, **Bluthenthal RN**, Lorvick J, Erringer EA, Gann D, Edlin BR. "'Doctors' & 'Patients' - Why are Injection Drug Users Injecting each Other?" 126th American Public Health Association Meeting. Washington, D.C., November 15-19, 1998.

15. **Bluthenthal RN**, Iguchi MY, Gleghorn AA, Edlin BR. "Readiness for Drug Treatment and Treatment Entry under Conditions of "Treatment on Demand": Preliminary Results." 61st College on Problems of Drug Dependence Annual Scientific Meeting. Acapulco, Mexico, June 12-17, 1999.

16. **Bluthenthal RN**, Erringer EA, Kral AH. "Community Context and HIV among Injection Drug Users in Oakland and Richmond, CA." 127th American Public Health Association Meeting. Chicago, IL, November 7-11, 1999.

17. Kral AH, **Bluthenthal RN**, Lorvick J, Bacchetti P, Gee L, Edlin BR. "Syringe Exchange Use and HIV Seroconversion among IDUs in San Francisco, 1986-1998." 127th American Public Health Association Meeting. Chicago, IL, November 7-11, 1999.

18. Lorvick J, **Bluthenthal RN**, Kahn JG, Kral AH. "The Impact of Cuts in SSI Benefits on a Cohort of Injection Drug Users." 127th American Public Health Association Meeting. Chicago, IL, November 7-11, 1999.

19. Edlin BR, **Bluthenthal RN**, Kral AH, Lorvick J, Gee L, Gann D, Hammond JP, Thawley RE, Kegeles S. "Secondary Syringe Exchange as Indigenous HIV Prevention among Injection Drug Users." 3rd Conference on AIDS Research in California & 17th Annual Universitywide AIDS Research Program Meeting. South San Francisco, California, February 25, 2000.

20. Grau  L, Heimer R, Clair S, Simard E, Singer M, Marshall P, **Bluthenthal RN** and Diffusion of

Benefit Study Team. "HIV and Hepatitis Knowledge and Their Relationship to Injection Drug Users' Risk Behaviors and Attitudes about Harm Reduction in Three U.S. cities." 10th Symposium on Viral Hepatitis. Atlanta, Georgia. April 9-13, 2000.

21. Grau L, Heimer L, Clair S, Simardi E, Singer M, Marshall PA, **Bluthenthal RN**. "HIV Knowledge High, Hepatitis Knowledge Low among Drug Injectors in Three American Cities." 10th North American Syringe Exchange Convention. Portland, OR. April 27-29, 2000.

22. Seal KE, Kral AH, Gee L, **Bluthenthal RN**, Edlin BR. "Predictors of Non-fatal Overdoses among Street-recruited Injection Drug Users in San Francisco, California, 1998-1999." 23rd Annual Meeting Society of General Internal Medicine. Boston, MA. May 4-6, 2000.

23. **Bluthenthal RN**, Gee L, Gleghorn A, Iguchi MY, Edlin BR. "Factors Associated with Treatment Entry Under Conditions of Treatment on Demand: 1 Year Follow-up Data." 62nd College on Problems of Drug Dependence Annual Scientific Meeting. San Juan, Puerto Rico. June 17-22, 2000.

24. **Bluthenthal RN**, Brown Taylor D, Bazargan S, Bing E. "Factors Associated with Measures of Malt Liquor Beer Consumption among a Community Sample of African American Men in South Central Los Angeles." 23rd Annual Scientific Meeting of the Research Society on Alcoholism. Denver, Colorado. June 24-29, 2000.

25. Brown Taylor D, Bazargan S, **Bluthenthal RN**, Bing E. "Adverse Consequences Associated with Malt Liquor Beer Consumption among African American Men in South Central Los Angeles." 23rd Annual Scientific Meeting of the Research Society on Alcoholism. Denver, Colorado. June 24-29, 2000.

26. Kral AH, **Bluthenthal RN**, Lorvick J, Gee L, Bacchetti P, Edlin BR. "HIV Seroincidence among Injection Drug Users in San Francisco, 1986 to 1998: Sexual transmission." 13th International AIDS Conference. Durban, South Africa.  July 9-14, 2000.

27. Edlin BR, Lorvick J, Kral AH, Thawley RE, Hammond JP, Gee L, **Bluthenthal RN**. "Secondary Syringe Exchange as Indigenous HIV Prevention among Injection Drug Users." 13th International AIDS Conference. Durban, South Africa.  July 9-14, 2000.

28. **Bluthenthal RN**, Gee L, Moore J, Gleghorn A, Hagos E, Edlin BR.  "Social and Health Outcomes among Injection Drug Users Associated with the Treatment on Demand Initiative in San Francisco, CA, 1998 to 1999." 128th American Public Health Association Meeting. Boston, MA. November 12-16, 2000.

29. Edlin BR, Lorvick J, Gann D, Hammond JP, Thawley RE, **Bluthenthal RN**, Kegeles S. "Secondary Syringe Exchange Providers as Indigenous HIV Prevention Workers." 128th American Public Health Association Meeting. Boston, MA. November 12-16, 2000.

30. Kral AH, Bacchetti P, Gee L, Lorvick J, **Bluthenthal RN**, Edlin BR. "Declining HIV Seroincidence among Injection Drug Users in San Francisco, 1986 to 1998." 128th American Public Health Association Meeting. Boston, MA. November 12-16, 2000.

31. Lorvick J, Edlin BR, Moore LD, Kral AH, Thawley RE, Hammond JP, **Bluthenthal RN**. "Secondary syringe exchange: Extending the harm reduction benefits of needle exchange." 3rd National Harm Reduction Conference, Miami, Florida, Dec. 1-4, 2000.

32. **Bluthenthal RN**, Riehman K, Morrison D, Morral A. "Adolescent probationers in a Therapeutic Community (TC) drug treatment program: Qualitative assessment of challenges to retention." College on Problems of Drug Dependence 63rd Annual Scientific Meeting. Scottsdale, AZ. June 16-21, 2001.

33. Lorvick J, Moore L, Kral AH, **Bluthenthal RN**, Gee L, Edlin BR. "Health status and health risks among lesbian, gay and bisexual injection drug users." 129th American Public Health Association Meeting. Atlanta, GA. October 21-25, 2001.

34. Kral AH, **Bluthenthal RN**, Gee L, Lorvick J, Moore L, Seal K, Edlin BR. "Trends in HIV seroprevalence and risk among gay and bisexual men who inject drugs in San Francisco, 1988 to 2000." 129th American Public Health Association Meeting. Atlanta, GA. October 21-25, 2001.

35. Heimer R, Khoshnood K, Stopka, Teng W, Clair S, Grau L, Marshall P, **Bluthenthal RN**, Singer M. "Neighborhood variations in syringe access, use, and discard: Can increased legal access decrease the risky injections community-wide?" 129th American Public Health Association

Meeting. Atlanta, GA. October 21-25, 2001.

36. Clair S, Singer M, Heimer R, **Bluthenthal RN**, Marshall PA. "Double edged sword of diffusion in IDU social networks." 129th American Public Health Association Meeting. Atlanta, GA. October 21-25, 2001.

37. Kral AH, Anderson R, Flynn N, Kahn JG, **Bluthenthal RN**. "California syringe exchange programs (SEPs) in 2000: Operational characteristics, legal issues, and program needs." 5th Annual Conference on AIDS Research in California. Sacramento, CA. February 22, 2002.

38. Heimer R, **Bluthenthal RN**. "We gotta get outta this place: The role of geography in HIV risk." 13th International Conference on the Reduction of Drug Related Harm. Ljubljana, Slovenia. March 3-7, 2002.

39. Grau L, Durante A, **Bluthenthal RN**, Heimer R. "Syringe exchangers & non-exchangers differ in harm reduction & risk behaviors." 13th International Conference on the Reduction of Drug Related Harm. Ljubljana, Slovenia. March 3-7, 2002.

40. Kral AH, Anderson R, Flynn NM, Clancy L, Anderson K, Kahn JG, **Bluthenthal RN\*\***. "Injection risk behaviors among clients of syringe exchange programs with different operational characteristics: Preliminary results from the California SEP study." 12th North American Syringe Exchange Convention. Albuquerque, NM. April 25-27, 2002.

41. **Bluthenthal RN**, Riehman KS, Morral AR, Juvonen J. "Gender differences in adolescents' social relationships and drug use context: Implications for treatment." 64th College on Problems of Drug Dependence Annual Scientific Meeting. Quebec, Canada. June 8-13, 2002.

42. **Bluthenthal RN**, Anderson R, Flynn N, Clancey L, Anderson K, Kahn JG, Kral AH. "Legal status and syringe exchange program (SEP) clients' HIV risk, knowledge, use of ancillary services, and satisfaction: Preliminary results from the California SEP study." 130th American Public Health Association Meeting. Philadelphia, PA. November 9-13, 2002.

