# EXHIBIT C
# to

**DECLARATION OF SUSAN PHILIP, MD, MPH, IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# OFFICE OF AIDS

# Directory of Syringe Services Programs in California

| County | Program | Address | Phone |
| --- | --- | --- | --- |
| Alameda | Berkeley Free Clinic Syringe Services Program | 2339 Durant Avenue, Berkeley 94704 | (510) 548-2570 |
| Alameda | HIV Education & Prevention Project of Alameda County (HEPPAC) | PO Box 7522, Oakland 94601 | (510) 434-0307 |
| Alameda | Needle Exchange Emergency Distribution (NEED) | 2339 Durant Avenue, Berkeley 94704 | (510) 463-1843 |
| Alameda | Bay Area Community Health | 40910 Fremont Blvd., Fremont 94538 | (510) 456-3503 |
| Alameda | Oakland Punks with Lunch | 1924 Union Street, Oakland 94706 | (510) 371-4465 |
| Butte | Northern Valley Harm Reduction Coalition | 171 E 18th Street, Chico 95928 | (530) 332-8065 |
| Contra Costa | Contra Costa Health | 2500 Bates Avenue, Suite B, Concord 94520 | (925) 608-5350 |
| Contra Costa | HIV Education & Prevention Project of Alameda County (HEPPAC) | PO Box 7522, Oakland 94601 | (510) 434-0307 |
| Contra Costa | One Voice Recover, Inc. | 1088 Bountiful Way, Brentwood 94513 | (925) 436-9952 |
| El Dorado | Sierra Harm Reduction Coalition (SHRC) | | (530) 212-0279 |

| Fresno | San Joaquin Valley Fresno Free Medical Clinic and Needle Exchange | 618 N. Farris Avenue, Fresno 93728 | (559) 412-6226 |
|---|---|---|---|
| Humboldt | Redwoods Rural Health Center | 101 West Coast Road, PO Box 769, Redway 95560 | (707) 923-2783 |
| Humboldt | Humboldt Area Center for Harm Reduction (HACHR) | PO Box 7365, Eureka 95502 | (707) 407-6013 |
| Humboldt | North Coast AIDS Project (NorCAP) Syringe Services | 908 7th Street, Eureka 95501 | (707) 268-2132 |
| Inyo | Skoden Native Harm Reduction Services | PO Box 242, Bishop 93515 | (760) 920-6636 |
| Inyo | Northern Inyo Healthcare District Harm Reduction Project | 153-B Pioneer Lane, Bishop 93514 | (760) 873-2013 |
| Kern | Hope in the Valley | 12317 Champlin Place, Bakersfield 93311 | (661) 619-0670 |
| Kern | Bakersfield AIDS Project - The Exchange Program | 801 21st Street, Bakersfield 93301 | (661) 742-3611 |
| Kern | Clinica Sierra Vista | 1015 Baker Street, Suite #4, Bakersfield 93305 | (661) 328-4283 |
| Kern | Akido Harm Reduction | 6501 Truxtun Avenue, Bakersfield 93309 | (661) 487-6856 |
| Kern | iSMART | 901 Olive Drive, Bakersfield 93308 | (661) 751-0997 |
| Kern | Kern Medical Center | 1700 Mt. Vernon, Bakersfield 93306 | (502) 994-6497 |
| Kern | Kern Syringe Disposal and Services Program | 2001 28th Street, Bakersfield 93301 | (661) 868-8028 |
| Kings | Kings County Syringe Service Program | 460 Kings County Drive, Hanford 93230 | (559) 852-4589 |

| | Program | | |
|---|---|---|---|
| Lake | Any Positive Change | P.O. Box 474, Lower Lake 95457 | (707) 480-7319 |
| Los Angeles | VelNonArt | 44250 Division Street, Suite B, Lancaster 93535 | (818) 571-2561 |
| Los Angeles | Being Alive Harm Reduction Center | 7976 Santa Monica Blvd., West Hollywood 90046 | (323) 874-4322 |
| Los Angeles | Common Ground/Venice Family Clinic | 604 Rose Avenue, Venice 90291 | (310) 314-5480 |
| Los Angeles | Healthcare in Action - Los Angeles | 6161 Santa Monica Blvd., Suite 304, Los Angeles 90038 | (678) 438-5491 |
| Los Angeles | Healthcare in Action - South Bay | 3800 Kilroy Airport Way, Suite 100, Long Beach 90814 | (213) 669-6453 |
| Los Angeles | Substance Use Disorder Integrated Services | PO Box 526, Whittier 90608 | (888) 783-4752 |
| Los Angeles | The Sidewalk Project | PO Box 1067, San Pedro 90733 | N/A |
| Los Angeles | USC Street Medicine | 1000 S. Fremont Avenue, Unit 22, Bldg. A-6, 4th Floor, Alhambra 91803 | (626) 457-4078 |
| Los Angeles | Tarzana Treatment Center, Inc. | 7101 Baird Avenue, Reseda 91335 | (818) 342-5897 |
| Los Angeles | Homeless Outreach Program Integrated Care System | 5849 Crocker Street, Los Angeles, 90003 | (323) 948-0444 |
| Los Angeles | Asian American Drug Abuse Program | 652 E. Manchester Blvd., Inglewood 90301 | (424) 331-5799 |
| Los Angeles | Bienestar Human Services Program | 5400 E Beverly Blvd., Los Angeles 90022 | (866) 590-6411 |
| Los Angeles | Homeless Health Care Los Angeles | 512 E. 4th Street, Los Angeles 90013 | (213) 617-8498 |
| Los Angeles | Los Angeles Community Health Project | 900 North Western Avenue, Los Angeles 90029 | (323) 380-5469 |

