# EXHIBIT F
# to

**DECLARATION OF SUSAN PHILIP, MD, MPH, IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# New policy for distribution of safer use supplies

## Taking action to connect more people to counseling, treatment, and services

### What is the new pilot policy for distributing smoking supplies?

- Beginning April 30, all San Francisco Department of Public Health (SFDPH) funded programs that distribute any safer use supplies, including sterile syringes and smoking supplies, must include proactive counseling and treatment referrals, ensuring better pathways to care and quicker entry to treatment.
- All SFDPH funded programs will not distribute safer smoking supplies (foil, pipes, and straws) in public spaces. Programs will be moved indoors or into SFDPH approved controlled spaces.
- SFDPH will be working with partners to transition most programs indoors by April 30, and all programs by May 30.

### How does the policy impact sterile syringe access and naloxone?

- SFDPH is not pulling back from longstanding, evidenced-based sterile syringe access programs.
- Decades of research shows sterile syringe programs reduce HIV/AIDS and Hepatitis C and help connect people to treatment and health services.
- Any distribution of safer use supplies, including sterile syringes, must be paired with proactive counseling and attempts to connect individuals to treatment.
- This policy does not impact the distribution of naloxone (Narcan).

### How will we know if this is working?

- This pilot is one of many efforts to combat the fentanyl crisis and connect more people to treatment and recovery.
- We will continue to drive public health policies based on the data and evidence.
- We will be monitoring overdose, HIV, and Hepatitis C rates, using data to guide future policies.

### What is the broader SFDPH roadmap for tackling the fentanyl epidemic?

We are committed to improving health on the streets and in our communities. We are building a more responsive, proactive behavioral health system to move people into effective treatment and sustained recovery. Key actions include:

- **Expanding treatment beds and services**, including in certain shelter settings
- **Accelerating access** to stabilization and treatment
- **Removing barriers** that prevent people from progressing in treatment and recovery
- **Increasing treatment and recovery options** across the spectrum
- **Rapid connection to medications for opioid use disorder** (MOUD) including buprenorphine and methadone

### Is harm reduction still a part of the SFDPH approach?

- Harm reduction will remain part of the SFDPH approach, focusing on using all available tools more effectively to support treatment and recovery. This includes evidence-based harm reduction strategies, such as overdose prevention, safer use supplies, accessible treatment, expanded recovery options, and access to housing and social services.

**Policy Highlights:**

- Distribution of supplies must be paired with treatment counseling
- Distribution of smoking supplies not allowed in public spaces
- Naloxone distribution not impacted
- Policy effective April 30, 2025

**Need help with mental health or substance use treatment?**

We are here to help with every stage of care.

**888-246-3333**



**San Francisco Department of Public Health**

*April 2025*