# EXHIBIT B
# to

**DECLARATION OF JONATHAN VAING IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# SES Fiscal Year Performance Metrics



 PublicWorks Stat    Reports are subject to change. For more information, please contact dpw-performance@sfdpw.org.    Maintenance - Street Cleaning Key Measures (Source Sytem: Data Mart)    Run Date 8/15/2025
















Maintenance - Street Cleaning Key Measures  (Source Sytem: Data Mart)  Run Date 8/15/2025