DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (415) 554-4223 (George)
              (415) 554-6762 (Murphy)
              (415) 554-3901 (Wald)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**DECLARATION OF BRITTANY BRANDON IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  October 27, 2025<br>Time:  8:30 a.m.<br>Place:  Courtroom 6, 2nd Floor<br>        1301 Clay Street<br>        Oakland, CA 94612<br><br>Trial Date:  August 10, 2026<br><br>Attachments:  Exhibits A-D |

I, BRITTANY BRANDON, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I work with the Department of Public Works in the BSES division. I am the Supervisor of the city wide Neighborhood Streets Team ("NST"). I also supervise the HSOC resolutions. I have worked for the City and County of San Francisco, in the Department of Public Works since June 2012 when I started as a Public Service Aid. I have been promoted over the years to General Laborer Apprentice, General Laborer, General Laborer supervisor, and now to the title of Street Environmental Services Operation Supervisor.

3. The NST program began in March 2025. The goal of the NST is to operate city wide to respond to complaints regarding unhoused encampments. The NST teams operate every day on city streets from 7 a.m. to 4 p.m. There are 18 laborers and 2 supervisors dedicated to NST and on a daily basis.

4. The NST teams operate independently and in addition to the remainder of DPW street and sidewalk cleaning teams that comprise of the Zone crew, street sweeping, etc.

5. The NST teams operate seven (7) days per week. DPW NST employees meet at the DPW yard at 2323 Cesar Chavez every morning at 7 a.m. The NST teams are divided into three smaller teams, one for the Tenderloin/Northern neighborhood, one for the Mission Neighborhood, and one for the rest of the City. Each NST team then travels to meet SFPD officers dedicated to this program. DPW and SFPD meet at 1145 Market Street at 8:15 a.m. to identify and respond to their locations for service. Each NST team consists of approximately 3 to 4 DPW employees and 2 SFPD officers.

6. The NST teams in the Tenderloin identify the locations for their response by SFPD's review and assessment of 311 complaints, Captain complaints, or other known areas of complaints. I am informed and believe that Lieutenant Wayman Young leads the NST teams for SFPD.

7. Attached hereto as **Exhibit A** is a true and correct copy of the NST plan that was implemented in March 2025 and is in place and currently used.

8. When the NST teams arrive to a location, SFPD officers handle the interaction with unhoused persons, asking that persons move and/or remove their tents and belongings. SFPD assist with the transportation of unhoused persons if they accept offered shelter or do not otherwise choose to leave of their own volition. Thereafter, a thorough cleaning of the area begins, including removing trash, "bagging and tagging" property to be stored if necessary, and then washing the areas with soap and water.

9. The NST teams are able to respond to two to four sites or complaints per day. Every location or complaint addressed is logged in a tracking system known as CMMS. Notes regarding the work performed are recorded in the CMMS system. A CMMS entry is created when the DPW and SFPD team arrive at the location and confirm the conditions to cure still exist. Before and after photographs are also taken and recorded. Each NST team has a tablet to record and log their response into CMMS.

10. Attached hereto as **Exhibit B** is a true and correct copy of a sampling of CMMS reports of NST responses.

11. Weekly reports are prepared for the locations that NST responds to each week and what work was performed. Tonnage of trash is recorded, the locations are recorded, the number of "bag and tag" procedures are recorded, training is recorded, etc.

12. Attached hereto as **Exhibit C** is a true and correct copy of a sampling of weekly reports prepared to summarize the NST weekly work.

13. If the NST team responds to a condition that involves an unhoused person unable or unwilling to move their possessions, the DPW NST team follows the "bag and tag" policy to remove and store the property. Attached hereto as **Exhibit D** is a true and correct copy of DPW's "bag and tag" policy.

///

12. It is my belief and understanding that the NST program will continue and even grow as it has proven to be an effective way to respond to complaints of encampments throughout the City.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on September 18, 2025, at San Francisco, California.

/s/ *Brittany Brandon*   9/18/25

Brittany Brandon