# EXHIBIT A
# to

**DECLARATION OF BRITTANY BRANDON IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**



# Public Works
**Neighborhood Based Street Teams**

## Dedicated Resources – Starting March 17th, 2025

**Contacts:**

**Supervisor II**: Brittany Brandon (415) 535-6842 (Tuesday through Saturday)

**Supervisor I's**: Israel Graham (415) 615-2755 and Kenneth Simmons (415) 987-67444

**Manager**: Samuel Peoples (415) 225-7024 (Monday through Friday)

**Radio Room**: (415) 695-2134 (24-Hours/7 Days)

**Legend:**

(S) = Supervisor

(GL) = General Laborer

# Tenderloin and Northern Districts

| Tenderloin/Northern Sunday and Monday 7am to 4pm | | | | | |
|---|---|---|---|---|---|
| Supervisor | General Laborers | Flat Rack Trucks | Litter Patrol Trucks | Steamers | Packer (**On-Call**) |
| 1 | 3 | 1 | 1 | 1 | 1 |
| **Team Members** <br> **Israel Graham (S) -** Jabar Mabrey (GL) - Herbert Ruth (GL) -  Glacier Johnson– (GL) | | | | | |

| Tenderloin/Northern Tuesday through Thursday 7am to 4pm | | | | | |
|---|---|---|---|---|---|
| Supervisor | General Laborers | Flat Rack Trucks | Litter Patrol Trucks | Steamers | Packer (**On-Call**) |
| 1 | 4 | 1 | 2 | 1 | 1 |
| **Team Members** <br> **Kenneth Simmons Jr. (S) –** Jose Moncada (GL) – Alvaro Castro (GL) – Jabar Mabrey – (GL) – Glacier Johnson (GL) | | | | | |



# Public Works
## Neighborhood Based Street Teams

| Tenderloin/Northern Friday and Saturday 7am to 4pm | | | | | |
|---|---|---|---|---|---|
| Supervisor | General Laborers | Flat Rack Trucks | Litter Patrol Trucks | Steamers | Packer (**On-Call**) |
| 1 | 3 | 1 | 1 | 1 | 1 |
| **Team Members** | | | | | |
| **Kenneth Simmons Jr. (S) –** Jose Moncada (GL) – Alvaro Castro (GL) – Daniel Trayer – (GL) | | | | | |

# Mission District

| Mission District Sunday and Monday 7am to 4pm | | | | | |
|---|---|---|---|---|---|
| Supervisor | General Laborers | Flat Rack Trucks | Litter Patrol Trucks | Steamers | Packer (**On-Call**) |
| 1 | 3 | 1 | 1 | 1 | 1 |
| **Team Members** | | | | | |
| **Israel Graham (S) –** Willie Mickles (GL) – Anthony Razo GL) - <mark>Rafael</mark> Salinas (GL) | | | | | |

| Mission District Tuesday through Thursday 7am to 4pm | | | | | |
|---|---|---|---|---|---|
| Supervisor | General Laborers | Flat Rack Trucks | Litter Patrol Trucks | Steamers | Packer (**On-Call**) |
| 1 | 4 | 2 | 1 | 1 | 1 |
| **Team Members** | | | | | |
| **Brittany Brandon (S) –** Willie Mickels (GL) – Louis Reed (GL) – Felix Troncoso – (GL) – Rafael Salinas(GL) | | | | | |



# Public Works
**Neighborhood Based Street Teams**

| Mission District Friday and Saturday 7am to 4pm | | | | | |
|---|---|---|---|---|---|
| Supervisor | General Laborers | Flat Rack Trucks | Litter Patrol Trucks | Steamers | Packer (**On-Call**) |
| 1 | 3 | 1 | 1 | 1 | 1 |
| **Team Members** Brittany Brandon (S) – Esteban Trujillo (GL) – Louis Reed (GL) – (GL) – Daniel Trayer (GL) | | | | | |

# Healthy Streets Operation Center (HSOC)

| HSOC Tuesday through Thursday 7am to 4pm | | | | | |
|---|---|---|---|---|---|
| Supervisor | General Laborers | Flat Rack Trucks | Litter Patrol Trucks | Steamers | Packer (**On-Call**) |
| 1 | 4 | 2 | 1 | 1 | 1 |
| **Team Members** Israel Graham (S) – Esteban Trujillo (GL) – Herbert Ruth (GL) – (GL) – Anthony Razo GL) – Daniel Trayer(GL) | | | | | |



# Public Works
**Neighborhood Based Street Teams**

# Citywide

| **Citywide** Sunday and Monday 7am to 4pm | | | | | |
|---|---|---|---|---|---|
| Supervisor | General Laborers | Flat Rack Trucks | Litter Patrol Trucks | Steamers (**On-Call**) | Packer (**On-Call**) |
| 1 | 2 | 1 | 1 | 0 | 1 |
| **Team Members** Israel Graham (S) – Antonio Lopez(GL) -- Weldon Anderson (GL) | | | | | |

| **Citywide** Tuesday through Thursday 7am to 4pm | | | | | |
|---|---|---|---|---|---|
| Supervisor | General Laborers | Flat Rack Trucks | Litter Patrol Trucks | Steamers (**On-Call**) | Packer (**On-Call**) |
| 1 | 3 | 1 | 1 | 0 | 1 |
| **Team Members** Brittany Brandon (S) – Joel Martinez (GL) - Antonio Lopez (GL) - Weldon Anderson (GL) | | | | | |

| **Citywide** Friday and Saturday 7am to 4pm | | | | | |
|---|---|---|---|---|---|
| Supervisor | General Laborers | Flat Rack Trucks | Litter Patrol Trucks | Steamers (**On-Call**) | Packer (**On-Call**) |
| 1 | 1 | 1 | 0 | 0 | 1 |
| **Team Members** Brittany Brandon (S) – Joel Martinez (GL) | | | | | |