# EXHIBIT B
# to

**DECLARATION OF BRITTANY BRANDON IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# Service Order Report (Detail)



Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES      Problem Code: Bag & Tag      Status: Work Completed
Run Time: 7/3/2025 1:48:51 PM

## DETAILS

| | |
|---|---|
| Service Order | 2580340 |
| Maintenance Department | DPW-BSES |
| Parent Service Order | No Value |
| Description | Encampment |
| Status | Work Completed |
| Asset ID | RWY-8241000 |
| Location | Leavenworth St : Eddy St - Ellis St \| Roadway |
| Asset Common Name | |
| On Street | LEAVENWORTH ST |
| From Street | EDDY ST |
| Type | Corrective |
| Priority | 1 - Official Priority |
| Problem Code | Encampment |
| Date Reported | 6/2/2025 |
| Requested By Department | DPW-BSES |
| Requested By | DPW-BSES |
| Requested By Phone | |
| Action Code | Disposed |
| Failure Code | Damaged/Dirty/Safety |
| Service Order Lead | BSES_DAY_ZB_LP1 |
| Requested Start Date | No Value |
| Work Completed Date | 6/2/2025 |
| Funding Source | DPWS001393 |
| Completion Reason | ENC - Encampment was removed |

## CREW HOURS

| Activity - Trade | Date Worked | Hours Worked | Employee/Crew | Start Time | Stop Time |
|---|---|---|---|---|---|
| 117 - CLN-GENLABOR | 6/2/2025 12:00 AM | 1.83 | JMABREY47022 | 08:39:00 | 10:29:00 |

## MEASURES

| Actions | Measures |
|---|---|
| 6 - DPW-Inspect | Number of Miscellaneous Debris - 150 |
| 54 - DPW-Litter Pick Up | Number of Miscellaneous Debris - 150 |
| 67 - DPW-Storm Clean Up | Number of Miscellaneous Debris - 150 |
| 70 - DPW-Weed Whacker | Number of Miscellaneous Debris - 150 |
| 101 - DPW-Brush Up | Number of Miscellaneous Debris - 150 |
| 109 - DPW-Litter Receptacles Overflowing | Number of Miscellaneous Debris - 150 |
| 115 - DPW-Steam | Number of Miscellaneous Debris - 150 |
| 117 - DPW-Encampment Cleanup | Number of Miscellaneous Debris - 150 |

## COMMENTS

| Created Date | Created By | Comment |
|---|---|---|
| 6/2/2025 10:05 AM | JABAR MABREY | Moved to 400 block of Leavenworth. Homeless occupants removed encampments. Dpw did a brush up and removed miscellaneous debris and bulky items and steamed the sidewalk due to arrests dpw disposed of tent due pipe and drug paraphernalia. |
| 6/2/2025 9:14 AM | JABAR MABREY | Homeless occupants removed encampments. Dpw did a brush up and removed miscellaneous debris and bulky items and steamed the sidewalk. Jasmine gave up her belongings due taking housing. |

## DOCUMENTS



# Service Order Report (Detail)



Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES          Problem Code: Bag & Tag          Status: Work Completed
Run Time: 7/3/2025 1:48:51 PM









# Service Order Report (Detail)



Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES        Problem Code: Bag & Tag        Status: Work Completed
Run Time: 7/3/2025 1:48:52 PM







# Service Order Report (Detail)

Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES          Problem Code: Bag & Tag          Status: Work Completed
Run Time: 7/3/2025 1:48:52 PM





# Service Order Report (Detail)



Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES          Problem Code: Bag & Tag          Status: Work Completed
Run Time: 7/3/2025 1:48:52 PM









# Service Order Report (Detail)



Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES      Problem Code: Encampment      Status: Work Completed
Run Time: 7/3/2025 4:07:40 PM

## DETAILS

| | |
|---|---|
| Service Order | 2555124 |
| Maintenance Department | DPW-BSES |
| Parent Service Order | No Value |
| Description | Encampment |
| Status | Work Completed |
| Asset ID | RWY-12428000 |
| Location | Taylor St : Eddy St - Ellis St | Roadway |
| Asset Common Name | |
| On Street | TAYLOR ST |
| From Street | EDDY ST |
| Type | Corrective |
| Priority | 1 - Official Priority |
| Problem Code | Encampment |
| Date Reported | 5/12/2025 |
| Requested By Department | DPW-BSES |
| Requested By | DPW-BSES |
| Requested By Phone | |
| Action Code | Disposed |
| Failure Code | Homeless Related |
| Service Order Lead | BSES_DAY_ZB_LP2 |
| Requested Start Date | No Value |
| Work Completed Date | 5/12/2025 |
| Funding Source | DPWS001393 |
| Completion Reason | ENC - Encampment was removed |

## CREW HOURS

| Activity - Trade | Date Worked | Hours Worked | Employee/Crew | Start Time | Stop Time |
|---|---|---|---|---|---|
| 117 - CLN-GENLABOR | 5/12/2025 12:00 AM | 0.80 | ACASTRO233146 | 12:36:00 | 13:24:00 |

## MEASURES

| Actions | Measures |
|---|---|
| 6 - DPW-Inspect | Number of Miscellaneous Debris - 120 |
| 54 - DPW-Litter Pick Up | Number of Miscellaneous Debris - 120 |
| 67 - DPW-Storm Clean Up | Number of Miscellaneous Debris - 120 |
| 70 - DPW-Weed Whacker | Number of Miscellaneous Debris - 120 |
| 101 - DPW-Brush Up | Number of Miscellaneous Debris - 120 |
| 109 - DPW-Litter Receptacles Overflowing | Number of Miscellaneous Debris - 120 |
| 115 - DPW-Steam | Number of Miscellaneous Debris - 120 |
| 117 - DPW-Encampment Cleanup | Number of Miscellaneous Debris - 120 |

## COMMENTS

| Created Date | Created By | Comment |
|---|---|---|
| 5/12/2025 1:25 PM | ALVARO CASTRO | Homeless opponents removed encampments. DPW did a brush up and removed miscellaneous debris and bulky items and steamed the sidewalk. |

## DOCUMENTS



# Service Order Report (Detail)



Internal Report Name: SO_Detail_ImgReport
SO Maint Dept: DPW-BSES        Problem Code: Encampment        Status: Work Completed
Run Time: 7/3/2025 4:07:40 PM

