# EXHIBIT C
# to

**DECLARATION OF BRITTANY BRANDON IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**City and County of San Francisco**



**Daniel Lurie, Mayor**
**Carla Short, Director**

**San Francisco Public Works**
**Bureau of Street Environmental Services**



**2323 Cesar Chavez**
**San Francisco, CA 94124**
**(415) 695-2011 ❑ sfpublicworks.org**

**Jonathan Vaing, Acting Superintendent**

**NEIGHBORHOOD BASED STREETS TEAM WEEKLY REPORT**

Supervisor II – Brittany Brandon
Supervisor I – Israel Graham
Supervisor I – Willie Mickles
*July 5, 2025, to July 11, 2025*

## Saturday 7/5/2025

- 15th @ Julian St
- 1900 Mission St

## Sunday 7/6/2025

- Griffith St @ Palou St
- 14th @ Stevenson St
- Erie St @ South Van ness
- 13th @ Mission St

## Monday 7/7/2025

**Mission Team Locations:**

- 6th @ Howard St
- Minna St @ 6th
- Ceaser Chavez @ South Van ness
- 16th @ Folsom St

### Tenderloin Team Locations:

- Ellis St @ Hyde St
- Leavenworth St @ Ellis St
- O'ffarell St @ Shannon St

## Tuesday 7/8/2025

### HSOC Team Locations:

- 1499 Potrero St @ Ceaser Chavez
- Newhall St @ Mendell St
- 1500 Galvez St

### Tenderloin Team Locations:

- Ellis St @ Polk St
- Willow St @ Van ness St
- Taylor St @ Turk St
- O'ffarell St @ Shannon St

### Mission Team Locations:

- Harrison St @ Merlin St
- 18th St @ Shotwell St

### Citywide Team Locations:

- Myrtle St @ Polk St
- Harrison St @ Merlin St
- Cedar St @ Polk St

## Wednesday 7/9/2025

### Mission Team Locations:

- Merlin St @ Harrison St
- 7th @ Howard St
- 13th @ Duboce St

**Tenderloin Team Locations:**

- 600 Ellis St
- Jones St @ Ellis St
- Eddy St @ Jones St
- 

**City Wide Team Locations:**

- Cedar St @ Polk St
- Myrtle St @ Polk St
- 14th @ Stevenson St

**Thursday 7/10/2025**

**HSOC Team Location:**

- Bancroft St @ Ingall St Jennings
- Barneveld St @ Jerald St
- Napolean St @ Evans St

**Mission Team Locations**:

- Cough St @ Mccoppin/Otis St
- Mission St @ Dubose St Ramp
- 13th St @ Folsom St

**Tenderloin Team Location**

- Goldengate St @ Jones St
- Ellis St @ Jones St
- Polk St @ Ellis St
- O'Farrell St @ Shannon St

**City Wide Team Locations:**

- 13th St @ Belvedere St
- 3rd St @ Geary St
- 4th St @ King St

**Friday 7/11/2025**

**Tenderloin Team Locations:**

- 100 Taylor
- 200 Taylor
- Ellis St @ Jones St
- Cedar St @ Polk St
- Myrtle St @ Polk St

**Mission Team Location:**

- 6th St @ Howard ST
- Harriet St @ Howard St
- 19th St @ Alabama St
- 17th St @ Bryant St
- 324 8th Ave

- **7/5/25 (Sat)** –Steamers.
- **7/6/25 (Sun)** – Steamer.
- **7/7/25 (Mon)** –Steamer.
- **7/8/25 (Tues)** –Steamers.
- **7/9/25 (Wed)** –Steamers.
- **7/10/25 (Thurs)** –Steamers.
- **7/11/25 (Fri)** –4th of July Holiday

## **Downed NBST Vehicles for Repairs**

- **431-6653**
- **431-6612**

## **Safety Tailgates & Trainings/Tailgates:**

Bag & Tag Policy
Cleanliness Standards

## Accidents & Injuries: 0

## Weekly Tonnage: 37,660

## BAG and TAG: 3

## Bag Count Handed out:

## Bags Picked Up in the Field:

## Needle Count:

**Pictures of the week: Documented** assignment photos provided in the weekly DDO report.

| | Date | Mabrey | Graham (S) | Harris | Trujillo (GL) | Ruth (GL) | Razo(GL) | Trayer (GL) | Salinas | Lopez | William | Anderson | Team Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | HSOC | | | | | | | |
| Sat | 7/5/25 | | | | | | | | | | | | 0 |
| Sun | 7/6/25 | | | | | | | | | | | | 0 |
| Mon | 7/7/25 | | | | | | | | | | | | 0 |
| Tues | 7/8/25 | | 620 | 1080 | | | | | | 3020 | 1040 | | 5,760 |
| Wed | 7/9/25 | | | | | | | | | | | | 0 |
| Thurs | 7/10/25 | | | 1480 | | 2860 | | 1480 | | | | | 5,820 |
| Fri | 7/11/25 | | | | | | | | | | | | 0 |
| Individual Contribution Totals | | 0 | 620 | | 0 | 2860 | 0 | 1480 | 0 | 3020 | 1040 | 0 | 11,580 |

