# EXHIBIT A
# to

**DECLARATION OF STEVEN DUONG IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# Zone B
## City Hall/Soma/Downtown/TL/Polk
### 8:00AM - 4:30PM

DAY: S / M / T / W / T / F / S        DATE:      /        /         LEAD:                Radio #

| Name | Location | Work Phone | Start Time | Work | Sign-in Signature | Sign-out Signature |
|---|---|---|---|---|---|---|
| **Tool Box Location** | **Southwest McAllister X Larkin #2010** | | | | **ZONE- B PAGE 1** | |
| VACANT | Larkin:/Fulton/9th St. | | 8AM-4:30PM | Tue-Sat | | |
| **Tool Box Location** | **O'Farrell X Larkin #A464** | | | | | |
| Gregory Tucker | Geary: Van Ness to Jones | 415-937-3581 | 8AM-4:30PM | Tue-Sat | | |
| Jamar Simpson | Polk: McAllister-Market/Hayes | 415-238-6760 | 8AM-4:30PM | Tue-Sat | | |
| VACANT | Hyde: McAllister-Mission | | 8AM-4:30PM | Tue-Sat | | |
| Bill Jay Puzon Perez | McAllister: Larkin-Jones/ 7th/ Stevenson | 510-417-9202 | 8AM-4:30PM | Tue-Sat | | |
| Sio Laulusa | O'Farrell : Van Ness to Taylor St. | 415-941-8748 | 8AM-4:30PM | Tue-Sat | | |
| Venice Clayton | Post: Polk to Taylor | 480-266-0765 | 8AM-4:30PM | Tue-Sat | | |
| VACANT | Sutter : Taylor to Polk Van Ness-Taylor | | 8AM-4:30PM | Tue-Sat | | |
| VACANT | TL #4-Hyde: Geary to Golden Gate | | 8AM-4:30PM | Tue-Sat | | |
| David Zapletal | TL #4-Hyde: Geary to Golden Gate | 650-457-3903 | 8AM-4:30PM | Tue-Sat | | |
| Uniqua Mackey | TL #6-Turk St.:Polk to Taylor St. | 510-424-4581 | 8AM-4:30PM | Tue-Sat | | |
| Paul Banks | TL#5 Leavenworth- Geary to McAllister | 510-990-5977 | 8AM-4:30PM | Tue-Sat | | |
| Noel Laulusa | TL#5 Leavenworth- Geary to McAllister | 415-465-9146 | 8AM-4:30PM | Tue-Sat | | |

| Name | Location | Work Phone | Start Time | Work | Sign-in Signature | Sign-out Signature |
|---|---|---|---|---|---|---|
| **Tool Box Location** | **McAllister X Leavenworth #2010** | | | **ZONE-B PAGE 2** | | |
| **VACANT** | TL Route#2 (Ellis: Polk to Taylor) | | 8AM-4:30PM | Tue-Sat | | |
| James Cohn | TL #1-Market: 5th to 8th | 415-269-1508 | 6AM-2:30PM | Tue-Sat | | |
| Trung Vi Lam | UN plaza: Market (Inside and perimeter) | 415-283-8057 | 6AM-2:30PM | Tue-Sat | | |
| **Tool Box Location** | **Hallidae Plaza (Market X 5th) #2010 1st & 2nd FL** | **Yellow Box 1st FL** | | | | |
| Hiubert Mendoza | 6th: Market to Howard (East) | 510-551-2156 | 6AM-2:30PM | Tue-Sat | | |
| Taveo Wilson | 6th: Market to Howard (West) | 415-424-1967 | 6AM-2:30PM | Tue-Sat | | |
| Isaac J Baker | Market: 2nd to 5th Street | 415-261-4064 | 6AM-2:30PM | Tue-Sat | | |
| Russell Eric Winston | Mission: 3rd to 8th Street | 510-246-9306 | 6AM-2:30PM | Tue-Sat | | |
| Jatyra Chandler | Hallidae Plaza: Market X 5th Street | 415-900-8903 | 8AM-4:30PM | Tue-Sat | | |
| Marcus McKinnon | TL Route#2 (Ellis: Polk to Taylor) | 415-574-9434 | 8AM-4:30PM | Tue-Sat | | |
| **VACANT** | TL Route#3 (Eddy. Polk to Taylor) | | 8AM-4:30PM | Tue-Sat | | |
| **VACANT** | TL Route#3 (Eddy: Polk to Taylor) | | 8AM-4:30PM | Tue-Sat | | |
| **VACANT** | Taylor st: Market to O'Farrell | | 8AM-4:30PM | Tue-Sat | | |

| Name | Location | Work Phone | Start Time | Work | Sign-in Signature | Sign-out Signature |
|---|---|---|---|---|---|---|
| **Tool Box Location** | **Don Chee Way #2010** | | | **ZONE-B PAGE 3** | | |
| Wanhua Lin | Harry Bridges Plaza/Embarcadero | 626-592-8976 | 8AM-4:30PM | Tue-Sat | | |
| Shuzhuang Liu | Justin Herman Plaza/Steuart | 626-684-8372 | 8AM-4:30PM | Tue-Sat | | |
| Bao Chi Le | Market - Stuart to 2nd St.- Mechanic Plaza | 415-539-7842 | 8AM-4:30PM | Tue-Sat | | |
| **Tool Box Location** | **12th Street X South Van Ness #0464** | | | | | |
| **Tool Box Location** | **Mcallister x Larkin #0464** | | | | | |
| Eric Thompson | Van Ness: Market to Goldenagte | 415-571-6730 | 8AM-4:30PM | Tue-Sat | | |
| Aaron Patrick | Van Ness: Goldengate to Geary | 510-603-1108 | 8AM-4:30PM | Tue-Sat | | |
| **Tool Box Location** | **Larkin x Pine #0464** | | | | | |
| Wayne A. Ellis | Van Ness: Geary to California | 415-573-9852 | 8AM-4:30PM | Tue-Sat | | |
| Eduardo Hernandez | Van Ness: California to Pacific | 415-798-4620 | 8AM-4:30PM | Tue-Sat | | |
| **Tool Box Location** | **Van Ness x Filbert #** | | | | | |
| Pelenise Olomua | Van Ness: Pacific to Filbert | 628-999-2362 | 8AM-4:30PM | Tue-Sat | | |