# EXHIBIT B
# to

**DECLARATION OF STEVEN DUONG IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# Zone A - B
## City Hall/Soma/Downtown/Polk/Post
## 11:00AM - 7:30PM

DAY: S / M / T / W / T / F / S       DATE:    /    /       LEAD:                Radio #

| Name | Location: Tool Box/Routes | Work Phone | Start Time | Work | Sign-in Signature | Sign-out Signature |
|---|---|---|---|---|---|---|
| Tool Box Location | Market & 5th st. Halidae Plaza #2010 1st FLR | | | | A/B PAGE 1 | |
| Huaying Tang | Hallidae Plaza: Market X 5th St. to 4th St. | 415-971-4667 | 11:00 AM-7:30PM | Sun-Thur | | |
| vacant | Market: 7th to 10th Street | | 11:00AM-7:30PM | Sun-Thur | | |
| vacant | 7th St. Market St. to Folsom St. | | 11:00AM-7:30PM | Fri-Mon | | |
| vacant | 8th St. Market to Folsom St. | | 11:00AM-7:30PM | Fri-Mon | | |
| Tool Box Location | Market & 5th St. Halidae Plaza #2010 | | | | | |
| | 5th St. Market St. to Harrison St. | | 11:00AM-7:30PM | Fri-Mon | | |
| Tool Box Location | Market & 5th St. Halidae Plaza Downstair #288 | | | | | |
| Derrick McCann | 6th St. Market St. to Howard St. (Sun/Mon only) | 415-424-5990 | 11:00 AM-7:30 PM | Sun-Thur | | |
| Derrick McCann | 5th St. Market St. to Harrison St. (Tue-Thur) | 415-424-5990 | 11:00 AM-7:30 PM | Sun-Thur | | |
| vacant | Eddy st. Cyril Magnin st to Leavenworth | | 11:00 AM-7:30 PM | Tues- Sat | | |
| Tool Box Location | | | | | | |
| Dominic Eik | Post St. Van Ness to Hyde St. | 415-481-2576 | 11:00 AM-7:30 PM | Sun-Thur | | |
| vacant | Sutter St. Van Ness to Hyde St. | | 11:00 AM-7:30 PM | Sun-Thur | | |
| vacant | Sutter St. Hyde to Mason St. | | 11:00 AM-7:30 PM | Sun-Thur | | |
| Gerald Billman | Post St. Hyde to Mason St. | 510-912-3735 | 11:00 AM-7:30 PM | Sun-Thur | | |
| Tool Box Location | McAllister & Larkin St. #464 | | | | | |
| vacant | Hyde St. McAllister to Geay St. | | 11:00 AM- 7:30 PM | Fri-Mon | | |
| vacant | Larkin St. McAllister to Geary St. | | 11:00 AM- 7:30 PM | Sun-Thur | | |
| Juan Jones | Polk St.- McAllister to Geary St. | 415-601-3365 | 11:00 AM-7:30 PM | Tues- Sat | | |

| Tool Box Location | McCoppin & Gough St. #2010 | | | | A/B PAGE 2 | |
|---|---|---|---|---|---|---|
| vacant | 12th St. Market S. to Mission St.<br>Mission St. Van ness to Gough St.<br>Brady St. Mission St. to Mark St.<br>Market St. Van Ness to Gough St. | | 11:00 AM-7:30 PM | Fri-Mon | | |
| Samuel Jordan | Gough St. Market to McCoppin St.<br>McCoppin St. Gough to Valencia St.<br>Stevenson Alley- Gough to Brady St.<br>Market St. Gough St. to Octavia St. | 415-261-5943 | 11:00 AM-7:30 PM | Sun-Thur | | |
| Dontaz Combs | Otis St. McCoppin to 13th St.<br>Duboce St. St. Mission St. to Valencia St.<br>Valencia St. Duboce St. to Market St.<br>Stevenson St. Duboce to McCoppin St. | 415-724-5861 | 11:00 AM-7:30 PM | Sun-Thur | | |
| Tool Box Location | Market & 5th St. Halidae Plaza#2010 | | | | | |
| Juming Liang | Hallidae Plaza: Market X 5th St. to 4th St. | 415-748-4608 | 11:00 AM-7:30PM | Tues- Sat | | |
| Jose Ortega | U.N Plaza: Market Inside and Perimeter | 650-922-1160 | 11:00AM-7:30PM | Tues- Sat | | |
| Renato A Bamba | Market St.: 5th St. to 8th St. | 415-879-7992 | 11:00AM-7:30PM | Tues- Sat | | |
| Peter Gichuhi | 6th St. Market St. to Howard St. | 510-417-7292 | 11:00AM-7:30PM | Tues- Sat | | |
| Ladell Greene | 6th St. Market St. to Howard St. | 415-840-5527 | 11:00AM-7:30PM | Tues- Sat | | |
| Matthew Liang | Mission: 3rd St. to 8th St. | 415-218-7017 | 11:00AM-7:30PM | Tues- Sat | | |