DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4655 (Steeley)
               (415) 554-4223 (George)
               (415) 554-6762 (Murphy)
               (415) 554-3901 (Wald)
Facsimile:     (415) 554-4699
E-Mail:        tara.steeley@sfcityatty.org
               john.george@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,

　　　　Plaintiffs,

　　vs.

CITY AND COUNTY OF SAN FRANCISCO, a California public entity,

　　　　Defendant.

Case No. 4:24-cv-01562-JST

**DECLARATION OF COMMANDER SCOTT BIGGS IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Hearing Date:     October 27, 2025
Time:             8:30 a.m.
Place:            Courtroom 6, 2nd Floor
                  1301 Clay Street
                  Oakland, CA 94612

Trial Date:       August 10, 2026

I, Commander Scott Biggs, declare:

1. I have personal knowledge of the matters stated herein, and if called and sworn as a witness could and would competently testify thereto.

2. I am a Commander employed by the San Francisco Police Department ("SFPD") in the Field Operations Bureau, Mid-City Division. I have been employed by SFPD since July 2002. I oversee the Tenderloin and Mission Districts, the Narcotics Unit, the Fugitive Recovery Unit, and SFPD's HSOC officers. In addition, I oversee the Drug Market Agency Coordination Center ("DMACC").

3. DMACC is a multi-agency effort that aims to enforce against drug markets in the Tenderloin and South of Market Neighborhoods, in particular to address the fentanyl crisis. DMACC was launched in May 2023 and continues today.

4. DMACC brings together agencies across the City, state and federal governments to disrupt drug dealing, public drug use, and illegal sales of stolen goods. While DMACC is run by SFPD and acts as a law enforcement tool, additional City agencies operate with DMACC to provide outreach to connect people to treatment, shelter, and care. DMACC has brought together approximately 20 different agencies, including local, state and federal law enforcement agencies as well as other agencies such as the San Francisco Fire Department ("SFPD"), Department of Public Works ("DPW"), Department of Emergency Management ("DEM"), Department of Public Health ("DPH"), and the Department of Homelessness and Supportive Housing ("HSH"). DEM provides emergency dispatching service and coordinates the Neighborhood Street Teams ("NST"); DPW provides street and sidewalk cleaning and also lead the illegal vending on streets; DPH assists to provide treatment, and HSH assists to provide shelter.

5. On February 12, 2025, Mayor Daniel Lurie signed into law his Fentanyl State of Emergency Ordinance that sought to make DMACC a permanent entity. DMACC now utilizes a Crisis Stabilization Center, in partnership with DPH, that operates 24 hours a day, 7 days per week, where SFPD officers work with the San Francisco Fire Department to refer people struggling on the streets rather than to an emergency room or jail.

6.     As part of DMACC operations, SFPD holds monthly meetings at the Tenderloin Police Station and invites community members to provide input regarding conditions and observations in their neighborhood. As a result of those meetings and the collaboration with the station Captain, DMACC and SFPD deploys resources to those areas.

7.     Just a small example of DMACC's work and coordination includes an effort on September 3, 2025 in which SFPD made 60 arrests in coordination with a number of SFPD teams, including DMACC. These types of operations are expected to continue in the Tenderloin.

8.     DMACC is heavily coordinated between multiple agencies. This is not a strictly law enforcement effort, but the strengths and expertise of City agencies are leveraged to address the multi-faceted conditions in the Tenderloin.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on September 19, 2025, at San Francisco, California.


_____
/s/ *Scott Biggs*
Commander Scott Biggs