LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>**DECLARATION OF ASHCON MINOIEFAR IN SUPPORT OF PLAINTIFFS' STATEMENT TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:    Unassigned |

1

1  I, Ashcon Minoiefar, declare as follows:

2  1. I am an attorney duly admitted to practice before this Court. I am an associate with Walkup, Melodia, Kelly & Schoenberger, attorneys of record for ALL PLAINTIFFS. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration based in support of Plaintiffs' Statement in Support of Whether Plaintiffs' Deposition Transcripts and Related Exhibits Should Be Sealed.

2. Below is a table of the portions of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction sought to remain under seal:

| DOCUMENT | PORTION TO BE FILED UNDER SEAL | ORDER |
|---|---|---|
| **Exhibit 1** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Jane Roe. | Family member's identifying information on page 27, lines 3 through 5. | |
| **Exhibit 1** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Jane Roe. | Identifying information relating to the address of Jane Roe on page 106, lines 12 through 20. | |
| **Exhibit 1** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Jane Roe. | Identifying information relating to the address of Jane Roe on page 117, lines 14 through 16. | |
| **Exhibit 1** to the Declaration of Abigail Wald | Identifying information relating to the address of | |

| | | |
|---|---|---|
| in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Jane Roe. | Jane Roe on page 138 lines 1 through 2. | |
| **Exhibit 1** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Jane Roe. | Identifying information relating to the address of Jane Roe on page 143 lines 4 through 12. | |
| **Exhibit 2** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Jane Roe's residence and address. | |
| **Exhibit 3** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | |
| **Exhibit 4** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | |
| **Exhibit 5** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for | The entire photograph of Jane Roe's residence and address. | |

DECLARATION OF ASHCON MINOIEFAR ISO PLAINTIFFS' STATEMENT TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED - CASE NO. 4:24-cv-01562-JST

| | | | |
|---|---|---|---|
| 1 | Preliminary Injunction Filed Under Seal. | | |
| 2 | **Exhibit 6** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | **Exhibit 7** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Exhibit 8** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | **Exhibit 9** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | **Exhibit 10** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Exhibit 11** to the Declaration of Abigail Wald in Support of Defendant City and County of San | Identifying information relating to the address of John Roe on page 69 lines 4, 8, 13, 17, and 22. | |
| 28 | | | |

| | | |
|---|---|---|
| Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | | |
| **Exhibit 11** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 88 line 19, page 89 lines 1-5, 9, 17 and 21. | |
| **Exhibit 11** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 118 lines 2, 6-7, 9, 16, and 24. | |
| **Exhibit 11** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 129 line 4. | |
| **Exhibit 11** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 130 lines 2 and 24. | |
| **Exhibit 11** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to | Identifying information relating to the address of John Roe on page 156 line 15.. | |

| | | |
|---|---|---|
| Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | | |
| **Exhibit 11** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 158 line 1. | |
| **Exhibit 11** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 159 line 8. | |
| **Exhibit 12** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | All four photographs in their entirety of John Roe's residence and address. | |
| **Exhibit 14** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Barbara Roe. | The identifying information of Barbara Roe on page 32 lines 9 through 10. | |
| **Exhibit 14** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction | The addresses of Barbara Roe on page 32 line25. | |

| | | | |
|---|---|---|---|
| 1 2 | Filed Under Seal, Deposition of Barbara Roe. | | |
| 3 4 5 6 | **Exhibit 15** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Barbara Roe's residence and address. | |
| 7 8 9 10 11 | **Exhibit 16** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Barbara Roe's residence and address. | |
| 12 13 14 15 16 | **Exhibit 17** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Barbara Roe's residence and address. | |
| 17 18 19 20 21 | **Exhibit 18** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Barbara Roe's residence and address. | |
| 22 23 24 25 26 | **Exhibit 19** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Barbara Roe's residence and address. | |
| 27 28 | **Exhibit 22** to the Declaration of Abigail Wald in Support of Defendant City and County of San | The address of Mary Roe on page 62 lines 2 through 6. | |

| | | |
|---|---|---|
| Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Mary Roe. | | |
| **Exhibit 23** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Mary Roe's residence and address. | |
| **Exhibit 24** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Mary Roe's residence and address. | |
| **Exhibit 25** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Mary Roe's residence and address. | |
| **Exhibit 26** to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Mary Roe's residence and address. | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

///

///

8

DECLARATION OF ASHCON MINOIEFAR ISO PLAINTIFFS' STATEMENT TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED - CASE NO. 4:24-cv-01562-JST

Executed on this 29th day of September, 2025, at San Francisco, California.

