UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 24-cv-01562-JST<br><br>**AMENDED SCHEDULING ORDER; ORDER RE: DISCOVERY** |

Based on the Court's review of the parties' joint case management statement, ECF No. 109, and good cause appearing, the Court now orders as follows:

1. The evidentiary hearing scheduled for October 27-30, 2025, is vacated;

2. Plaintiffs' reply brief in support of their motion for preliminary injunction is due November 7, 2025;

3. Defendant may file a sur-reply by November 21, 2025;

4. Plaintiffs may take the depositions of the following persons, all of whom provided declarations in support of Defendant's opposition, prior to filing their reply:

　　a.　Dr. Susan Philip

　　b.　Lt. Wayman Young[1]

　　c.　Commander Scott Biggs

5. Plaintiffs may seek the depositions of Joe Wilson and Tyler TerMeer prior to filing their reply. The Court does not now order that such persons must sit for deposition because neither person provided a declaration in support of Defendant's opposition and neither person is

---

[1] Incorrectly identified as "Ayman Young" in the parties' joint case management statement.

1  identified in the City's opposition brief, ECF No. 105.  Any objection to the deposition of Mr.

2  Wilson or Mr. TerMeer by those third parties or by the City shall be presented to Magistrate Judge

3  Illman for resolution.

4  **IT IS SO ORDERED.**

5  Dated:  October 2, 2025



JON S. TIGAR
United States District Judge