LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 772-1359

ATTORNEYS FOR ALL PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>PLAINTIFFS' [PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED.<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6<br><br>Action Filed: 03/14/2024<br>Trial Date:   Unassigned |

[PROPOSED] ORDER

The Court, having fully considered the papers and arguments presented by the parties, hereby grants the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Defendant City and County of San Francisco. The following documents will remain sealed, as follows:

| DOCUMENT | PORTION TO BE FILED UNDER SEAL | ORDER |
| --- | --- | --- |
| Exhibit 1 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Jane Roe. | Family member's identifying information on page 27, lines 3 through 5. | Granted. |
| Exhibit 1 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Jane Roe. | Identifying information relating to the address of Jane Roe on page 106, lines 12 through 20. | Granted. |
| Exhibit 1 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Jane Roe. | Identifying information relating to the address of Jane Roe on page 117, lines 14 through 16. | Granted. |
| Exhibit 1 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction | Identifying information relating to the address of Jane Roe on page 138 lines 1 through 2. | Granted. |

| | | |
|---|---|---|
| Filed Under Seal, Deposition of Jane Roe. | | |
| Exhibit 1 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Jane Roe. | Identifying information relating to the address of Jane Roe on page 143 lines 4 through 12. | Granted. |
| Exhibit 2 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Jane Roe's residence and address. | Granted. |
| Exhibit 3 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | Granted. |
| Exhibit 4 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | Granted. |
| Exhibit 5 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Jane Roe's residence and address. | Granted. |
| Exhibit 6 to the Declaration of Abigail Wald in Support of Defendant | The entire photograph of the area surrounding Jane Roe's residence and | Granted. |

| | | |
|---|---|---|
| City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | address. | |
| Exhibit 7 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | Granted. |
| Exhibit 8 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | Granted. |
| Exhibit 9 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | Granted. |
| Exhibit 10 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of the area surrounding Jane Roe's residence and address. | Granted. |
| Exhibit 11 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 69 lines 4, 8, 13, 17, and 22. | Granted. |

| | | |
|---|---|---|
| Exhibit 11 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 88 line 19, page 89 lines 1-5, 9, 17 and 21. | Granted. |
| Exhibit 11 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 118 lines 2, 6-7, 9, 16, and 24. | Granted. |
| Exhibit 11 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 129 line 4. | Granted. |
| Exhibit 11 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 130 lines 2 and 24. | Granted. |
| Exhibit 11 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 156 line 15.. | Granted. |
| Exhibit 11 to the | Identifying information | Granted. |

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTINO TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED. - CASE NO. 4:24-cv-01562-JST

| | | |
|---|---|---|
| Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | relating to the address of John Roe on page 158 line 1. | |
| Exhibit 11 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of John Roe. | Identifying information relating to the address of John Roe on page 159 line 8. | Granted. |
| Exhibit 12 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | All four photographs in their entirety of John Roe's residence and address. | Granted. |
| Exhibit 14 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Barbara Roe. | The identifying information of Barbara Roe on page 32 lines 9 through 10. | Granted. |
| Exhibit 14 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Barbara Roe. | The addresses of Barbara Roe on page 32 line25. | Granted. |
| Exhibit 15 to the Declaration of Abigail Wald in Support of Defendant | The entire photograph of Barbara Roe's residence and address. | Granted. |

| | | |
|---|---|---|
| City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | | |
| Exhibit 16 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Barbara Roe's residence and address. | Granted. |
| Exhibit 17 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Barbara Roe's residence and address. | Granted. |
| Exhibit 18 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Barbara Roe's residence and address. | Granted. |
| Exhibit 19 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Barbara Roe's residence and address. | Granted. |
| Exhibit 22 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal, Deposition of Mary Roe. | The address of Mary Roe on page 62 lines 2 through 6. | Granted. |

| Exhibit 23 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Mary Roe's residence and address. | Granted. |
|---|---|---|
| Exhibit 24 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Mary Roe's residence and address. | Granted. |
| Exhibit 25 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Mary Roe's residence and address. | Granted. |
| Exhibit 26 to the Declaration of Abigail Wald in Support of Defendant City and County of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction Filed Under Seal. | The entire photograph of Mary Roe's residence and address. | Granted. |

IT IS SO ORDERED.

DATE: October 8, 2025

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT