DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
SABRINA M. BERDUX, State Bar #248927
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (415) 554-5960 (George)
              (415) 554-6762 (Murphy)
              (415) 554-3929 (Berdux)
              (415) 554-3901 (Wald)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              sabrina.m.berdux@sfcityatty.org
              abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>       Plaintiffs,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>       Defendant. | Case No. 4:24-cv-01562-JST<br><br>**DEFENDANT'S NOTICE OF COMPLIANCE WITH ECF NO. 111 – PUBLIC RECORDS FILED IN CONNECTION WITH DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Trial Date:      August 10, 2026 |

Pursuant to ECF No. 111, Defendant City and County of San Francisco hereby refiles redacted and unsealed versions of records submitted in connection with Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction.

Dated: October 22, 2025

        DAVID CHIU
        City Attorney
        YVONNE R. MERÉ
        Chief Deputy City Attorney
        TARA M. STEELEY
        JOHN H. GEORGE
        KAITLYN M. MURPHY
        SABRINA M. BERDUX
        ABIGAIL H. WALD
        Deputy City Attorneys

By:    /s/*John H. George*
      JOHN H. GEORGE

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO