UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST-RMI<br><br>**STIPULATION AND [PROPOSED] ORDER** |

<a>
</a>

The undersigned parties stipulate as follows:

Magistrate Judge Robert M. Illman held a discovery hearing on October 28, 2025, and ruled that plaintiffs could depose third-party witnesses Joe Wilson and Dr. Tyler TerMeer, but that such depositions be conducted remotely and be limited in time to two hours or less.

Magistrate Judge Illman also ordered plaintiffs' counsel to obtain dates that these third party witnesses and their counsel would be available for deposition. Magistrate Judge Robert M. Illman also ordered the parties to meet-and-confer and propose a deadline by which the depositions were to occur, and to submit a report and proposed stipulation to his court by October 30, 2025.

Plaintiffs' counsel conferred with counsel for the third-party witnesses. The deposition of Joe Wilson is scheduled to occur starting at 10 a.m. on November 14, 2025. Plaintiffs' counsel is waiting to hear back from counsel for Dr. TerMeer about his availability on November 13, or the afternoon of November 14. Counsel for defendant City and County of San Francisco is available on these dates. The parties therefore stipulate that these depositions can occur on those dates.

Plaintiffs intend to submit an administrative motion to the Judge Jon S. Tigar asking the Court to adjust the briefing schedule on their motion for a preliminary injunction, currently set forth in EF No. 110. The parties have met-and-conferred on that schedule. Plaintiffs will propose that their reply brief (currently due on November 7, 2025) be due on November 21, 2025, and that the City's sur-reply (currently be due on November 21, 2025) be due on December 12, 2025. Defendant intends to oppose the motion.

SO STIPULATED.

| | |
|---|---|
| Dated: October 30, 2025 | W<small>ALKUP</small>, M<small>ELODIA</small>, K<small>ELLY</small> & S<small>CHOENBERGER</small> |

By: _____*/S/ Matthew D. Davis*_____
     MATTHEW D. DAVIS
     Attorneys for ALL PLAINTIFFS

Dated: October 30, 2025

                     DAVID CHIU
                     C<small>ITY</small> A<small>TTORNEY</small>
                     YVONNE R. MERÉ
                     C<small>HIEF</small> D<small>EPUTY</small> C<small>ITY</small> A<small>TTORNEY</small>
                     TARA M. STEELEY
                     JOHN H. GEORGE
                     KAITLYN M. MURPHY
                     SABRINA M. BERDUX
                     ABIGAIL H. WALD

                     Deputy City Attorneys


By:____*/S/ Kaitlyn Murphy*_____
KAITLYN MURPHY

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

IT IS SO ORDERED.

Dated: _____

                     _____
                     MAGISTRATE JUDGE ROBER M. ILLMAN

# PROOF OF SERVICE

**Jane Roe, et al. v. City and County of San Francisco, et al.
USDC-Northern California Case No. 4:24-cv-01562-JST**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place,  My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

# STIPULATION AND [PROPOSED] ORDER

to:

| | |
|---|---|
| Shanin Specter, Esq. (Admitted Pro Hac Vice) <br> Alex Van Dyke, Esq. <br> KLINE & SPECTER, P.C. <br> 1525 Locust Street <br> Philadelphia, PA 19102 | **Co-Counsel for Plaintiffs** <br><br> Telephone: (215) 772-1000 <br> shanin.specter@klinespecter.com <br> alex.vandyke@klinespecter.com <br> escalanteyleana@uclawsf.edu |
| David Chiu, Esq., City Attorney <br> Yvonne R. Meré, Esq., Chief Deputy City Attorney <br> Wayne Snodgrass, Esq., Deputy City Attorney <br> Tara M. Steeley, Esq., Deputy City Attorney <br> Thomas S. Lakritz, Esq., Deputy City Attorney <br> John H. George, Esq., Deputy City Attorney <br> Kaitlyn M. Murphy, Esq., Deputy City Attorney <br> Abigail Wald, Esq., Deputy City Attorney <br> Deputy City Attorneys <br> City Hall, Room 234 <br> 1 Dr. Carlton B. Goodlett Place <br> San Francisco, CA  94102-4682 | **Counsel for City and County of San Francisco** <br><br> Steeley Direct: (415) 554-4655 <br> Lakritz Direct: (145) 554-4628 <br> George Direct:  (415) 554-4223 <br> Murphy Direct:  (415) 554-6762 <br> Facsimile: (415) 554-4699 <br> Mere Direct:  (415) 554-4700 <br> Mere Facsimile:  (415) 554-4757 <br> Yvonne.Mere@sfcityatty.org <br> tara.steeley@sfcityatty.org <br> tom.lakritz@sfcityatty.org <br> john.george@sfcityatty.org <br> kaitlyn.murphy@sfcityatty.org <br> Abigail.Wald@sfcityatty.org <br> anita.murdock@sfcityatty.org <br> sophia.garcia@sfcityatty.org <br> winnie.fong@sfcityatty.org <br> holly.chin@sfcityatty.org <br> pamela.cheeseborough@sfcityatty.org <br> Elizabeth.coolbrith@sfcityatty.org |

| | | |
|---|---|---|
| 1 | John K. Dipaolo, Esq.<br>General Counsel | **Counsel for Plaintiff College of the Law, San Francisco** |
| 2 | Secretary to the Board of Directors<br>College of the Law, San Francisco | (related case USDC-Northern California case #4:20-cv-03033-JST) |
| 3 | 200 McAllister Street<br>San Francisco, CA 94102 | Telephone: (415) 565-4787 |
| 4 | | Facsimile: (415) 565-4825<br>dipaolojohn@uchastings.edu |
| 5 | | |
| 6 | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq. | **Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools** |
| 7 | Public Interest Law Project<br>449 15th Street, Suite 301 | (related case USDC-Northern California case #4:20-cv-03033-JST) |
| 8 | Oakland, CA 94612-06001 | |
| 9 | | Office: (510) 891-9794<br>Fax: (510) 891-9727 |
| 10 | | lhansen@pilpca.org<br>mmorris@pilpca.org |
| 11 | | |
| 12 | Lili V. Graham, Esq.<br>Disability Rights California | **Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools** |
| 13 | 350 S. Bixel Street Suite 290<br>Los Angeles, CA 90017-1418 | (related case USDC-Northern California case #4:20-cv-03033-JST) |
| 14 | | |
| 15 | | Office: (213) 213-8000<br>Fax: (213) 213-8001 |
| 16 | | lili.graham@disabilityrightsca.org |
| 17 | | |
| 18 | Michael David Key, Esq.<br>Jessica Berger, Esq. | **Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools** |
| 19 | Bay Area Legal Aid<br>1454 43rd Avenue | (related case USDC-Northern California case #4:20-cv-03033-JST) |
| 20 | San Francisco, CA 94122 | |
| 21 | | Office: (415) 982-1300<br>Fax: (415) 982-4243 |
| 22 | | mkeys@baylegal.org<br>jberger@baylegal.org |
| 23 | | |
| 24 | John Thomas H. Do, Esq.<br>ACLU Foundation of Northern California | **Counsel for Amicus Curiae (ACLU Foundation of Northern California)** |
| 25 | 39 Drumm Street<br>San Francisco, CA 94111 | (related case USDC-Northern California case #4:20-cv-03033-JST) |
| 26 | | |
| 27 | | Office: (415) 621-2943<br>jdo@aclunc.org |
| 28 | | |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 30, 2025, at San Francisco, California.

_____
Kirsten Benzien