LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>**DECLARATION OF MATTHEW D. DAVIS IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:     Unassigned |

1

DECLARATION OF MATTHEW D. DAVIS ISO ADMINISTRATIVE MOTION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION - CASE NO. 4:24-cv-01562-JST

I, Matthew D. Davis, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Walkup, Melodia, Kelly & Schoenberger, attorneys of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration based in support of Plaintiffs' Motion to Extend Time for Reply.

2. The parties have conferred regarding scheduling of the depositions of third-party witnesses Joe Wilson and Dr. Tyler TerMeer. The deposition of Mr. Wilson is set for 10:00 a.m. on November 14, 2025, and the deposition of Dr. TerMeer is set for 2:00 p.m. on November 14, 2025.

3. I met and conferred with Deputy City Attorney Kaitlyn Murphy, counsel for Defendant. We agreed that if the Court extends the deadline for Plaintiffs to file their reply brief to November 21, 2025, then a corresponding extension of the due date for Defendant's sur-reply to December 12, 2025, should also be ordered. This will allow all parties sufficient time to prepare their respective filings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 31st day of October, 2025, at San Francisco, California.

_____
Matthew D. Davis

2
DECLARATION OF MATTHEW D. DAVIS ISO ADMINISTRATIVE MOTION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION - CASE NO. 4:24-cv-01562-JST