UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST-RMI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

The undersigned parties stipulate as follows:

Magistrate Judge Robert M. Illman held a discovery hearing on October 28, 2025, and ruled that plaintiffs could depose third-party witnesses Joe Wilson and Dr. Tyler TerMeer, but that such depositions be conducted remotely and be limited in time to two hours or less.

Magistrate Judge Illman also ordered plaintiffs' counsel to obtain dates that these third party witnesses and their counsel would be available for deposition. Magistrate Judge Robert M. Illman also ordered the parties to meet-and-confer and propose a deadline by which the depositions were to occur, and to submit a report and proposed stipulation to his court by October 30, 2025.

Plaintiffs' counsel conferred with counsel for the third-party witnesses. The deposition of Joe Wilson is scheduled to occur starting at 10 a.m. on November 14, 2025. Plaintiffs' counsel is waiting to hear back from counsel for Dr. TerMeer about his availability on November 13, or the afternoon of November 14. Counsel for defendant City and County of San Francisco is available on these dates. The parties therefore stipulate that these depositions can occur on those dates.

Plaintiffs intend to submit an administrative motion to the Judge Jon S. Tigar asking the Court to adjust the briefing schedule on their motion for a preliminary injunction, currently set forth in EF No. 110. The parties have met-and-conferred on that schedule. Plaintiffs will propose that their reply brief (currently due on November 7, 2025) be due on November 21, 2025, and that the City's sur-reply (currently be due on November 21, 2025) be due on December 12, 2025. Defendant intends to oppose the motion.

SO STIPULATED.

Dated: October 30, 2025          WALKUP, MELODIA, KELLY & SCHOENBERGER

                                 By:   /S/ Matthew D. Davis
                                       MATTHEW D. DAVIS
                                       Attorneys for ALL PLAINTIFFS

Dated: October 30, 2025

                                 DAVID CHIU
                                 CITY ATTORNEY
                                 YVONNE R. MERÉ
                                 CHIEF DEPUTY CITY ATTORNEY
                                 TARA M. STEELEY
                                 JOHN H. GEORGE
                                 KAITLYN M. MURPHY
                                 SABRINA M. BERDUX
                                 ABIGAIL H. WALD

                                 Deputy City Attorneys


                                 By:   /S/ Kaitlyn Murphy
                                       KAITLYN MURPHY

                                 Attorneys for Defendant
                                 CITY AND COUNTY OF SAN FRANCISCO

                                 **Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

IT IS SO ORDERED.

Dated: November 3, 2025

_____
MAGISTRATE JUDGE ROBERT M. ILLMAN

---

3
STIPULATION AND [PROPOSED] ORDER - CASE NO. 4:24-cv-01562-JST-RMI