LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendants. | Case No. 4:24-cv-01562-JST<br><br>**PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR ADMINISTRATIVE MOTION TO EXTEND TIME**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:   03/14/2024<br>Trial Date:     Unassigned |

1        Plaintiffs advise the Court of the facts of their efforts to schedule the
2   depositions of nonparty witnesses prior to the current due date, November 6, 2025, of
3   their reply brief.
4        On October 2, 2025, this Court issued an order stating that "Plaintiffs may
5   seek the depositions of Joe Wilson and Tyler TerMeer prior to filing their reply."
6   (ECF no. 110.) That order stated any objections to these depositions should be
7   addressed to Magistrate Judge Illman.
8        Plaintiffs served subpoenas and noticed these depositions to take place on
9   October 21 and 22.
10       However, these depositions were taken off calendar at the last moment. The
11  reason being that at 4:54 p.m. on October 20, 2025, the City Attorney sent an email
12  to plaintiffs' counsel notifying them that the City objected to the depositions on the
13  ground that they would cause plaintiffs' total depositions to exceed the 10-deposition
14  limit. The City's email explicitly said that the depositions should not go forward
15  unless and until Magistrate Judge Illman rules on the City's objection.
16       On October 23, the parties submitted a joint discovery letter to Magistrate
17  Judge Illman (ECF. no, 114), who ordered a hearing for October 28. (ECF no. 115.)
18  Magistrate Judge Illman held the hearing on that date and ruled that plaintiffs could
19  depose third-party witnesses Joe Wilson and Dr. Tyler TerMeer. He ordered
20  plaintiffs' counsel to obtain dates that these third-party witnesses and their counsel
21  would be available for deposition. He also ordered the parties to meet-and-confer and
22  propose a deadline by which the depositions were to occur, and to submit a report
23  and proposed stipulation to his court by October 30, 2025. Plaintiffs did so, reporting
24  that the depositions could go forward on November 13 and/or 14. (ECF. no.
25  119.) Plaintiffs then noticed both depositions to take place on November 14, a date
26  that worked for all counsel and the witnesses.
27       Plaintiffs' counsel also met and conferred with defense counsel about
28  extending the deadlines for their reply brief and the City's sur-reply. Plaintiffs

1  reported this information to Magistrate Judge Illman. (ECF no. 119.)

2      In sum, plaintiffs have made diligent efforts to obtain testimony from these
3  nonparty witnesses before the due date of the reply brief. Good cause exists to extend
4  the deadlines for the reply and sur-reply brief. It is plaintiffs that seek the relief in
5  the motion, not the City. No prejudice will befall the City if the Court grants
6  plaintiffs' administrative motion.

7  Dated: November 4, 2025        WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
MICHAEL A. KELLY
RICHARD H. SCHOENBERGER
MATTHEW D. DAVIS
ASHCON MINOIEFAR
Attorneys for ALL PLAINTIFFS

# PROOF OF SERVICE

**Jane Roe, et al. v. City and County of San Francisco, et al.
USDC-Northern California Case No. 4:24-cv-01562-JST**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place, My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

**PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR ADMINISTRATIVE MOTION TO EXTEND TIME**

to:

| | |
|---|---|
| Shanin Specter, Esq. (Admitted Pro Hac Vice) Alex Van Dyke, Esq. KLINE & SPECTER, P.C. 1525 Locust Street Philadelphia, PA 19102 | **Co-Counsel for Plaintiffs** Telephone: (215) 772-1000 shanin.specter@klinespecter.com alex.vandyke@klinespecter.com escalanteyleana@uclawsf.edu |
| David Chiu, Esq., City Attorney Yvonne R. Meré, Esq., Chief Deputy City Attorney Wayne Snodgrass, Esq., Deputy City Attorney Tara M. Steeley, Esq., Deputy City Attorney John H. George, Esq., Deputy City Attorney Kaitlyn M. Murphy, Esq., Deputy City Attorney Abigail Wald, Esq., Deputy City Attorney Deputy City Attorneys City Hall, Room 234 1 Dr. Carlton B. Goodlett Place San Francisco, CA  94102-4682 | **Counsel for City and County of San Francisco** Steeley Direct: (415) 554-4655 George Direct:  (415) 554-4223 Murphy Direct:  (415) 554-6762 Facsimile: (415) 554-4699 Mere Direct:  (415) 554-4700 Mere Facsimile:  (415) 554-4757 tara.steeley@sfcityatty.org john.george@sfcityatty.org kaitlyn.murphy@sfcityatty.org Abigail.Wald@sfcityatty.org anita.murdock@sfcityatty.org sophia.garcia@sfcityatty.org holly.chin@sfcityatty.org pamela.cheeseborough@sfcityatty.org Elizabeth.coolbrith@sfcityatty.org |
| John K. Dipaolo, Esq. General Counsel Secretary to the Board of Directors College of the Law, San Francisco 200 McAllister Street San Francisco, CA 94102 | **Counsel for Plaintiff College of the Law, San Francisco** (related case USDC-Northern California case #4:20-cv-03033-JST) Telephone: (415) 565-4787 Facsimile: (415) 565-4825 dipaolojohn@uchastings.edu |

1

| | | |
|---|---|---|
| 1 | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq.<br>Public Interest Law Project<br>449 15th Street, Suite 301<br>Oakland, CA 94612-06001 | **Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools**<br>(related case USDC-Northern California case #4:20-cv-03033-JST)<br><br>Office: (510) 891-9794<br>Fax: (510) 891-9727<br>lhansen@pilpca.org<br>mmorris@pilpca.org |
| 2 | Lili V. Graham, Esq.<br>Disability Rights California<br>350 S. Bixel Street Suite 290<br>Los Angeles, CA 90017-1418 | **Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools**<br>(related case USDC-Northern California case #4:20-cv-03033-JST)<br><br>Office: (213) 213-8000<br>Fax: (213) 213-8001<br>lili.graham@disabilityrightsca.org |
| 3 | Michael David Key, Esq.<br>Jessica Berger, Esq.<br>Bay Area Legal Aid<br>1454 43rd Avenue<br>San Francisco, CA 94122 | **Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools**<br>(related case USDC-Northern California case #4:20-cv-03033-JST)<br><br>Office: (415) 982-1300<br>Fax: (415) 982-4243<br>mkeys@baylegal.org<br>jberger@baylegal.org |
| 4 | John Thomas H. Do, Esq.<br>ACLU Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111 | **Counsel for Amicus Curiae (ACLU Foundation of Northern California)**<br>(related case USDC-Northern California case #4:20-cv-03033-JST)<br><br>Office: (415) 621-2943<br>jdo@aclunc.org |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

2

PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR ADMINISTRATIVE MOTION TO EXTEND TIME - CASE NO. 4:24-cv-01562-JST

1   Executed on November 4, 2025, at San Francisco, California.

_____
Kirsten Benzien