DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
SABRINA M. BERDUX, State Bar #248927
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4655 (Steeley)
               (415) 554-5960 (George)
               (415) 554-6762 (Murphy)
               (415) 554-3929 (Berdux)
               (415) 554-3901 (Wald)
Facsimile:     (415) 554-4699
E-Mail:        tara.steeley@sfcityatty.org
               john.george@sfcityatty.org
               kaitlyn.murphy@sfcityatty.org
               sabrina.m.berdux@sfcityatty.org
               abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S OBJECTION TO PLAINTIFFS' REPLY IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND TIME (ECF NO. 121)**<br><br>Trial Date:     August 10, 2026 |

Defendant City and County of San Francisco objects to Plaintiffs' reply brief. ECF No. 121. The local rules do not permit reply briefs with administrative motions unless ordered by the Court. N.D. Cal. Civ. L. R. 7-11(c) ("Unless otherwise ordered, a Motion for Administrative Relief is deemed submitted for immediate determination without hearing on the day after the opposition is due."); *see also Morgenstein v. AT & T Mobility LLC*, No. CV 09-3173 SBA, 2009 WL 3021177, at *3 (N.D. Cal. Sept. 17, 2009) ("The Court directs Defendant to Civil L.R. 7 -11 that prohibits a Reply in Administrative Motions."); *Omoregie v. Boardwalk Auto Ctr., Inc.*, No. C 07-3884 PJH, 2008 WL 4792643, at *1 (N.D. Cal. Oct. 31, 2008) ("Plaintiff's objection to defendant's opposition, is in essence a reply brief, which is not permitted by Civil Local Rule 7-11, the route plaintiff chose by which to proceed."). The Court did not order reply briefing here and should refuse to consider Plaintiffs' filing.

The City also objects to the content of Plaintiffs' reply as misleading to suggest the reason Dr. TerMeer's deposition did not proceed on October 21 was because of the City's objection, when in fact Dr. TerMeer's counsel informed the parties the witness was out of the country and Plaintiffs took the deposition off-calendar.

On October 9, after the City learned Plaintiffs intended to serve the non-parties with deposition subpoenas it requested Plaintiffs provide proofs of service when the notices were served. One week later, having received no confirmation, the City followed-up again stating: "We followed up on last Thursday 10/9 to request proofs of service when the proposed subpoenas had been served on the four non-party witnesses, and have not yet received confirmation that the deposition notices were ever served. Accordingly, the City understands that these depositions will not go forward and [sic] the date and time initially proposed. Given the limited window before these depositions are set to take place, can you please confirm that understanding today?" Plaintiffs' counsel responded: "I am currently working on when those two depositions can be scheduled and will of course get your availability before confirming anything," to which the City replied: "Thanks for the email and appreciate the context. We'll get you availability for the HH dates, but appreciate you confirming that there's no need for us to schedule coverage for the initially noticed dates next week on Tuesday (10/21) and Wednesday (10/22)." Four days later on October 20, Plaintiffs' counsel changed course and sent an email stating: "So the deposition of Dr. TerMeer and PMQ of SF Aids will be going forward

tomorrow at 10AM as noticed. *They were served this morning and there is an off chance they might appear.*" (emphasis added). There was no update indicating the deposition of Mr. Wilson would proceed. Later that same day counsel for Dr. TerMeer wrote the parties that his client "is currently out of the country on a previously scheduled vacation and is unavailable for deposition at this time," to which Plaintiffs' counsel responded: "Thank you for reaching out and letting us know. We can confirm that the deposition scheduled for tomorrow will not proceed as Dr. TerMeer is out of the country." Any suggestion that the City was the reason these depositions did not move forward on October 21 and 22 is incorrect.

Dated: November 3, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
TARA M. STEELEY
JOHN H. GEORGE
KAITLYN M. MURPHY
SABRINA M. BERDUX
ABIGAIL H. WALD
Deputy City Attorneys

By: /s/*Kaitlyn Murphy*
KAITLYN MURPHY

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO