1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  TARA M. STEELEY, State Bar #231775
   JOHN H. GEORGE, State Bar #292332
4  KAITLYN M. MURPHY, State Bar #293309
   ABIGAIL H. WALD, State Bar #309110
5  Deputy City Attorneys
   City Hall, Room 234
6  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
7  Telephone:    (415) 554-4655 (Steeley)
                 (415) 554-4223 (George)
8                (415) 554-6762 (Murphy)
                 (415) 554-3901 (Wald)
9  Facsimile:    (415) 554-4699
   E-Mail:       tara.steeley@sfcityatty.org
10               john.george@sfcityatty.org
                 kaitlyn.murphy@sfcityatty.org
11               abigail.wald@sfcityatty.org

12 Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**DECLARATION OF ABIGAIL WALD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S SUR-REPLY OPPOSING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Trial Date:     August 10, 2026<br>Attachments:   Exhibits 44-47 |

I, ABIGAIL H. WALD, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for defendant City and County of San Francisco. I submit this declaration to support San Francisco's Sur-Reply Opposing Plaintiffs' Motion for Preliminary Injunction. If called as a witness, I could and would testify competently to the matters set forth herein.

2. I submitted a declaration in support of San Francisco's Opposition to Plaintiffs' Motion for Preliminary Injunction, which attached Exhibits 1-43. This declaration therefore begins at Exhibit 44.

3. Attached as **Exhibit 44** is a true and correct copy of excerpts of the deposition transcript for DPH employee Dr. Susan Philip, taken on October 28, 2025.

4. Attached as **Exhibit 45** is a true and correct copy of excerpts of the deposition transcript for non-party Omar Ward, who submitted a declaration with Plaintiffs' Motion for a Preliminary Injunction, taken on November 7, 2025.

5. Attached as **Exhibit 46** is a true and correct copy of excerpts of the deposition transcript for non-party Joseph Wilson, who is the Executive Director of Hospitality House, taken on November 14, 2025.

6. Attached as **Exhibit 47** is a true and correct copy of excerpts of the deposition transcript for non-party Dr. Tyler TerMeer, the Chief Executive Officer of SF AIDS Foundation, taken on November 14, 2025.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 12, 2025, at San Francisco, California.

/s/*Abigail H. Wald*
ABIGAIL H. WALD