# EXHIBIT 45

## to
## DECLARATION OF ABIGAIL WALD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S SUR-REPLY OPPOSING PLAINITFFS' MOTION FOR PRELIMINARY INJUNCTION

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3   - - - - - - - - - - - - - - - - - - -

 4   JANE ROE, an individual; MARY ROE,    )  CASE NO.

 5   an individual; SUSAN ROE, an          )  4:24-cv-01562-

 6   individual, JOHN ROE, an individual;  )  JST

 7   BARBARA ROE, an individual; PHOENIX   )

 8   HOTEL SF, LLC, a California limited   )

 9   liability company, et al.,            )

10                  Plaintiffs,            )

11   vs.                                   )

12   CITY AND COUNTY OF SAN FRANCISCO, a   )

13   California public entity,             )

14                  Defendant.             )

15   - - - - - - - - - - - - - - - - - - -

16

17        VIDEOTAPED DEPOSITION OF OMAR S. WARD

18             FRIDAY, NOVEMBER 7, 2025

19

20

21        BEHMKE REPORTING AND VIDEO SERVICES, INC.

22           BY:  SUZANNE I. ANDRADE, CSR NO. 10682

23              550 CALIFORNIA STREET, SUITE 820

24              SAN FRANCISCO, CALIFORNIA  94104

25                            (415) 597-5600
```

1   under the same umbrella as AIDS Foundation.  So he's at
2   each location, and he works for SF AIDS Foundation.
3       Q.   You've seen him at the SF AIDS Foundation
4   warehouse, you mean?
5       A.   I seen him there too.  I seen him at the SF
6   AIDS Foundation with -- behind 16th.  Okay.  Behind 16th
7   Street, where they do -- 16th and Church, where they do
8   the harm reduction at --
9       Q.   Mm-hmm.
10      A.   -- that's -- that group is ran by SF AIDS
11  Foundation.  The same person who's in charge over there
12  running it, he's also at GLIDE pushing the shopping
13  carts for GLIDE.  And he's -- be at Safeway.  He also at
14  the -- what's that called again? -- the Drug Users'
15  Union --
16      Q.   Mm-hmm.
17      A.   -- at 172 Turk Street, he also be there.  And
18  those all up under the SF AIDS Foundation.
19      Q.   Okay.  Let me clarify something.
20           172 Turk Street, is it your understanding
21  that's the Drug Users' Union?
22      A.   Yes.
23      Q.   This guy that you've seen across all these
24  places, could you describe what he looks like for me?
25      A.   Yeah.  I got a video of him.

```
 1           Have you seen drug use on the streets your
 2   entire life living in the city?
 3       A.   Not on -- not the way it is now.
 4       Q.   Mm-hmm.
 5       A.   I mean, I seen people get high outside but not
 6   openly as they do it now.  They do it too broadly,
 7   openly.
 8           They didn't used to do it like that.  I'd say
 9   about four to five years ago, about five, six years ago,
10   they wasn't all sitting out there openly doing it the
11   way they do it now.
12       Q.   And there's been drug sales on the street
13   since --
14       A.   Since forever.
15       Q.   Forever.
16       A.   But that wasn't done all openly like they do it
17   now.  It's like they do it so openly now, it's like
18   it's -- it's -- this -- you want to see how openly they
19   do it?
20       Q.   Oh, I've -- yeah.  I've -- I've -- I've got
21   your social media.
22       A.   You've watched my video?
23       Q.   Yeah.
24       A.   Oh, okay.
25       Q.   Any other changes you've observed in the
```

```
 1  Tenderloin let's say just within the last six months or
 2  so?
 3       A.    Negative or positive?
 4       Q.    Both.
 5       A.    The last six months, certain areas is getting
 6  cleaner than other areas.  That's a good thing.
 7            But like I said, as soon as they clean it, as
 8  soon as they clean it, like -- I seen a new captain,
 9  like, about two months ago.  They made a statement they
10  was going to start having beat walkers walking along
11  certain streets -- certain streets in the Tenderloin.
12            Like, supposedly -- like, for example, they
13  going to have one walking from Golden Gate all the way
14  up to Ellis or Leavenworth.  That lasted about three
15  weeks, and it's over with.
16            Every time they commit to something, it don't
17  last long.  They don't keep -- it's like us from the
18  street, we call it keep your foot on their necks.  Keep
19  your foot on their neck.  It's like you stand with it.
20  You stand your ground.
21            They don't stand their ground, and they don't
22  keep -- they don't keep what they pushing.  If they keep
23  their feet on their neck, they keep doing what they
24  doing, patrolling and cleaning up, it's going to keep
25  putting the same thing.
```

```
 1  STATE OF CALIFORNIA          )

 2                               ) ss.

 3  COUNTY OF SAN MATEO          )

 4          I hereby certify that the witness in the

 5  foregoing deposition, OMAR S. WARD, was by me duly sworn

 6  to testify to the truth, the whole truth and nothing but

 7  the truth, in the within-entitled cause; that said

 8  deposition was taken at the time and place herein named;

 9  that the deposition is a true record of the witness'

10  testimony as reported by me, a duly Certified Shorthand

11  Reporter and disinterested person, and was thereafter

12  transcribed into typewriting by computer.

13          I further certify that I am not interested in

14  the outcome of said action nor connected with, nor

15  related to, any of the parties in said action, nor to

16  their respective counsel.

17          IN WITNESS WHEREOF, I have hereunto set my hand

18  this 12th day of November, 2025.

19  Read and Sign was:  Requested.

20

21

22

23          SUZANNE I. ANDRADE, CSR NO. 10682

24          STATE OF CALIFORNIA

25
```