# EXHIBIT 46

## TO
## DECLARATION OF ABIGAIL WALD IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S SUR-REPLY OPPOSING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

In the Matter of:

JANE ROE, ET AL. vs CITY AND COUNTY OF SAN FRANCISCO

---

JOSEPH WILSON

November 14, 2025

---



JANE ROE, ET AL.vs CITY AND COUNTY OF SAN FRANCISCO
JOSEPH WILSON                    11/14/2025                    Page 9

1    words.  Gestures, nods, and things like that -- we don't

2    want to have the court reporter have to interpret what you

3    mean.  Okay?

4        A    Yes.

5            THE VIDEOGRAPHER:  Hey, Matthew.  Videographer

6    speaking.  Is your volume turned up all the way?  You tail

7    off a little bit sometimes.

8            MR. DAVIS:  Let me bring my mic a little closer.

9            THE VIDEOGRAPHER:  And that's way better already.

10           MR. DAVIS:  Okay.  Good.

11   BY MR. DAVIS:

12       Q    Can you tell me your highest level of education?

13       A    Two years of college.

14       Q    Great.

15            Before you became the executive director of the

16   Hospitality House, what did you do?

17       A    I worked at Hospitality House as a program

18   manager for six years.

19       Q    Okay.  And you've told us you've been with the

20   entity for about 40 years.

21       A    A relationship over a 40-year period.

22       Q    Very good.

23            Do you have a physical location from which you

24   work?

25       A    Yes.

1    Q    Which office or location is that?

2    A    290 Turk Street.

3    Q    And that's in the Tenderloin?

4    A    Yes.

5    Q    It's near the corner of Leavenworth?

6    A    Yes.

7    Q    And is there another Hospitality House location

8    on Leavenworth?  I think it's 146 Leavenworth.

9    A    Yes.

10    Q    That's right around the corner from where your

11    office is?

12    A    Yes.

13    Q    And you also have a location, I think, at

14    169 6th Street.  Do I have that right?

15    A    Yes.

16    Q    And I -- I've had a chance to look at the

17    Hospitality website and -- and I see that, at least on the

18    website, there's sort of six areas of service that your

19    organization provides.

20         Does that sound right to you?

21    A    Yes.

22    Q    What services are provided out of -- let's start

23    with the 290 Turk Street location.

24    A    290 Turk Street houses are community building

25    program and our administrative offices.

JANE ROE, ET AL.vs CITY AND COUNTY OF SAN FRANCISCO
JOSEPH WILSON                     11/14/2025                     Page 14

```
 1            Are you familiar with that term?

 2      A     Yes.

 3      Q     What harm reduction services is Hospitality House

 4   providing to the City?

 5      A     We have a contract with the Harm Reduction

 6   Therapy Center, which includes individual and group

 7   therapy.  We offer support groups; we offer community

 8   engagement activities; we offer one-on-one case

 9   management; we offer drop-in space at the multiple

10   locations; and we offer a connection with services such as

11   longer-term housing, access to -- or referrals to

12   behavioral health services, things of that nature.

13      Q     You, yourself, are familiar with the term "harm

14   reduction"?

15      A     Yes.

16      Q     Can you tell us what you understand that term to

17   mean?

18      A     Giving people multiple options in their potential

19   struggles with a variety of issues, including drug use;

20   including abstinence, if that's the option that people

21   choose.  Harm reduction is based on the principle that

22   people have the opportunity to choose which approach works

23   best for them, and that's our approach to offering

24   services.

25      Q     In other words, the people who, maybe, experience
```

1    Q    Around the corner from the 290 Turk Street

2    location?

3    A    Yes.

4    Q    Very good.

5         And I believe you mentioned that there was a Harm

6    Reduction Therapy Center at this location.

7    A    There are Harm Reduction Therapy Center personnel

8    at this location.

9    Q    Is the Harm Reduction Therapy Center part of

10   Hospitality House, or is it something different?

11   A    It's a separate organization.  We have a

12   subcontract for specific services with the Harm Reduction

13   Therapy Center.

14   Q    Got it.

15        And is your contract with the City such that

16   that's one of your responsibilities, that you subcontract

17   work out to organizations like the Harm Reduction Therapy

18   Center?

19   A    One of our options.

20   Q    I see.

21        So that's an option that the City gave you and

22   that Hospitality House opted for?

