DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
SABRINA M. BERDUX, State Bar #248927
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (415) 554-5960 (George)
              (415) 554-6762 (Murphy)
              (415) 554-3929 (Berdux)
              (415) 554-3901 (Wald)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              sabrina.m.berdux@sfcityatty.org
              abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION AFTER FACT DISCOVERY CUTOFF**<br><br>Trial Date:     August 10, 2026 |

**STIPULATION**

WHEREAS, Plaintiffs submitted the declaration of non-party Randy Shaw in support of their motion for a preliminary injunction (*see* ECF No. 101-3);

WHEREAS, Defendant served a deposition subpoena on non-party Randy Shaw and, after consulting with his counsel, agreed to a deposition date of December 22, 2025;

WHEREAS, due to a power outage affecting certain areas of San Francisco on December 22, 2025, including the City Attorney's Offices where Mr. Shaw's deposition was scheduled to take place, the deposition was cancelled and the parties agreed to reschedule in January 2026 at a date convenient for Mr. Shaw and the parties;

WHEREAS, the fact discovery cutoff is Monday, January 5, 2026 (ECF No. 99).

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that:

1. Defendant may depose non-party Rany Shaw at a date convenient for Mr. Shaw and the parties in January 2026 after the January 5, 2026 fact discovery cutoff.

Dated: December 23, 2025

                                        DAVID CHIU
                                        City Attorney
                                        YVONNE R. MERÉ
                                        Chief Deputy City Attorney
                                        TARA M. STEELEY
                                        JOHN H. GEORGE
                                        KAITLYN M. MURPHY
                                        SABRINA M. BERDUX
                                        ABIGAIL H. WALD
                                        Deputy City Attorneys

                          By:   /s/*John H. George*
                                JOHN H. GEORGE

                                Attorneys for Defendant
                                CITY AND COUNTY OF SAN FRANCISCO

| | | |
|---|---|---|
| Dated: December 23, 2025 | | WALKUP, MELODIA, KELLY & SCHOENBERGER |

By: **Ashcon Minoiefar*
ASHCON MINOIEFAR

Attorneys for Plaintiffs
JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC

Dated: December 23, 2025                MURPHY, PEARSON, BRADLEY, & FEENEY P.C.

By: **Mark Perelman*
MARK PERELMAN

Attorneys for Non-Party Randy Shaw

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

STIP. AND ORDER RE NON-PARTY DEPO
CASE NO. 4:24-cv-01562-JST                2

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, Federal Rule of Civil Procedure 29, and for good cause shown, Defendant City and County of San Francisco may depose non-party Rany Shaw at a date convenient for Mr. Shaw and the parties in January 2026 after the January 5, 2026 fact discovery cutoff.

Date:_____                    _____
                                                 The Honorable Jon S. Tigar
                                                 UNITED STATES DISTRICT COURT