```
 1  DAVID CHIU, State Bar #189542
    City Attorney
 2  YVONNE R. MERÉ, State Bar #173594
    Chief Deputy City Attorney
 3  TARA M. STEELEY, State Bar #231775
    JOHN H. GEORGE, State Bar #292332
 4  KAITLYN M. MURPHY, State Bar #293309
    SABRINA M. BERDUX, State Bar #248927
 5  ABIGAIL H. WALD, State Bar #309110
    Deputy City Attorneys
 6  City Hall, Room 234
    1 Dr. Carlton B. Goodlett Place
 7  San Francisco, California 94102-4682
    Telephone:    (415) 554-4655 (Steeley)
 8                (415) 554-5960 (George)
                  (415) 554-6762 (Murphy)
 9                (415) 554-3929 (Berdux)
                  (415) 554-3901 (Wald)
10  Facsimile:    (415) 554-4699
    E-Mail:       tara.steeley@sfcityatty.org
11                john.george@sfcityatty.org
                  kaitlyn.murphy@sfcityatty.org
12                sabrina.m.berdux@sfcityatty.org
                  abigail.wald@sfcityatty.org
13
    Attorneys for Defendant
14  CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>       Plaintiffs,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>       Defendant. | Case No. 4:24-cv-01562-JST<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING NON-PARTY DEPOSITION AFTER FACT DISCOVERY CUTOFF**<br><br>Trial Date:      August 10, 2026 |

STIP. AND ORDER RE NON-PARTY DEPO
CASE NO. 4:24-cv-01562-JST

**STIPULATION**

WHEREAS, Plaintiffs submitted the declaration of non-party Randy Shaw in support of their motion for a preliminary injunction (*see* ECF No. 101-3);

WHEREAS, Defendant served a deposition subpoena on non-party Randy Shaw and, after consulting with his counsel, agreed to a deposition date of December 22, 2025;

WHEREAS, due to a power outage affecting certain areas of San Francisco on December 22, 2025, including the City Attorney's Offices where Mr. Shaw's deposition was scheduled to take place, the deposition was cancelled and the parties agreed to reschedule in January 2026 at a date convenient for Mr. Shaw and the parties;

WHEREAS, the fact discovery cutoff is Monday, January 5, 2026 (ECF No. 99).

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that:

1. Defendant may depose non-party Rany Shaw at a date convenient for Mr. Shaw and the parties in January 2026 after the January 5, 2026 fact discovery cutoff.

Dated: December 23, 2025

>  DAVID CHIU
>  City Attorney
>  YVONNE R. MERÉ
>  Chief Deputy City Attorney
>  TARA M. STEELEY
>  JOHN H. GEORGE
>  KAITLYN M. MURPHY
>  SABRINA M. BERDUX
>  ABIGAIL H. WALD
>  Deputy City Attorneys
>
>  By:   /s/*John H. George*
>     JOHN H. GEORGE
>
>  Attorneys for Defendant
>  CITY AND COUNTY OF SAN FRANCISCO

Dated: December 23, 2025    WALKUP, MELODIA, KELLY & SCHOENBERGER

By: ***Ashcon Minoiefar*
ASHCON MINOIEFAR

Attorneys for Plaintiffs
JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC

Dated: December 23, 2025    MURPHY, PEARSON, BRADLEY, & FEENEY P.C.

By: ***Mark Perelman*
MARK PERELMAN

Attorneys for Non-Party Randy Shaw

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, Federal Rule of Civil Procedure 29, and for good cause shown, Defendant City and County of San Francisco may depose non-party Rany Shaw at a date convenient for Mr. Shaw and the parties in January 2026 after the January 5, 2026 fact discovery cutoff.

Date: December 31, 2025

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT