DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
SABRINA M. BERDUX, State Bar #248927
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (415) 554-5960 (George)
              (415) 554-6762 (Murphy)
              (415) 554-3929 (Berdux)
              (415) 554-3901 (Wald)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              sabrina.m.berdux@sfcityatty.org
              abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>      Plaintiffs,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>      Defendant. | Case No. 4:24-cv-01562-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WRITTEN DISCOVERY FOLLOWING THE CLOSE OF FACT DISCOVERY**<br><br>Trial Date:    August 10, 2026 |

# STIPULATION

WHEREAS, Defendant served Requests for Production of Documents on all Plaintiffs, including requests for photos and videos depicting conditions in the Tenderloin.

WHEREAS, Plaintiffs have produced photos and videos depicting conditions in the Tenderloin.

WHEREAS, during the meet and confer process, Defendant requested information sufficient to determine the date each photo and video was taken.

WHEREAS, Plaintiffs have provided information for some of the photos and videos they produced to Defendant.

WHEREAS, for those photos and videos for which Plaintiffs have not provided any date information, Plaintiffs are working to provide information concerning the date that each photo and video was taken or, for photos or videos taken before the filing of this case (March 14, 2024), confirmation that the photo or video was created before the case was filed. Plaintiffs expect to complete production of this information no later than January 30, 2026.

WHEREAS, the fact discovery cutoff is Monday, January 5, 2026 (ECF No. 99).

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that:

1. Plaintiffs may produce the requested information regarding the dates of photos and videos previously produced in discovery after the close of fact discovery on Monday, January 5, 2026. Plaintiffs must produce the requested information regarding the dates of photos and videos previously produced in discovery no later than January 30, 2026.

2. If, by January 30, 2026, Plaintiffs have not provided information about the date a photo or video was taken, then Plaintiffs are precluded from offering information about the date that photo or video was taken in their case-in-chief. Plaintiffs are not precluded from introducing the photo or video for which date information was not provided by January 30, 2026, but are precluded from offering information about the date that photo or video was taken. Nor are Plaintiffs precluded from introducing information about the date a photo or video was taken if they have provided information about the date it was taken to Defendant on or before January 30, 2026.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:24-cv-01562-JST

1

c:\users\pcheeseb\nd office echo\vault-jhe7eclv\2025-12-31 stip and prop order re discovery on dates of photos and videos 4912-6176-4997 v.1.docx

Dated: December 31, 2025

        DAVID CHIU
        City Attorney
        YVONNE R. MERÉ
        Chief Deputy City Attorney
        TARA M. STEELEY
        JOHN H. GEORGE
        KAITLYN M. MURPHY
        SABRINA M. BERDUX
        ABIGAIL H. WALD
        Deputy City Attorneys

By: s/John H. George
     JOHN H. GEORGE

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: December 31, 2025      WALKUP, MELODIA, KELLY & SCHOENBERGER

By: **s/Ashcon Minoiefar
     ASHCON MINOIEFAR

Attorneys for Plaintiffs
JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

STIPULATION AND [PROPOSED] ORDER      2     c:\users\pcheeseb\nd office echo\vault-jhe7eclv\2025-12-31 stip
CASE NO. 4:24-cv-01562-JST                                 and prop order re discovery on dates of photos and videos 4912-
                                                                          6176-4997 v.1.docx

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, Federal Rule of Civil Procedure 29, and for good cause shown, Plaintiffs may produce the requested information regarding the dates of photos and videos previously produced in discovery after the close of fact discovery on Monday, January 5, 2026. Plaintiffs must produce the requested information regarding the dates of photos and videos previously produced in discovery no later than January 30, 2026.

If, by January 30, 2026, Plaintiffs have not provided information about the date a photo or video was taken, then Plaintiffs are precluded from offering information about the date that photo or video was taken in their case-in-chief. Plaintiffs are not precluded from introducing the photo or video for which date information was not provided by January 30, 2026, but are precluded from offering information about the date that photo or video was taken. Nor are Plaintiffs precluded from introducing information about the date a photo or video was taken if they have provided information about the date it was taken to Defendant on or before January 30, 2026.

Date: January 6, 2026

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:24-cv-01562-JST

3

c:\users\pcheeseb\nd office echo\vault-jhe7eclv\2025-12-31 stip and prop order re discovery on dates of photos and videos 4912-6176-4997 v.1.docx