DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
SABRINA M. BERDUX, State Bar #248927
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (415) 554-5960 (George)
              (415) 554-6762 (Murphy)
              (415) 554-3929 (Berdux)
              (415) 554-3901 (Wald)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              sabrina.m.berdux@sfcityatty.org
              abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>Defendant. | Case No. 4:24-cv-01562-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY MOTIONS DEADLINE BY FOUR DAYS**<br><br>Trial Date:   August 10, 2026 |

STIPULATION AND PROPOSED ORDER
CASE NO. 4:24-cv-01562-JST

# STIPULATION

WHEREAS, the fact discovery cutoff was January 5, 2026 (ECF No. 99).

WHEREAS, Civil Local Rule 37-3 provides "[w]here the Court has set separate deadlines for fact and expert discovery, no motions related to fact discovery may be filed more than 7 days after the fact discovery cut-off."

WHEREAS, under Civil Local Rule 37-3, the last day to file discovery motions related to fact discovery is January 12, 2026.

WHEREAS, the parties are attempting to resolve two remaining discovery disputes related to fact discovery, but Plaintiffs' counsel is unable to meet and confer until on or after January 12, 2026 due to his travel schedule.

WHEREAS, Magistrate Judge Illman's Standing Order Section 4(b) provides the procedure for a party to enforce the Court's meet and confer requirement when the moving party cannot obtain a meeting with the opposing party or its section of a joint discovery letter.

WHEREAS, the parties prefer to seek a brief extension of the Civil Local Rule 37-3 deadline and attempt to resolve their disputes instead of burdening the Court with Defendant's unilateral filing pursuant to Judge Illman's Standing Order.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that:

1. The deadline provided by Civil Local Rule 37-3 for motions related to fact discovery is extended by four days from January 12, 2026 to January 16, 2026.

Dated: January 12, 2026

        DAVID CHIU
        City Attorney
        TARA M. STEELEY
        JOHN H. GEORGE
        KAITLYN M. MURPHY
        SABRINA M. BERDUX
        ABIGAIL H. WALD
        Deputy City Attorneys

By:     /s/*John H. George*
        JOHN H. GEORGE
        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated: January 12, 2026                WALKUP, MELODIA, KELLY & SCHOENBERGER

By: **_____/s/*Ashcon Minoiefar*_____
ASHCON MINOIEFAR

Attorneys for Plaintiffs
JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC

*\*\*Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.*

STIPULATION AND PROPOSED ORDER         2
CASE NO. 4:24-cv-01562-JST

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, and for good cause shown, the deadline provided by Civil Local Rule 37-3 for motions related to fact discovery is extended by four days from January 12, 2026 to January 16, 2026.

Date:_____

The Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT