LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>                    Defendants. | Case No. 4:24-cv-01562-JST<br><br>**STIPULATION TO DISMISS PHOENIX HOTEL SF, LLC. AND FUNKY FUN, LLC.**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE DISTRICT JUDGE JON S. TIGAR, COURTROOM 6**<br><br>Action Filed:  03/14/2024<br>Trial Date:     08/10/2026 |

1
STIPULATION TO DISMISS PHOENIX HOTEL SF, LLC. AND  FUNKY FUN, LLC. - CASE NO. 4:24-cv-01562-JST

## STIPULATION

WHEREAS, Phoenix Hotel SF, LLC., a California limited liability company, and Funky Fun, LLC., a California limited liability company, are winding down operations and will terminate their lease on January 31, 2026.

WHEREAS, the City and County of San Francisco agree to not seek costs or fees from Plaintiffs Phoenix Hotel SF, LLC and Funky Fun, LLC in exchange for Plaintiffs Phoenix Hotel SF, LLC., and Funky Fun, LLC., dismissing all of their Claims for Relief with prejudice (Fourth, Fifth, and Sixth Claims for Relief in the First Amended Complaint).

WHEREAS, Plaintiffs Phoenix Hotel SF, LLC., and Funky Fun, LLC., agree to dismiss all of their claims for relief with prejudice in exchange for the City and County of San Francisco agreeing to not seek costs or fees from Plaintiffs Phoenix Hotel SF, LLC, and Funky Fun, LLC.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Plaintiff Phoenix Hotel SF, LLC., dismisses all of their Claims for Relief with prejudice.

2. Plaintiff Funky Fun, LLC., dismisses all of their Claims for Relief with Prejudice.

3. Defendant City and County of San Francisco will not seek costs or fees from Plaintiffs Phoenix Hotel SF, LLC and Funky Fun, LLC.

4. Defendant City and County of San Francisco and Plaintiffs Phoenix Hotel SF, LLC and Funky Fun, LLC will each bear its own costs and fees associated with this litigation.

| | |
|---|---|
| Dated: January 26, 2026 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

By: /s/ Ashcon Minoiefar
MATTHEW D. DAVIS
RICHARD SHOENBERGER
MICHAEL A. KELLY
ASHCON MINOIEFAR
Attorneys for Plaintiffs JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC

| | |
|---|---|
| Dated: January 26, 2026 | SAN FRANCISCO CITY ATTORNEY'S OFFICE |

By: /s/ John George
DAVID CHIU, City Attorney
YVONNE R. MERÉ, Chief Deputy City Attorney
TARA M. STEELEY
JOHN H. GEORGE
KAITLYN M. MURPHY
SABRINA M. BERDUX
ABIGAIL H. WALD
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: January 26, 2026

By: _____
Isabel Manchester
Managing Partner
PHOENIX HOTEL SF, LLC

1 | Dated: January 26, 2026

3 | By: _____
4 | Isabel Manchester
  | Managing Partner
5 | FUNKY FUN, LLC

# PROOF OF SERVICE

**Jane Roe, et al. v. City and County of San Francisco, et al.
USDC-Northern California Case No. 4:24-cv-01562-JST**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place, My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

**STIPULATION TO DISMISS PHOENIX HOTEL SF, LLC. AND FUNKY FUN, LLC.**

to:

| | |
|---|---|
| Shanin Specter, Esq.<br>(Admitted Pro Hac Vice)<br>Alex Van Dyke, Esq.<br>KLINE & SPECTER, P.C.<br>1525 Locust Street<br>Philadelphia, PA 19102 | **Co-Counsel for Plaintiffs**<br><br>Telephone: (215) 772-1000<br>shanin.specter@klinespecter.com<br>alex.vandyke@klinespecter.com<br>escalanteyleana@uclawsf.edu |
| David Chiu, Esq., City Attorney<br>Yvonne R. Meré, Esq., Chief Deputy City Attorney<br>Wayne Snodgrass, Esq., Deputy City Attorney<br>Tara M. Steeley, Esq., Deputy City Attorney<br>John H. George, Esq., Deputy City Attorney<br>Kaitlyn M. Murphy, Esq., Deputy City Attorney<br>Abigail Wald, Esq., Deputy City Attorney<br>Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA  94102-4682 | **Counsel for City and County of San Francisco**<br><br>Steeley Direct: (415) 554-4655<br>George Direct:  (415) 554-4223<br>Murphy Direct:  (415) 554-6762<br>Facsimile: (415) 554-4699<br>Mere Direct:  (415) 554-4700<br>Mere Facsimile:  (415) 554-4757<br>tara.steeley@sfcityatty.org<br>john.george@sfcityatty.org<br>kaitlyn.murphy@sfcityatty.org<br>Abigail.Wald@sfcityatty.org<br>anita.murdock@sfcityatty.org<br>sophia.garcia@sfcityatty.org<br>holly.chin@sfcityatty.org<br>pamela.cheeseborough@sfcityatty.org<br>Elizabeth.coolbrith@sfcityatty.org |
| John K. Dipaolo, Esq.<br>General Counsel<br>Secretary to the Board of Directors<br>College of the Law, San Francisco<br>200 McAllister Street<br>San Francisco, CA 94102 | **Counsel for Plaintiff College of the Law, San Francisco**<br>(related case USDC-Northern California case #4:20-cv-03033-JST)<br><br>Telephone: (415) 565-4787<br>Facsimile: (415) 565-4825<br>dipaolojohn@uchastings.edu |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

| | | |
|---|---|---|
| 1 | Lauren Hansen, Esq.<br>Melissa A. Morris, Esq.<br>Public Interest Law Project<br>449 15th Street, Suite 301<br>Oakland, CA 94612-06001 | **Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools**<br>(related case USDC-Northern California case #4:20-cv-03033-JST) |
| 2 | | |
| 3 | | |
| 4 | | Office: (510) 891-9794<br>Fax: (510) 891-9727 |
| 5 | | lhansen@pilpca.org<br>mmorris@pilpca.org |
| 6 | | |
| 7 | Michael David Key, Esq.<br>Jessica Berger, Esq.<br>Bay Area Legal Aid<br>1454 43rd Avenue<br>San Francisco, CA 94122 | **Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools**<br>(related case USDC-Northern California case #4:20-cv-03033-JST) |
| 8 | | |
| 9 | | |
| 10 | | Office: (415) 982-1300<br>Fax: (415) 982-4243 |
| 11 | | mkeys@baylegal.org<br>jberger@baylegal.org |
| 12 | | |
| 13 | John Thomas H. Do, Esq.<br>ACLU Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111 | **Counsel for Amicus Curiae (ACLU Foundation of Northern California)**<br>(related case USDC-Northern California case #4:20-cv-03033-JST) |
| 14 | | |
| 15 | | |
| 16 | | Office: (415) 621-2943<br>jdo@aclunc.org |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 30, 2026, at San Francisco, California.

*/s/ Kirsten Benzien*
_____
Kirsten Benzien

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2