DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
SABRINA M. BERDUX, State Bar #248927
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655 (Steeley)
              (415) 554-5960 (George)
              (415) 554-6762 (Murphy)
              (415) 554-3929 (Berdux)
              (415) 554-3901 (Wald)
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org
              john.george@sfcityatty.org
              kaitlyn.murphy@sfcityatty.org
              sabrina.m.berdux@sfcityatty.org
              abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>  Defendant. | Case No. 4:24-cv-01562-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE DEADLINES**<br><br>Trial Date:    August 10, 2026 |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:24-cv-01562-JST

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Jane Roe, Mary Roe, Susan Roe, John Roe, Barbara Roe, and 2930 El Camino, LLC and Defendant City and County of San Francisco (collectively, the "Parties"), through their counsel of record, enter into the following stipulation.

**STIPULATION**

WHEREAS, on May 27, 2025, the Court issued the Scheduling Order setting the case deadlines (ECF No. 99).

WHEREAS, on August 25, 2025, Plaintiffs filed their Motion for Preliminary Injunction (ECF No. 101), and as of December 12, 2025, the Motion for Preliminary Injunction is fully briefed and pending before the Court.

WHEREAS, the dispositive motion hearing deadline is May 7, 2026 (ECF No. 99 at 2), and any dispositive motions must be filed by April 2, 2026 (*see* Civ. L. R. 7-2(a)).

WHEREAS, the Parties are attempting to resolve the case by mutual agreement with the assistance of Magistrate Judge Tse and share a belief that a decision on Plaintiffs' Motion for Preliminary Injunction would greatly assist the Parties' efforts to resolve the case by agreement.

WHEREAS, the Parties seek to avoid the costs and expenses of preparing, filing, and arguing dispositive motions and preparing for trial while they attempt to resolve the case with the assistance of Magistrate Judge Tse, as well as the burden resolving those dispositive motions would place on the Court while the parties are engaged in settlement discussions.

WHEREAS, the Parties have sought the following extensions of the Scheduling Order:

(a) an order permitting the City to depose a third-party after the fact discovery cutoff (ECF No. 128);

(b) an order permitting Plaintiffs to provide certain information about the dates of photos and videos after the fact discovery cutoff (ECF No. 129); and

(c) an order extending by four days the date by which to file discovery motions (ECF No. 131).

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that:

1. The Scheduling Order deadlines for the dispositive motions hearing, pretrial conference statement, pretrial conference, and trial are continued by 5 months.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:24-cv-01562-JST

1

2. The Scheduling Order (ECF No. 99) is amended as follows:

| Event | Date |
|---|---|
| Dispositive motion hearing deadline | October 8, 2026 |
| Pretrial conference statement due | December 11, 2026 |
| Pretrial conference | December 18, 2026 at 2:00 p.m. |
| Trial | January 11, 2027 at 8:00 a.m. |

Dated: February 24, 2026

                        DAVID CHIU
                        City Attorney
                        YVONNE R. MERÉ
                        Chief Deputy City Attorney
                        TARA M. STEELEY
                        JOHN H. GEORGE
                        KAITLYN M. MURPHY
                        SABRINA M. BERDUX
                        ABIGAIL H. WALD
                        Deputy City Attorneys


                  By: /s/John H. George
                        JOHN H. GEORGE

                        Attorneys for Defendant
                        CITY AND COUNTY OF SAN FRANCISCO


Dated: February 24, 2026          WALKUP, MELODIA, KELLY & SCHOENBERGER

                  By: **/s/ Ashcon Minoiefar
                        ASHCON MINOIEFAR

                        Attorneys for Plaintiffs
                        JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC

**Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the deadlines for the dispositive motions hearing, pretrial conference statement, pretrial conference, and trial are continued by 5 months.

The Scheduling Order (ECF No. 99) is amended as follows:

| Event | Date |
|---|---|
| Dispositive motion hearing deadline | October 8, 2026 |
| Pretrial conference statement due | December 11, 2026 |
| Pretrial conference | December 18, 2026 at 2:00 p.m. |
| Trial | January 11, 2027 at 8:00 a.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:_____   _____
Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT