1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERÉ, State Bar #173594
   Chief Deputy City Attorney
3  TARA M. STEELEY, State Bar #231775
   JOHN H. GEORGE, State Bar #292332
4  KAITLYN M. MURPHY, State Bar #293309
   ABIGAIL H. WALD, State Bar #309110
5  Deputy City Attorneys
   City Hall, Room 234
6  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
7  Telephone:    (415) 554-4655 (Steeley)
                 (415) 554-4223 (George)
8                (415) 554-6762 (Murphy)
                 (415) 554-3901 (Wald)
9  Facsimile:    (415) 554-4699
   E-Mail:       tara.steeley@sfcityatty.org
10               john.george@sfcityatty.org
                 kaitlyn.murphy@sfcityatty.org
11               abigail.wald@sfcityatty.org

12 Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company, | Case No. 4:24-cv-01562-JST |
|---|---|
| Plaintiffs, | **DECLARATION OF JOHN H. GEORGE IN SUPPORT OF THE PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING CASE DEADLINES** |
| vs. | Trial Date:    August 10, 2026 |
| CITY AND COUNTY OF SAN FRANCISCO, a California public entity, | |
| Defendant. | |

GEORGE DECL. ISO STIP & [PROPOSED] ORDER
CASE NO. 4:24-cv-01562-JST

I, JOHN H. GEORGE, hereby declare:

1. I am a member of the bar of the state of California and counsel of record for Defendant City and County of San Francisco. I submit this declaration pursuant to Civil Local Rule 6-2(a) in support of the Parties' Stipulation and [Proposed] Order Continuing Case Deadlines. If called as a witness, I could and would testify competently to the matters set forth herein.

2. On May 27, 2025, the Court issued the Scheduling Order setting the case deadlines (ECF No. 99). On August 25, 2025, Plaintiffs filed their Motion for Preliminary Injunction (ECF No. 101), and as of December 12, 2025, the Motion for Preliminary Injunction is fully briefed and pending before the Court. The dispositive motion hearing deadline is May 7, 2026 (ECF No. 99 at 2), and any dispositive motions must be filed by April 2, 2026 (*see* Civ. L. R. 7-2(a)).

3. The Parties are attempting to resolve the case by mutual agreement with the assistance of Magistrate Judge Tse and share a belief that a decision on Plaintiffs' Motion for Preliminary Injunction would greatly assist the Parties' efforts to resolve the case by agreement. The Parties seek to avoid the costs and expenses of preparing, filing, and arguing dispositive motions and preparing for trial while they attempt to resolve the case with the assistance of Magistrate Judge Tse, as well as the burden resolving those dispositive motions would place on the Court while the Parties are engaged in settlement discussions.

4. The Parties have sought the following extensions of the Scheduling Order:

  a. an order permitting the City to depose a third-party after the fact discovery cutoff (ECF No. 128);

  b. an order permitting Plaintiffs to provide certain information about the dates of photos and videos after the fact discovery cutoff (ECF No. 129); and

  c. an order extending by four days the date by which to file discovery motions (ECF No. 131).

5. The requested extension, if granted, would have the following effect on the case schedule:

| Event | Current Date (per ECF 99) | Requested Date |
|---|---|---|
| Dispositive motion hearing deadline | May 7, 2026 | October 8, 2026 |
| Pretrial conference statement due | July 10, 2026 | December 11, 2026 |
| Pretrial conference | July 17, 2026 at 2:00 p.m. | December 18, 2026 at 2:00 p.m. |
| Trial | August 10, 2026 at 8:00 a.m. | January 11, 2027 at 8:00 a.m. |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on February 24, 2026, at San Francisco, California.

                                                /s/*John H. George*
                                                JOHN H. GEORGE