UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 24-cv-01562-JST<br><br>**NOTICE OF POTENTIAL DISQUALIFICATION** |

Canon 3D of the Code of Conduct for United States Judges provides (with exceptions not pertinent to this case) that when a judge is disqualified in a proceeding because the judge's impartiality might reasonably be questioned, the judge may participate in the proceeding only if all the parties and lawyers, after notice of the basis for the disqualification, have an opportunity to confer outside of the presence of the judge and all agree in writing or on the record to waive the disqualification under a procedure independent of the judge's participation.

Unless a waiver is obtained from all parties and all counsel, the Court intends to disqualify itself from hearing this case because an immediate family member has retained the services of an attorney at Sideman & Bancroft LLP to assist with a probate matter. A different attorney from that firm appears as counsel of record for third-party HealthRIGHT 360 in this case.

Parties and counsel who wish to waive this disqualification shall send a letter via electronic mail to jstcrd@cand.uscourts.gov within seven days of the date of this notice. These letters shall not be filed on the docket, and other parties and their counsel should not be copied. The Courtroom Deputy shall not inform the Court of the contents of any responses.

If all parties and counsel respond with a waiver, the Courtroom Deputy shall file a notice on the docket stating that all parties and counsel have waived the Court's disqualification, and the

1  Court will continue to preside over this case.  If any party or counsel does not waive the
2  disqualification, the Courtroom Deputy shall request that this case be reassigned without revealing
3  who did not submit a waiver.
4      **IT IS SO ORDERED.**
5  Dated:  February 27, 2026



JON S. TIGAR
United States District Judge