DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
JOHN H. GEORGE, State Bar #292332
KAITLYN M. MURPHY, State Bar #293309
SABRINA M. BERDUX, State Bar #248927
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4655 (Steeley)
                (415) 554-5960 (George)
                (415) 554-6762 (Murphy)
                (415) 554-3929 (Berdux)
                (415) 554-3901 (Wald)
Facsimile:      (415) 554-4699
E-Mail:         tara.steeley@sfcityatty.org
                john.george@sfcityatty.org
                kaitlyn.murphy@sfcityatty.org
                sabrina.m.berdux@sfcityatty.org
                abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company, | Case No. 4:24-cv-01562-JST **JOINT CASE MANAGEMENT STATEMENT** |
| Plaintiffs, | |
| vs. | Trial Date:        January 11, 2027 |
| CITY AND COUNTY OF SAN FRANCISCO, a California public entity, | |
| Defendant. | |

CASE MANAGEMENT STATEMENT
CASE NO. 4:24-cv-01562-JST

Pursuant to Local Rule 16-10(d), the parties submit this Joint Case Management Statement, in advance of the case management conference set for April 28, 2026. ECF No. 141. This Statement reports changes since the last Case Management Conference on September 29, 2025. ECF No. 108.

The parties reached an agreement settling all claims in exchange for the City's agreement to bear its own fees and costs. Plaintiffs' counsel is obtaining client signatures on the settlement agreement and the parties expect Plaintiffs will file a dismissal with prejudice in advance of the April 28, 2026 Case Management Conference. The parties respectfully request the Court take the Conference off-calendar if Plaintiffs file their dismissal before April 28.

## 4. MOTIONS

A.     Motions Since The Last CMC On September 29, 2025

*Discovery Dispute Regarding Depositions ECF No. 114:* On November 3, 2025, Judge Illman granted Plaintiffs' request to take the depositions of two non-parties. ECF No. 119.

*Plaintiffs' Motion For Preliminary Injunction ECF No. 101:* On October 2, 2026, the Court issued an amended briefing schedule for Plaintiffs' motion. ECF No. 110. On November 4, 2025, the Court granted Plaintiffs' Administrative Motion For An Extension of Time. ECF No. 123. On March 30, 2026, the Court issued an order denying Plaintiffs' Motion for a Preliminary Injunction. ECF No. 141.

## 12. SETTLEMENT AND ADR

The Court assigned Magistrate Judge Tse for purposes of settlement. The parties held their most recent conference with Judge Tse on March 25, 2026. ECF No. 140. Although the case did not settle during the mediation, counsel for the parties subsequently agreed to resolve all claims in exchange for the City's agreement to bear its own fees and costs. Plaintiffs' counsel is obtaining their clients' signatures on the settlement agreement. The parties expect Plaintiffs will file a dismissal with prejudice in advance of the April 28, 2026 Case Management Conference.

## 15. SCHEDULING

The Court issued a scheduling order for the case on May 27, 2025, granted the parties stipulated request for modification on March 13, 2026. ECF Nos. 99, 139.

CASE MANAGEMENT STATEMENT
CASE NO. 4:24-cv-01562-JST

1

Dated:  April 21, 2026

                                 DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
TARA M. STEELEY
JOHN H. GEORGE
KAITLYN M. MURPHY
SABRINA M. BERDUX
ABIGAIL H. WALD
Deputy City Attorneys


By: /s/ Kaitlyn Murphy
     KAITLYN MURPHY

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


Dated:  April 21, 2026             WALKUP, MELODIA, KELLY & SCHOENBERGER

By: ** /s/ Ashcon Minoiefar
     ASHCON MINOIEFAR

Attorneys for Plaintiffs
JANE ROE, MARY ROE, SUSAN ROE, JOHN ROE, BARBARA ROE, PHOENIX HOTEL SF, LLC, FUNKY FUN, LLC, and 2930 EL CAMINO, LLC

**Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*