UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 24-cv-01562-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On the Court's own motion, the case management conference scheduled for April 28, 2026 is continued to June 30, 2026 at 2:00 p.m.  An updated case management statement is due June 23, 2026.

**IT IS SO ORDERED.**

Dated:  April 27, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California