LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ASHCON MINOIEFAR (State Bar #347583)
aminoiefar@walkuplawoffice.com

SHANIN SPECTER (Pennsylvania State Bar No. 40928)
(Admitted Pro Hac Vice)
shanin.specter@klinespecter.com
ALEX VAN DYKE (CA State Bar No. 340379)
alex.vandyke@klinespecter.com
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA  19102
Telephone:  (215) 772-1000
Facsimile:  (215) 772-1359

**ATTORNEYS FOR ALL PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, an individual; MARY ROE, an individual; SUSAN ROE, an individual; JOHN ROE, an individual; BARBARA ROE, an individual; PHOENIX HOTEL SF, LLC, a California limited liability company; FUNKY FUN, LLC, a California limited liability company; and 2930 EL CAMINO, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a California public entity, <br><br> Defendants. | Case No. 4:24-cv-01562-JST <br><br> **STIPULATION TO DISMISS ALL CLAIMS** <br><br><br> Action Filed:   03/14/2024 <br> Trial Date:      01/11/2027 |

STIPULATION TO DISMISS ALL CLAIMS - CASE NO. 4:24-cv-01562-JST

## STIPULATION

WHEREAS, Plaintiffs JANE ROE, MARY ROE, JOHN ROE, SUSAN ROE, BARBARA ROE, and 2930 EL CAMINO, LLC ("Plaintiffs") and Defendant City and County of San Francisco ("San Francisco") have executed a settlement agreement to resolve Plaintiffs' claims.

WHEREAS, San Francisco agrees to not seek costs or fees from Plaintiffs in exchange for Plaintiffs dismissing all of their Claims for Relief with prejudice and releasing their Claims against San Francisco (as specified in the Parties' settlement agreement).

WHEREAS, Plaintiffs agree to dismiss all of their Claims for Relief with prejudice and release their Claims against San Francisco (as specified in the Parties' settlement agreement) in exchange for San Francisco agreeing to not seek costs or fees from Plaintiffs.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Plaintiffs JANE ROE, MARY ROE, JOHN ROE, SUSAN ROE, BARBARA ROE, and 2930 EL CAMINO, LLC Hotel SF, LLC. each dismiss all of their Claims for Relief with prejudice.

2. San Francisco will not seek costs or fees incurred in the defense of this case from Plaintiffs.

3. San Francisco and Plaintiffs will each bear their own costs and fees associated with this litigation.

Dated: April 24, 2026                WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____

MATTHEW D. DAVIS
RICHARD SHOENBERGER
MICHAEL A. KELLY
ASHCON MINOIEFAR
Attorneys for Plaintiffs JANE ROE, MARY
ROE, SUSAN ROE, JOHN ROE, BARBARA
ROE, PHOENIX HOTEL SF, LLC, FUNKY
FUN, LLC, and 2930 EL CAMINO, LLC

Dated: April 24, 2026                SAN FRANCISCO CITY ATTORNEY'S OFFICE

By: _____

DAVID CHIU, City Attorney
YVONNE R. MERÉ, Chief Deputy City
Attorney
TARA M. STEELEY
JOHN H. GEORGE
KAITLYN M. MURPHY
SABRINA M. BERDUX
ABIGAIL H. WALD
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

# <u>PROOF OF SERVICE</u>

**Jane Roe, et al. v. City and County of San Francisco, et al.**
**USDC-Northern California Case No. 4:24-cv-01562-JST**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place,  My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

**STIPULATION TO DISMISS ALL CLAIMS**

to:

| | |
|---|---|
| Shanin Specter, Esq. (Admitted Pro Hac Vice) | **Co-Counsel for Plaintiffs** |
| Alex Van Dyke, Esq. | Telephone: (215) 772-1000 |
| KLINE & SPECTER, P.C. | shanin.specter@klinespecter.com |
| 1525 Locust Street | alex.vandyke@klinespecter.com |
| Philadelphia, PA 19102 | escalanteyleana@uclawsf.edu |

| | |
|---|---|
| David Chiu, Esq., City Attorney | **Counsel for City and County of San Francisco** |
| Yvonne R. Meré, Esq., Chief Deputy City Attorney | |
| Wayne Snodgrass, Esq., Deputy City Attorney | Steeley Direct: (415) 554-4655 |
| Tara M. Steeley, Esq., Deputy City Attorney | George Direct:  (415) 554-4223 |
| John H. George, Esq., Deputy City Attorney | Murphy Direct:  (415) 554-6762 |
| Kaitlyn M. Murphy, Esq., Deputy City Attorney | Facsimile: (415) 554-4699 |
| Abigail Wald, Esq., Deputy City Attorney | Mere Direct:  (415) 554-4700 |
| Deputy City Attorneys | Mere Facsimile:  (415) 554-4757 |
| City Hall, Room 234 | tara.steeley@sfcityatty.org |
| 1 Dr. Carlton B. Goodlett Place | john.george@sfcityatty.org |
| San Francisco, CA  94102-4682 | kaitlyn.murphy@sfcityatty.org |
| | Abigail.Wald@sfcityatty.org |
| | anita.murdock@sfcityatty.org |
| | sophia.garcia@sfcityatty.org |
| | holly.chin@sfcityatty.org |
| | pamela.cheeseborough@sfcityatty.org |
| | Elizabeth.coolbrith@sfcityatty.org |

| | |
|---|---|
| John K. Dipaolo, Esq. | **Counsel for Plaintiff College of the Law, San Francisco** |
| General Counsel | (related case USDC-Northern California case #4:20-cv-03033-JST) |
| Secretary to the Board of Directors | |
| College of the Law, San Francisco | |
| 200 McAllister Street | |
| San Francisco, CA 94102 | Telephone: (415) 565-4787 |
| | Facsimile: (415) 565-4825 |
| | dipaolojohn@uchastings.edu |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415)  981–7210

Lauren Hansen, Esq.
Melissa A. Morris, Esq.
Public Interest Law Project
449 15th Street, Suite 301
Oakland, CA 94612-06001

**Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools**
(related case USDC-Northern California case #4:20-cv-03033-JST)

Office: (510) 891-9794
Fax: (510) 891-9727
lhansen@pilpca.org
mmorris@pilpca.org

Michael David Key, Esq.
Jessica Berger, Esq.
Bay Area Legal Aid
1454 43rd Avenue
San Francisco, CA 94122

**Counsel for Proposed Intervenors Hospitality House; Coalition on Homelessness; and Faithful Fools**
(related case USDC-Northern California case #4:20-cv-03033-JST)

Office: (415) 982-1300
Fax: (415) 982-4243
mkeys@baylegal.org
jberger@baylegal.org

John Thomas H. Do, Esq.
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111

**Counsel for Amicus Curiae (ACLU Foundation of Northern California)**
(related case USDC-Northern California case #4:20-cv-03033-JST)

Office: (415) 621-2943
jdo@aclunc.org

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2026, at San Francisco, California.

_____
Kirsten Benzien

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415)  981-7210

2