43. Riehman KS, **Bluthenthal RN**, Anderson K, Anderson R, Clancey L, Flynn N, Kahn JG, Kral AH. "Gender differences in syringe exchange program utilization and syringe relay patterns." 130th American Public Health Association Meeting. Philadelphia, PA. November 9-13, 2002.

44. **Bluthenthal RN**, Anderson R, Flynn NM, Clancey L, Anderson K, Kahn JG, Kral AH. "The role of harm reduction in syringe exchange programs (SEPs): Can it be measured and does it matter?" 4th National Harm Reduction Conference. Seattle, WA. December 1-4, 2002.

45. Anderson R, Kral AH, Flynn NM, Clancey L, Anderson K, Kahn JG, Scott A, **Bluthenthal RN\*\***. "Rural vs. Urban: Differences among consumers' risk behaviors & program operational characteristics at California Syringe Exchange Programs (SEPs)." 4th National Harm Reduction Conference. Seattle, WA. December 1-4, 2002.

46. Kral AH, Anderson R, Flynn NM, Clancey L, Anderson K, Scott A, Kahn JG, **Bluthenthal RN\*\***. "HIV risk behaviors among IDUs at 23 California Syringe Exchange Programs." 4th National Harm Reduction Conference. Seattle, WA. December 1-4, 2002.

47. BrownTaylor D, Guzman-Berecca N, **Bluthenthal RN\*\***. "Malt liquor beer use, drinking patterns, and consequences in community samples in Los Angeles, California." 25th Research Society on Alcoholism. Fort Lauderdale, Florida, June 21-26, 2003.

48. Stopka T, Marshall C,  **Bluthenthal RN**, Heider J, Truax S. "HCV testing as an incentive to increase levels of HIV counseling and testing among injection drug users: The California Demonstration Project." 131st American Public Health Association Meeting. Philadelphia, PA. November 17, 2003.

49. BrownTaylor D, Waiters E, Guzman-Becerra N, **Bluthenthal RN**. "What the public doesn't know: Alcohol beverage type advertising and classifications systems." 131st American Public Health Association Meeting. San Francisco, CA. November 17, 2003.

50. Heinzerling K, Etzioni DA, **Bluthenthal RN**, Asch SM.  "Inpatient utilization for soft tissue infections in drug users, California." Robert Wood Johnson Clinical Scholars Program, National Meeting. Fort Lauderdale, FL. November 20-22, 2003.

51. Heinzerling KF\*, Flynn NM, Kral A, Anderson R, Asch SM, **Bluthenthal RN\*\***. The role of syringe exchange programs in the delivery of preventive health services to injection drug users: Results from the California Syringe Exchange Program Study. *Journal of General Internal Medicine.*

2004;19:225.

52. Scribner RA, Cohen DA, Dastidar BG, **Bluthenthal RN**, Farley T, Robinson P, Miu A. Longitudinal analysis of change in alcohol outlet density and gonorrhea rates in Los Angeles County, 1988-1996. *Alcoholism-Clinical and Experimental Research*. 2004;28(5):154A.

53. Bogart L, Kral AH, Anderson R, Flynn NM, **Bluthenthal RN\*\***. "Condom attitudes among injection drug uses participating in California syringe exchange programs." 6th Conference on AIDS Research in California and 20th AIDS Investigators' Meeting. Los Angeles, CA. February 20, 2004.

54. **Bluthenthal RN**, Lorvick, J, Scott A, Riehman KS, Anderson R, Flynn NM, Kral AH. "Secondary syringe exchange among users of 23 California syringe exchange programs." 6th Conference on AIDS Research in California and 20th AIDS Investigators' Meeting. Los Angeles, CA. February 20, 2004.

55. Cohen DA, **Bluthenthal RN**, Robinson P, Farley TA, Scribner RA, Kerndt PK, Scott M, Miu A, Ghosh Dastidar B. "The impact of the 1992 Los Angeles Civil Unrest on gonorrhea." 2004 National STD Conference. Philadelphia, PA. March 8-11, 2004.

56. **Bluthenthal RN**, Malik R\*, Grau L, Singer M, Marshall P, Heimer R. "Sterile syringe access conditions and variations in HIV risk among drug injectors in three cities." 15th International Conference on the Reduction of Drug Related Harm. Melbourne, Australia. April 20-24, 2004.

57. Kral AH, **Bluthenthal RN**. "The impact of police practices on the health of IDUs in the San Francisco Bay Area." 15th International Conference on the Reduction of Drug Related Harm. Melbourne, Australia. April 20-24, 2004.

58. **Bluthenthal RN**, Anderson R, Flynn N, Kahn JG, Kral AH. "Does Adherence to Harm Reduction Practices among Syringe Exchange Programs Predict HIV Risk Behaviors among Their Clients? An Exploratory Analysis from the California Syringe Exchange Program Study (CALSEP)." 15th International Conference on the Reduction of Drug Related Harm. Melbourne, Australia. April 20-24, 2004.

59. Kral AH, Anderson R, Flynn N, **Bluthenthal RN\*\***. "The impact of legal status on syringe exchange program operations and outcomes: Results from the California Syringe Exchange Study." 15th International Conference on the Reduction of Drug Related Harm. Melbourne, Australia. April 20-24, 2004.

60. Heinzerling K\*, Flynn N, Kral AH, Anderson R, Asch SM, **Bluthenthal RN\*\***. "The role of syringe exchange programs in the delivery of preventive health services to injection drug users in California." 27th Society of General Internal Medicine (SGIM) Annual Meeting. Chicago, Illinois. May 12-15, 2004.

61. **Bluthenthal RN**, Jones L, Ellison MA, Koegel P, Minnium K, Lucas-Wright A, Wells K. "Witness for Wellness: A community-university participatory research mental health initiative." Academy Health 2004 Annual Research Meeting. San Diego, California. June 6-8, 2004.

62. Heinzerling KG\*, Kral AH, Flynn NM, Anderson RL, Scott A, Gilbert M, Asch SM, **Bluthenthal RN\*\***. "Syringe exchange programs and prevention services for drug users." Complexities of Co-occurring Conditions: Harnessing Services Research to Improve Care for Mental, Substance Use, and Medical/Physical Disorder. Washington, D.C. June 23-25, 2004.

63. Jones L, Wells K, **Bluthenthal RN**, Ellison M, Koegel P, Minnium K, Lucas-Wright A, Norris K. "Witness for Wellness: A community participatory partner research initiative." Complexities of Co-occurring Conditions: Harnessing Services Research to Improve Care for Mental, Substance Use, and Medical/Physical Disorder. Washington, D.C. June 23-25, 2004.

64. Martinez A\*, **Bluthenthal RN\*\***, Anderson R, Flynn NM, Scott A, Gilbert ML, Kral AH. "Gender differences and the impact of arrests on HIV risk behaviors of IDUs in California, 2001-2003." 3rd International Conference on Urban Health. Boston, MA, October 20-22, 2004.

65. Bogart LM, Kral AH, Scott A, Anderson R, Flynn N, Gilbert ML, **Bluthenthal RN\*\***. "Sexual risk among injection drug users in syringe exchange programs." 132nd American Public Health Association Annual Meeting. Washington, D.C. November 6-10, 2004.

66. Jones L, Wells K, Norris K, **Bluthenthal RN**, Wright A. "Witness for Wellness: Increasing community awareness of depression in Los Angeles." 132nd American Public Health Association Annual Meeting. Washington, D.C. November 6-10, 2004.

67. **Bluthenthal RN**, Koegel P, Ellison MA, Jones L, Wells K, Norris K. "Witness for Wellness: Evaluation of a community-university participatory research initiative on depression." 132nd American Public Health Association Annual Meeting. Washington, D.C. November 6-10, 2004.

68. Martinez AN*, Kral AH, Anderson RL, Flynn N, Scott A, Gilbert ML, Finch BK, **Bluthenthal RN\*\***. "Influence of individual and neighborhood level characteristics on arrests among IDUs in California, 2001-2003." 132nd American Public Health Association Annual Meeting. Washington, D.C. November 6-10, 2004.

69. Martinez AN*, **Bluthenthal RN\*\***, Lorvick J, Anderson R, Flynn NM, Scott A, Gilbert ML, Kral AH. "Arrests and syringe confiscation among syringe exchange clients in California." 5th National Harm Reduction Conference. New Orleans, LA. November 11-14, 2004.

70. Lorvick J, **Bluthenthal RN\*\***, Gee L, Anderson R, Flynn NM, Scott A, Gilbert ML, Martinez A, Kral AH. "Disposal of used syringes among syringe exchange program clients in California." 5th National Harm Reduction Conference. New Orleans, LA. November 11-14, 2004.

71. Bogart LM, Kral AH, Scott A, Anderson R, Flynn NM, Gilbert ML, **Bluthenthal RN\***. "Engagement in anal sex among male and female injection drug users recruited from syringe exchange programs." 5th National Harm Reduction Conference. New Orleans, LA. November 11-14, 2004.