| | | | |
|---|---|---|---|
| | Project | 90029 | |
| Los Angeles | The People Concern | 2116 Arlington Avenue, Suite 100, Los Angeles 90018 | (323) 334-9000 |
| Los Angeles | St. John's Community Health - Harm Reduction Program | 6818 Avalon Blvd., Los Angeles 90003 | (323) 541-1411 |
| Los Angeles | Melanin Angels' Syringe Exchange Program | 14300 Ben Nevis Avenue, Norwalk 90650 | (323) 448-4444 |
| Los Angeles | Union Station Homeless Services | 825 E. Orange Grove Blvd., Pasadena 91104 | (626) 240-4550 |
| Los Angeles | PATH | 455 E. Artesia Blvd., Long Beach 90805 | (323) 401-7204 |
| Los Angeles | Comunidad en Outreach for Resilience and Awareness (CORA) | 8619 Prince Avenue, Los Angeles 90002 | (323) 718-8204 |
| Los Angeles | Los Angeles Centers for Alcohol and Drug Abuse (LA CADA) | 307 S. Central Avenue, Los Angeles 90013 | (213) 372-5233 |
| Los Angeles | Mental Health America of Los Angeles | 200 Pine Avenue, Suite 400, Long Beach 90802 | (562) 285-1330 |
| Marin | Ritter Center | 16 Ritter Street, San Rafael 94901 | (415) 457-8182 |
| Mendocino | Mendocino County AIDS/Viral Hepatitis Network (MCAVHN) | 148 Clara Avenue, Ukiah 95482 | (707) 462-1932 |
| Mono | Skoden Native Harm Reduction Services | PO Box 242, Bishop, 93515 | (760) 920-6636 |
| Mono | Mono County Harm Reduction Project | 1290 Tavern Road, Mammoth Lakes 93546 | (760) 924-1740 |
| Monterey | Access Support Network | 223 John Street, Salinas 93901 | (831) 975-5016 |
| Nevada | Yuba Harm Reduction Collective (YHRC) | PO Box 2989, Grass Valley 95949 | (530) 362-8163 |

| | | | |
|---|---|---|---|
| Plumas | Plumas County Public Health Agency | 270 County Hospital Road, Suite 206, Quincy 95971 | (530) 283-6337 |
| Riverside | Healthcare in Action - Inland Empire | 1845 Business Center Drive, San Bernardino 92408 | (909) 970-5860 |
| Riverside | Neighborhood Healthcare | 425 No. Date Street, Escondido 92025 | (833) 867-4642 |
| Riverside | Inland Empire Harm Reduction | 4121 Tenth Street, Riverside 92501 | (951) 364-5311 |
| Riverside | DAP Health Harm Reduction Program | 1445 N. Sunrise Way, Suite 102, Palm Springs 92262 | (760) 323-2118 x504 |
| Riverside | Wellness Equity Alliance | 160 North Luring Drive, Suite D, Palm Springs 92262 | (866) 341-9606 |
| Sacramento | Gender Health Center | 3823 V Street, Sacramento 95817 | (916) 620-1908 |
| Sacramento | Harm Reduction Services | 2800 Stockton Blvd., Sacramento 95817 | (916) 456-4849 |
| Sacramento | Safer Alternatives Through Networking and Education (SANE) | 2211 Del Paso Blvd., Sacramento 95815 | (916) 665-8221 |
| San Diego | Family Health Centers of San Diego | 823 Gateway Center Way, San Diego 92102 | (619) 380-0678 |
| San Diego | Harm Reduction IHC | PO Box 13624, La Jolla 92039 | (619) 800-5526 |
| San Diego | Healthcare in Action - San Diego | 2831 Camino del Rio South, Suite #312, San Diego 92108 | (209) 441-0435 |
| San Diego | Neighborhood Healthcare | 425 No. Date Street, Escondido 92025 | (833) 867-4642 |
| San Diego | County of San Diego Harm Reduction Services Program | 690 Oxford Street, San Diego 91911 | (619) 293-4700 |
| San Diego | VHC Services | 16 15th Street, San Diego 92101 | (619) 645-6405 |