Hot Spot Weekly Report                                                                      August 25, 2025
Page **6** of **6**

## Mission District

| Date | Mabrey | Mickles (S) | Ruth | Razo (GL) | Ricaurte (GL) | Reed (GL) | Mckneely | Trayer (GL) | Anderson | Moncada | Lopez | Team Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat 7/5/25 | | 320 | | | | | | | 180 | | | **500** |
| Sun 7/6/25 | | | | 2400 | | | 860 | | | | 940 | **4,200** |
| Mon 7/7/25 | | | | 1340 | 580 | | | | | | 380 | **2,300** |
| Tues 7/8/25 | | | | 640 | | | | | 140 | | | **780** |
| Wed 7/9/25 | | | | 1480 | | | | | 220 | | 700 | **2,400** |
| Thurs 7/10/25 | | | | 1000 | | | | | | | | **1,000** |
| Fri 7/11/25 | | | | | | | | | | | | **0** |
| Individual Contribution Totals | 0 | 320 | 0 | 6860 | 580 | 0 | 860 | 0 | 540 | 0 | 2020 | **11,180** |

## Tenderloin and Northern Districts

| Date | Simmons (S) | Graham (S) | Anderson (GL) | Ricaurte (GL) | Rodriguez | Reed | Martinez (GL) | Mabrey (GL) | Moncada (GL) | Castro (GL) | Trayer (GL) | Razo | Trujillo | Salinas | Troncosco | Reed (GL) | Lopez (GL) | Mickels (GL) | Team Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat 7/5/25 | | | | | | | | | | | | | | | | | | | **0** |
| Sun 7/6/25 | | | | | | | | | | | | | | | | | | | **0** |
| Mon 7/7/25 | | | | 580 | 240 | | | 1720 | | | | | | | | | | | **2,540** |
| Tues 7/8/25 | | | | | | | | 1600 | | | | | | | | 580 | | | **2,180** |
| Wed 7/9/25 | | | | | | 1080 | | 1700 | | | 620 | | | | | | | | **3,400** |
| Thurs 7/10/25 | | | | | | 640 | | 1360 | | | | | | | | | | | **2,000** |
| Fri 7/11/25 | | | | | | | | | | | | | | | | | | | **0** |
| Individual Contribution Totals | 0 | 0 | 580 | 1720 | 6380 | 0 | 0 | 620 | | | | | | | | | 0 | | **10,120** |

## Citywide

| Date | Brandon (S) | Graham (S) | Lopez (GL) | Martinez (GL) | Anderson (GL) | Trujillo (GL) | Ruth (GL) | Troncoso | Ruth | Mabrey | Team Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat 7/5/25 | | | | | | | | | | | **0** |
| Sun 7/6/25 | | | | | | | | | | | **0** |
| Mon 7/7/25 | | | | | | | | | | | **0** |
| Tue 7/8/25 | | | | | | | | 1500 | | | **1,500** |
| Wed 7/9/25 | | | | | | | | 940 | 480 | | **1,420** |
| Thur 7/10/25 | | | | | | | | 1,860 | | | **1,860** |
| Fri 7/11/25 | | | | | | | | | | | **0** |
| Individual Contribution Totals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4300 | 480 | 0 | **4,780** |

**City and County of San Francisco**



**Daniel Lurie, Mayor**
**Carla Short, Director**

**San Francisco Public Works**
**Bureau of Street Environmental Services**



**2323 Cesar Chavez**
**San Francisco, CA 94124**
**(415) 695-2011 ❑ sfpublicworks.org**

**Jonathan Vaing, Acting Superintendent**

## NEIGHBORHOOD BASED STREETS TEAM WEEKLY REPORT

**Supervisor II – Brittany Brandon**
**Supervisor I – Israel Graham**
**Supervisor I – Willie Mickles**
*May 31, 2025, to June 6, 2025*