_____
Ashcon Minoiefar

# PROOF OF SERVICE

**Jane Roe, et al. v. City and County of San Francisco, et al.
USDC-Northern California Case No. 4:24-cv-01562-JST**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place, My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

**DECLARATION OF ASHCON MINOIEFAR IN SUPPORT OF PLAINTIFFS' STATEMENT TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED**

to:

| | |
|---|---|
| Shanin Specter, Esq. (Admitted Pro Hac Vice) <br> Alex Van Dyke, Esq. <br> KLINE & SPECTER, P.C. <br> 1525 Locust Street <br> Philadelphia, PA 19102 | **Co-Counsel for Plaintiffs** <br><br> Telephone: (215) 772-1000 <br> shanin.specter@klinespecter.com <br> alex.vandyke@klinespecter.com <br> escalanteyleana@uclawsf.edu |
| David Chiu, Esq., City Attorney <br> Yvonne R. Meré, Esq., Chief Deputy City Attorney <br> Wayne Snodgrass, Esq., Deputy City Attorney <br> Tara M. Steeley, Esq., Deputy City Attorney <br> Thomas S. Lakritz, Esq., Deputy City Attorney <br> John H. George, Esq., Deputy City Attorney <br> Kaitlyn M. Murphy, Esq., Deputy City Attorney <br> Deputy City Attorneys <br> City Hall, Room 234 <br> 1 Dr. Carlton B. Goodlett Place <br> San Francisco, CA  94102-4682 | **Counsel for City and County of San Francisco** <br><br> Steeley Direct: (415) 554-4655 <br> Lakritz Direct: (145) 554-4628 <br> George Direct:  (415) 554-4223 <br> Murphy Direct:  (415) 554-6762 <br> Facsimile: (415) 554-4699 <br> Mere Direct:  (415) 554-4700 <br> Mere Facsimile:  (415) 554-4757 <br> Yvonne.Mere@sfcityatty.org <br> tara.steeley@sfcityatty.org <br> tom.lakritz@sfcityatty.org <br> john.george@sfcityatty.org <br> kaitlyn.murphy@sfcityatty.org <br> anita.murdock@sfcityatty.org <br> sophia.garcia@sfcityatty.org <br> winnie.fong@sfcityatty.org <br> holly.chin@sfcityatty.org <br> pamela.cheeseborough@sfcityatty.org <br> Elizabeth.coolbrith@sfcityatty.org |

---

1

DECLARATION OF ASHCON MINOIEFAR ISO PLAINTIFFS' STATEMENT TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED - CASE NO. 4:24-cv-01562-JST

| | | |
|---|---|---|
| 1 | John K. Dipaolo, Esq.<br>General Counsel | **Counsel for Plaintiff College of the Law, San Francisco** |
| 2 | Secretary to the Board of Directors<br>College of the Law, San Francisco | (related case USDC-Northern California case #4:20-cv-03033-JST) |
| 3 | 200 McAllister Street<br>San Francisco, CA 94102 | Telephone: (415) 565-4787 |
| 4 | | Facsimile: (415) 565-4825<br>dipaolojohn@uchastings.edu |
| 5 | | |
| 6 | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq. | **Counsel for Proposed Intervenors Hospitality House; Coalition on** |
| 7 | Public Interest Law Project<br>449 15th Street, Suite 301 | **Homelessness; and Faithful Fools**<br>(related case USDC-Northern California |
| 8 | Oakland, CA 94612-06001 | case #4:20-cv-03033-JST) |
| 9 | | Office: (510) 891-9794<br>Fax: (510) 891-9727 |
| 10 | | lhansen@pilpca.org<br>mmorris@pilpca.org |
| 11 | | |
| 12 | Lili V. Graham, Esq.<br>Disability Rights California | **Counsel for Proposed Intervenors Hospitality House; Coalition on** |
| 13 | 350 S. Bixel Street Suite 290<br>Los Angeles, CA 90017-1418 | **Homelessness; and Faithful Fools**<br>(related case USDC-Northern California |
| 14 | | case #4:20-cv-03033-JST) |
| 15 | | Office: (213) 213-8000<br>Fax: (213) 213-8001 |
| 16 | | lili.graham@disabilityrightsca.org |
| 17 | | |
| 18 | Michael David Key, Esq.<br>Jessica Berger, Esq. | **Counsel for Proposed Intervenors Hospitality House; Coalition on** |
| 19 | Bay Area Legal Aid<br>1454 43rd Avenue | **Homelessness; and Faithful Fools**<br>(related case USDC-Northern California |
| 20 | San Francisco, CA 94122 | case #4:20-cv-03033-JST) |
| 21 | | Office: (415) 982-1300<br>Fax: (415) 982-4243 |
| 22 | | mkeys@baylegal.org<br>jberger@baylegal.org |
| 23 | | |
| 24 | John Thomas H. Do, Esq.<br>ACLU Foundation of Northern | **Counsel for Amicus Curiae (ACLU Foundation of Northern** |
| 25 | California<br>39 Drumm Street | **California)**<br>(related case USDC-Northern California |
| 26 | San Francisco, CA 94111 | case #4:20-cv-03033-JST) |
| 27 | | Office: (415) 621-2943<br>jdo@aclunc.org |
| 28 | | |

2

DECLARATION OF ASHCON MINOIEFAR ISO PLAINTIFFS' STATEMENT TO CONSIDER
WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED - CASE NO. 4:24-cv-01562-JST

1
2    **BY ELECTRONIC TRANSMISSION:** Pursuant to CCP 1010.6(e), I caused the above-titled document(s) to be electronically served on the persons at the
3    electronic service addresses listed.
4    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of
5    a member of the bar of this Court at whose direction the service was made.
6    Executed on September 29, 2025, at San Francisco, California.
7
8    _____
     Kirsten Benzien
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
DECLARATION OF ASHCON MINOIEFAR ISO PLAINTIFFS' STATEMENT TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED - CASE NO. 4:24-cv-01562-JST