23   A    Yes.

24   Q    And -- and what, generally, does the Harm

25   Reduction Therapy Center -- what services, programs,

1    supplies, you name it -- what do they provide at this

2    location?

3        A    Licensed therapists for individual and group

4    therapy; facilitating support groups; offering assistance

5    with people obtaining benefits; public assistance,

6    including supplemental security income.

7        Q    What services, if any, do they provide to folks

8    who are struggling with addiction?

9        A    Essentially, the same.

10       Q    Do they provide any services that are targeted

11   to -- to the addiction itself, as opposed to something

12   collateral, like housing or...?

13       A    Be more specific.

14       Q    Well, is there any counseling with respect to

15   addiction offered?

16       A    Yes.

17       Q    Do they offer any supplies to people who are

18   struggling with addiction?

19       A    Not to my knowledge.

20       Q    Okay.  Continue.

21           By the way, do folks from -- who is the -- the

22   lead person at the Harm Reduction Therapy Center?  Is

23   there an individual?

24       A    There are multiple leads.  Anna Burg and

25   Celia Sampayo are two contractual leads.

JANE ROE, ET AL. vs CITY AND COUNTY OF SAN FRANCISCO
JOSEPH WILSON                    11/14/2025                    Page 21

1    Q    Did you say "Anna Burg"?

2    A    Anna Burg.

3    Q    Do you mind spelling?

4    A    A-N-N-A.

5    Q    Okay.

6    A    Berg -- B-E-R-G.

7    Q    And the second name?

8    A    Celia -- C-E-L-I-A; Sampayo -- S-A-M-P-A-Y-O.

9    Q    Okay.  And are -- are there HRTC employees or

10   personnel who regularly work out of 146 Leavenworth

11   Street?

12   A    Yes.

13   Q    And who are they?

14   A    It varies, but it almost always includes

15   Celia Sampayo.

16   Q    Gotcha.

17        And how about the 290 Turk Street location?  Do

18   any HRTC personnel, volunteers, or folks associated with

19   that organization operate out of that location?

20   A    On occasion, yes.

21   Q    And what do they do when they're working at that

22   location?

23   A    Support groups and a weekly group counseling

24   session.

25   Q    Okay.  Let's -- let's move to another location.

1    Q    In terms of the supplies themselves, what -- what

2   are the specific types of supplies that you understand to

3   be encompassed within the term "safer smoking supplies"?

4       A    I can only speculate.

5       Q    Okay.  And where -- where did you firs- -- strike

6   that.

7            How did you become familiar with the term "safer

8   smoking supplies"?

9       A    I'm aware of the department's policy regarding

10  the provision of safer smoking supplies, and I do know

11  that...

12      Q    Excuse me.  Sorry.  You do know that...?

13      A    There are organizations that provide those

14  services.  We are not one of them.

15      Q    And so you're -- when you say the department's

16  policy, are you talking about the San Francisco Health

17  Department's policy?

18      A    Yes.

19      Q    And how did you become familiar with that policy?

20      A    I don't recall exactly, but in April of this --

21  this year, I believe there was a formal document released.

22      Q    Okay.  And if you had a chance -- you,

23  yourself -- to look at that document?

24      A    I perused it.

25      Q    Now, you, yourself, have been -- I take it you

JANE ROE, ET AL.vs CITY AND COUNTY OF SAN FRANCISCO
JOSEPH WILSON                                11/14/2025                                Page 26

1   are in the Tenderloin, at least workwise, full time?

2        A    Yes.

3        Q    Very familiar with the neighborhood, I assume?

4        A    Reasonably so.

5        Q    I assume you have seen open drug use in the

6   neighborhood?

7        A    Yes.

8        Q    People openly smoking narcotics?

9        A    Yes.

10       Q    People openly selling narcotics?

11       A    Yes.

12       Q    And you generally understand that some people who

13  use narcotics in the public spaces in the Tenderloin are

14  using things like glass pipes?

15       A    Yes.

16       Q    Very good.

17            Now, if I defined safing -- safer smoking

18  supplies to include glass pipes, steel wool, foil,

19  straws -- would that be consistent with your understanding

20  of the term?

21            MS. MURPHY:  Object to form.

22            MS. DANGA:  Objection.  Misstates prior

23  testimony.

24  BY MR. DAVIS:

25       Q    Yeah.  I'm sorry.

1    Do you have an answer, Mr. Wilson?  Let me stop

2    sharing my screen.