72. **Bluthenthal RN,** Gee L, Gilbert ML, Anderson R, Flynn NM, Scott A, Kral AH. "Are syringe exchange programs (SEPs) giving out enough syringes to lower HIV risk? Measuring the ratio of numbers of syringes received to number of injections among clients of California SEPs." 5th National Harm Reduction Conference. New Orleans, LA. November 11-14, 2004.

73. Robinson P, Guzman-Becerra N, Jacobson J, **Bluthenthal RN\*\***. Does geographic access to inpatient alcohol treatment facilities matter in a large urban context? *Alcoholism-Clinical and Experimental Research*. 2005;29(5):115A.

74. Patel K, **Bluthenthal RN**, Jones L, Koegel P, Wells KB. "Evaluation of a community based participatory research project: The Witness for Wellness experience." 28th Society of General Internal Medicine. New Orleans, LA, May 11-14, 2005.

75. Galvan FH, Bing EG, **Bluthenthal RN**, Guzman-Becerra N, Gildon A, Ani C, Gildon Z. "Increasing HIV testing through a health promotion focus." 2005 National HIV Prevention Conference. Atlanta, GA, June 12-15, 2005.

76. Guzman-Becerra N, Robinson P, Jacobson JO, **Bluthenthal RN\*\***. "The contribution of alcohol treatment programs to racial disparities in completion rates: A multi-level analysis of alcohol treatment programs in Los Angeles County." 27th Research Society on Alcoholism. Santa Barbara, CA, June 25-29, 2005.

77. Jacobson JO, Robinson P, Guzman-Becerra N, **Bluthenthal RN\*\***. "Racial/Ethnic disparities in treatment modality among primary alcohol patients in Los Angeles." 27th Research Society on Alcoholism. Santa Barbara, CA, June 25-29, 2005.

78. Robinson P, Jacobson JO, Guzman-Becerra N, **Bluthenthal RN\*\***. "Does geographic access to inpatient alcohol treatment facilities matter in a large urban context? A case study in Los Angeles County." 27th Research Society on Alcoholism. Santa Barbara, CA, June 25-29, 2005.

79. French M, BrownTaylor D, Guzman-Becerra N, **Bluthenthal RN\*\***. "Price elasticity of demand for malt liquor beer: Implications for public health and policy." 5th World Congress of the International Health Economics Association. Barcelona, Spain, July 10-13, 2005.

80. Martinez AN*, **Bluthenthal RN\*\***, Lorvick J, Kral AH. "Race and criminal justice involvement among IDUs in San Francisco, 2003-2004." 4th International Conference on Urban Health. Toronto, Canada, October 26-28, 2005.

81. **Bluthenthal RN**, Heinzerling K, Gilbert ML, Anderson R, Flynn NM, Scott A, Kral AH. "Local legalization of syringe exchange programs in California: Overall and program-level impacts." 2005 International Drug Policy Reform Conference, Long Beach, CA, November 10-12, 2005.

82. Grau LE, Marshall PA, Singer M, **Bluthenthal RN**, Heimer R. "A syringe exchanged-based hepatitis prevention campaign for injection drug users in three U.S. cities." National Viral Hepatitis Prevention Conference. Washington, D.C., December 5-9, 2005.

83. **Bluthenthal RN,** Gee L, Gilbert ML, Anderson R, Flynn NM, Scott A, Kral AH. "Are syringe exchange programs (SEPs) giving out enough syringes to lower HIV risk? Measuring the ratio of

numbers of syringes received to number of injections among clients of California SEPs." 133[rd] Annual Meeting of the American Public Health Association, Philadelphia, PA, December 10-14, 2005.

84. Kral AH, Lorvick J, **Bluthenthal RN**. "Grass-roots Politics Plus Evidence-based Research Evaluating Harm Reduction Interventions Can Affect Federal Policies." 133rd Annual Meeting of the American Public Health Association, Philadelphia, PA, December 10-14, 2005.

85. Jacobson JO, Bingham TA, Robinson P, Harawa NT, **Bluthenthal RN**. "Geographic variation in behaviors related to HIV transmission: Findings from Los Angeles' National HIV Behavioral Surveillance, 2003-04." 21st Universitywide AIDS Research Program AIDS Investigators' Meeting. San Mateo, California, Feb. 24, 2006.

86. **Bluthenthal RN**, Ridgeway G, Schell T, Anderson R, Flynn NM, Kral AH. "Do syringe dispensation policies matter? Examining the association between syringe coverage and dispensation policy among SEP clients." 17th International Conference on the Reduction of Drug Related Harm. Vancouver, Canada, April 30-May 4, 2006.

87. **Bluthenthal RN**, Forge N, Wong E, Chien S, Iguchi MY. "Drug-using network contributions to HIV risk among substance abusers entering methadone treatment." 68th College on Problems of Drug Dependence Annual Scientific Meeting, Scottsdale, Arizona, June 17-22, 2006.

88. Forge NG, Iguchi MY, Wong EC, **Bluthenthal RN**. "Racial disparities in quality of life of substance abusers in treatment." 68th College on Problems of Drug Dependence Annual Scientific Meeting, Scottsdale, Arizona, June 17-22, 2006.

89. Martinez AN*, **Bluthenthal RN**, Lorvick J, Kral AH. "Criminal justice involvement and HIV risk among urban poor injection drug users in San Francisco, CA." 16th International AIDS Conference, Toronto, Canada, August 13-18, 2006.

90. Lorvick J, Martinez AN*, **Bluthenthal RN**\**, Kral AH. "HIV risk among heterosexual methamphetamine injectors in California, USA." 16th International AIDS Conference, Toronto, Canada, August 13-18, 2006.

91. Martinez AN*, **Bluthenthal RN**\**, Lorvick J, Kral AH. "The influence of individual and zip code characteristics on arrest among injection drug users." 101st American Sociological Association Annual Meeting. Montreal, Quebec, Canada, August 8-14, 2006.

92. Iguchi MY, Kanouse DE, Bogart LM, **Bluthenthal RN**, Perry S, Sand K, Shoptaw S. "Two-stage recruitment and behavioral interventions to reduce HIV risk in drug-using MSM." 2006 American Psychological Association Convention. New Orleans, LA, August 10-13, 2006.

93. Derose KP, Mendel PJ, **Bluthenthal RN**, Hawes-Dawson J, Kanouse DE, Bejarano L, Dominguez B, Mata MA, Oden CW. "Understanding urban congregations' capacity for HIV prevention & care." 134th Annual Meeting of the American Public Health Association, Boston, Massachusetts, November 4-8, 2006.

94. **Bluthenthal RN**, Anderson R, Flynn NM, Kral AH. "Final report of the California Syringe Exchange Program Study (CalSEP): Policy findings, risk assessments, and program improvement results." 6th National Harm Reduction Conference, Oakland, California, November 9-12, 2006.

95. Martinez AN, Kral AH, Anderson R, Flynn NM, **Bluthenthal RN**\**. "HIV risk among Mexican and Mexican American injection drug users in California." 6th National Harm Reduction Conference, Oakland, California, November 9-12, 2006.

96. Ochoa K, Scholar S, Hair T, Heinzerling K, **Bluthenthal RN**. "The overdose prevention effort in Los Angeles: Affecting public perception and public policy through a summit and task force." 6th National Harm Reduction Conference, Oakland, California, November 9-12, 2006.

97. **Bluthenthal RN**, Cohen DA, Farley T, Scribner R, Beighley C, Schonlau M, Robinson PL. "Alcohol availability and neighborhood characteristics in Los Angeles and Southern Louisiana." 135th Annual Meeting of the American Public Health Association, Washington, D.C., November 3-7, 2007.

98. MacDonald J, Golinelli D, **Bluthenthal RN**. "The effect of business improvement districts on community violence." American Society of Criminology. Atlanta, GA, November 14-17, 2007.

99. **Bluthenthal RN**, Sneed CD, Kral AH. "Does syringe coverage percentage mediate the association between syringe exchange program (SEP) dispensing policies and HIV/HCV risk in a

cohort of injection drug users (IDUs)?" <u>Harm Reduction 2008: IHRA's 19th International Conference</u>. Barcelona, Spain, May 11-15, 2008.

100. Kral A, Anderson R, Flynn N, Lorvick J, **Bluthenthal RN\*\***. "Is more liberal syringe dispensing associated with unsafe syringe disposal? Evidence from the California Syringe Exchange Program Study (CalSEP)." <u>17th International AIDS Conference</u>. Mexico City, Mexico, August 3-8, 2008.

101. Schonlau M, Cohen D, Scribner R, Farley TA, Theall K, **Bluthenthal RN**, Scott M. "Alcohol outlet density and alcohol consumption in Los Angeles County and Southern Louisiana." <u>2008 Joint Statistical Meetings</u>. Denver, CO, August 5, 2008.

102. Derose Pitkin K, Mendel PJ, Casteneda LW, Oden CW, Mata M, **Bluthenthal RN**, Dominguez B, Palar K, Kanouse DE. "Exploring urban congregations' capacity for HIV prevention & care: A case study analysis." <u>136th Annual Meeting of the American Public Health Association</u>. San Diego, CA. October 25-29, 2008.