| | | | |
|---|---|---|---|
| San Diego | VHC Services | 16 15th Street, San Diego 92101 | (619) 843-0403 |
| San Diego | Vista Community Clinic | 1000 Vale Terrace, Vista 92084 | (760) 631-5000 ext.7191 |
| San Diego | Harm Reduction Coalition of San Diego (HRCSD) | 1389 Windmill Road, El Cajon 92019 | (619) 961-0527 |
| San Francisco | UCSF Alliance Health Project | 1930 Market Street, San Francisco 94102 | (415) 476-3902 |
| San Francisco | Glide Harm Reduction Services | 330 Ellis Street, San Francisco 94102 | (415) 674-5185 |
| San Francisco | Homeless Youth Alliance - San Francisco Needle Exchange | 607A Haight Street, San Francisco 94117 | (415) 630-0744 |
| San Francisco | San Francisco AIDS Foundation - Syringe Access and Health Services | 940 Howard Street, San Francisco 94103 | (415) 338-8159 |
| San Francisco | San Francisco Drug Users Union | 170 Turk Street, San Francisco 94102 | (415) 969-5179 |
| San Francisco | San Francisco Community Health Center - TRANS: THRIVE | 730 Polk Street, San Francisco 94109 | (415) 257-7187 |
| San Joaquin | Stockton Harm Reduction Program (SHRP) | 5637 N. Pershing Avenue, Suite H9, Stockton 95207 | (209) 626-9668 |
| San Luis Obispo | SLO Bangers | 2191 Johnson Avenue, San Luis Obispo 93401 | (805) 458-0123 |
| San Mateo | Be Safe! Syringe Access for Empowerment | 225 37th Avenue Bldg. A, Suite 230, San Mateo 94403 | (650) 619-9125 |
| Santa Barbara | Pacific Pride Foundation - The Right Outfit | 608 Anacapa Street, Suite A, Santa Barbara 93101 | (805) 963-3636 |
| Santa Clara | County of Santa Clara Harm Reduction Program | 976 Lenzen Avenue, Suite 1800, San Jose 95126 | (408) 792-5529 |
| Santa Cruz | County of Santa Cruz - Syringe Services Program | 1060 Emeline Avenue, Santa Cruz 95060 | (831) 454-2437 |

| Santa Cruz | Harm Reduction Coalition of Santa Cruz County | P.O. Box 3415, Santa Cruz 95063 | (831) 769-4700 |
|---|---|---|---|
| Shasta | Redding Rancheria Tribal Health System | 3110 Churn Creek Rd. | (530) 262-6375 |
| Shasta | Shasta County Syringe Exchange Program | 2650 Breslauer Way, Redding 96001 | (530) 225-5298 |
| Shasta | Hill Country Health & Wellness Center | 1201 Industrial Street, Redding 96001 | (530) 768-0925 |
| Shasta | Up North Harm Reduction | P.O. Box 754, Lakehead 96051 | (530) 206-3023 |
| Sierra | Sierra County Public Health & Social Services | 706 Mill Street, Loyalton 96118 | (530) 993-6700 |
| Siskiyou | Siskiyou County Syringe Services Program | 810 South Main Street, Yreka 96097 | (530) 841-2134 |
| Solano | Drug Safe Solano Harm Reduction Program | 1310 Club Drive, Vallejo 94592 | (707) 333-0601 |
| Sonoma | Face to Face | 873 Second Street, Santa Rosa 95404 | (707) 544-1581 |
| Sonoma | Center Point - DAAC | 2403 Professional Drive, Suite 103, Santa Rosa 95403 | (707) 526-2999 |
| Sonoma | West County Health Centers | 16312 Third Street, Guerneville 95446 | (707) 824-3398 |
| Stanislaus | St. Frances of Rome | 2827 Topeka Street, Riverbank 95367 | (209) 869-2996 |
| Stanislaus | Valley Streetz Harm Reduction | 705 Enslen Avenue, Modesto 95354 | (209) 622-3833 |
| Stanislaus | LGBTQI+ (CalPride) Queer Point | 1202 H Street, Modesto 95307 | (209) 567-2662 |
| Ventura | Ventura County Syringe Replacement Program | 3147 Loma Vista Road, Suite 8, Ventura 93003 | (805) 652-6267 |
| Yolo | CommuniCare+OLE | 500 Jefferson Blvd., Suite B, West | (916) 403-2900 |

| | | Sacramento 95605 | |

## Contact Information

To contact the CDPH/Office of AIDS Harm Reduction Unit, please email sspinfo@cdph.ca.gov

Page Last Updated : July 31, 2025