### Saturday 5/31/2025

- 16th @ Florida St
- Polk St @ Myrtle St
- Hemlock St @ Polk St

### Sunday 6/1/2025

- Eddy St @ Mason St
- Taylor St @ Turk St
- 13th @ Mission

### Monday 6/2/2025

**Mission Team Locations**:

- 15th @ Shotwell St
- 17th @ Shotwell St
- 44th @ Taravel St
- Ceaser Chavez St @ South Van ness

**Tenderloin Team Locations:**

- Leavenworth St @ Eddy St
- Taylor St @ Eddy
- Jones St @ Ellis St
- 391 Ellis

## Tuesday 6/3/2025

**HSOC Team Locations:**

- Palou St @ Crisp St
- Indiana St @ Ceaser Chaves St

**Tenderloin Team Locations:**

- Leavenworth ST @ Ellis and Eddy St
- Hyde St @ Eddy St
- Ellis St @ Polk St and Larkin St
- 6Th @ Howard St

**Mission Team Locations**:

- Bryant St @ Dore St
- 6th St @ Howard St

**Citywide Team Locations:**

## Wednesday 6/4/2025

**Mission Team Locations:**

**Tenderloin Team Locations:**

- 500/600/700 Leavenworth St

- Leavenworth St @ Eddy St
- Leavenworth St @ Ellis St

### City Wide Team Locations:

- Ivy St @ Buchanan St
- 200 blk Ivy St
- Octavia St @ Paige St
- 22nd St @ Shotwell St
- 23rd St @ Folsom St

## Thursday 6/5/2025

### HSOC Team Location:

- Carroll St @ Ingalls St
- Egbert St @ Newhall St

### Mission Team Locations:

- 16th St @ Florida St
- 16th St @ Capp St
- 14$^{th\ St}$ @ Stevenson St

### Tenderloin Team Location:

- 200 Taylor St @ Eddy/Ellis
- Geary St @ Taylor St
- O'Farrell St @ Jones St

### City Wide Team Locations:

- Myrtle St @ Polk/Larkin St
- Lyon St @ Oak St
- Harriet St @ Howard St

## Friday 6/6/2025

### Tenderloin Team Locations:

- 200 Taylor St @ Eddy/ Ellis
- 400 jones St
- Leavenworth St @ Ellis / Eddy St

**Mission Team Locations:**

- 6th St @ Howard St
- 6th St @ Natomas St
- Folsom St @ Harriet St

- **5/31/25 (Sat)** –Steamers.
- **6/1/25 (Sun)** – Steamer.
- **6/2/25 (Mon)** –Steamer.
- **6/3/25 (Tues)** –Steamers.
- **6/4/25 (Wed)** –Steamers.
- **6/5/25 (Thurs)** –Steamers.
- **6/6/25 (Fri)** –Steamers.

# Downed NBST Vehicles for Repairs

- **431-6612**
- **431-6653**
- **431-00183**
- **431-00289**

**Safety Tailgates & Trainings/Tailgates:**

**Accidents & Injuries: 0**

**Weekly Tonnage: 27,040**

## BAG and TAG:

## Bag Count Handed out:

## Bags Picked Up in the Field:

## Needle Count:

**Pictures of the week: Documented** assignment photos provided in the weekly DDO report.

| | Tenderloin and Northern Districts | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Simmons (S) | Graham (S) | Anderson (GL) | Johnson (GL) | Harris | Ruth (GL) | Martinez (GL) | Mabrey (GL) | Moncada (GL) | Castro (GL) | Trayer (GL) | Razo | Trujillo | Salinas | Troncosco | Reed (GL) | Lopez (GL) | Mickels (GL) | Team Total |
| Sat | 5/31/25 | | | 1120 | | 380 | | | | | | 380 | | | | | 800 | | | **2,680** |
| Sun | 6/1/25 | | | | 600 | | | | | | | | | | | | | 1,040 | | **1,640** |
| Mon | 6/2/25 | | | | | | | | 1120 | | | | 1380 | | | | | 320 | | **2,820** |
| Tues | 6/3/25 | | 1360 | 1780 | | | | | 2680 | | | 860 | | | | | 2640 | 1480 | | **10,800** |
| Wed | 6/4/25 | | 2380 | 1420 | | | | | 2300 | | | | 440 | | | | 300 | | | **6,840** |
| Thurs | 6/5/25 | | | 860 | | 180 | 420 | | 800 | | | | | | | | | | | **2,260** |
| Fri | 6/6/25 | | | | | | | | | | | | | | | | | | | **0** |
| Individual Contribution Totals | | 0 | 3740 | | 600 | | 420 | | 6900 | 0 | 0 | 1240 | | | | | | 0 | | **27,040** |