3    A    As I understand it, some of the supplies on that

4    list could be considered safer smoking supplies.

5    Q    Would that include the glass pipes that are used

6    to smoke the drugs?

7    A    Yes.

8    Q    Okay.  Now, you have indicated that you're aware

9    that some organizations hand out safer smoking supplies.

10    What organizations, to your knowledge, hand out

11    the supplies?

12    A    Off the top of my head, I'm not -- I don't know

13    the specific organizations.

14    Q    Well, does -- does SF AIDS hand out these

15    supplies, to your knowledge?

16    A    It's my understanding that that would be

17    consistent with the SF AIDS Foundation's mission.

18    Q    And how about Glide Memorial Church?  Do they --

19    A    Not to my knowledge.

20    Q    Did it ever come to your attention that smoking

21    supplies are handed out, out of the Glide parking lot?

22    A    Not to my knowledge.

23    Q    That would be news to you, if that was the case?

24    A    Yes.

25    Q    Okay.  Had any type of smoking supplies been

```
 1    handed out from the 290 Turk Street location?

 2       A    No.

 3            MS. MURPHY:  Object to form.

 4            Apologies.  Belated objection to form.

 5    BY MR. DAVIS:

 6       Q    I'm sorry.  What was your answer, sir?

 7       A    No.

 8       Q    Okay.  And to your knowledge, does the Harm

 9    Reduction Therapy Center hand out smoking supplies?

10       A    To my knowledge, no.

11            MS. MURPHY:  Belated -- same objection.

12    BY MR. DAVIS:

13       Q    Is the distribution of safer smoking supplies

14    consistent with harm reduction, as you define the term?

15            MS. MURPHY:  Object to form.

16            MS. DANGA:  Join.

17    BY MR. DAVIS:

18       Q    I'm sorry.

19            Do you have an answer, sir?

20       A    Repeat, please.

21       Q    Yeah.

22            Is the distribution of smoking supplies

23    consistent with harm reduction, as you define the term?

24       A    As I define the term, the distribution of safer

25    smoking supplies could be consistent with the principles
```

```
 1   of harm reduction.

 2        Q    And -- and do you, yourself, advocate for the

 3   distribution of safer smoking supplies in the Tenderloin?

 4        A    No.

 5        Q    And are you -- would it be absolutely prohibited

 6   for such supplies to be distributed from 290 Turk Street?

 7        A    Yes.

 8        Q    And if that was happening, someone is violating

 9   your policies?

10        A    Yes.

11        Q    That should never happen.  Fair statement?

12        A    Yes.

13        Q    And the same would be true for the location on --

14   around the corner on Leavenworth?

15        A    Yes.

16        Q    In other words, no one should ever, ever hand out

17   smoking supplies from that location?

18             MS. DANGA:  Objection as to form.

19   BY MR. DAVIS:

20        Q    Is that a true statement?

21        A    The statement you made?

22        Q    Yes.

23        A    It should not happen.

24        Q    And is -- to your knowledge, has it never

25   happened; or have you heard of instances where it has
```

1    happened?

2              MS. MURPHY:  Object to form.

3              THE WITNESS:  To my knowledge, no.

4    BY MR. DAVIS:

5        Q    Okay.  And -- and what I want to know is, has it

6    ever come to your attention that smoking supplies were

7    being distributed from any of the Hospitality House

8    locations, be it by someone with Hospitality House Harm

9    Reduction Therapy Center or someone else?

10       A    No one in -- to my knowledge, no one in

11   Hospitality House's employ has distributed safer smoking

12   supplies.

13       Q    Got it.

14            Because that's -- you don't allow that.

15   Hospitality House doesn't allow its employees to hand out

16   that -- those supplies?

17       A    Correct.  We do not.

18       Q    Now, to your knowledge -- or have you heard that

19   someone not in Hospitality House's employment has

20   distributed those supplies from any Hospitality House

21   location?

22            MS. MURPHY:  Object to form.

23            THE WITNESS:  I'm familiar with the declaration

24   by Mary Roe.