103. Garfein RS, Stopka TJ, Pavlinac PB, Ross A, Haye K, Riley ED, **Bluthenthal RN\*\***. "Three Years into Legalization of Over-the-Counter (OTC) Syringe Sales in California (SB1159). Where are we now?" <u>136th Annual Meeting of the American Public Health Association</u>. San Diego, CA, October 25-29, 2008.

104. Cooper E, Dodson C, Guentzel HG, Stopka TJ, Riley ED, Garfein RS, **Bluthenthal RN\*\***. "Uptake of over-the-counter pharmacy sales in Los Angeles and San Francisco: Factors associated with pharmacy participation in SB1159." <u>136th Annual Meeting of the American Public Health Association</u>. San Diego, CA, October 25-29, 2008.

105. Stopka TJ, Nonoyama A, Ruiz J, Garfein RS, Riley ED, **Bluthenthal RN\*\***. "Syringe sources utilized by IDUs in California pre- and post-implementation of a pharmacy-based syringe sales initiative." <u>136th Annual Meeting of the American Public Health Association</u>. San Diego, CA, October 25-29, 2008.

106. Riley ED, Kral A, Garfein RS, Stokpka TJ, **Bluthenthal RN\*\***. "Pharmacies Provide Substantial Augmentation to San Francisco Needle Exchange Programs One Year after SB1159." <u>136th Annual Meeting of the American Public Health Association</u>. San Diego, CA, October 25-29, 2008.

107. Sturm R, Cohen DA, Farley TA, **Bluthenthal RN**. "Cookies, candy, salty snacks, soda and alcohol: Discretionary calories in two communities." <u>136th Annual Meeting of the American Public Health Association</u>. San Diego, CA, October 25-29, 2008.

108. MacDonald JM, Stokes R, **Bluthenthal RN**, Golinelli D. "A mixed method approach to studying the relationship between business improvement districts and youth violence." <u>136th Annual Meeting of the American Public Health Association</u>. San Diego, CA, October 25-29, 2008.

109. MacDonald J, **Bluthenthal RN**, Golinelli D, Kofne A, Stokes RJ. "The impact of business improvement districts on neighborhood-level youth violence." <u>Association for Public Policy Analysis and Management (APPAM)</u>. Los Angeles, CA, November 6-8, 2008.

110. **Bluthenthal RN**, Kral AH. "Recommended preventive service utilization among injection drug users (IDUs) who do and do not use syringe exchange programs (SEPs)." <u>7th National Harm Reduction Conference</u>. Miami, FL, November 13-16, 2008.

111. Kral AH, Wenger LD, Carpenter L, Bourgois P, Iguchi M, **Bluthenthal RN\*\***. "Late injection drug use initiators: Epidemiological trends and risk factors." <u>71st Annual Meeting of the College on Problems of Drug Dependence</u>. Reno, NV, June 20-25, 2009.

112. **Bluthenthal RN**, Wenger LD, Bourgois P, Iguchi M, Kral AH. "Regional variations and factors associated with late injection drug use initiation in California." <u>71st Annual Meeting of the College on Problems of Drug Dependence</u>. Reno, NV, June 20-25, 2009.

113. Green TC, **Bluthenthal RN**, Singer M, Beletsky L, Grau LE, Marshall P, Heimer R. "Prevalence and predictors of transitions to and away from syringe exchange use over time in 3 U.S. cities: The impact of syringe dispensing policy." <u>IHRA's 21st International Conference</u>. Liverpool, England, April 25-29, 2010.

114. Guentzel HL, Iguchi MY, **Bluthenthal RN\*\***, Kral AH. "Sex-related HIV risk behaviors among injection drug users." <u>72nd Annual Meeting of the College on Problems of Drug Dependence</u>. Scottsdale, AZ, June 2010.

115. Kral AH, Martinez AN, Novak S, Wheaton W, Lorvick J, **Bluthenthal RN**, Mobley LR.

"Geospatial mapping of HIV and HIV risk behaviors among injection drug users in the San Francisco Bay Area, 1987-2005." 18th International AIDS Conference. Vienna, Austria. July 18-23, 2010.

116. **Bluthenthal RN**, Kral AH. "The epidemiology of implementation: A social justice perspective." 138th Annual Meeting of the American Public Health Association.  Denver, Colorado. November 6-10, 2010.

117. MacDonald J, **Bluthenthal RN**, Stokes B, Grunwald B. "Family and neighborhood effects on violence: Does community economic development increase adolescent well-being?" American Society of Criminology. San Francisco, CA November 17-12, 2010.

118. Wagner K, Davidson P, Scholar S, Casanova M, **Bluthenthal RN**. "Gaps in coverage: Describing the consequences of restrictions to syringe distribution in Los Angeles, CA." 8th National Harm Reduction Conference. Austin, Texas, November 18-21, 2010.

119. MacDonald J, Anderson J, **Bluthenthal RN**. "Effects of land-use regulation on the built environment and crime." 139th Annual Meeting of the American Public Health Association. Washington D.C. October 29 to November 2, 2011.

120. MacDonald J, **Bluthenthal RN,** Golinelli D. "Mortality effects of economic development via business improvement districts." American Society of Criminology 2011 Annual Meeting. Washington D.C. November 16-19, 2011.

121. **Bluthenthal RN**, Thing J, Chu D, Wenger L, Arreola S, Kral AH, Bourgois P, Iguchi MY. "Characteristics of people who initiate injection drug use later in life: Preliminary quantitative results from a mixed method study." 74th Annual Meeting of the College on Problems of Drug Dependence. Palms Spring, CA, June 2012.

122. Joseph HA, Belcher L, **Bluthenthal RN**, Bond L, Fernandez MI, Harawa NT, Hosek SG, Jeffries IV WL, McCormick L, Lauby JL. "Demographic and behavioral characteristics of Black men who have sex with men and women recruited via community and chain referral sampling for three HIV prevention studies." 14th International AIDS Conference. Washington, D.C., July 22 to July 27, 2012.

123. Rohrbach L, **Bluthenthal RN**, Cousineau M, Sussman S. "Implementation evaluation of the strategic prevention framework for substance abuse prevention in Los Angeles." Society for Prevention Research 21st Annual Meeting. San Francisco, CA, May 28-31, 2013.

124. Kral AH, Novak S, Wenger L, Chu D, Iguchi MY, **Bluthenthal RN\*\***. "Which comes first, prescription opiate medications or heroin?" 75th Annual Meeting of the College on Problems of Drug Dependence. San Diego, CA, June 20, 2013.

125. **Bluthenthal RN,** Wenger L, Thing J, Arreola S, Chu D, Iguchi M, Bourgois P, Kral A. "Factors associated with time to injection initiation among drug injectors." 75th Annual Meeting of the College on Problems of Drug Dependence. San Diego, CA, June 2013.

126. Schmitz J, Kral AH, Chu D, Wenger L, **Bluthenthal RN\*\***. "Food insecurity among injection drug users in Los Angeles and San Francisco." 141st American Public Health Annual Meeting. Boston, MA, November 2-6, 2013.

127. **Bluthenthal RN**, Wenger L, Thing J, Chu D, Lorvick J, Quinn B, Kral AH. "Factors associated with precursors to initiating others into injection drug use." 76th Annual Meeting of the College on Problems of Drug Dependence. San Juan, Puerto Rico. June 17, 2014.

128. Kral AH, Wenger L, Chu D, Quinn B, Thing J, Lorvick J, **Bluthenthal RN\*\***.  "Initiating people into illicit drug injection." 76th Annual Meeting of the College on Problems of Drug Dependence. San Juan, Puerto Rico. June 18, 2014.

129. **Bluthenthal RN**, Kral AH. "Impacts of harm reduction strategy implementation differences on risk and health among people who inject drugs (PWID): A comparison of Los Angeles and San Francisco." 10th National Harm Reduction Conference. Baltimore, MD, October 23-26, 2014.

130. Roth AM, Armenta RF, Wagner KD, Roesch S, **Bluthenthal RN**, Garfein RS. "Patterns of drug use, risky behaviors, and health status among persons who injected drugs in San Diego, California." 142nd Annual Meeting of the American Public Health Association.  New Orleans, LA. November 15-19, 2014.

131. Corsi KF, Davis JM, Kral AH, **Bluthenthal RN**, Booth RD. "Effects of cannabis use on opioid

injection frequency." <u>77th Annual Meeting of the College on Problems of Drug Dependence.</u> Phoenix, Arizona. June 13-18, 2015.

132. Kral AH, Wenger L, Novak S, Corsi KF, **Bluthenthal RN\*\***. "Is marijuana use associated with less opioid use among people who inject opioids?" <u>77th Annual Meeting of the College on Problems of Drug Dependence.</u> Phoenix, Arizona. June 13-18, 2015.

133. Chu D\*, Kral AH, Huh J, **Bluthenthal RN\*\***. "Poly-substance use profiles among people who inject drugs in Los Angeles and San Francisco." <u>77th Annual Meeting of the College on Problems of Drug Dependence.</u> Phoenix, Arizona. June 13-18, 2015.