25

```
 1  BY MR. DAVIS:

 2      Q    Okay.  And she -- you read what she -- she wrote

 3  or she stated in her declaration that she personally made

 4  some observations at 290 Turk Street?

 5      A    Yes.  I have read that.

 6      Q    Okay.  And -- and can you say whether that

 7  happened?  In other words, has it happened in the past

 8  that somebody was handing out smoking supplies at the

 9  290 Turk Street location?

10          MS. MURPHY:  Object to form.

11          THE WITNESS:  To my knowledge, no Hospitality

12  House employee at the 290 Turk Street location has handed

13  out safer smoking supplies.

14  BY MR. DAVIS:

15      Q    Got it.  And -- and thank you.  And my question

16  is, has -- has anyone, maybe a non-Hospitality House

17  employee -- has it come to your attention that such

18  supplies have been distributed from that location?

19          MS. MURPHY:  Same objection.

20          THE WITNESS:  Not to my knowledge.

21  BY MR. DAVIS:

22      Q    And did you -- when did you first see Mary Roe's

23  declaration?

24      A    Some weeks ago.

25      Q    Did you, yourself, do any investigation to
```

1    determine whether there's any truth or merit to what she

2    says she has seen out of the 290 Turk Street location?

3          A    No.

4          Q    In other words, did you ever speak to anyone from

5    the Harm Reduction Therapy Center to say, "Hey, have you

6    guys been handing out supplies at one of our locations?"

7          A    No.

8          Q    Do you -- you have any basis to dispute what she

9    says she saw, in terms of the distribution of smoking

10   supplies at the 290 Turk Street location?

11         A    Yes.

12              (Simultaneous speakers.)

13              MS. MURPHY:  Object -- belated object to form.

14   BY MR. DAVIS:

15         Q    Okay.  And tell me the basis why you'd say she's

16   wrong.

17         A    My office is at the 290 Turk Street location.

18   The employees at the 290 Turk Street location are familiar

19   with Hospitality House's policy.  No Hospitality House

20   employee would distribute safer smoking supplies.

21         Q    Got it.

22              And -- and I understand it's -- it sounds like

23   it's a strict policy for Hospitality House employees --

24   can't distribute the smoking supplies.  Is that accurate?

25         A    That's accurate.

1    Q    There are other people who use 290 Turk Street;
2    correct?
3                  (Simultaneous speakers.)
4    BY MR. DAVIS:
5    Q    -- Hospitality House Coalition on Homelessness --
6    there -- there are employees of Harm Reduction Therapy
7    Center; correct?
8    A    Yes.
9    Q    Are there volunteers with other organizations or
10   other people who sometimes use that location?
11   A    Occasionally.
12   Q    Okay.  Do you know -- to your knowledge, have any
13   people from other organizations, be them volunteers,
14   employees, or somehow affiliated with other
15   organizations -- ever handed out smoking supplies out of
16   the 290 Turk Street location?
17                  MS. MURPHY:  Object to form.
18                  THE WITNESS:  To my knowledge, no.
19   BY MR. DAVIS:
20   Q    And is the Hospitality House the master tenant of
21   that location, 290 Turk Street?
22   A    Hospitality House is the owner of Turk Street.
23   Q    And so Hospitality House gets to control what
24   happens at that location?  You're the --
25   A    Yes.

JANE ROE, ET AL.vs CITY AND COUNTY OF SAN FRANCISCO
JOSEPH WILSON                    11/14/2025                    Page 34

1      Q    And is it a -- is there a strict prohibition on

2    the distribution of smoking supplies out of

3    290 Turk Street?

4      A    Yes.

5      Q    In other words, if it came to your attention that

6    someone was handing out the supplies at that location, you

7    as the landlord would be displeased?

8      A    Yes.

9      Q    That should not happen?

10      A    Correct.  It should not happen.

11      Q    Okay.  And if going forward, if it came to your

12    attention that it was happening, I assume you would take

13    action to make sure that didn't happen?

14      A    Correct.

15      Q    And is that also true for your location on

16    Leavenworth street?  In other words --

17      A    Yes.

18      Q    -- supplies should never be handed out by anyone

19    at that location?

20      A    Safer smoking supplies -- yes.  That should not

21    happen.