134. **Bluthenthal RN**, Chu D\*, Wenger L, Valente T, Kral AH. "Does type of drug lead to quicker onset of injection?" <u>77th Annual Meeting of the College on Problems of Drug Dependence.</u> Phoenix, Arizona. June 13-18, 2015.

135. Aguirre CG\*, Leventhal AM, Pang R, **Bluthenthal RN**. "Gender, ethnicity, and their intersectionality in the prediction of smoking outcome expectancies in regular cigarette smokers." <u>Translational Nicotine Research Group Symposium.</u> Los Angeles, CA, June 26, 2015.

136. Tate EB\*, **Bluthenthal RN**, Ramirez C\*, Cipres S\*, Dunton GF. "A positive deviance-based qualitative study of low-income mothers and strategies for children's health." <u>8th Biennial Childhood Obesity Conference</u>, San Diego, CA. June 29-July 2, 2015.

137. Blackman K\*, **Bluthenthal RN**, Baezconde-Garbanati L. "Maximizing compliance with FDA tobacco regulations in tobacco retail stores in African-American neighborhoods in Los Angeles: Lessons learned in conducting regulatory research." <u>2015 VCBH Conference.</u> College of Medicine, The University of Vermont, Burlington, VT. Oct 1-2, 2015.

138. Li MJ\*, Guentzel-Frank H, Harawa N, Williams JK, Chou C-P, **Bluthenthal RN\*\***. "Racial pride, self-efficacy, and condom use: Test of a conceptual model for the MILE Intervention for post-incarcerated African American men who have sex with men and women." <u>143rd Annual Meeting of the American Public Health Association.</u> Chicago, IL, Oct. 31 to Nov. 4, 2015.

139. Baezconde-Garbanati L, **Bluthenthal RN**, Soto C, Huh J, Boley-Cruz T, Sussman S, Chou C, Murphy S, Rohrbach L, Garcia R, Blackman K, Escobedo P\*, Dominguez Gonzalez K, Rodriguez YL, Barahona R, Ragab R, Castro C. "Improving health in diverse communities via retailers' compliance with tobacco regulatory policies." <u>143rd Annual Meeting of the American Public Health Association.</u> Chicago, IL, Oct. 31 to Nov. 4, 2015.

140. Rohrbach L, Steinberg J, Hoepnner E, Cousineau M, **Bluthenthal RN**, Sussman S. "Capacity building for prevention planning with substance abuse prevention organizations in Los Angeles County." <u>143rd Annual Meeting of the American Public Health Association.</u> Chicago, IL, Oct. 31 to Nov. 4, 2015.

141. Jacobson K, Arora S, Jain S, Morris S, Corado K, Dube M, **Bluthenthal RN**, Wan F, Haubrick R. "Best Practices for Incentivized Social Network Recruitment for HIV Case Finding." <u>2015 National HIV Prevention Conference.</u> Atlanta, GA, Dec. 6-9, 2015.

142. **Bluthenthal RN**, McWells C, Hilliard C, Dangerfield D\*, Williams J, Harawa NT. "Formative research on developing a culturally congruent, peer-based intervention for African American men who have sex with men." <u>2015 National HIV Prevention Conference.</u> Atlanta, GA, Dec. 6-9, 2015.

143. Escobedo P\*, Garcia R, Soto C, **Bluthenthal RN**, Sussman S, Cruz T, Baezconde-Garbanati L. "Surveillance and perceptions of electronic cigarettes among retailers in low-income ethnic communities." <u>Society for Research on Nicotine & Tobacco.</u> Chicago, IL, March 3-5, 2016.

144. Stein Duker L\*, Henwood BF, **Bluthenthal RN**, Polido J, Cermak SA. "Understanding oral care challenges in children with autism spectrum disorder: A mixed methods study." <u>5th Occupational Therapy Summit of Scholars.</u> Philadelphia, PA, May 2016.

145. Baezconde-Garbanati L, Escobedo P\*, Garcia R, Soto C, Chou C, **Bluthenthal RN**, Sussman S, Cruz T, Murphy S, Rodriguez Y, Barahona R, Ragab R, Pentz MA, Samet J. "Attitudes, beliefs and behaviors of tobacco retailers in vulnerable communities regarding E-cigarettes: Implications for education and regulation at the point of sale." <u>NIH Tobacco Regulatory Science Conference.</u> Bethesda, MD, May 16-18, 2016.

146. Dangerfield D\*, Harawa N, Joseph H, Hosek S, Fernandez I, Lauby J, Guentzel Frank H, **Bluthenthal RN\*\***. "Age cohort differences among recently incarcerated Black men who have

sex with men and women (MSMW) in Los Angeles." 2016 International AIDS Conference. Durban, South Africa. July 2016.

147. Williams JE*, Dangerfield D II*, Wenger L, Kral AH, **Bluthenthal RN****. "Experiences of sexual coercion among people who inject drugs (PWID) in Los Angeles and San Francisco, CA, 2011-13." 144rd Annual Meeting of the American Public Health Association. Denver, CO. October 29 to November 2, 2016.

148. Steinberg J, Kral AH, Wenger L, **Bluthenthal RN****. "Impact of gang involvement on drug use trajectories among a sample of California drug injectors." 144rd Annual Meeting of the American Public Health Association. Denver, CO. Oct. 29 to Nov. 2, 2016.

149. Escobedo P*, Garcia R, Soto C, **Bluthenthal RN**, Cruz T, Sussman S, Baezconde-Garbanati L. "Marketing, perceptions and use of electronic cigarettes among retailers in vulnerable communities." 144rd Annual Meeting of the American Public Health Association. Denver, CO. Oct. 29 to Nov. 2, 2016.

150. Dominguez-Gonzalez K, Kral AH, Lamb S*, Wenger L, **Bluthenthal RN****. "Correlates of receiving injection assistance among people who inject drugs (PWID) in Los Angeles and San Francisco, CA, 2011-2013." 144rd Annual Meeting of the American Public Health Association. Denver, CO. Oct. 29 to Nov. 2, 2016.

151. Lamb S*, Kral AH, Dominguez-Gonzalez K, Wenger L, **Bluthenthal RN****. "Correlates of providing assisted injections among people who inject drugs." 144rd Annual Meeting of the American Public Health Association. Denver, CO. Oct. 29 to Nov. 2, 2016.

152. Shonkoff ET*, Chou CP, Leventhal AM, **Bluthenthal RN**, Pentz MA, Dunton GF. (2017). "Latent classes of parenting stress, family meals and child body mass index in a nationally-representative sample of mothers." 38th Annual Meeting and Scientific Sessions of the Society of Behavioral Medicine. San Diego, CA. March 29-April 1, 2017.

153. Kral AH, Wenger L, Wheeler E, Scholar S, Casanova M, Davidson P, Dominguez Gonzalez K, Strike C, **Bluthenthal RN****. "Trends in overdose, naloxone distribution and effective overdose prevention among PWID in two California cities, 2011-13 to 2016." 25th Harm Reduction International Conference. Montreal, Canada, May 14-17, 2017.

154. Davidson P, Fielding-Miller R, **Bluthenthal RN**. "Ethical collaborations between researchers and community organizations serving people who use drugs." The International Society for the Study of Drug Policy, Aarhus, Denmark, May 17-18, 2017.

155. **Bluthenthal RN**, Wenger L, Strike CS, Dominguez Gonzalez K, Kral AH. "Factors associated with refusing to initiate others into injection drug use: A mixed method study with people who inject drugs in Los Angeles and San Francisco, CA, USA, 2011-13." 145th Annual Meeting of the American Public Health Association, Atlanta, GA. Nov. 4-8, 2017.

156. Dangerfield D*, Harawa, NT, Smith L, Baezconde-Garbanati L, **Bluthenthal RN****. "Latent classes of sexual risk among Black men who have sex with men and women." 145th Annual Meeting of the American Public Health Association. Atlanta, GA. Nov. 4 to 8, 2017.

157. Dangerfield D*, Smith L, Bruce O, Anderson J, **Bluthenthal RN**. "Sexual Positioning Practices and Sexual Risk among Black Men Who Have Sex with Men (MSM): A Life Course Perspective." 145th Annual Meeting of the American Public Health Association. Atlanta, GA. Nov. 4 to 8, 2017.

158. Smiley SL*, Blackman KCA, **Bluthenthal RN**, Rodriguez YL, Barona R, Sussman SY, Baezconde-Garbanati L. "'Who's really regulating?': Exploring Black American stakeholders' awareness and trust in the Food and Drug Administration's role as a tobacco regulator." 2018 Society for Research on Nicotine and Tobacco (SRNT) Annual Meeting. Baltimore, Maryland. February 21-24, 2018.

159. **Bluthenthal RN**, Wenger L, Kral AH. "Heroin and methamphetamine withdrawal symptoms, frequency, and pain among people who inject." ASAM 49th Annual Conference – Innovations in Addiction Medicine and Science. San Diego, California. April 12-15, 2018.