22      Q    Do you have any knowledge of locations in the

23    Tenderloin where smoking supplies are being handed out?

24           MS. MURPHY:  Object to form.

25           THE WITNESS:  Not to my knowledge.

JANE ROE, ET AL.vs CITY AND COUNTY OF SAN FRANCISCO
JOSEPH WILSON                         11/14/2025                      Page 36

```
 1      A    Not to my knowledge.
 2      Q    And so is it fair to say that there is no
 3  Hospitality House location that is a designated smoking
 4  supply distribution center?
 5      A    That's correct.
 6      Q    Okay.  And you're telling us that the Hospitality
 7  House absolutely prohibits the distribution of safe
 8  smoking supplies from any of its locations?
 9      A    That's correct.
10      Q    Okay.  Who is your main contact at the Department
11  of Public Health?
12      A    Multiple contacts.  Dr. Hillary Kunins is
13  probably the main contact.
14      Q    And have you talked to Dr. Kunins about safer
15  smoking supplies?
16      A    No.
17      Q    Have you talked to anyone from the Department of
18  Public Health about safer smoking supplies?
19      A    No.
20           MR. DAVIS:  Okay.  We -- I'm actually close to
21  being done.  If it's okay with you, let's take a
22  five-minute break.  I'll go through my notes, and then
23  we'll go back on the record and finish up.  Okay?
24           THE VIDEOGRAPHER:  Okay.  We're off the record,
25  Counsel, at 10:47 a.m.
```

JANE ROE, ET AL.vs CITY AND COUNTY OF SAN FRANCISCO
JOSEPH WILSON                    11/14/2025                    Page 39

1        A      Yes.

2        **Q      What's that in reference to?**

3        A      We have a written harm reduction policy that

4    provides guidance for our adherence to harm reduction

5    principles.

6        **Q      Okay.  And -- but the City has -- has not, in any**

7    **way, authorized Hospitality House or any of its subtenants**

8    **to distribute safer smoking supplies; is that correct?**

9        A      Not through this contract.  That's correct.

10       **Q      Has it done it through any contract?**

11       A      Not with Hospitality House.

12       **Q      Has it done it with contracts with organizations**

13   **that you're aware of?**

14       A      I have no idea.

15       **Q      Okay.  Okay.  Stop sharing.**

16              **And is the Hospitality House a syringe service**

17   **provider?**

18       A      No.

19       **Q      Does the Hospitality House receive any harm**

20   **reduction supplies from the State of California?**

21       A      Be more specific.

22       **Q      Well, there's -- I believe there's going to be**

23   **some evidence that the State of California may distribute**

24   **safer smoking supplies and harm reduction supplies.**

25              **Does -- does the State say anything like that to**

JANE ROE, ET AL.vs CITY AND COUNTY OF SAN FRANCISCO
JOSEPH WILSON                    11/14/2025                    Page 40

1    Hospitality House?
2        A    COVID-related supplies -- I'm assuming that's on
3    that list.  We have received previously COVID-related
4    supplies, testing kits.
5        Q    Masks and things of that sort -- yeah.  Okay.
6    No.  I'm talking more about material that's used to ingest
7    drugs.
8        A    No.
9        Q    Okay.  So you're not -- you're not -- the term
10   I've seen is a "syringe provider" -- "syringe service
11   program provider."
12       A    Correct.  We are not.
13       Q    Okay.  Now, you know the Tenderloin pretty well.
14   Is it correct that there are many children who live in
15   that neighborhood?
16       A    Yes.
17       Q    There are a lot of families that live in that
18   neighborhood?
19       A    Yes.
20       Q    And I take it you have personally seen people in
21   the neighborhood adversely impacted by the open drug use
22   and sales that happens on the street?
23            MS. MURPHY:  Object to form.
24            MS. DANGA:  Join.
25            THE WITNESS:  I have seen open drug use in the

JANE ROE, ET AL.vs CITY AND COUNTY OF SAN FRANCISCO
JOSEPH WILSON                    11/14/2025                    Page 49

```
1                        CERTIFICATE

2                            OF

3              CERTIFIED SHORTHAND REPORTER

4                      *   *   *   *

5

6

7        The undersigned Certified Shorthand Reporter of the

8    State of California does hereby certify:

9        That the foregoing Proceeding was taken before me at

10   the time and place therein set forth.

11       That the testimony and all objections made at the

12   time of the Proceeding were reported verbatim by me and

13   were thereafter transcribed, said transcript being a true

14   and correct copy of the proceedings thereof.

15       In witness whereof, I have subscribed my name, this

16   date:  November 17, 2025.

17

18

19            Jane Gallegos

20            _____

21            JANE GALLEGOS, CSR No. 14676

22

23

24

25
```