160. Reuter K, Simpson K*, Le N, **Bluthenthal RN**, Patino CM. "Perspectives on increasing competency in using digital practices and approaches to enhance clinical translational research: A qualitative study." Translational Science 2018. Washington, D.C. April 19-21, 2018.

161. **Bluthenthal RN**, Wenger L, Simpson K*, Strike CS, Kral AH. "Preventing injection initiation: The

challenge of high frequency initiators among people who inject drugs." 80th Annual Meeting of the College on Problems of Drug Dependence. San Diego, California. June 9-14, 2018.

162. Simpson K*, Kral AH, Wenger L, **Bluthenthal RN\*\***. "Reasons for assisting with injection initiation: Results from a large survey of people who inject drugs in Los Angeles and San Francisco, California, 2016/17." 80th Annual Meeting of the College on Problems of Drug Dependence. San Diego, California. June 9-14, 2018.

163. Chu D*, Kral AH, Wenger L, **Bluthenthal RN\*\***. "Are prior drug use behaviors associated with subsequent initiation of injection drug use?" 80th Annual Meeting of the College on Problems of Drug Dependence. San Diego, California. June 9-14, 2018.

164. Reuter K, Angyan P, Le NQ, Maclennan A, Cole S, **Bluthenthal RN**, Lane CJ, El-Khoureiry A, Buchanan TA. "I'm a stage IV patient who has been living with colorectal cancer…": Monitoring social media for targeted communication and recruitment in cancer clinical trials among Twitter users in LA County, methodology and preliminary data." 2018 National Conference on Health Communications, Marketing, and Media (NCHCMM). Atlanta, GA. September 11-13, 2018.

165. Wenger L, **Bluthenthal RN\*\***, Plummer J, Few A, Simpson K*, Kral AH. "Harm reduction and nutrition: The evolution of an intervention." 12th National Harm Reduction Conference, New Orleans, LA, Oct. 18-21, 2018.

166. Collins AB, **Bluthenthal RN**, Boyd J, McNeil R. "Talk isn't cheap: using language to advance evidence-based interventions within the context of a North American overdose crisis." 12th National Harm Reduction Conference. New Orleans, United States. 18-21 October 2018.

167. **Bluthenthal RN.** Health disparities in overdose deaths. 2018 Annual Meeting of the American Public Health Association, San Diego, CA. Nov. 10 to 14, 2018.

168. Zhao J*, Kral AH, Wenger L, **Bluthenthal RN\*\***. "Correlates of non-medical use of methadone among people who inject drugs." 146th Annual Meeting of the American Public Health Association, San Diego, CA. Nov. 10 to 14, 2018.

169. Simpson KA*, Kral AH, Goldshear JL*, Wenger L, **Bluthenthal RN\*\***. "Motivations for cannabis use among people who inject drugs." 2019 North American Cannabis Summit. Los Angeles, CA. January 28-30, 2019.

170. Goldshear JL*, Kral AH, Simpson KA*, Wenger L, **Bluthenthal RN\*\***. "No association between cannabis and opiate use in a cohort of persons who inject drugs." 2019 North American Cannabis Summit. Los Angeles, CA. January 28-30, 2019.

171. Brothers S*, Kral AH, Wenger L, Simpson K. **Bluthenthal RN\*\***. "Who, where, why and how often: Characteristics of providing injection assistance among people who inject drugs (PWID) in Los Angeles and San Francisco, California, 2016-18." 19th Annual Harm Reduction International Conference. Porto, Portugal. April 28 to May 2, 2019.

172. **Bluthenthal RN**, Brothers S*, Wenger L, Simpson K, Kral AH. "Factors associated with neck injections among people who inject drugs in Los Angeles and San Francisco, CA: Harm reduction implications." 19th Annual Harm Reduction International Conference. Porto, Portugal. April 28 to May 2, 2019.

173. **Bluthenthal RN**, Walters SM*, Wenger L, Simpson KA*, Kral AH. "HIV pre-exposure prophylaxis (PrEP) prevention awareness, willingness, and barriers among people who inject drugs (PWID) in Los Angeles and San Francisco, CA, 2016-18." 81st Annual Meeting of the College on Problems of Drug Dependence. San Antonio, Texas. June 15-19, 2019.

174. Goldshear JL*, Page C, Dominguez-Gonzalez K, Wenger L, Kral AH, **Bluthenthal RN\*\***. "Risk factors associated with early onset injection drug use initiation among a cohort of people who inject drugs." 81st Annual Meeting of the College on Problems of Drug Dependence. San Antonio, Texas. June 15-19, 2019.

175. Kral AH, Lambdin BH, Wenger L, **Bluthenthal RN**, Davidson PJ. "Innovative solutions to opioid overdose mortality crisis: Safe consumption sites." 81st Annual Meeting of the College on Problems of Drug Dependence. San Antonio, Texas. June 15-19, 2019.

176. Lamb S*, Walters SM*, Kral AH, Wenger L, **Bluthenthal RN\*\***. "Correlates of transactional sex among women who inject drugs: A mixed method study." 81st Annual Meeting of the College on Problems of Drug Dependence. San Antonio, Texas. June 15-19, 2019.

177. Simpson KA*, Wenger L, Goldshear JL*, Kral AH, **Bluthenthal RN\*\***. "Demographic characteristics, drug use patterns, and treatment outcomes among a high-risk sample of people who inject drugs who've experienced recent involuntary psychiatric commitment due to mental illness." 81st Annual Meeting of the College on Problems of Drug Dependence. San Antonio, Texas. June 15-19, 2019.

178. Walters SM*, Lamb S*, Wenger L, Kral AH, **Bluthenthal RN\*\*.** "Correlates of transactional sex among male people who inject drugs (PWID) in Los Angeles and San Francisco, CA." 81st Annual Meeting of the College on Problems of Drug Dependence. San Antonio, Texas. June 15-19, 2019.

179. Perdue T*, Cepeda A, Valdez A, **Bluthenthal RN**, Daniulaityte R, Carlson RG. "Building interdisciplinary partnerships and navigating multiple institutional review boards for research involving people who inject drugs." Society for the Study of Social Problems 2019 Annual Meeting. New York, NY. August 9-11, 2019.

180. Lambdin BH, **Bluthenthal RN\*\***, Zibbell JE, Wenger L, Simpson K,* Kral AH. "Association between illicit fentanyl use and HIV-related injection risk among people who inject drugs." 2019 Annual Meeting of the American Public Health Association Meeting. Philadelphia, PA. November 2-6, 2019.

181. Chiang J*, Kral AH, Auerswald C, **Bluthenthal RN\*\*.** "They're stealing our nothing": A qualitative and quantitative analysis of San Francisco's displacement of people experiencing homelessness." 2019 Annual Meeting of the American Public Health Association Meeting. Philadelphia, PA. November 2-6, 2019.

182. Schenk SK*, Kral AH, Wenger L, **Bluthenthal RN\*\***. "Buprenorphine provider availability for opioid-using people who inject drugs in California." 51st ASAM Annual Conference. Denver, CO. April 2-5, 2020.

183. Kinnard EN*, Facente SN, **Bluthenthal RN\*\***, Wenger LD, Lambdin BH, Huh J, Kral AH. "Longitudinal association between public injection and syringe sharing frequency in a cohort of people who inject drugs in San Francisco and Los Angeles." CPDD 2020 Annual Scientific Meeting. Hollywood, Florida, June 20-24, 2020.

184. Bayard K*, Kral AH, Simpson K*, Wenger LD, Strike C, Huh J, **Bluthenthal RN\*\*.** "Factors associated with changes in food insecurity among people who inject drugs in Los Angeles and San Francisco, California, 2017-18." CPDD 2020 Annual Scientific Meeting. Hollywood, Florida, June 20-24, 2020.

185. Goldshear JL*, Kral AH, Walters S*, Wenger L, **Bluthenthal RN\*\***. "Factor analysis of a scale to assess barriers to Pre-exposure prophylaxis willingness among a sample of people who inject drugs." CPDD 2020 Annual Scientific Meeting. Hollywood, Florida, June 20-24, 2020.

186. Simpson KA*, Kral AH, Goldshear JL*, Wenger LD, **Bluthenthal RN\*\***. "Correlates of mental health disorders in people who inject drugs (PWID)." CPDD 2020 Annual Scientific Meeting. Hollywood, Florida, June 20-24, 2020.

187. Goldshear JL*, Kral AH, Simpson K*, Wenger L, Dominguez Gonzalez K*, **Bluthenthal RN\*\***. "Increases in prevalence of stimulant use among people who inject drugs in Los Angeles and San Francisco, CA." APHA 2020. San Francisco, CA, October 24-28, 2020.

188. Bolshakova M*, Kral AH, Wenger L, Simpson K*, Goldshear J*, Sussman S, **Bluthenthal RN\*\***. "Predictors of protein intake among people who inject drugs. APHA 2020. San Francisco, CA, October 24-28, 2020.

189. Perdue T*, Cepeda A, Valdez A, **Bluthenthal RN**, Daniulaityte R, Carlson R. "Harm reduction in the era of fentanyl: The role of social workers." Council on Social Work Education Conference. Denver, CO. November 2020.

190. Lambdin BH, Wenger L, **Bluthenthal RN**, Garner B, LaKosky P, O'Neill S, Kral AH. "Understanding the influence of external and internal characteristics on the penetration of naloxone delivery from syringe service programs in the United States." 13th Annual Conference on the Science of Dissemination and Implementation. December 15-17, 2020.

191. Lambdin B, Kan D, **Bluthenthal RN**, Kral AH. Improving equity and access to buprenorphine treatment through telemedicine at syringe service programs. 83rd CPDD Annual Scientific Meeting, June 21-24, 2021.

192. Perdue T*, Daniulaityte R, Carlson RG, Silverstein SM, **Bluthenthal RN**, Valdez A, Cepeda A. "It's all Fetty Now": A qualitative description of the evolving opioid drug market in Dayton, Ohio. 83rd CPDD Annual Scientific Meeting, June 21-24, 2021.

193. Perdue T*, Silverstein SM, Daniulaityte R, Carlson RG, **Bluthenthal RN**, Valdez A, Cepeda A. "You can always use more, you can't use less": Understanding overdose risk reduction in a street fentanyl dominated drug market. 2021 American Public Health Association Annual Meeting and Expo. Oct. 23-27, 2021.

194. Perdue T*, **Bluthenthal RN**, Silverstein SM, Daniulaityte R, Carlson RG, Valdez A, Cepeda A. Perceptions of syringe access in Dayton, Ohio: A qualitative study Perdue. 2021 American Public Health Association Annual Meeting and Expo. Oct. 23-27, 2021.

195. Lambdin B, **Bluthenthal RN**, Tookes H, Wenger LD, Kral AH.  Waiver of the Ryan Haight Act and implementation of Buprenorphine Treatment at syringe service programs. 14th Annual Conference on the Science of Dissemination and Implementation. Virtual. Dec. 14-16, 2021.

196. Lambdin BH, Wenger L, **Bluthenthal RN**, Tookes H, LaKosky P, Morris T, Kral AH. Understanding the impact of COVID-19 on naloxone distribution from syringe service programs in the United States. 14th Annual Conference on the Science of Dissemination and Implementation. Virtual. Dec. 14-16, 2021.

197. Perdue T*, Valdez L, Silverstein SM, Daniulaityte R, Carlson RG, **Bluthenthal RN**, Cepeda A. Perceptions of the Good Samaritan Law in Ohio: A qualitative study. 2021 Association for Public Policy Analysis & Management. Austin, TX, March 2022.

198. Ceasar RC, Corsi K, Goldshear J*, Wilkins P, Simpson K*, Kovalsky E, Dominguez K, **Bluthenthal RN**. Trends in COVID-19 testing, infections, vaccination and housing assistance among people who inject drugs in Los Angeles, CA and Denver, CO during the first year of the pandemic. 84th CPDD Annual Scientific Meeting, Minneapolis, MN, June 11-15, 2022.

199. Kral A, Netherland J, Morgan R, Ompad D, Davis C, Wheelock H, **Bluthenthal RN**, Dasgupta N, Gilbert M, Nadoo T. Principles and metrics for evaluating Oregon's drug decriminalization measure: Centering the voice of people who use drugs. 84th CPDD Annual Scientific Meeting, Minneapolis, MN, June 11-15, 2022.

200. Simpson K*, Bolshakova M*, Kirkpatrick M, **Bluthenthal RN**. Characterizing opioid withdrawal experiences among a sample of opioid using people who inject drugs (PWID). 84th CPDD Annual Scientific Meeting, Minneapolis, MN, June 11-15, 2022.

201. Goldshear J, Corsi K, Huh J, Henwood B, Kral AH, **Bluthenthal RN**. Association between relocation and substance use outcomes among a community sample of people who inject drugs in Los Angeles, CA and Denver, CO. 84th CPDD Annual Scientific Meeting, Minneapolis, MN, June 11-15, 2022.

202. Dangerfield DTII, Anderson JN, Wylie C, Arrington-Sanders R, Beyrer C, **Bluthenthal RN**, Farley JE. Refining POSSIBLE: A multicomponent intervention to increase HIV risk perceptions and PrEP initiation among Black sexual minority men. 24th International AIDS Conference. Montreal, Canada, July 29 to August 2, 2022.

203. Ganesh S, **Bluthenthal RN,** Schneberk T. Institutionalized stigma in healthcare settings: Evaluating diagnostic nonmencluture as a means of providing substandard care to people who use drugs (PWUD). 13th Annual National Harm Reduction Conference. San Juan, Puerto Rico, Oct. 12 to 16, 2022.

204. Patel S, Kral AH, Wenger LD, Tookes H, **Bluthenthal** RN, LaKosky P, Morris T, Lambdin BH. Promoting equitable access to buprenorphine treatment through telehealth of syringe service programs. 13th Annual National Harm Reduction Conference. San Juan, Puerto Rico, Oct. 12 to 16, 2022.

205. Wenger LD, Morris T, Kral AH, Tookes H, **Bluthenthal RN**, Lakosky P, Lambdin BH. The impact of community opposition on syringe service programs. 13th Annual National Harm Reduction Conference. San Juan, Puerto Rico, Oct. 12 to 16, 2022.

206. Goldshear J, Corsi K, Simpson K, Wilkins P, Dominguez K, Kovalsky E, **Bluthenthal RN**. Immiseration as a risk factor for health risk and outcomes among people who inject drugs in Los

Angeles, CA and Denver, CO in 2021. <u>APHA 2022 Annual Meeting & Expo</u>. Boston, MA, Nov. 6 to 9, 2022.

207. Barocas JA, Sills S, Axelrath S, Pladsen C, Boyer A, Kral AH, Meehan A, Peery D, Bien M, Goldshear J, Chiang J, Linas BP, Gonsalves G, **Bluthenthal RN**, Mosites E. Population-level health impacts of involuntary displacement of people experiencing unsheltered homelessness who inject drugs in 23 U.S. cities: a modelling study. <u>APHA 2022 Annual Meeting & Expo</u>. Boston, MA, Nov. 6 to 9, 2022.

208. Patel SV, Kral AH, Wenger L, Tookes H, **Bluthenthal RN**, LaKosky P, Morris T, Lambdin BH. Promoting equitable access to buprenorphine treatment through telehealth at syringe services programs. <u>15th Annual Conference on the Science of Dissemination and Implementation.</u> Washington DC, December 11 to 14, 2022.

209. **Bluthenthal RN**, Goldshear J, Wilkins P, Page C, Kral AH, Kovalsky E, Simpson K, Portollio GO, Corsi K. Adapting to an unsafe drug supply: Evidence of changes in drug use ingestion methods among people who inject drugs in Los Angeles, CA and Denver, CO, 2021 to 2022. <u>Harm Reduction International Conference 2023</u>. Melbourne, Australia April 17 to 19, 2023.

210. Banks S, Tang W, Koh K, Steinberg L, Gore JL, Siamak D, **Bluthenthal RN**, Tucker-Seeley R, Bhanvadia SK. Financial toxicity in bladder cancer: Associations with quality of life and time since cancer diagnosis. <u>2023 Annual Meeting of the American Urological Association</u>. Chicago, Il, April 28 to May 1, 2023.

211. Ruth A, Corsi K, Simpson K, Wilkins P, Goldshear J, Kovalsky E, Duncan D, **Bluthenthal RN**. Factors associated with sleep health among community recruited people who inject drugs in Los Angeles, CA and Denver, CO, 2021-22. <u>85th CPDD Annual Scientific Meeting</u>. Denver, Colorado, June 17-21, 2023.

212. Goldshear J, Page C, DiMario A, Simpson KA, Henwood B, Corsi K, **Bluthenthal RN**. Material Hardship and Encampment Relocation Among Unhoused People Who Use Drugs: Confirmatory Factor Analysis and Structural Equation Modeling of a Novel Scale Measure. <u>85th CPDD Annual Scientific Meeting</u>. Denver, Colorado, June 17-21, 2023.

213. DiMario A, Goldshear J, **Bluthenthal RN**. "It's like waiting for Godot": How bureaucratic liminality harms ontological security of unhoused people who use drugs. 118th <u>American Sociological Association Annual Meeting</u>. Philadelphia, PA, August 17-21, 2023.

214. **Bluthenthal RN,** Ganesh S, Wilkins P, Goldshear J, Kovalsky E, Simpson K, Page C, Barocas JA, Corsi K. Risk factors for infective endocarditis and untreated infections among people who inject drugs (PWID) in Los Angeles, CA and Denver, CA 2021/22. <u>AMERSA 47th Annual Conference</u>. Washington, DC, Nov 2-4, 2023.

215. **Bluthenthal RN**, Cohen J. Cannabis use trends and intentions among older people who inject drugs in Los Angeles, CA and Denver, Colorado, 2021/22. <u>GSA 2023</u>. Tampa Bay, Fl. Nov. 8-12, 2023.

216. Goldshear J, Henwood B, **Bluthenthal RN**. Punitive governance, encampment sweeps, and ontological (in)security of unhoused people who use drugs in Los Angeles, CA. <u>APHA 2023 Annual Meeting & Expo</u>. Atlanta, GA. Nov. 12-15, 2023.

217. Ganesh SS, Gould E, Ceasar RC, **Bluthenthal RN.** Medical stigma, poverty, and housing insecurity: Developing controlled pain management routines among people who inject drugs in the face of structural vulnerability. <u>AAPM 2024, American Academy of Pain Medicine</u>. March 7-10, 2024. Scottsdale, AZ.

218. Blevins B, Wong K, Oh H, Mojgan S, Walters S, **Bluthenthal RN**, Huh J. A Band-aid Solution: Exploring the Interactions of Healthcare Inaccessibility and Substance use Among Black Americans who co-use. <u>2024 Annual Meeting- Society for Research on Nicotine and Tobacco.</u> March 20-23, Edinburg, Scotland.

219. Blevins B, Wong K, Oh H, Mojgan S, Herzig E, Ho C, Arpawong T, **Bluthenthal RN,** Huh J. Schedules of Substance use: Coping in the face of discrimination. <u>2024 Annual Meeting- Society for Research on Nicotine and Tobacco.</u> March 20-23, Edinburg, Scotland.

220. Ganesh S, Goldshear JL, Dinh K, Ceasar RC, **Bluthenthal RN**. Contextualizing drug seeking behavior: "All the dopefiend really needs is just somewhere to sleep." <u>2024 Collaborative</u>

Perspectives on Addiction Conference. April 11-13, 2024. Denver, Colorado.

221. Hall J, **Bluthenthal RN**, Lozano S, Okada PJ, Jafari EJ, Chang T, Simon TD, Tsze D. Ascertaining the caregiver lived experience of connecting to post emergency department visit care for headache. PAS 2024, Pediatric Academic Societies Meeting. May 2-6, 2024, Toronto Canada.

222. Gelberg L, Henwood B, Chien J, **Bluthenthal R**, Cousineau M, Padwa H, Ijadi-Maghsoodi R, Chinchilla M, Smith Tran B, Landrian A, Tu Y. Characteristics of individuals approved for permanent supportive housing in LA County, CA, during the COVID-19 pandemic. Society of Teachers of Family Medicine (SFTM). Los Angeles, CA. May 4-8, 2024.

223. Ganesh S, Goldshear J, Corsi K, Wilkins P, Kovalsky E, Simpson K, Page C, **Bluthenthal RN**. Risk factors for multiple skin and soft tissue infections among people who inject drugs (PWID) in Los Angeles, CA and Denver, CO, 2021/22. 86th CPDD Annual Scientific Meeting. Montreal, Quebec, Canada, June 15-19, 2024.

224. Huh J, Ganesh SS, Orta Portillo GO, Kovalsky E, Wilkins P, Corsi K, **Bluthenthal RN.** Risk Factors for chronic pain among people who inject drugs in Denver, CO and Los Angeles, CA 2021/22. AMERSA 48th Annual Conference. Chicago, IL, Nov 14-16, 2024. (Accepted oral presentation).

225. **Bluthenthal RN**, Simpson K, Goldshear J, Orta Portillo G, Ganesh S, Kovalsky E, Wilkins P, Corsi K, Huh J. Does illicitly manufactured fentanyl use impact the experience of opioid withdrawal among community-recruited people who inject drugs? AMERSA 48th Annual Conference. Chicago, IL, Nov 14-16, 2024. (Accepted poster presentation).

226. Smeltzer RP, Portillo GO, Ganesh S, Gould E, Mills A, Koerber J, Ceasar RC, Dean SS, Bolanos R, Gorbach P, **Bluthenthal RN**. "I take it hard when [rehab] is forced on me" - Facilitators and barriers to substance use disorder treatment among sexual and gender minorities in Los Angeles, CA. California Society on Addiction Medicine, "State of the Art Addiction Medicine Conference." San Francisco, CA, Aug 22-24, 2024.

227. Smeltzer RP, Portillo GAO, Ganesh SS, Gould EE, Mills A, Koerber J, Page C, Ceasar RC, Dean RS Bolanos R, Gorbach P, **Bluthenthal RN.** "The first one I use, I put fentanyl. The second one I put crystal meth" – A study of injection drug use and polysubstance use among sexual and gender minorities (SGM) in Los Angeles, California. 2nd Polysubstance Use Symposium. The Center for Opioid Epidemiology and Policy, New York University, New York, New York. Oct. 24-24, 2024.

228. Ganesh SS*, Gould EE, DiMario AJ*, Cowan A, Huh J, **Bluthenthal RN**, Ceasar RC. "I'm scared to death of that fentanyl": Disruption of the illicit opioid supply as a driver of structural disempowerment. 96th Annual Pacific Sociological Association Conference. San Francisco, CA. March 27-30, 2025.

229. Knight KR, Koenders S, Dhatt Z, Augustine D, Jacques T, Taylor G, Riley S, Lopez A, **Bluthenthal RN**. The impacts of intersecting homelessness and drug policy response on people experiencing homelessness who co-use fentanyl and stimulants in San Francisco, CA, United States. 2025 Harm Reduction Conference. Bogota, Columbia, Apr 27-20, 2025.

230. Kral A, Smiley-McDonald H, Wenger L, Good D, Leichtling G, Godvin M, Chung E, Wire S, Oviedo S, Browne E, Humphrey J, **Bluthenthal RN**, Lambdin B. Summary of evaluation of drug decriminalization in Oregon. 2025 Harm Reduction Conference. Bogota, Columbia, Apr 27-30, 2025.

## MEDIA AND TELEVISION APPEARANCES:

Interviewed/quoted:     *Regarding drug use, alcohol use, HIV infection, syringe exchange, harm reduction, and the opioid overdose death crisis by the following media among others: Atlanta Journal Constitution, Bay Area Reporter, Bay Guardian, Bay Times, Bay TV, Boston Globe, Channel 2/ KTVU news and 'Bay Area People', Channel 4/KRON news, Channel 7/ KGO news, Contra Costa Times, Crossroads Magazine, FOX News Online, Frontiers News Magazine (San Francisco edition), KABC news radio, KFBK radio (Sacramento), KFI*

radio (Los Angeles), KPCC & SCPR radio & website (Pasadena), KPFA radio "Flashpoints" (SF Bay Area), Fresno Bee, Harm Reduction Communications, Healio, Heathline, Infectious Disease Advisor, KPFK 'Morning Show', LA Sentinel, Los Angeles Times, National Public Radio's Talk of the Nation, New York Newsday, New York Times, Oakland Tribune, Orange County Register, The Progressive, Riverside Press-Enterprise, Sacramento Bee, San Francisco Chronicle, San Francisco Examiner, Science Daily, SF Weekly, San Jose Mercury News, The East Bay Express, The Guardian, Tonic/VICE, USA Today, Vox, Washington Times, WBUR/NPR (Here and Now), and Z Magazine.

Podcast:  The Do Gooders Podcast. 183 State of Recovery: The opioid crisis and what we can do with Dr. Ricky Bluthenthal. April 8, 2024. https://dogooderspodcast.libsyn.com/183-state-of-recovery-the-opioid-crisis-and-what-we-can-do-with-dr-ricky-bluthenthal

Preventive Pros: the podcast. Addressing the health and needs of people who inject drugs with Ricky Bluthenthal, PhD. Dec. 4, 2023. https://www.youtube.com/watch?v=LfomVwBVnQo

Narcotica Podcast: Episode 44: Reimagining Public Health and Racial Justice with Ricky Bluthenthal, June 26, 2020 https://podcasts.apple.com/ie/podcast/episode-44-reimagining-public-health-and-racial/id1390336378?i=1000479804405

Fiasco: The AIDS Crisis, Episode 8:No harm. May 12, 2020. https://www.audible.com/pd/Episode-8-No-Harm-Podcast/B09SVRPZVL?ref=a_pd_Fiasco_c1_lAsin_1_0

Expert Witness: 1995, City of Berkeley versus Scott Halem, Berkeley Municipal Court

Expert Witness: 2000, John Doe, John Roe, and Connecticut Harm Reduction Coalition versus Bridgeport Police Department and Wilbur L. Chapman, Chief of the Bridgeport Police Department

Expert Witness: 2001, James Roe versus the City of New York, New York City Police Commissioner Bernard Kerik, et al., United States District Court, Southern District of New York

Expert Witness: 2018, County of Orange: Orange County Flood Control District; City of Costa Mesa; City of Orange; and, City of Anaheim vs. California Department of Public Health; Karen L. Smith, in her official capacity as Director and State Public Health Officer; Orange County Needle Exchange Program, and Does 1 through 100, inclusive. Superior Court of the State of California